| | |
|---|---|
| DURIE TANGRI LLP | HILLIARD & SHADOWEN LLP |
| DARALYN J. DURIE (SBN 169825) | STEVE D. SHADOWEN (*pro hac vice* pending) |
| ddurie@durietangri.com | steve@hilliardshadowenlaw.com |
| MARK A. LEMLEY (SBN 155830) | ROBERT C. HILLIARD (*pro hac vice* pending) |
| mlemley@durietangri.com | bob@hilliardshadowenlaw.com |
| DAVID McGOWAN (SBN 154289) | RICHARD BRUNELL (*pro hac vice* pending) |
| dmcgowan@durietangri.com | rbrunell@hilliardshadowenlaw.com |
| LAURA E. MILLER (SBN 271713) | MATTHEW C. WEINER (*pro hac vice* pending) |
| lmiller@durietangri.com | matt@hilliardshadowenlaw.com |
| W. HENRY HUTTINGER (SBN 312843) | FRAZAR W. THOMAS (*pro hac vice* pending) |
| hhuttinger@durietangri.com | fraz@hilliardshadowenlaw.com |
| 217 Leidesdorff Street | NICHOLAS W. SHADOWEN (*pro hac vice* pending) |
| San Francisco, CA 94111 | nick@hilliardshadowenlaw.com |
| Telephone: (415) 362-6666 | 1135 W. 6th Street, Suite 125 |
| Facsimile: (415) 236-6300 | Austin, TX 78703 |
| | Telephone: (855) 344-3298 |
| (*see additional counsel on next page*) | Facsimile: (361) 882-3015 |

Attorneys for Plaintiffs Peter Staley, Steve Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, and Service Employees International Union, Local No. 1 Health Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STALEY; STEVE FULLER; GREGG S. GONSALVES, PhD; BRENDA EMILY GOODROW; ANDREW R. SPIELDENNER, PhD; ROBERT J. VAZQUEZ; JASON WALKER; MICHAEL WARNER; JACOB ZYDONIS; FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND; and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 1 HEALTH FUND, on behalf of themselves and all others similarly situated.<br><br>*Plaintiffs*,<br><br>v.<br><br>GILEAD SCIENCES, INC.; GILEAD HOLDINGS, LLC; GILEAD SCIENCES, LLC; GILEAD SCIENCES IRELAND UC; BRISTOL-MYERS SQUIBB COMPANY; E. R. SQUIBB & SONS, L.L.C.; JAPAN TOBACCO, INC.; JAPAN TOBACCO INTERNATIONAL U.S.A., INC.; AKROS PHARMA INC.; JANSSEN R&D IRELAND; and JOHNSON & JOHNSON, INC.,<br><br>*Defendants*. | Case No. 3:19-cv-2573<br><br>**PLAINTIFF FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND'S RULE 7.1 DISCLOSURE STATEMENT** |

| | |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | STEVE W. BERMAN (*pro hac vice* pending) |
| 2 | steve@hbsslaw.com |
| | THOMAS M. SOBOL (*pro hac vice* pending) |
| 3 | tom@hbsslaw.com |
| | KRISTEN A. JOHNSON (*pro hac vice* pending) |
| 4 | kristenj@hbsslaw.com |
| | GREGORY T. ARNOLD (*pro hac vice* pending) |
| 5 | grega@hbsslaw.com |
| | 55 Cambridge Parkway, Suite 301 |
| 6 | Cambridge, MA 02142 |
| | Telephone: (617) 482-3700 |
| 7 | Facsimile: (617) 482-3003 |
| 8 | RADICE LAW FIRM, P.C. |
| | JOHN RADICE (*pro hac vice* pending) |
| 9 | jradice@radicelawfirm.com |
| | DAN RUBENSTEIN (*pro hac vice* pending) |
| 10 | drubenstein@radicelawfirm.com |
| | 475 Wall Street |
| 11 | Princeton, NJ 08540 |
| | Telephone: (646) 245-8502 |
| 12 | Facsimile: (609) 385-0745 |
| 13 | SHEPHERD, FINKELMAN, MILLER & SHAH, LLP |
| | JAYNE A. GOLDSTEIN (*pro hac vice* pending) |
| 14 | jgoldstein@sfmslaw.com |
| | 1625 North Commerce Parkway, Suite 320 |
| 15 | Fort Lauderdale, FL  33326 |
| | Telephone: (954) 515-0123 |
| 16 | Facsimile: (866) 300-7367 |
| 17 | SHEPHERD, FINKELMAN, MILLER & SHAH, LLP |
| | NATALIE FINKELMAN BENNETT (*pro hac vice* pending) |
| 18 | nfinkelman@sfmslaw.com |
| | MICHAEL OLS (*pro hac vice* pending) |
| 19 | mols@sfmslaw.com |
| | 35 E. State Street |
| 20 | Media, PA 19063 |
| | Telephone: (610) 891-9880 |
| 21 | Facsimile: (866) 300-7367 |
| 22 | SPERLING & SLATER, P.C. |
| | PAUL E. SLATER (*pro hac vice* pending) |
| 23 | pes@sperling-law.com |
| | EAMON P. KELLY (*pro hac vice* pending) |
| 24 | ekelly@sperling-law.com |
| | ALBERTO RODRIGUEZ (*pro hac vice* pending) |
| 25 | arodriguez@sperling-law.com |
| | 55 West Monroe, Suite 3200 |
| 26 | Chicago, IL 60603 |
| | Telephone: (312) 641-3200 |
| 27 | Facsimile: (312) 641-6492 |
| 28 | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, files this Disclosure Statement indicating that it has no parent corporation and that no publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: May 14, 2019

DURIE TANGRI LLP

By: */s/ Daralyn J. Durie*
DARALYN J. DURIE

Attorney for Plaintiffs Peter Staley, Steve Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Fraternal Order Of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, and Service Employees International Union, Local No. 1 Health Fund