Heather M. Burke (SBN 284100)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
hburke@whitecase.com

Heather K. McDevitt (*pro hac vice* forthcoming)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
hmcdevitt@whitecase.com

Christopher M. Curran (*pro hac vice* forthcoming)
Peter J. Carney (*pro hac vice* forthcoming)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC  20005-3807
Telephone:  (202) 626-3600
ccurran@whitecase.com
pcarney@whitecase.com

Attorneys for Defendants
GILEAD SCIENCES, INC., GILEAD HOLDINGS, LLC, GILEAD SCIENCES, LLC, & GILEAD SCIENCES IRELAND UC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STALEY; STEVE FULLER; GREGG S. GONSALVES, PhD; BRENDA EMILY GOODROW; ANDREW R. SPIELDENNER, PhD; ROBERT J. VAZQUEZ; JASON WALKER; MICHAEL WARNER; JACOB ZYDONIS; FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND; and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 1 HEALTH FUND, on behalf of themselves and all others similarly situated.<br><br>*Plaintiffs*,<br><br>v.<br><br>GILEAD SCIENCES, INC.; GILEAD HOLDINGS, LLC; GILEAD SCIENCES, LLC; GILEAD SCIENCES IRELAND UC; BRISTOL-MYERS SQUIBB COMPANY; E. R. SQUIBB & SONS, L.L.C.; JAPAN TOBACCO, INC.; JAPAN TOBACCO INTERNATIONAL U.S.A., INC.; AKROS PHARMA INC.; JANSSEN R&D IRELAND; and JOHNSON & JOHNSON, INC.,<br><br>*Defendants*. | Case No.  3:19-cv-2573<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS GILEAD SCIENCES, INC., GILEAD HOLDINGS, LLC, GILEAD SCIENCES, LLC, & GILEAD SCIENCES IRELAND UC** |

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF
2  RECORD:

3  The undersigned attorneys, of White & Case LLP, hereby enter their appearance in the
4  above-captioned case as counsel of record for Defendants Gilead Sciences, Inc., Gilead Holdings,
5  LLC, Gilead Sciences, LLC, & Gilead Sciences Ireland UC.  Attorney Heather M. Burke is a
6  member of the State Bar of California and is admitted to practice in the Northern District of
7  California.[1]  Applications from the remaining attorneys to appear *pro hac vice* in this matter are
8  forthcoming.  The address and telephone number of the respective attorneys are as provided in the
9  captions above.  Please serve said counsel with all pleadings and notices in this action.

Dated:   June 7, 2019

WHITE & CASE LLP
Christopher M. Curran
Heather K. McDevitt
Peter J. Carney
Heather M. Burke


By:   */s/ Heather M. Burke*
          Heather M. Burke

Heather M. Burke (SBN 284100)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
hburke@whitecase.com

Attorneys for Defendants
Gilead Sciences, Inc., Gilead Holdings, LLC,
Gilead Sciences, LLC, & Gilead Sciences
Ireland UC

---

[1] This appearance should not be construed as a waiver of any objection to personal jurisdiction or any other defenses.

## CERTIFICATE OF SERVICE

I hereby certify that, on June 7, 2019, I electronically filed the foregoing document(s) using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

                                    */s/ Heather M. Burke*
                                    Heather M. Burke