DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
W. HENRY HUTTINGER (SBN 312843)
hhuttinger@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 362-6666
Facsimile:  (415) 236-6300

(*see additional counsel on next page*)

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice* pending)
steve@hilliardshadowenlaw.com
ROBERT C. HILLIARD (*pro hac vice* pending)
bob@hilliardshadowenlaw.com
RICHARD BRUNELL (*pro hac vice* pending)
rbrunell@hilliardshadowenlaw.com
MATTHEW C. WEINER (*pro hac vice* pending)
matt@hilliardshadowenlaw.com
FRAZAR W. THOMAS (*pro hac vice* pending)
fraz@hilliardshadowenlaw.com
NICHOLAS W. SHADOWEN (*pro hac vice* pending)
nick@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone:  (855) 344-3298
Facsimile:  (361) 882-3015

Attorneys for Plaintiffs Peter Staley, Steve Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, and Service Employees International Union, Local No. 1 Health Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY; STEVE FULLER; GREGG S. GONSALVES, PhD; BRENDA EMILY GOODROW; ANDREW R. SPIELDENNER, PhD; ROBERT J. VAZQUEZ; JASON WALKER; MICHAEL WARNER; JACOB ZYDONIS; FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND; and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 1 HEALTH FUND, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.; GILEAD HOLDINGS, LLC; GILEAD SCIENCES, LLC; GILEAD SCIENCES IRELAND UC; BRISTOL-MYERS SQUIBB COMPANY; E. R. SQUIBB & SONS, L.L.C.; JAPAN TOBACCO, INC.; JAPAN TOBACCO INTERNATIONAL U.S.A., INC.; AKROS PHARMA INC.; JANSSEN R&D IRELAND; and JOHNSON & JOHNSON, INC.,<br><br>Defendants. | Case No. 3:19-cv-02573-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Ctrm:   5-17th Floor<br>Judge:   Honorable Edward M. Chen |

1  HAGENS BERMAN SOBOL SHAPIRO LLP
   STEVE W. BERMAN (*pro hac vice* pending)
2  steve@hbsslaw.com
   THOMAS M. SOBOL (*pro hac vice* pending)
3  tom@hbsslaw.com
   KRISTEN A. JOHNSON (*pro hac vice* pending)
4  kristenj@hbsslaw.com
   GREGORY T. ARNOLD (*pro hac vice* pending)
5  grega@hbsslaw.com
   55 Cambridge Parkway, Suite 301
6  Cambridge, MA 02142
   Telephone: (617) 482-3700
7  Facsimile: (617) 482-3003

8  RADICE LAW FIRM, P.C.
   JOHN RADICE (*pro hac vice*)
9  jradice@radicelawfirm.com
   DAN RUBENSTEIN (*pro hac vice*)
10 drubenstein@radicelawfirm.com
   475 Wall Street
11 Princeton, NJ 08540
   Telephone: (646) 245-8502
12 Facsimile: (609) 385-0745

13 SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
   JAYNE A. GOLDSTEIN (*pro hac vice*)
14 jgoldstein@sfmslaw.com
   1625 North Commerce Parkway, Suite 320
15 Fort Lauderdale, FL  33326
   Telephone: (954) 515-0123
16 Facsimile: (866) 300-7367

17 SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
   NATALIE FINKELMAN BENNETT (*pro hac vice*)
18 nfinkelman@sfmslaw.com
   MICHAEL OLS (*pro hac vice*)
19 mols@sfmslaw.com
   35 E. State Street
20 Media, PA 19063
   Telephone: (610) 891-9880
21 Facsimile: (866) 300-7367

22 SPERLING & SLATER, P.C.
   PAUL E. SLATER (*pro hac vice*)
23 pes@sperling-law.com
   EAMON P. KELLY (*pro hac vice*)
24 ekelly@sperling-law.com
   ALBERTO RODRIGUEZ (*pro hac vice*)
25 arodriguez@sperling-law.com
   DAVID P. GERMAINE (*pro hac vice*)
26 dgermaine@sperling-law.com
   55 West Monroe, Suite 3200
27 Chicago, IL 60603
   Telephone: (312) 641-3200
28 Facsimile: (312) 641-6492

1    Pursuant to Local Rule 6-1(a) of the Northern District of California, Plaintiffs Peter Staley, Steve

2    Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Robert J.

3    Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Fraternal Order of Police, Fort Lauderdale

4    Lodge 31, Insurance Trust Fund, and Service Employees International Union, Local No. 1 Health Fund

5    ("Plaintiffs") and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC,

6    Bristol-Myers Squibb Company, E. R. Squibb & Sons, L.L.C., Japan Tobacco International U.S.A., Inc.,

7    Akros Pharma Inc., and Johnson & Johnson, Inc. (collectively, "Defendants"), by and through their

8    counsel of record, have met and conferred and stipulated to an interim, one-week extension of the time

9    for Defendants to answer or otherwise respond to the Complaint.

10    WHEREAS, Plaintiffs filed the Complaint on May 14, 2019 and served Defendants between May

11    20 and May 22, 2019;

12    WHEREAS, the time for Defendants to answer or otherwise respond to the Complaint under

13    Federal Rule of Civil Procedure 12(a)(1)(A)(i) is between June 10 and 12, 2019;

14    WHEREAS, the parties are continuing to meet and confer and require additional time to negotiate

15    a longer extension and coordinated response date;

16    NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE as follows:

17    1.  The time for Defendants to answer or otherwise respond to the Complaint shall be extended,

18        on an interim basis, to June 18, 2019.

19    2.  This change will not alter the date of any event or any deadline already fixed by Court order.

20    3.  This agreement shall not be deemed a waiver by Defendants of personal jurisdiction or any

21        other defense in this or any other case.

22    4.  This agreement shall not be deemed a general appearance or a waiver of Defendants' right to

23        challenge the Court's personal jurisdiction over it.  This agreement shall not be used to claim

24        that any of the Defendants is subject to personal jurisdiction.

25    5.  The parties expressly reserve all of their rights, defenses, privileges, and immunities.

26    IT IS SO STIPULATED.

27

28

1    Dated: June 10, 2019

2
                                                By:    _____*/s/ Daralyn J. Durie*_____
3                                                      DURIE TANGRI LLP
                                                       Daralyn J. Durie (SBN 169825)
4                                                      ddurie@durietangri.com
                                                       Mark A. Lemley (SBN 155830)
5                                                      mlemley@durietangri.com
                                                       David McGowan (SBN 154289)
6                                                      dmcgowan@durietangri.com
                                                       Laura E. Miller (SBN 271713)
7                                                      lmiller@durietangri.com
                                                       W. Henry Huttinger (SBN 312843)
8                                                      hhuttinger@durietangri.com
                                                       217 Leidesdorff Street
9                                                      San Francisco, CA 94111

10                                                     HILLIARD & SHADOWEN LLP
                                                       Steve D. Shadowen (*pro hac vice* pending)
11                                                     steve@hilliardshadowenlaw.com
                                                       Robert C. Hilliard (*pro hac vice* pending)
12                                                     bob@hilliardshadowenlaw.com
                                                       Richard Brunell (*pro hac vice* pending)
13                                                     rbrunell@hilliardshadowenlaw.com
                                                       Matthew C. Weiner (*pro hac vice* pending)
14                                                     matt@hilliardshadowenlaw.com
                                                       Frazar W. Thomas (*pro hac vice* pending)
15                                                     fraz@hilliardshadowenlaw.com
                                                       Nicholas W. Shadowen (*pro hac vice* pending)
16                                                     nick@hilliardshadowenlaw.com
                                                       1135 W. 6th Street, Suite 125
17                                                     Austin, TX 78703

18                                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                                       Steve W. Berman (*pro hac vice* pending)
19                                                     steve@hbsslaw.com
                                                       Thomas M. Sobol (*pro hac vice* pending)
20                                                     tom@hbsslaw.com
                                                       Kristen A. Johnson (*pro hac vice* pending)
21                                                     kristenj@hbsslaw.com
                                                       Gregory T. Arnold (*pro hac vice* pending)
22                                                     grega@hbsslaw.com
                                                       55 Cambridge Parkway, Suite 301
23                                                     Cambridge, MA 02142

24                                                     RADICE LAW FIRM, P.C.
                                                       John Radice (*pro hac vice*)
25                                                     jradice@radicelawfirm.com
                                                       Dan Rubenstein (*pro hac vice*)
26                                                     drubenstein@radicelawfirm.com
                                                       475 Wall Street
27                                                     Princeton, NJ 08540

28

                                              4
         JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
                                  / CASE NO. 3:19-CV-02573-EMC

1
2
3

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
Jayne A. Goldstein (*pro hac vice*)
jgoldstein@sfmslaw.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL  33326

4
5
6
7

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
Natalie Finkelman Bennett (*pro hac vice*)
nfinkelman@sfmslaw.com
Michael Ols (*pro hac vice*)
mols@sfmslaw.com
35 E. State Street
Media, PA 19063

8
9
10
11
12
13

SPERLING & SLATER, P.C.
Paul E. Slater (*pro hac vice*)
pes@sperling-law.com
Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
Alberto Rodriguez (*pro hac vice*)
arodriguez@sperling-law.com
David P. Germaine (*pro hac vice*)
dgermaine@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603

14

Attorneys for Plaintiffs and the Proposed Class

15
16

Dated: June 10, 2019

17
18

By:      */s/ Heather M. Burke*
Heather M. Burke (SBN 284100)
WHITE & CASE LLP
3000 El Camino Real

19
20

2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109

21

Telephone:  (650) 213-0300
hburke@whitecase.com

22
23

Christopher M. Curran (*pro hac vice* forthcoming)
Peter J. Carney (*pro hac vice* forthcoming)
WHITE & CASE LLP

24
25
26

701 Thirteenth Street, NW
Washington, District of Columbia 20005-3807
Telephone:  (202) 626-3600
ccurran@whitecase.com
pcarney@whitecase.com

27
28

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
/ CASE NO. 3:19-CV-02573-EMC

「」

1
2
3
4

Heather K. McDevitt (*pro hac vice* forthcoming)
**WHITE & CASE**LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
hmcdevitt@whitecase.com

5
6

Attorneys for Gilead Sciences, Inc., Gilead
Holdings, LLC, and Gilead Sciences, LLC

Dated: June 10, 2019

7
8

By: _____*/s/ Daniel B. Asimow*_____
ARNOLD & PORTER KAYE SCHOLER LLP
Daniel B. Asimow (SBN 165661)
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 9411

9
10
11

ARNOLD & PORTER KAYE SCHOLER LLP
Laura S. Shores (*pro hac vice*)
laura.shores@arnoldporter.com
Cindy Y. Hong (*pro hav vice*)
cindy.hong@arnoldporter.com
601 Massachusetts Ave. NW
Washington, DC 20001

12
13
14
15

Attorneys for Bristol-Myers Squibb Company
and E. R. Squibb & Sons, L.L.C.

Dated: June 10, 2019

16
17
18

By: _____*/s/ Ashley L. Shively*_____
HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
ashley.shively@hklaw.com
50 California St., Ste 2800
San Francisco, CA 94111

19
20
21

HOLLAND & KNIGHT LLP
Jerome W. Hoffman (*pro hac vice* pending)
jerome.hoffman@hklaw.com
50 N Laura St Ste 3900
Jacksonville, FL 32202

22
23
24

HOLLAND & KNIGHT LLP
Neal N. Beaton (*pro hac vice* pending)
neal.beaton@hklaw.com
31 West 52nd St.
New York, NY 10019

25
26
27
28

Attorneys for Japan Tobacco International
U.S.A., Inc. and Akros Pharma Inc.,

6

1    Dated: June 10, 2019

2

3                                              By:    _____/s/ Paul J. Riehle_____
                                                      DRINKER BIDDLE & REATH LLP
                                                      Paul J. Riehle (SBN 115199)
4                                                     paul.riehle@dbr.com
                                                      Four Embarcadero Center, 27th Floor
5                                                     San Francisco, CA 94111

6                                                     DRINKER BIDDLE & REATH LLP
                                                      Paul H. Saint-Antoine (*pro hac vice* pending)
7                                                     paul.saint-antoine@dbr.com
                                                      Joanne C. Lewers (*pro hac vice* pending)
8                                                     joanne.lewers@dbr.com
                                                      One Logan Square, Ste. 2000
9                                                     Philadelphia, PA 19103

10                                                     Attorneys for Johnson & Johnson,
                                                       incorrectly named herein as Johnson &
11                                                     Johnson, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
/ CASE NO. 3:19-CV-02573-EMC

1

## **FILER'S ATTESTATION**

2

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I,

3

Daralyn J. Durie, attest that concurrence in the filing of this document has been obtained.

4

5    Dated: June 10, 2019

6

By: _____ */s/ Daralyn J. Durie*_____

7                                                              Daralyn J. Durie

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
/ CASE NO. 3:19-CV-02573-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2019, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

By:      */s/ Daralyn J. Durie*
                   Daralyn J. Durie

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
/ CASE NO. 3:19-CV-02573-EMC