DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
W. HENRY HUTTINGER (SBN 312843)
hhuttinger@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

(*see additional counsel on next page*)

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice* pending)
steve@hilliardshadowenlaw.com
ROBERT C. HILLIARD (*pro hac vice* pending)
bob@hilliardshadowenlaw.com
RICHARD BRUNELL (*pro hac vice* pending)
rbrunell@hilliardshadowenlaw.com
MATTHEW C. WEINER (*pro hac vice* pending)
matt@hilliardshadowenlaw.com
FRAZAR W. THOMAS (*pro hac vice* pending)
fraz@hilliardshadowenlaw.com
NICHOLAS W. SHADOWEN (*pro hac vice* pending)
nick@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
Facsimile: (361) 882-3015

Attorneys for Plaintiffs Peter Staley, Steve Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, and Service Employees International Union, Local No. 1 Health Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY; STEVE FULLER; GREGG S. GONSALVES, PhD; BRENDA EMILY GOODROW; ANDREW R. SPIELDENNER, PhD; ROBERT J. VAZQUEZ; JASON WALKER; MICHAEL WARNER; JACOB ZYDONIS; FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND; and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 1 HEALTH FUND, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.; GILEAD HOLDINGS, LLC; GILEAD SCIENCES, LLC; GILEAD SCIENCES IRELAND UC; BRISTOL-MYERS SQUIBB COMPANY; E. R. SQUIBB & SONS, L.L.C.; JAPAN TOBACCO, INC.; JAPAN TOBACCO INTERNATIONAL U.S.A., INC.; AKROS PHARMA INC.; JANSSEN R&D IRELAND; and JOHNSON & JOHNSON, INC.,<br><br>Defendants. | Case No. 3:19-cv-02573-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Ctrm: 5-17th Floor<br>Judge: Honorable Edward M. Chen |

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice* pending)
steve@hbsslaw.com
THOMAS M. SOBOL (*pro hac vice* pending)
tom@hbsslaw.com
KRISTEN A. JOHNSON (*pro hac vice* pending)
kristenj@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice* pending)
grega@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jgoldstein@sfmslaw.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL  33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@sfmslaw.com
MICHAEL OLS (*pro hac vice*)
mols@sfmslaw.com
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492

Pursuant to Local Rule 6-1(a) of the Northern District of California, Plaintiffs Peter Staley, Steve Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, and Service Employees International Union, Local No. 1 Health Fund ("Plaintiffs") and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Bristol-Myers Squibb Company, E. R. Squibb & Sons, L.L.C., Japan Tobacco International U.S.A., Inc., Akros Pharma Inc., and Johnson & Johnson, Inc. (collectively, "Defendants"), by and through their counsel of record, have met and conferred and stipulated to an interim, one-week extension of the time for Defendants to answer or otherwise respond to the Complaint.

WHEREAS, Plaintiffs filed the Complaint on May 14, 2019 and served Defendants between May 20 and May 22, 2019;

WHEREAS, the time for Defendants to answer or otherwise respond to the Complaint under Federal Rule of Civil Procedure 12(a)(1)(A)(i) is between June 10 and 12, 2019;

WHEREAS, the parties are continuing to meet and confer and require additional time to negotiate a longer extension and coordinated response date;

NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE as follows:

1. The time for Defendants to answer or otherwise respond to the Complaint shall be extended, on an interim basis, to June 18, 2019.
2. This change will not alter the date of any event or any deadline already fixed by Court order.
3. This agreement shall not be deemed a waiver by Defendants of personal jurisdiction or any other defense in this or any other case.
4. This agreement shall not be deemed a general appearance or a waiver of Defendants' right to challenge the Court's personal jurisdiction over it.  This agreement shall not be used to claim that any of the Defendants is subject to personal jurisdiction.
5. The parties expressly reserve all of their rights, defenses, privileges, and immunities.

IT IS SO STIPULATED.

Dated: June 10, 2019

By:     */s/ Daralyn J. Durie*
DURIE TANGRI LLP
Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark A. Lemley (SBN 155830)
mlemley@durietangri.com
David McGowan (SBN 154289)
dmcgowan@durietangri.com
Laura E. Miller (SBN 271713)
lmiller@durietangri.com
W. Henry Huttinger (SBN 312843)
hhuttinger@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111

HILLIARD & SHADOWEN LLP
Steve D. Shadowen (*pro hac vice* pending)
steve@hilliardshadowenlaw.com
Robert C. Hilliard (*pro hac vice* pending)
bob@hilliardshadowenlaw.com
Richard Brunell (*pro hac vice* pending)
rbrunell@hilliardshadowenlaw.com
Matthew C. Weiner (*pro hac vice* pending)
matt@hilliardshadowenlaw.com
Frazar W. Thomas (*pro hac vice* pending)
fraz@hilliardshadowenlaw.com
Nicholas W. Shadowen (*pro hac vice* pending)
nick@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*pro hac vice* pending)
steve@hbsslaw.com
Thomas M. Sobol (*pro hac vice* pending)
tom@hbsslaw.com
Kristen A. Johnson (*pro hac vice* pending)
kristenj@hbsslaw.com
Gregory T. Arnold (*pro hac vice* pending)
grega@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

RADICE LAW FIRM, P.C.
John Radice (*pro hac vice*)
jradice@radicelawfirm.com
Dan Rubenstein (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540

1  SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
   Jayne A. Goldstein (*pro hac vice*)
2  jgoldstein@sfmslaw.com
   1625 North Commerce Parkway, Suite 320
3  Fort Lauderdale, FL  33326

4  SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
   Natalie Finkelman Bennett (*pro hac vice*)
5  nfinkelman@sfmslaw.com
   Michael Ols (*pro hac vice*)
6  mols@sfmslaw.com
   35 E. State Street
7  Media, PA 19063

8  SPERLING & SLATER, P.C.
   Paul E. Slater (*pro hac vice*)
9  pes@sperling-law.com
   Eamon P. Kelly (*pro hac vice*)
10 ekelly@sperling-law.com
   Alberto Rodriguez (*pro hac vice*)
11 arodriguez@sperling-law.com
   David P. Germaine (*pro hac vice*)
12 dgermaine@sperling-law.com
   55 West Monroe, Suite 3200
13 Chicago, IL 60603

14         Attorneys for Plaintiffs and the Proposed Class

15

16 Dated: June 10, 2019

17
                                By:        */s/ Heather M. Burke*
18                                    Heather M. Burke (SBN 284100)
                                      **WHITE & CASE** LLP
19                                    3000 El Camino Real
                                      2 Palo Alto Square, Suite 900
20                                    Palo Alto, CA  94306-2109
                                      Telephone:  (650) 213-0300
21                                    hburke@whitecase.com

22
                                      Christopher M. Curran (*pro hac vice* forthcoming)
23                                    Peter J. Carney (*pro hac vice* forthcoming)
                                      **WHITE & CASE** LLP
24                                    701 Thirteenth Street, NW
                                      Washington, District of Columbia 20005-3807
25                                    Telephone:  (202) 626-3600
                                      ccurran@whitecase.com
26                                    pcarney@whitecase.com

27

28

|   |   |
|---|---|
| 1 | Heather K. McDevitt (*pro hac vice* forthcoming) |
| 2 | WHITE & CASE LLP |
|   | 1221 Avenue of the Americas |
| 3 | New York, New York 10020 |
|   | Telephone: (212) 819-8200 |
| 4 | hmcdevitt@whitecase.com |

Attorneys for Gilead Sciences, Inc., Gilead Holdings, LLC, and Gilead Sciences, LLC

Dated: June 10, 2019

By:    */s/ Daniel B. Asimow*
ARNOLD & PORTER KAYE SCHOLER LLP
Daniel B. Asimow (SBN 165661)
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 9411

ARNOLD & PORTER KAYE SCHOLER LLP
Laura S. Shores (*pro hac vice*)
laura.shores@arnoldporter.com
Cindy Y. Hong (*pro hav vice*)
cindy.hong@arnoldporter.com
601 Massachusetts Ave. NW
Washington, DC 20001

Attorneys for Bristol-Myers Squibb Company and E. R. Squibb & Sons, L.L.C.

Dated: June 10, 2019

By:    */s/ Ashley L. Shively*
HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
ashley.shively@hklaw.com
50 California St., Ste 2800
San Francisco, CA 94111

HOLLAND & KNIGHT LLP
Jerome W. Hoffman (*pro hac vice* pending)
jerome.hoffman@hklaw.com
50 N Laura St Ste 3900
Jacksonville, FL 32202

HOLLAND & KNIGHT LLP
Neal N. Beaton (*pro hac vice* pending)
neal.beaton@hklaw.com
31 West 52nd St.
New York, NY 10019

Attorneys for Japan Tobacco International U.S.A., Inc. and Akros Pharma Inc.,

Dated: June 10, 2019

By:     */s/ Paul J. Riehle*
DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)
paul.riehle@dbr.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111

DRINKER BIDDLE & REATH LLP
Paul H. Saint-Antoine (*pro hac vice* pending)
paul.saint-antoine@dbr.com
Joanne C. Lewers (*pro hac vice* pending)
joanne.lewers@dbr.com
One Logan Square, Ste. 2000
Philadelphia, PA 19103

Attorneys for Johnson & Johnson, incorrectly named herein as Johnson & Johnson, Inc.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Daralyn J. Durie, attest that concurrence in the filing of this document has been obtained.

Dated: June 10, 2019

By: _*/s/ Daralyn J. Durie*_
Daralyn J. Durie

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2019, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

By: _/s/ Daralyn J. Durie_
Daralyn J. Durie