1 LIONEL Z. GLANCY (#134180)
KEVIN F. RUF (#136901)
2 GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
3 Los Angeles, CA 90067
Telephone: (310) 201-9150
4 Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiffs in Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund et al. v. Gilead Sciences Inc. et al.*, 3:19-cv-03142

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STALEY; STEVE FULLER; GREGG S. GONSALVES, PhD; BRENDA EMILY GOODROW; ANDREW R. SPIELDENNER, PhD; ROBERT J. VAZQUEZ; JASON WALKER; MICHAEL WARNER; JACOB ZYDONIS; FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND; and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 1 HEALTH FUND, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br>v.<br><br>GILEAD SCIENCES, INC.; GILEAD HOLDINGS, LLC; GILEAD SCIENCES, LLC; GILEAD SCIENCES IRELAND UC; BRISTOL-MYERS SQUIBB COMPANY; E. R. SQUIBB & SONS, L.L.C.; JAPAN TOBACCO, INC.; JAPAN TOBACCO INTERNATIONAL U.S.A., INC.; AKROS PHARMA INC.; JANSSEN R&D IRELAND; and JOHNSON & JOHNSON, INC.,<br><br>Defendants. | Case No. 3:19-cv-2573-EMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that Plaintiffs Teamsters Local 237 Welfare Fund and |
| 3 | Teamsters Local 237 Retirees' Benefit Fund submit this Administrative Motion to Consider |
| 4 | Whether Cases Should Be Related pursuant to Civil Local Rules 3-12 and 7-11. |
| 5 | **ARGUMENT** |
| 6 | This Administrative Motion is made on the grounds that the above-captioned action |
| 7 | (the "*Staley* Action") involves substantially duplicative or overlapping parties, and concerns |
| 8 | the same wrongful acts, conduct, and occurrences, as *Teamsters Local 237 Welfare Fund and* |
| 9 | *Teamsters Local 237 Retirees' Benefit Fund et. al. v. Gilead Sciences, Inc.*, 3:19-cv-03142 (the |
| 10 | "*Teamsters* Action", the complaint in the *Teamsters* Action is attached as Exhibit A hereto). |
| 11 | The *Teamsters* Action also involves substantially duplicative or overlapping parties, and |
| 12 | concerns the same wrongful acts, conduct, and occurrences, as *Snipe et al. v. Gilead Sciences,* |
| 13 | *Inc.*, 3:19-cv-2734-EMC (the "*Snipe* Action"), which has already been related to the *Staley* |
| 14 | Action. |
| 15 | All cases are proposed class actions filed on behalf of indirect purchasers of various |
| 16 | HIV drugs. The cases allege that defendants engaged in unlawful, anticompetitive conduct |
| 17 | concerning these drugs sold in the United States. |
| 18 | Civil Local Rule 3-12 provides that actions are related when: |
| 19 | (1) The actions concern substantially the same parties, property, transaction, or event; |
| 20 | and |
| 21 | (2) It appears likely that there will be an unduly burdensome duplication of labor and |
| 22 | expense, or conflicting results, if the cases are conducted before different Judges. |
| 23 | Here, the cases satisfy both of the elements of Rule 3-12. Each filed complaint names |
| 24 | the same defendants.[1] Each complaint alleges that the same unlawful conduct by defendants |
| 25 | gives rise to violations of U.S. antitrust laws.[2] Each complaint asserts class allegations on |

---

[1] See e.g., *Teamsters* Action Complaint at ¶¶ 19-34, *Staley* Action Complaint at ¶¶ 29-44.
[2] See *Teamsters* Action Complaint at ¶¶ 1-15, *Staley* Action Complaint at ¶¶ 1-15.

behalf of purchasers of certain HIV drugs in the United States for the time period of May 14, 2015 to the present.[3]

Additionally, when the *Teamsters* Action was filed, the *Staley* Action was listed as a related case on the Civil Cover Sheet. [3:19-cv-3142, ECF No. 1-1].

It is clear that duplicative motions and discovery would result if these multiple cases all proceeded independently, as the cases raise the same questions of fact and law. In contrast, consolidation before a single judge will allow conservation of the parties' resources and judicial resources, and avoid the potential for conflicting results.

## **CONCLUSION**

In light of the closely related nature of the cases identified herein, Plaintiffs in the *Teamsters* Action respectfully request that the case be deemed related to the *Staley* and *Snipe* Actions and that the case be assigned to the Honorable Edward M. Chen, the Judge assigned to *the Staley* and *Snipe* Actions.

Dated: June 12, 2019

**GLANCY PRONGAY & MURRAY LLP**

By: s/ *Kevin F. Ruf*
Lionel Z. Glancy (#134180)
Kevin F. Ruf (#136901)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiffs in Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund et al. v. Gilead Sciences Inc. et al., 3:19-cv-03142*

---

[3] See *Snipe* Action Complaint at ¶ 401, *Staley* Action Complaint at ¶ 411.

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 12, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 12, 2019, at Los Angeles, California.

*/s/ Kevin F. Ruf*
Kevin F. Ruf