1   DARALYN J. DURIE (SBN 169825)
    ddurie@durietangri.com
2   MARK A. LEMLEY (SBN 155830)
    mlemley@durietangri.com
3   DAVID McGOWAN (SBN 154289)
    dmcgowan@durietangri.com
4   LAURA E. MILLER (SBN 271713)
    lmiller@durietangri.com
5   W. HENRY HUTTINGER (SBN 312843)
    hhuttinger@durietangri.com
6   217 Leidesdorff Street
    San Francisco, CA 94111
7   Telephone:  (415) 362-6666
    Facsimile:  (415) 236-6300
8
9   (*see additional counsel on next page*)

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice* pending)
steve@hilliardshadowenlaw.com
ROBERT C. HILLIARD (*pro hac vice* pending)
bob@hilliardshadowenlaw.com
RICHARD BRUNELL (*pro hac vice* pending)
rbrunell@hilliardshadowenlaw.com
MATTHEW C. WEINER (*pro hac vice* pending)
matt@hilliardshadowenlaw.com
FRAZAR W. THOMAS (*pro hac vice* pending)
fraz@hilliardshadowenlaw.com
NICHOLAS W. SHADOWEN (*pro hac vice* pending)
nick@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone:  (855) 344-3298
Facsimile:  (361) 882-3015

10   Attorneys for Plaintiffs Peter Staley, Steve Fuller, Gregg S.
11   Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner,
PhD, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob
12   Zydonis, Fraternal Order of Police, Fort Lauderdale Lodge 31,
Insurance Trust Fund, and Service Employees International Union,
Local No. 1 Health Fund

13         IN THE UNITED STATES DISTRICT COURT

14      FOR THE NORTHERN DISTRICT OF CALIFORNIA

15           SAN FRANCISCO DIVISION

| | |
|---|---|
| 16 PETER STALEY; STEVE FULLER; GREGG S.<br>17 GONSALVES, PhD; BRENDA EMILY<br>GOODROW; ANDREW R. SPIELDENNER,<br>18 PhD; ROBERT J. VAZQUEZ; JASON WALKER;<br>MICHAEL WARNER; JACOB ZYDONIS;<br>19 FRATERNAL ORDER OF POLICE, FORT<br>LAUDERDALE LODGE 31, INSURANCE<br>20 TRUST FUND; and SERVICE EMPLOYEES<br>INTERNATIONAL UNION, LOCAL NO. 1<br>21 HEALTH FUND, on behalf of themselves and all<br>others similarly situated.<br>22            Plaintiffs,<br>23    v.<br>24 GILEAD SCIENCES, INC.; GILEAD<br>HOLDINGS, LLC; GILEAD SCIENCES, LLC;<br>25 GILEAD SCIENCES IRELAND UC; BRISTOL-<br>MYERS SQUIBB COMPANY; E. R. SQUIBB &<br>26 SONS, L.L.C.; JAPAN TOBACCO, INC.; JAPAN<br>TOBACCO INTERNATIONAL U.S.A., INC.;<br>27 AKROS PHARMA INC.; JANSSEN R&D<br>IRELAND; and JOHNSON & JOHNSON, INC.,<br>28            Defendants. | Case No. 3:19-cv-02573-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Ctrm:  5-17th Floor<br>Judge:  Honorable Edward M. Chen |

1    HAGENS BERMAN SOBOL SHAPIRO LLP
     STEVE W. BERMAN (*pro hac vice*)
2    steve@hbsslaw.com
     THOMAS M. SOBOL (*pro hac vice*)
3    tom@hbsslaw.com
     KRISTEN A. JOHNSON (*pro hac vice* pending)
4    kristenj@hbsslaw.com
     GREGORY T. ARNOLD (*pro hac vice*)
5    grega@hbsslaw.com
     55 Cambridge Parkway, Suite 301
6    Cambridge, MA 02142
     Telephone: (617) 482-3700
7    Facsimile: (617) 482-3003

8    RADICE LAW FIRM, P.C.
     JOHN RADICE (*pro hac vice*)
9    jradice@radicelawfirm.com
     DAN RUBENSTEIN (*pro hac vice*)
10   drubenstein@radicelawfirm.com
     475 Wall Street
11   Princeton, NJ 08540
     Telephone: (646) 245-8502
12   Facsimile: (609) 385-0745

13   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
     JAYNE A. GOLDSTEIN (*pro hac vice*)
14   jgoldstein@sfmslaw.com
     1625 North Commerce Parkway, Suite 320
15   Fort Lauderdale, FL  33326
     Telephone: (954) 515-0123
16   Facsimile: (866) 300-7367

17   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
     NATALIE FINKELMAN BENNETT (*pro hac vice*)
18   nfinkelman@sfmslaw.com
     MICHAEL OLS (*pro hac vice*)
19   mols@sfmslaw.com
     35 E. State Street
20   Media, PA 19063
     Telephone: (610) 891-9880
21   Facsimile: (866) 300-7367

22   SPERLING & SLATER, P.C.
     PAUL E. SLATER (*pro hac vice*)
23   pes@sperling-law.com
     EAMON P. KELLY (*pro hac vice*)
24   ekelly@sperling-law.com
     ALBERTO RODRIGUEZ (*pro hac vice*)
25   arodriguez@sperling-law.com
     DAVID P. GERMAINE (*pro hac vice*)
26   dgermaine@sperling-law.com
     55 West Monroe, Suite 3200
27   Chicago, IL 60603
     Telephone: (312) 641-3200
28   Facsimile: (312) 641-6492

---

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
/ CASE NO. 3:19-CV-02573-EMC

Pursuant to Local Rule 6-1(a) of the Northern District of California, Plaintiffs Peter Staley, Steve Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, and Service Employees International Union, Local No. 1 Health Fund ("Plaintiffs") and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Bristol-Myers Squibb Company, E. R. Squibb & Sons, L.L.C., Japan Tobacco International U.S.A., Inc., Akros Pharma Inc., and Johnson & Johnson, Inc. (collectively, "Defendants"), by and through their counsel of record, have met and conferred and stipulated to a further interim extension of the time for Defendants to answer or otherwise respond to the Complaint.

WHEREAS, Plaintiffs filed the Complaint on May 14, 2019 and served Defendants between May 20 and May 22, 2019;

WHEREAS, the parties in the above-captioned action filed a Joint Stipulation to Extend Time to Answer or Otherwise Respond to the Complaint on June 10, 2019, agreeing that the time for the Defendants who were served to answer or otherwise respond to the Complaint shall be extended, on an interim basis, to June 18, 2019;

WHEREAS, the parties are continuing to meet and confer and require additional time to negotiate a longer extension and coordinated response date;

NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE as follows:

1.  The time for Defendants to answer or otherwise respond to the Complaint shall be extended, on an interim basis, to June 26, 2019.

2.  This change will not alter the date of any event or any deadline already fixed by Court order.

3.  This agreement shall not be deemed a waiver by Defendants of personal jurisdiction or any other defense in this or any other case.

4.  This agreement shall not be deemed a general appearance or a waiver of Defendants' right to challenge the Court's personal jurisdiction over it.  This agreement shall not be used to claim that any of the Defendants is subject to personal jurisdiction.

5.  The parties expressly reserve all of their rights, defenses, privileges, and immunities.

IT IS SO STIPULATED.

1

1    Dated: June 18, 2019

2
                                        By:  _____*/s/ Daralyn J. Durie*_____
3                                              DURIE TANGRI LLP
                                               Daralyn J. Durie (SBN 169825)
4                                              ddurie@durietangri.com
                                               Mark A. Lemley (SBN 155830)
5                                              mlemley@durietangri.com
                                               David McGowan (SBN 154289)
6                                              dmcgowan@durietangri.com
                                               Laura E. Miller (SBN 271713)
7                                              lmiller@durietangri.com
                                               W. Henry Huttinger (SBN 312843)
8                                              hhuttinger@durietangri.com
                                               217 Leidesdorff Street
9                                              San Francisco, CA 94111

10                                             HILLIARD & SHADOWEN LLP
                                               Steve D. Shadowen (*pro hac vice* pending)
11                                             steve@hilliardshadowenlaw.com
                                               Robert C. Hilliard (*pro hac vice* pending)
12                                             bob@hilliardshadowenlaw.com
                                               Richard Brunell (*pro hac vice* pending)
13                                             rbrunell@hilliardshadowenlaw.com
                                               Matthew C. Weiner (*pro hac vice* pending)
14                                             matt@hilliardshadowenlaw.com
                                               Frazar W. Thomas (*pro hac vice* pending)
15                                             fraz@hilliardshadowenlaw.com
                                               Nicholas W. Shadowen (*pro hac vice* pending)
16                                             nick@hilliardshadowenlaw.com
                                               1135 W. 6th Street, Suite 125
17                                             Austin, TX 78703

18                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                               Steve W. Berman (*pro hac vice*)
19                                             steve@hbsslaw.com
                                               Thomas M. Sobol (*pro hac vice*)
20                                             tom@hbsslaw.com
                                               Kristen A. Johnson (*pro hac vice* pending)
21                                             kristenj@hbsslaw.com
                                               Gregory T. Arnold (*pro hac vice*)
22                                             grega@hbsslaw.com
                                               55 Cambridge Parkway, Suite 301
23                                             Cambridge, MA 02142

24                                             RADICE LAW FIRM, P.C.
                                               John Radice (*pro hac vice*)
25                                             jradice@radicelawfirm.com
                                               Dan Rubenstein (*pro hac vice*)
26                                             drubenstein@radicelawfirm.com
                                               475 Wall Street
27                                             Princeton, NJ 08540

28

                                          2
JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
                      / CASE NO. 3:19-CV-02573-EMC

1   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
    Jayne A. Goldstein (*pro hac vice*)
2   jgoldstein@sfmslaw.com
    1625 North Commerce Parkway, Suite 320
3   Fort Lauderdale, FL  33326

4   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
    Natalie Finkelman Bennett (*pro hac vice*)
5   nfinkelman@sfmslaw.com
    Michael Ols (*pro hac vice*)
6   mols@sfmslaw.com
    35 E. State Street
7   Media, PA 19063

8   SPERLING & SLATER, P.C.
    Paul E. Slater (*pro hac vice*)
9   pes@sperling-law.com
    Eamon P. Kelly (*pro hac vice*)
10  ekelly@sperling-law.com
    Alberto Rodriguez (*pro hac vice*)
11  arodriguez@sperling-law.com
    David P. Germaine (*pro hac vice*)
12  dgermaine@sperling-law.com
    55 West Monroe, Suite 3200
13  Chicago, IL 60603

14   Attorneys for Plaintiffs and the Proposed Class

15  Dated: June 18, 2019

16

17          By:          */s/ Heather M. Burke*
                Heather M. Burke (SBN 284100)
18              WHITE & CASE LLP
                3000 El Camino Real
19              2 Palo Alto Square, Suite 900
                Palo Alto, CA  94306-2109
20              Telephone:  (650) 213-0300
                hburke@whitecase.com
21
                Christopher M. Curran (*pro hac vice*)
22              Peter J. Carney (*pro hac vice*)
                WHITE & CASE LLP
23              701 Thirteenth Street, NW
                Washington, District of Columbia 20005-3807
24              Telephone:  (202) 626-3600
                ccurran@whitecase.com
25              pcarney@whitecase.com

26              Heather K. McDevitt (*pro hac vice*)

27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WHITE & CASE**LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
hmcdevitt@whitecase.com

Attorneys for Gilead Sciences, Inc., Gilead
Holdings, LLC, and Gilead Sciences, LLC

Dated: June 18, 2019

By: _____ */s/ Daniel B. Asimow* _____
ARNOLD & PORTER KAYE SCHOLER LLP
Daniel B. Asimow (SBN 165661)
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 9411

ARNOLD & PORTER KAYE SCHOLER LLP
Laura S. Shores (*pro hac vice*)
laura.shores@arnoldporter.com
Cindy Y. Hong (*pro hav vice*)
cindy.hong@arnoldporter.com
601 Massachusetts Ave. NW
Washington, DC 20001

Attorneys for Bristol-Myers Squibb Company
and E. R. Squibb & Sons, L.L.C.

Dated: June 18, 2019

By: _____ */s/ Ashley L. Shively* _____
HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
ashley.shively@hklaw.com
50 California St., Ste 2800
San Francisco, CA 94111

HOLLAND & KNIGHT LLP
Jerome W. Hoffman (*pro hac vice* pending)
jerome.hoffman@hklaw.com
50 N Laura St Ste 3900
Jacksonville, FL 32202

HOLLAND & KNIGHT LLP
Neal N. Beaton (*pro hac vice* pending)
neal.beaton@hklaw.com
31 West 52nd St.
New York, NY 10019

Attorneys for Japan Tobacco International
U.S.A., Inc. and Akros Pharma Inc.,

1    Dated: June 18, 2019

2
                                       By:   _____/s/ Paul J. Riehle_____
3                                            DRINKER BIDDLE & REATH LLP
                                             Paul J. Riehle (SBN 115199)
4                                            paul.riehle@dbr.com
                                             Four Embarcadero Center, 27th Floor
5                                            San Francisco, CA 94111

6                                            DRINKER BIDDLE & REATH LLP
                                             Paul H. Saint-Antoine (*pro hac vice*)
7                                            paul.saint-antoine@dbr.com
                                             Joanne C. Lewers (*pro hac vice*)
8                                            joanne.lewers@dbr.com
                                             One Logan Square, Ste. 2000
9                                            Philadelphia, PA 19103

10                                            Attorneys for Johnson & Johnson, incorrectly
                                             named herein as Johnson & Johnson, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
/ CASE NO. 3:19-CV-02573-EMC

1

**FILER'S ATTESTATION**

2      Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I,

3   Daralyn J. Durie, attest that concurrence in the filing of this document has been obtained.

4

5    Dated: June 18, 2019

6
                                                    By:         */s/ Daralyn J. Durie*
7                                                              Daralyn J. Durie

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
/ CASE NO. 3:19-CV-02573-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2019, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

By:     */s/ Daralyn J. Durie*
Daralyn J. Durie

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT / CASE NO. 3:19-CV-02573-EMC