1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   MARK A. LEMLEY (SBN 155830)
3  mlemley@durietangri.com
   DAVID McGOWAN (SBN 154289)
4  dmcgowan@durietangri.com
   LAURA E. MILLER (SBN 271713)
5  lmiller@durietangri.com
   W. HENRY HUTTINGER (SBN 312843)
6  hhuttinger@durietangri.com
   217 Leidesdorff Street
7  San Francisco, CA 94111
   Telephone: (415) 362-6666
8  Facsimile: (415) 236-6300

9  (*see additional counsel on next page*)

   HILLIARD & SHADOWEN LLP
   STEVE D. SHADOWEN (*pro hac vice*)
   steve@hilliardshadowenlaw.com
   ROBERT C. HILLIARD (*pro hac vice* pending)
   bob@hilliardshadowenlaw.com
   RICHARD BRUNELL (*pro hac vice* pending)
   rbrunell@hilliardshadowenlaw.com
   MATTHEW C. WEINER (*pro hac vice*)
   matt@hilliardshadowenlaw.com
   FRAZAR W. THOMAS (*pro hac vice* pending)
   fraz@hilliardshadowenlaw.com
   NICHOLAS W. SHADOWEN (*pro hac vice*)
   nick@hilliardshadowenlaw.com
   DONALD SEAN NATION (*pro hac vice*)
   sean@hilliardshadowenlaw.com
   1135 W. 6th Street, Suite 125
   Austin, TX 78703
   Telephone: (855) 344-3298
   Facsimile: (361) 882-3015

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STALEY; STEVE FULLER; GREGG S. GONSALVES, PhD; BRENDA EMILY GOODROW; ANDREW R. SPIELDENNER, PhD; ROBERT J. VAZQUEZ; JASON WALKER; MICHAEL WARNER; JACOB ZYDONIS; MICHAEL SNIPE; JOHN CARROLL; JOSH MCDONALD; JOHN DOE; GABRIEL MOLINA; TROY VAZQUEZ-CAIN; FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND; SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 1 HEALTH FUND; TEAMSTERS LOCAL 237 WELFARE FUND; TEAMSTERS LOCAL 237 RETIREES' BENEFIT FUND; and PIPE TRADES SERVICES MN WELFARE FUND, on behalf of themselves and all others similarly situated. <br><br> *Plaintiffs*, <br><br> v. <br><br> GILEAD SCIENCES, INC.; GILEAD HOLDINGS, LLC; GILEAD SCIENCES, LLC; GILEAD SCIENCES IRELAND UC; BRISTOL-MYERS SQUIBB COMPANY; E. R. SQUIBB & SONS, L.L.C.; JAPAN TOBACCO, INC.; JANSSEN R&D IRELAND; and JOHNSON & JOHNSON, INC., <br><br> *Defendants*. | Case No. 3:19-cv-2573 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS JAPAN TOBACCO INTERNATIONAL U.S.A., INC. AND AKROS PHARMA INC.** |

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
KRISTEN A. JOHNSON (*pro hac vice* pending)
kristenj@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jgoldstein@sfmslaw.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL  33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@sfmslaw.com
MICHAEL OLS (*pro hac vice*)
mols@sfmslaw.com
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492

1  *Attorneys for Plaintiffs Peter Staley, Steve Fuller, Gregg S. Gonsalves, Phd, Brenda Emily Goodrow, Andrew R. Spieldenner, Phd, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, and Service Employees International Union, Local No. 1 Health Fund*

GLANCY PRONGAY & MURRAY
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice* pending)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice* pending)
bcohen@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

MILBERG PHILLIPS GROSSMAN LLP
MICHAEL J. GALLAGHER, JR. (*pro hac vice*)
mgallagher@milberg.com
One Pennsylvania Plaza, 19th Floor
New York, New York 10119
Telephone: (212) 594-5300

*Attorneys for Michael Snipe, John Carroll, Josh McDonald, John Doe, Gabriel Molina, and Troy Vazquez-Cain*

GLANCY PRONGAY & MURRAY
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

GLANCY PRONGAY & MURRAY LLP
BRIAN P. MURRAY (*pro hac vice* pending)
bmurray@glancylaw.com
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
GREGORY B. LINKH (*pro hac vice* pending)
glinkh@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

SPECTOR ROSEMAN & KODROFF P.C.
EUGENE SPECTOR (*pro hac vice* pending)
espector@srkattorneys.com
JEFFREY KODROFF (*pro hac vice* pending)
jkodroff@srkattorneys.com
WILLIAM CALDES (*pro hac vice* pending)
bcaldes@srkattorneys.com
JEFFREY SPECTOR (*pro hac vice* pending)
jspector@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Attorneys for Plaintiffs Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund*

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

GUSTAFSON GLUEK PLLC
DANIEL C. HEDLUND (*pro hac vice* pending)
dhedlund@gustafsongluek.com
MICHELLE J. LOOBY (*pro hac vice* pending)
mlooby@gustafsongluek.com
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiff Pipe Trades Services MN Welfare Fund*

1  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a) and the Joint Stipulation and Order to Extend Time to Answer or Otherwise Respond to Complaint entered on June 28, 2019, Plaintiffs Peter Staley, Steve Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, Phd, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Fraternal Order Of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Michael Snipe, John Carroll, Josh McDonald, John Doe, Gabriel Molina, Troy Vazquez-Cain, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund voluntarily dismiss without prejudice all claims against Defendants Japan Tobacco International U.S.A., Inc. and Akros Pharma Inc.

Defendants Japan Tobacco International U.S.A., Inc. and Akros Pharma Inc. have not served an answer or a motion for summary judgment in this proceeding and Plaintiffs have not filed a motion for class certification. Dismissal without prejudice is therefore appropriate without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for a certified class).

Dated: July 1, 2019

DURIE TANGRI LLP

By: */s/ Daralyn J. Durie*
DARALYN J. DURIE

Attorney for Plaintiffs Peter Staley, Steve Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Fraternal Order Of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, and Service Employees International Union, Local No. 1 Health Fund

| | |
|---|---|
| Dated:  July 1, 2019 | NUSSBAUM LAW GROUP, P.C. |
| | By:  */s/ Bart D. Cohen*<br>BART D. COHEN |
| | Attorneys for Michael Snipe, John Carroll, Josh McDonald, John Doe, Gabriel Molina, and Troy Vazquez-Cain |
| Dated:  July 1, 2019 | GLANCY PRONGAY & MURRAY LLP |
| | By:  */s/ Lee Albert*<br>LEE ALBERT |
| | Attorney for Plaintiffs Teamsters Local 237 Welfare Fund and Teamsters Local 237 Retirees' Benefit Fund |
| Dated:  July 1, 2019 | LOCKRIDGE GRINDAL NAUEN PLLP |
| | By:  */s/ Heidi M. Silton*<br>HEIDI M. SILTON |
| | Attorney for Plaintiff Pipe Trades Services MN Welfare Fund |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Daralyn J. Durie, attest that concurrence in the filing of this document has been obtained.

Date: July 1, 2019

By: _*/s/ Daralyn J. Durie*_
DARALYN J. DURIE

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Daralyn J. Durie*
DARALYN J. DURIE