1  PAUL J. RIEHLE (SBN 115199)
   Paul.Riehle@dbr.com
2  DRINKER BIDDLE & REATH LLP
   Four Embarcadero Center, 27th Floor
3  San Francisco, CA  94111-4180
   Telephone:      (415) 591-7500
4  Facsimile:       (415) 591-7510

5  PAUL H. SAINT-ANTOINE *(pro hac vice)*
   Paul.Saint-Antoine@dbr.com
6  JOANNE C. LEWERS *(pro hac vice)*
   Joanne.Lewers@dbr.com
7  DRINKER BIDDLE & REATH LLP
   One Logan Square, Ste. 2000
8  Philadelphia, PA 19103
   Telephone:      (215) 988-2990
9
10 Attorneys for Defendants JANSSEN R&D Ireland, and
   JOHNSON & JOHNSON, incorrectly named herein as
11 JOHNSON & JOHNSON, INC.

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 PETER STALEY; STEVE FULLER;              Case No. 3:19-cv-2573-EMC
   GREGG S. GONSALVES, PhD; BRENDA
15 EMILY GOODROW; ANDREW R.                 **DEFENDANTS JANSSEN R&D**
   SPIELDENNER, PhD; ROBERT J.              **IRELAND AND JOHNSON &**
16 VAZQUEZ; JASON WALKER; MICHAEL           **JOHNSON'S CORPORATE**
   WARNER; JACOB ZYDONIS; MICHAEL           **DISCLOSURE STATEMENT AND**
17 SNIPE; JOHN CARROLL; JOSH                **CERTIFICATION OF INTERESTED**
   MCDONALD; JOHN DOE; GABRIEL              **ENTITIES OR PERSONS**
18 MOLINA; TROY VAZQUEZ-CAIN;
   FRATERNAL ORDER OF POLICE, FORT
19 LAUDERDALE LODGE 31, INSURANCE
   TRUST FUND; SERVICE EMPLOYEES
20 INTERNATIONAL UNION, LOCAL NO. 1
   HEALTH FUND; TEAMSTERS LOCAL 237
21 WELFARE FUND; TEAMSTERS LOCAL
   237 RETIREES' BENEFIT FUND, and PIPE
22 TRADES SERVICES MN WELFARE FUND,
   on behalf of themselves and all others similarly
23 situated.

24                        Plaintiffs,

25       v.

26 GILEAD SCIENCES, INC.; GILEAD
   HOLDINGS, LLC; GILEAD SCIENCES,
27 LLC; GILEAD SCIENCES IRELAND UC;
   BRISTOL-MYERS SQUIBB COMPANY; E.
28

DEFENDANTS' CORPORATE DISCLOSURE                    CASE NO. 3:19-CV-2573-EMC
STATEMENT AND CERTIFICATION OF
INTERESTED ENTITIES OR PARTIES

R. SQUIBB & SONS, L.L.C.; JAPAN
TOBACCO, INC.; JANSSEN R&D
IRELAND; and JOHNSON & JOHNSON,
INC.,

                Defendants.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendants Janssen R&D Ireland and Johnson & Johnson, certifies as follows: Johnson & Johnson is the parent company of Janssen R&D Ireland.  No publicly traded company other than Johnson & Johnson owns more than 10% of Janssen R&D Ireland's stock.  Johnson & Johnson has no parent company and no publicly traded company owns more than 10% of Johnson & Johnson's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties and Defendants' counsel, there is no such interest to report.

Dated: August 28, 2019                        DRINKER BIDDLE & REATH LLP

                                              By: /s/ *Paul J. Riehle*
                                                  Paul J. Riehle
                                                  Paul H. Saint-Antoine (*pro hac vice*)
                                                  Joanne C. Lewers (*pro hac vice*)

                                                  Attorneys for Defendants JANSSEN R&D
                                                  IRELAND, and JOHNSON & JOHNSON,
                                                  incorrectly named herein as JOHNSON &
                                                  JOHNSON, INC.

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' CORPORATE DISCLOSURE
STATEMENT AND CERTIFICATION OF
INTERESTED ENTITIES OR PARTIES              - 2 -              CASE NO. 3:19-CV-2573-EMC