1   LAURA S. SHORES (*pro hac vice*)
    CINDY Y. HONG (*pro hac vice*)
2   ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Ave., N.W.
3   Washington, D.C. 20001
    Telephone:    202.942.5000
4   Facsimile:    202.942.4999
    Email: laura.shores@arnoldporter.com
5   Email: cindy.hong@arnoldporter.com

6   DANIEL B. ASIMOW (SBN 165661)
    ARNOLD & PORTER KAYE SCHOLER LLP
7   Three Embarcadero Center, 10th Floor
    San Francisco, CA 94111-4024
8   Telephone:    415.471.3100
    Facsimile:    415.471.3400
9   Email: daniel.asimow@arnoldporter.com

10  Attorneys for Defendants
    BRISTOL-MYERS SQUIBB COMPANY &
11  E. R. SQUIBB & SONS, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STALEY; STEVE FULLER; GREGG S. GONSALVES, PhD; BRENDA EMILY GOODROW; ANDREW R. SPIELDENNER, PhD; ROBERT J. VAZQUEZ; JASON WALKER; MICHAEL WARNER; JACOB ZYDONIS; FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND; and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 1 HEALTH FUND, on behalf of themselves and all others similarly situated.<br><br>*Plaintiffs*,<br><br>v.<br><br>GILEAD SCIENCES, INC.; GILEAD HOLDINGS, LLC; GILEAD SCIENCES, LLC; GILEAD SCIENCES IRELAND UC; BRISTOL-MYERS SQUIBB COMPANY; E. R. SQUIBB & SONS, L.L.C.; JAPAN TOBACCO, INC.; JAPAN TOBACCO INTERNATIONAL U.S.A., INC.; AKROS PHARMA INC.; JANSSEN R&D IRELAND; and JOHNSON & JOHNSON, INC.,<br><br>*Defendants*. | Case No. 3:19-cv-2573<br><br>**BRISTOL-MYERS SQUIBB COMPANY AND E.R. SQUIBB & SONS LLC'S MOTION UNDER RULE 12 TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>Date:   January 16, 2020<br>Time:   1:30 p.m.<br>Dept:   Courtroom 5 - 17th Floor<br><br>Honorable Edward M. Chen |