UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GILEAD SCIENCES, INC., *et al.*<br><br>　　　　　Defendants. | Case No. 3:19-cv-02573-EMC<br><br>[PROPOSED] **ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO FILE BRIEF AS** *AMICUS CURIAE*<br><br>Hearing:　　Jan. 16, 2020<br>Time:　　　9:00 a.m.<br>Courtroom: 5 – 17th Floor<br>Judge:　　　Honorable Edward M. Chen |

For good cause shown, the motion of Federal Trade Commission for leave to file a brief as amicus curiae is hereby GRANTED.

Dated:  November 7,  2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Edward M. Chen
　　　　　　　　　　　　　　　　　　　　United States District Court Judge