UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PETER STALEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GILEAD SCIENCES, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-02573-EMC (LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 208 |

As discussed at the hearing today, the court orders the defendants to provide to the plaintiffs by December 12, 2019, (1) their full objections and responses to the plaintiffs' requests for productions,[1] (2) their lists of proposed custodians and search terms for ESI searches, and (3) a description of their processes for collecting the results of ESI searches, including how long it will take to compile a "hit list" with respect to proposed custodians and search terms.

**IT IS SO ORDERED.**

Dated: November 21, 2019

LAUREL BEELER
United States Magistrate Judge

---

[1] This order does not require the defendants to provide their full productions, just their full objections and responses as to what they will produce, without objections that the requests are "premature."

ORDER – No. 19-cv-02573-EMC (LB)