Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
pcarney@whitecase.com

Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com

Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et. al.*, | Case No. 3:19-cv-02573-EMC |
| Plaintiffs, | **GILEAD'S ADMINISTRATIVE MOTION TO ADJOURN JANUARY 16, 2020 HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| GILEAD SCIENCES, INC., *et. al.*, | |
| Defendants. | Judge: Honorable Edward M. Chen |

1  Gilead respectfully submits this administrative motion pursuant to Local Rule 7-11 and this Court's Civil Standing Order to request that the Court adjourn the presently set January 16, 2020 hearing on Defendants' Motions to Dismiss due to a trial conflict for Gilead's lead counsel, Christopher M. Curran.  Gilead is not requesting that the Court reschedule the concurrently scheduled Case Management Conference.  Gilead submits that the parties should meet and confer regarding alternative dates for the motion argument and submit any potential alternative dates to the Court at the Case Management Conference on January 16.  On December 31, 2019, Gilead approached Plaintiffs to discuss moving the January 16 hearing date, but Plaintiffs were not amendable to proposing an alternative hearing date.  *See* Ostrander Declaration in Support of Administrative Motion, at 3 & Ex. 1.

Pursuant to the Court's Civil Standing Order, a party seeking a continuance of a hearing date must make "a showing of good cause, with a particular focus on diligence by the party seeking the continuance and prejudice that may result if the continuance is denied."  Judge Edward M. Chen General Civil Standing Order, at ¶ 4; *see generally Baranco v. Ford Motor Co.*, 2018 U.S. Dist. Ct. Motions LEXIS 73355, No. 3:17-cv-03580-EMC (N.D. Cal. Aug. 31, 2018).  Here, Mr. Curran was the principal drafter of Gilead's Motion to Dismiss briefing (ECF No. 143), which each of the Defendants joined.  *See* ECF Nos. 149, 158, 159.  Mr. Curran, therefore, will be presenting the oral argument on the issues raised in Gilead's motion.

Mr. Curran also is lead trial counsel in the matter of *In re Loestrin Antitrust Litigation,* No. 1:13-md-02472 (D.R.I.) ("*Loestrin*"), which is scheduled to begin trial on January 6, 2020 in Providence, Rhode Island.  While multiple plaintiff groups recently settled and the district court has shortened the time allotted to each side, counsel presently expects that *Loestrin* will proceed to trial as scheduled on January 6.  Although the duration of trial is still unclear, counsel expects that trial will continue at least through the end of January.  As lead counsel, Mr. Curran is responsible for the day-to-day presentation of the trial as well as examination of witnesses throughout the trial.  Lead trial counsel for Plaintiffs in *Loestrin* is Steve Shadowen, who is also co-lead counsel for the putative plaintiff class in this matter.

Gilead diligently brings this issue to the Court's attention now, two weeks prior to the

- 1 -

1  hearing, after waiting as long as possible for the full resolution of *Loestrin*.  As noted, the parties
2  resolved the claims of other plaintiff groups, but one more group remains.  With *Loestrin* set to
3  proceed to trial in just four days, there is a substantial risk of prejudice to Defendants' presentation
4  of their Motions to Dismiss at the January 16 hearing, if it is not adjourned, given Mr. Curran's
5  prominent role in developing and drafting the arguments that support dismissal of Plaintiffs'
6  complaint.  Gilead submits that a reasonable continuance of the hearing will avoid this risk and will
7  not prejudice Plaintiffs.

8       For the above reasons, Gilead respectfully requests that the Court adjourn the presently
9  scheduled January 16, 2020 hearing date on Defendants' Motions to Dismiss.  If there is any change
10 in the posture of the *Loestrin* trial, Gilead will promptly notify the Court.

Dated:   January 2, 2020                                WHITE & CASE LLP

By:   */s/ Heather M. Burke*
Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
**WHITE & CASE** LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)
**WHITE & CASE** LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005-3807
Telephone:  (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
pcarney@whitecase.com

Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
**WHITE & CASE** LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com

1
2      Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28