HOLLAND & KNIGHT LLP
Neal N. Beaton (*pro hac vice*)
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3470
Fax: 212.385.9010
E-mail:neal.beaton@hklaw.com

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant
JAPAN TOBACCO INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PETER STALEY; *et al.*, | ) | Case No.: 3:19-cv-02573-EMC |
| | ) | |
| Plaintiff, | ) | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| | ) | |
| vs. | ) | |
| | ) | Courtroom: 5 – 17th Floor |
| GILEAD SCIENCES, INC.; *et al.*, | ) | Judge: Honorable Edward M. Chen |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Brianna R. Howard has left her employment with Holland & Knight LLP. Holland & Knight therefore withdraws the appearance of Brianna R. Howard as one of the counsel of record for Defendant Japan Tobacco Inc. in the above captioned action. The Holland & Knight LLP attorneys listed in the caption will continue to represent Defendant Japan Tobacco Inc. in this proceeding.

Dated: March 30, 2020

/s/ Ashley L. Shively
HOLLAND & KNIGHT LLP
Ashley L. Shively

Attorneys for Defendant
Japan Tobacco Inc.

*Additional Counsel for Defendant Japan Tobacco Inc.:*

| | |
|---|---|
| Jerome W. Hoffman (*pro hac vice*) | Thomas J. Yoo (SBN 175118) |
| Email: jerome.hoffman@hklaw.com | Email: thomas.yoo@hklaw.com |
| 50 N. Laura Street, Suite 3900 | 400 S. Hope St., 8th Floor |
| Jacksonville, FL 32202 | Los Angeles, CA 90071 |
| Telephone (904) 353-2000 | Telephone (213) 896-2400 |
| Facsimile (904) 358-1872 | Facsimile (415) 896-2450 |

John Kern (SBN 206001)
Email: john.kern@hklaw.com
Ashley L. Shively (SBN 264912)
Email: ashley.shively@hklaw.com
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone (415) 742-6970
Facsimile (415) 743-6910

Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Tel: 212.513.3200
Fax: 212.385.9010