1 | Francis O. Scarpulla (Cal. Bar 41059)
Patrick B. Clayton (Cal. Bar 240191)
2 | **LAW OFFICES OF FRANCIS O. SCARPULLA**
456 Montgomery St., 17th Floor
3 | San Francisco, California 94104
Telephone: (415) 788-7210
4 | Facsimile: (415) 788-0706
fos@scarpullalaw.com
5 | pbc@scarpullalaw.com

6 | *Counsel for Plaintiff KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc.*

7 | [Additional Counsel appear on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY, *et al.*, | **Case No. 3:19-cv-02573-EMC** |
| Plaintiff, | |
| v. | |
| GILEAD SCIENCES, INC., *et al.*, | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: | |
| KPH Healthcare Services, Inc., | **Case No. 3:20-cv-00880-EMC** |
| Plaintiff, | **KPH HEALTHCARE SERVICES, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT JAPAN TOBACCO, INC.** |
| v. | |
| GILEAD SCIENCES, INC., *et al.*, | |
| Defendants. | |

Notice is hereby given to the Clerk of the United States District Court for the Northern District of California by Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. ("Plaintiff" or "KPH"), through its undersigned counsel, that KPH voluntarily dismisses without prejudice Defendant Japan Tobacco, Inc. from this case. In so doing, Plaintiff represents the following:

1. This Court directed Plaintiff *via* Minute Entry, dated May 7, 2020 (Doc. #319) to state its intention as to whether it will pursue claims against Defendant Japan Tobacco, Inc. in this case.

2. Plaintiff KPH does not currently intend to proceed with litigation against Defendant Japan Tobacco, Inc. and filed a Statement of intention not to currently proceed against that defendant on May 14, 2020, in accordance with the Court's Order.

3. The effect of this filing under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure is automatic, and no Order of this Court is needed.

4. This Notice results in a dismissal without prejudice, as the Plaintiff has never dismissed an action based on or including the same claim(s) in a prior case.

Dated: May 14, 2020

/s/Dianne M. Nast
Dianne M. Nast
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

Francis O. Scarpulla (Cal. Bar 41059)
Patrick B. Clayton (Cal. Bar 240191)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
456 Montgomery St., 17th Floor
San Francisco, California 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

Case 3:19-cv-02573-EMC   Document 330   Filed 05/15/20   Page 3 of 3

|     |     |
| --- | --- |
| 1   | Michael L. Roberts (admitted *pro hac vice*) |
| 2   | **ROBERTS LAW FIRM, P.A.** |
|     | 20 Rahling Circle |
| 3   | Little Rock, AR 72223 |
|     | Telephone: (501) 821-5575 |
| 4   | Facsimile: (501) 821-4474 |
|     | mikeroberts@robertslawfirm.us |

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc.*



Dated: 5/14/2020

---

KPH'S VOLUNTARY DISMISSAL OF  - 2 -  Case No. 3:20-cv-02573-EMC
DEFENDANT JAPAN TOBACCO, INC.