| | |
|---|---|
| Daralyn J. Durie (SBN 169825)<br>DURIE TANGRI LLP<br>ddurie@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 362-6666<br>Facsimile: (415) 236-6300<br><br>Steve D. Shadowen (*pro hac vice*)<br>HILLIARD & SHADOWEN LLP<br>steve@hilliardshadowenlaw.com<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>Telephone: (855) 344-3298<br>Facsimile: (361) 882-3015<br><br>Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs*<br><br>(Additional Counsel for Plaintiffs on Signature Page) | Heather M. Burke (SBN 284100)<br>WHITE & CASE LLP<br>hburke@whitecase.com<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306<br>*Attorney for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*<br><br>Daniel B. Asimow (SBN 165661)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>daniel.asimow@arnoldporter.com<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 9411<br>*Attorney for Defendants Bristol-Myers Squibb Company and E. R. Squibb & Sons, L.L.C.*<br><br>Paul J. Riehle (SBN 115199)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>paul.riehle@faegredrinker.com<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>*Attorney for Defendants Janssen R&D Ireland, Janssen Products, LP and Johnson & Johnson*<br><br>(Additional Counsel for Defendants Listed on Signature Page) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*,<br><br>                            Plaintiffs,<br><br>     v.<br><br>GILEAD SCIENCES, INC., *et al.*,<br><br>                            Defendants. | Case No. 3:19-cv-02573-EMC (lead case)<br>Case No. 3:20-cv-00737-EMC<br>Case No. 3:20-cv-00880-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Hrg:     July 16, 2020<br>Time:    1:30 p.m.<br>Ctrm:    5 – 17th Floor<br>Judge:   Honorable Edward M. Chen |

WHEREAS, this Court entered an order dated May 6, 2020 granting the parties' stipulation setting a briefing schedule on Defendants' Motion to Dismiss in the above-captioned action, *see* ECF No. 317;

WHEREAS, on May 7, 2020, the Court reset the hearing date for Defendants' Motion to Dismiss to July 16, 2020, *see* ECF No. 319;

WHEREAS, the parties met and conferred on May 13, 2020 regarding Plaintiffs' request to modify the briefing schedule to allow more time for Plaintiffs to file their opposition to Defendants' Motion to Dismiss and Defendants to file their reply in support of their Motion to Dismiss;

WHEREAS, the parties disagree whether the meet and confer process concluded at the time Plaintiffs filed an administrative motion on May 14, 2020 requesting that the Court modify the briefing schedule for Defendants' Motion to Dismiss, *see* ECF No 326;

WHEREAS, the Court requested that the parties resolve the dispute regarding the briefing schedule on Defendants' Motion to Dismiss;

THE PARTIES HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

1. Plaintiffs shall file their opposition to Defendants' Motion to Dismiss by June 2, 2020.
2. Defendants shall file their reply brief by June 18, 2020.
3. Plaintiffs shall withdraw their Administrative Motion to Modify Briefing Schedule for Defendants' Motion to Dismiss (ECF No. 326) by May 18, 2020.

Respectfully submitted,

Dated: May 18, 2020                    HILLIARD & SHADOWEN LLP

By: */s/* Steve Shadowen
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
ROBERT C. HILLIARD (*pro hac vice*)
bob@hilliardshadowenlaw.com
RICHARD BRUNNELL (*pro hac vice*)
rbrunell@hilliardshadowenlaw.com
MATTHEW C. WEINER (*pro hac vice*)
matt@hilliardshadowenlaw.com
FRAZAR W. THOMAS (*pro hac vice*)
fraz@hilliardshadowenlaw.com
NICHOLAS W. SHADOWEN (*pro hac vice*)

nick@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
Facsimile: (361) 882-3015

DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
ADITYA V. KAMDAR (SBN 324567)
akamdar@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

DURIE TANGRI LLP
W. HENRY HUTTINGER (SBN 312843)
hhuttinger@durietangri.com
953 East 3rd Street
Los Angeles, California 90013
Telephone: (213) 992-4422
Facsimile: (415) 236-6300

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Interim Co-Lead Counsel for Plaintiffs*

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street

| | |
|---|---|
| 1 | Princeton, NJ 08540<br>Telephone: (646) 245-8502<br>Facsimile: (609) 385-0745 |
| 2 | |
| 3 | SHEPHERD, FINKELMAN, MILLER & SHAH, LLP<br>JAYNE A. GOLDSTEIN (*pro hac vice*) |
| 4 | jgoldstein@sfmslaw.com<br>1625 North Commerce Parkway, Suite 320 |
| 5 | Fort Lauderdale, FL  33326<br>Telephone: (954) 515-0123 |
| 6 | Facsimile: (866) 300-7367 |
| 7 | SHEPHERD, FINKELMAN, MILLER & SHAH, LLP |
| 8 | NATALIE FINKELMAN BENNETT (*pro hac vice*)<br>nfinkelman@sfmslaw.com |
| 9 | MICHAEL OLS (*pro hac vice*)<br>mols@sfmslaw.com |
| 10 | 1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103 |
| 11 | Telephone: (610) 891-9880<br>Facsimile: (866) 300-7367 |
| 12 | |
| 13 | SPERLING & SLATER, P.C.<br>PAUL E. SLATER (*pro hac vice*) |
| 14 | pes@sperling-law.com<br>EAMON P. KELLY (*pro hac vice*) |
| 15 | ekelly@sperling-law.com<br>ALBERTO RODRIGUEZ (*pro hac vice*) |
| 16 | arodriguez@sperling-law.com<br>DAVID P. GERMAINE (*pro hac vice*) |
| 17 | dgermaine@sperling-law.com<br>55 West Monroe, Suite 3200 |
| 18 | Chicago, IL 60603<br>Telephone: (312) 641-3200 |
| 19 | Facsimile: (312) 641-6492 |
| 20 | LOCKRIDGE GRINDAL NAUEN PLLP<br>HEIDI M. SILTON |
| 21 | hmsilton@locklaw.com<br>KAREN H. RIEBEL (*pro hac vice*) |
| 22 | khriebel@locklaw.com<br>JESSICA N. SERVAIS (*pro hac vice*) |
| 23 | jnservais@locklaw.com<br>100 Washington Ave. S., Suite 2200 |
| 24 | Minneapolis, MN 55401<br>Telephone: (612) 339-6900 |
| 25 | Facsimile: (612) 339-0981 |
| 26 | PRITZKER LEVINE LLP<br>ELIZABETH C. PRITZKER (SBN 146267) |
| 27 | ecp@pritzkerlevine.com<br>JONATHAN K. LEVINE (SBN 220289) |
| 28 | jkl@pritzkerlevine.com<br>BETHANY CARACUZZO (SBN 190687) |

- 3 -

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO DISMISS
CASE NO: 3:19-CV-02573-EMC

bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

GUSTAFSON GLUEK PLLC
DANIEL C. HEDLUND (*pro hac vice* pending)
dhedlund@gustafsongluek.com
MICHELLE J. LOOBY (*pro hac vice* pending)
mlooby@gustafsongluek.com
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice* pending)
lalbert@glancylaw.com
BRIAN P. MURRAY (*pro hac vice* pending)
bmurray@glancylaw.com
GREGORY B. LINKH (*pro hac vice* pending)
glinkh@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice* pending)
bcohen@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

MILBERG PHILLIPS GROSSMAN LLP
MICHAEL J. GALLAGHER, JR. (*pro hac vice*)
mgallagher@milberg.com
One Pennsylvania Plaza, 19th Floor
New York, New York 10119
Telephone: (212) 594-5300

SPECTOR ROSEMAN & KODROFF P.C.
EUGENE SPECTOR (*pro hac vice* pending)
espector@srkattorneys.com
JEFFREY KODROFF (*pro hac vice* pending)
jkodroff@srkattorneys.com
WILLIAM CALDES (*pro hac vice* pending)
bcaldes@srkattorneys.com
JEFFREY SPECTOR (*pro hac vice* pending)
jspector@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Counsel for Plaintiffs*

Dated:  May 18, 2020                              WHITE & CASE LLP

By:  */s/*   Heather Burke
WHITE & CASE LLP
Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005-3807
Telephone:  (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
pcarney@whitecase.com

Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
Kristen O'Shaughnessy (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

| | |
|---|---|
| 1 | hmcdevitt@whitecase.com |
| 2 | bgant@whitecase.com |
|   | kristen.oshaughnessy@whitecase.com |

*Attorneys for Defendants*
*Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Dated:  May 18, 2020                    ARNOLD & PORTER KAYE SCHOLER LLP

By:  */s/* Dan Asimow
ARNOLD & PORTER KAYE SCHOLER LLP
Daniel B. Asimow (SBN 165661)
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

ARNOLD & PORTER KAYE SCHOLER LLP
Laura S. Shores (*pro hac vice*)
laura.shores@arnoldporter.com
601 Massachusetts Ave. NW
Washington, DC 20001

ARNOLD & PORTER KAYE SCHOLER LLP
Ada Victoria Añon (*pro hac vice*)
ada.anon@arnoldporter.com
Travis W. Clark (*pro hac vice* pending)
travis.clark@arnoldporter.com
250 West 55th Street
New York, NY 10019

*Attorneys for Defendants*
*Bristol-Myers Squibb Company*
*and E. R. Squibb & Sons, L.L.C.*

Dated:  May 18, 2020                    FAEGRE DRINKER BIDDLE & REATH LLP

By:  */s/* Paul Riehle
Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
FAEGRE DRINKER BIDDLE & REATH LLP
Paul H. Saint-Antoine (*pro hac vice*)
paul.saint-antoine@faegredrinker.com
Joanne C. Lewers (*pro hac vice*)
joanne.lewers@faegredrinker.com
One Logan Square, Ste. 2000

1  
2  

Philadelphia, PA 19103

*Attorneys for Defendants Janssen R&D Ireland, Janssen Products, LP, and Johnson & Johnson*

3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

# **ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                                                    Hon. Edward M. Chen
                                                                    United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Heather M. Burke, attest that concurrence in the filing of this document has been obtained.

Executed:   May 18, 2020             */s/*             *Heather M. Burke*
                                              Heather M. Burke

- 9 -
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO DISMISS
CASE NO: 3:19-CV-02573-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2020, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

Executed:   May 18, 2020        /s/        *Heather M. Burke*
                                        Heather M. Burke