DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
Facsimile: (361) 882-3015

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

(Additional Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY, et al._____Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC., et al.<br>_____Defendants. | Case No. 3:19-cv-02573-EMC<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' ADMINISTRATIVE MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Ctrm:   5-17th Floor<br>Judge:  Honorable Edward M. Chen |

Plaintiffs Peter Staley, Ivy Kwan Arce, Steve Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Michael Snipe, John Carroll, Josh McDonald, John Doe, Gabriel Molina, Troy Vazquez-Cain, Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund (collectively, "Plaintiffs") respectfully withdraw their Administrative Motion to Modify Briefing Schedule for Defendants' Motions to Dismiss (ECF No. 326) pursuant to the stipulation of the parties filed today (ECF No. 331).

Dated: May 18, 2020                    HILLIARD & SHADOWEN LLP

                                           By:  */s/ Steve D. Shadowen*
                                                    STEVE D. SHADOWEN (*pro hac vice*)
                                                    steve@hilliardshadowenlaw.com
                                                    ROBERT C. HILLIARD (*pro hac vice*)
                                                    bob@hilliardshadowenlaw.com
                                                    RICHARD BRUNNELL (*pro hac vice*)
                                                    rbrunell@hilliardshadowenlaw.com
                                                    MATTHEW C. WEINER (*pro hac vice*)
                                                    matt@hilliardshadowenlaw.com
                                                    FRAZAR W. THOMAS (*pro hac vice*)
                                                    fraz@hilliardshadowenlaw.com
                                                    NICHOLAS W. SHADOWEN (*pro hac vice*)
                                                    nick@hilliardshadowenlaw.com
                                                    1135 W. 6th Street, Suite 125
                                                    Austin, TX 78703
                                                    Telephone: (855) 344-3298
                                                    Facsimile: (361) 882-3015

                                                    DARALYN J. DURIE (SBN 169825)
                                                    ddurie@durietangri.com
                                                    MARK A. LEMLEY (SBN 155830)
                                                    mlemley@durietangri.com
                                                    DAVID McGOWAN (SBN 154289)
                                                    dmcgowan@durietangri.com
                                                    LAURA E. MILLER (SBN 271713)
                                                    lmiller@durietangri.com
                                                    ADITYA V. KAMDAR (SBN 324567)
                                                    akamdar@durietangri.com
                                                    217 Leidesdorff Street
                                                    San Francisco, CA 94111
                                                    Telephone: (415) 362-6666
                                                    Facsimile: (415) 236-6300

DURIE TANGRI LLP
W. HENRY HUTTINGER (SBN 312843)
hhuttinger@durietangri.com
953 East 3rd Street
Los Angeles, California 90013
Telephone: (213) 992-4422
Facsimile:  (415) 236-6300

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
KRISTEN A. JOHNSON (*pro hac vice* pending)
kristenj@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jgoldstein@sfmslaw.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL  33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@sfmslaw.com
MICHAEL OLS (*pro hac vice*)
mols@sfmslaw.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

```
 1                                      Facsimile: (866) 300-7367

 2                                      SPERLING & SLATER, P.C.
                                        PAUL E. SLATER (pro hac vice)
 3                                      pes@sperling-law.com
                                        EAMON P. KELLY (pro hac vice)
 4                                      ekelly@sperling-law.com
                                        ALBERTO RODRIGUEZ (pro hac vice)
 5                                      arodriguez@sperling-law.com
                                        DAVID P. GERMAINE (pro hac vice)
 6                                      dgermaine@sperling-law.com
                                        55 West Monroe, Suite 3200
 7                                      Chicago, IL 60603
                                        Telephone: (312) 641-3200
 8                                      Facsimile: (312) 641-6492

 9                                      LOCKRIDGE GRINDAL NAUEN PLLP
                                        HEIDI M. SILTON
10                                      hmsilton@locklaw.com
                                        KAREN H. RIEBEL (pro hac vice)
11                                      khriebel@locklaw.com
                                        JESSICA N. SERVAIS (pro hac vice)
12                                      jnservais@locklaw.com
                                        100 Washington Ave. S., Suite 2200
13                                      Minneapolis, MN 55401
                                        Telephone: (612) 339-6900
14                                      Facsimile: (612) 339-0981

15                                      PRITZKER LEVINE LLP
                                        ELIZABETH C. PRITZKER (SBN 146267)
16                                      ecp@pritzkerlevine.com
                                        JONATHAN K. LEVINE (SBN 220289)
17                                      jkl@pritzkerlevine.com
                                        BETHANY CARACUZZO (SBN 190687)
18                                      bc@pritzkerlevine.com
                                        180 Grand Avenue, Suite 1390
19                                      Oakland, CA 94612
                                        Telephone: (415) 692-0772
20                                      Facsimile: (415) 366-6110

21                                      GUSTAFSON GLUEK PLLC
                                        DANIEL C. HEDLUND (pro hac vice pending)
22                                      dhedlund@gustafsongluek.com
                                        MICHELLE J. LOOBY (pro hac vice pending)
23                                      mlooby@gustafsongluek.com
                                        120 South 6th Street, Suite 2600
24                                      Minneapolis, MN 55402
                                        Telephone: (612) 333-8844
25                                      Facsimile: (612) 339-6622

26

27

28
                                               3
     NOTICE OF WITHDRAWAL OF PLAINTIFFS' ADMINISTRATIVE MOTION TO MODIFY BRIEFING
       SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS / CASE NO. 3:19-CV-02573-EMC
```

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice* pending)
lalbert@glancylaw.com
BRIAN P. MURRAY (*pro hac vice* pending)
bmurray@glancylaw.com
GREGORY B. LINKH (*pro hac vice* pending)
glinkh@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice* pending)
bcohen@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

MILBERG PHILLIPS GROSSMAN LLP
MICHAEL J. GALLAGHER, JR. (*pro hac vice*)
mgallagher@milberg.com
One Pennsylvania Plaza, 19th Floor
New York, New York 10119
Telephone: (212) 594-5300

SPECTOR ROSEMAN & KODROFF P.C.
EUGENE SPECTOR (*pro hac vice* pending)
espector@srkattorneys.com
JEFFREY KODROFF (*pro hac vice* pending)
jkodroff@srkattorneys.com
WILLIAM CALDES (*pro hac vice* pending)
bcaldes@srkattorneys.com
JEFFREY SPECTOR (*pro hac vice* pending)
jspector@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Counsel for End-Payor Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, W. Henry Huttinger, attest that concurrence in the filing of this document has been obtained.

Dated: May 18, 2020                                            */s/ W. Henry Huttinger*
                                                                              W. HENRY HUTTINGER

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ W. Henry Huttinger*
W. HENRY HUTTINGER