Daralyn J. Durie (SBN 169825)
DURIE TANGRI LLP
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Steve D. Shadowen (*pro hac vice*)
HILLIARD & SHADOWEN LLP
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
Facsimile: (361) 882-3015

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Interim Co-Lead Counsel for Indirect
Purchaser Plaintiffs*

(Additional Counsel for Plaintiffs on Signature
Page)

Heather M. Burke (SBN 284100)
WHITE & CASE LLP
hburke@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
*Attorney for Defendants Gilead Sciences,
Inc., Gilead Holdings, LLC, Gilead Sciences,
LLC, and Gilead Sciences Ireland UC*

Daniel B. Asimow (SBN 165661)
ARNOLD & PORTER KAYE SCHOLER
LLP
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 9411
*Attorney for Defendants Bristol-Myers
Squibb Company and E. R. Squibb & Sons,
L.L.C.*

Paul J. Riehle (SBN 115199)
FAEGRE DRINKER BIDDLE & REATH
LLP
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
*Attorney for Defendants Janssen R&D
Ireland, Janssen Products, LP, and Johnson
& Johnson*

(Additional Counsel for Defendants Listed
on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*,<br><br>               Plaintiffs,<br><br>   v.<br><br>GILEAD SCIENCES, INC., *et al.*,<br><br>               Defendants. | Case No. 3:19-cv-02573-EMC (lead case)<br>Case No. 3:20-cv-00737-EMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SETTING CASE SCHEDULE**<br><br>Ctrm:     5-17th Floor<br>Judge:   Honorable Edward M. Chen |

WHEREAS on May 7, 2020 the Court directed the parties "to meet and confer regarding the case schedule that includes Discovery, Class Certification, Summary Judgment, Pretrial Conference, and Trial deadlines," *see* ECF No. 319;

WHEREAS on May 13 and May 18, 2020, the Parties met and conferred regarding the case schedule;

THE PARTIES HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

1.  The dates and deadlines in the consolidated action, *Staley et al. v. Gilead Sciences, Inc. et al.*, Case No. 3:19-cv-02573-EMC, shall be as follows:

| EVENT | DATE |
|---|---|
| Hearing on Defendants' motion to dismiss IPP Complaint | Thursday, July 16, 2020 |
| Hearing on Defendants' motions to dismiss/motions to compel arbitration DPP Complaint | Thursday, July 30, 2020 |
| Substantial completion of document production | Thursday, September 24, 2020 |
| Production of final privilege log | Thursday, October 22, 2020 |
| Parties meet and confer regarding opening merits expert reports | Thursday, November 5, 2020 |
| **Class Cert Schedule** | |
| Class certification briefs and supporting expert reports | Wednesday, January 13, 2021 |
| Oppositions to class certification and supporting expert reports | Wednesday, February 24, 2021 |
| Reply briefs for class certification and supporting reply expert reports | Wednesday, March 31, 2021 |
| Fact discovery closes | Wednesday, March 31, 2021 |
| Hearing on class certification | Thursday, April 22, 2021 |
| **Merits Schedule** | |
| Opening merits expert reports filed by the party bearing the burden of proof | Wednesday, May 12, 2021 |
| Responsive expert reports | Wednesday, June 16, 2021 |
| Reply expert reports | Wednesday, July 7, 2021 |

| Expert discovery cut-off | Wednesday, July 28, 2021 |
|---|---|
| Rule 56 motions and related *Daubert* motions | Thursday, August 12, 2021 |
| Oppositions to motions for Rule 56 and related *Daubert* motions | Tuesday, September 21, 2021 |
| Replies in support of motions for Rule 56 and related *Daubert* motions | Tuesday, October 26, 2021 |
| Hearing on Rule 56 and *Daubert* motions | Thursday, November 18, 2021 |
| **Trial Schedule** | |
| Parties meet and confer | Tuesday, December 21, 2021 |
| Parties file joint pretrial conference statement and trial briefs | Tuesday, January 11, 2022 |
| Parties serve objections to trial briefs | Friday, January 21, 2022 |
| Pretrial conference | Tuesday, February 1, 2022 |
| Trial | Monday, February 28, 2022 |

Respectfully submitted,

Dated:  May 21, 2020                    HILLIARD & SHADOWEN LLP

By:  */s/* Steve Shadowen
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
ROBERT C. HILLIARD (*pro hac vice*)
bob@hilliardshadowenlaw.com
RICHARD BRUNELL (*pro hac vice*)
rbrunell@hilliardshadowenlaw.com
MATTHEW C. WEINER (*pro hac vice*)
matt@hilliardshadowenlaw.com
FRAZAR W. THOMAS (*pro hac vice*)
fraz@hilliardshadowenlaw.com
NICHOLAS W. SHADOWEN (*pro hac vice*)
nick@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone:  (855) 344-3298
Facsimile:  (361) 882-3015

DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com

DAVID McGOWAN (SBN 154289)

dmcgowan@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
ADITYA V. KAMDAR (SBN 324567)
akamdar@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 362-6666
Facsimile:  (415) 236-6300

DURIE TANGRI LLP
W. HENRY HUTTINGER (SBN 312843)
hhuttinger@durietangri.com
953 East 3rd Street
Los Angeles, California 90013
Telephone: (213) 992-4422
Facsimile:  (415) 236-6300

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Interim Co-Lead Counsel for Plaintiffs*

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745

SHEPHERD, FINKELMAN, MILLER & SHAH,
LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jgoldstein@sfmslaw.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL  33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367

- 3 -

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@sfmslaw.com
MICHAEL OLS (*pro hac vice*)
mols@sfmslaw.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

GUSTAFSON GLUEK PLLC
DANIEL C. HEDLUND (*pro hac vice* pending)
dhedlund@gustafsongluek.com
MICHELLE J. LOOBY (*pro hac vice* pending)
mlooby@gustafsongluek.com
120 South 6th Street, Suite 2600

- 4 -

Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice* pending)
lalbert@glancylaw.com
BRIAN P. MURRAY (*pro hac vice* pending)
bmurray@glancylaw.com
GREGORY B. LINKH (*pro hac vice* pending)
glinkh@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice* pending)
bcohen@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

MILBERG PHILLIPS GROSSMAN LLP
MICHAEL J. GALLAGHER, JR. (*pro hac vice*)
mgallagher@milberg.com
One Pennsylvania Plaza, 19th Floor
New York, New York 10119
Telephone: (212) 594-5300

SPECTOR ROSEMAN & KODROFF P.C.
EUGENE SPECTOR (*pro hac vice* pending)
espector@srkattorneys.com
JEFFREY KODROFF (*pro hac vice* pending)
jkodroff@srkattorneys.com
WILLIAM CALDES (*pro hac vice* pending)
bcaldes@srkattorneys.com
JEFFREY SPECTOR (*pro hac vice* pending)
jspector@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300

Facsimile: (215) 496-6611

*Counsel for Plaintiffs*

Dated:  May 21, 2020                    WHITE & CASE LLP

By:  */s/*  Heather Burke
      Heather M. Burke (SBN 284100)
      Jeremy K. Ostrander (SBN 233489)
      **WHITE & CASE**LLP
      3000 El Camino Real
      2 Palo Alto Square, Suite 900
      Palo Alto, CA  94306-2109
      Telephone:  (650) 213-0300
      Facsimile: (650) 213-8158
      hburke@whitecase.com
      jostrander@whitecase.com

      Christopher M. Curran (*pro hac vice*)
      Peter J. Carney (*pro hac vice*)
      **WHITE & CASE**LLP
      701 Thirteenth Street, NW
      Washington, District of Columbia 20005-3807
      Telephone:  (202) 626-3600
      Facsimile: (202) 639-9355
      ccurran@whitecase.com
      pcarney@whitecase.com

      Heather K. McDevitt (*pro hac vice*)
      Bryan D. Gant (*pro hac vice*)
      Kristen O'Shaughnessy (*pro hac vice*)
      **WHITE & CASE**LLP
      1221 Avenue of the Americas
      New York, New York 10020
      Telephone: (212) 819-8200
      Facsimile: (212) 354-8113
      hmcdevitt@whitecase.com
      bgant@whitecase.com
      kristen.oshaughnessy@whitecase.com

      *Attorneys for Defendants*
      *Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead*
      *Sciences, LLC, and Gilead Sciences Ireland UC*

Dated:  May 21, 2020                 ARNOLD & PORTER KAYE SCHOLER LLP

By:  */s/* Dan Asimow

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel B. Asimow (SBN 165661)
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

ARNOLD & PORTER KAYE SCHOLER LLP
Laura S. Shores (*pro hac vice*)
laura.shores@arnoldporter.com
601 Massachusetts Ave. NW
Washington, DC 20001

ARNOLD & PORTER KAYE SCHOLER LLP
Ada Victoria Añon (*pro hac vice*)
ada.anon@arnoldporter.com
Travis W. Clark (*pro hac vice* pending)
travis.clark@arnoldporter.com
250 West 55th Street
New York, NY 10019

*Attorneys for Defendants*
*Bristol-Myers Squibb Company*
*and E. R. Squibb & Sons, L.L.C.*

Dated:  May 21, 2020                     FAEGRE DRINKER BIDDLE & REATH LLP

By:  */s/* Paul Riehle
Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
FAEGRE DRINKER BIDDLE & REATH LLP
Paul H. Saint-Antoine (*pro hac vice*)
paul.saint-antoine@faegredrinker.com
Joanne C. Lewers (*pro hac vice*)
joanne.lewers@faegredrinker.com
One Logan Square, Ste. 2000
Philadelphia, PA 19103

*Attorneys for Defendants Janssen R&D Ireland,*
*Janssen Products, LP, and Johnson & Johnson*

Dated:  May 21, 2020                     RIVERO MESTRE LLP

By:  */s/* Andrés Rivero
Andrés Rivero (*pro hac forthcoming*)
arivero@riveromestre.com
Jorge A. Mestre (*pro hac forthcoming*)
jmestre@riveromestre.com
Alan H. Rolnick (*pro hac forthcoming*)

- 7 -

1

arolnick@riveromestre.com
Charles Whorton (*pro hac forthcoming*)
cwhorton@riveromestre.com
David L. Daponte (*pro hac forthcoming*)
ddaponte@riveromestre.com
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

2

3

4

5

6

*Attorneys for Plaintiff MSP Recovery
Claims, Series LLC*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE
CASE NO: 3:19-CV-02573-EMC / CASE NO: 3:20-CV-00737-EMC

1

## <u>ORDER</u>

2       Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY

3  ORDERED that the Stipulation is approved.

4  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

5

6  Dated: _____                    _____

7                                              Hon. Edward M. Chen
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**FILER'S ATTESTATION**

2

      Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Heather M. Burke, attest that

3

concurrence in the filing of this document has been obtained.

4

5

Executed:     May 21, 2020          */s/*               *Heather M. Burke*
                                                 Heather M. Burke

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE
CASE NO: 3:19-CV-02573-EMC / CASE NO: 3:20-CV-00737-EMC

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2020, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

Executed:       May 21, 2020                    /s/                    *Heather M. Burke*
                                                                        Heather M. Burke

STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE
CASE NO: 3:19-CV-02573-EMC / CASE NO: 3:20-CV-00737-EMC