1   Heather M. Burke (SBN 284100)
    Jeremy K. Ostrander (SBN 233489)
2   **WHITE & CASE**LLP
    3000 El Camino Real
3   2 Palo Alto Square, Suite 900
    Palo Alto, CA 94306-2109
4   Telephone: (650) 213-0300
    Facsimile: (650) 213-8158
5   hburke@whitecase.com
    jostrander@whitecase.com
6
    Attorneys for Defendants Gilead Sciences, Inc.,
7   Gilead Holdings, LLC, Gilead Sciences, LLC,
    and Gilead Sciences Ireland UC
8
    DANIEL B. ASIMOW (SBN 165661)
9   ARNOLD & PORTER KAYE SCHOLER LLP
    Three Embarcadero Center, 10th Floor
10  San Francisco, CA 94111-4024
    Telephone: 415.471.3100
11  Facsimile: 415.471.3400
    Email: daniel.asimow@arnoldporter.com
12
    Attorneys for Defendants
13  BRISTOL-MYERS SQUIBB COMPANY &
    E. R. SQUIBB & SONS, L.L.C.
14

PAUL J. RIEHLE (SBN 115199)
Paul.Riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
JANSSEN R&D IRELAND,
JANSSEN PRODUCTS, LP, and
JOHNSON & JOHNSON

*Additional Counsel for Defendants Listed on
Signature Page*

15

16                    IN THE UNITED STATES DISTRICT COURT

17                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

                            SAN FRANCISCO DIVISION

18  STALEY, *et al.*,                     Case No. 3:19-cv-02573-EMC

19                        Plaintiffs,     **DEFENDANTS' STATEMENT OF
                                          RECENT DECISION IN SUPPORT OF
20       v.                               MOTION TO DISMISS THE FIRST
                                          AMENDED CONSOLIDATED CLASS
21  GILEAD SCIENCES, INC., *et al.*,      ACTION COMPLAINT**

22                        Defendants.     Hrg:    July 16, 2020
                                          Time:   1:30 p.m.
23                                        Ctrm:   5 – 17th Floor
    _____   Judge:  Honorable Edward M. Chen
24  THIS DOCUMENT RELATES TO:

25  Staley, *et al.*, v. Gilead Sciences, Inc., *et al.*,
    No. 3:19-cv-02573-EMC
26

27

28

DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS THE FIRST
AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO: 3:19-CV-02573-EMC

1      Pursuant to Local Rule 7-3(d)(2) of the U.S. District Court for the Northern District of

2 California, and in connection with Defendants' Motion to Dismiss the First Amended Consolidated

3 Class Action Complaint (ECF No. 313), Defendants Gilead Sciences, Inc., Gilead Holdings, LLC,

4 Gilead Sciences, LLC, and Gilead Sciences Ireland UC (collectively, "Gilead"), Bristol-Myers Squibb

5 Company and E. R. Squibb & Sons, LLC (collectively, "BMS"), and Janssen R&D Ireland, Janssen

6 Products, LP, and Johnson & Johnson (collectively, "Janssen") (all together, "Defendants") hereby

7 inform the Court and other parties of this supplemental authority, which was unsealed this morning, in

8 support of their pending motion to dismiss, scheduled to be heard tomorrow, July 16, 2020:  the

9 attached, as **Exhibit A**, Order Granting Defendants' Motion to Dismiss with Leave to Amend, *Intel

10 Corp., et al. v. Fortress Inv. Grp. LLC, et al.*, No. 3:19-cv-07651 (N.D. Cal. July 7, 2020).

11

12

13   Dated:   July 15, 2020                Respectfully submitted,

14                            WHITE & CASE LLP

15                By:   */s/ Heather M. Burke*

16                   Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
**WHITE & CASE** LLP

17      3000 El Camino Real
2 Palo Alto Square, Suite 900

18      Palo Alto, CA 94306-2109
Telephone: (650) 213-0300

19      Facsimile: (650) 213-8158
hburke@whitecase.com

20      jostrander@whitecase.com

21      Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)

22      **WHITE & CASE** LLP
701 Thirteenth Street, NW

23      Washington, District of Columbia 20005-3807
Telephone: (202) 626-3600

24      Facsimile: (202) 639-9355
ccurran@whitecase.com

25      pcarney@whitecase.com

26      Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)

27      Kristen O'Shaughnessy (*pro hac vice*)
Gabriella E. Bensur (*pro hac vice*)

28      Holly Tao (*pro hac vice*)

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WHITE & CASE**LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com
kristen.oshaughnessy@whitecase.com
gabriella.bensur@whitecase.com
holly.tao@whitecase.com

Attorneys for Defendants Gilead Sciences, Inc.,
Gilead Holdings, LLC, Gilead Sciences, LLC, and
Gilead Sciences Ireland UC

/s/ *Paul J. Riehle*
PAUL J. RIEHLE (SBN 115199)
Paul.Riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

PAUL H. SAINT-ANTOINE (*pro hac vice*)
Paul.Saint-Antoine@faegredrinker.com
JOANNE C. LEWERS (*pro hac vice*)
Joanne.Lewers@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Telephone: (215) 988-2990

Attorneys for Defendants
JANSSEN R&D IRELAND,
JANSSEN PRODUCTS, LP, and
JOHNSON & JOHNSON

/s/ *Daniel B. Asimow*
DANIEL B. ASIMOW (SBN 165661)
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400
Email: daniel.asimow@arnoldporter.com

Laura S. Shores (*pro hac vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202.942.5000
Facsimile: 202.942.4999
Email: laura.shores@arnoldporter.com

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorneys for Defendants
BRISTOL-MYERS SQUIBB COMPANY &
E. R. SQUIBB & SONS, L.L.C.

DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS THE FIRST
AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO: 3:19-CV-02573-EMC

1

**<u>FILER'S ATTESTATION</u>**

2

Pursuant to Civil L.R. 5-1(i)(3) of the U.S. District Court for the Northern District of California,

3

regarding signatures, I, Heather M. Burke, attest that concurrence in the filing  of this document has

4

been obtained.

5

6

Executed:       July  15, 2020                          */s/*                    *Heather M. Burke*
                                                                                    Heather M. Burke

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on July 15, 2020 the within document was filed with the Clerk of the Court

3  using CM/ECF which will send notification of such filing to the attorneys of record in this case.

4

5  Executed:      July 15, 2020                          /s/                    *Heather M. Burke*
                                                                                  Heather M. Burke

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS THE FIRST
AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO: 3:19-CV-02573-EMC