Daralyn J. Durie (SBN 169825)
DURIE TANGRI LLP
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Steve D. Shadowen (*pro hac vice*)
HILLIARD & SHADOWEN LLP
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
Facsimile: (361) 882-3015

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Interim Co-Lead Counsel for Plaintiffs*
(Additional Plaintiffs Counsel on Signature Page)

Heather M. Burke (SBN 284100)
WHITE & CASE LLP
hburke@whitecase.com
3000 El Camino Real 2 Palo Alto Square, Suite 900
Palo Alto, California 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

*Counsel for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Daniel B. Asimow (SBN 165661)
ARNOLD & PORTER KAYE SCHOLER LLP
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 9411
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Counsel for Defendants Bristol-Myers Squibb Company and E. R. Squibb & Sons, L.L.C.*

Paul J. Riehle (SBN 115199)
FAEGRE DRINKER BIDDLE & REATH LLP
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Counsel for Defendants Janssen R&D Ireland, Janssen Products, LP, and Johnson & Johnson*

(Additional Defense Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PETER STALEY, *et al.*,

Plaintiffs,

v.

GILEAD SCIENCES, INC., *et al.*,

Defendants.

Case No. 3:19-cv-02573-EMC

**JOINT CASE MANAGEMENT STATEMENT**

Date: August 13, 2020
Time: 10:30 AM
Ctrm: 5-17th Floor
Judge: Honorable Edward M. Chen

Pursuant to the Court's July 16, 2020 Minute Order, Plaintiffs Peter Staley, Ivy Kwan Arce, Steve Fuller, Gregg S. Gonsalves, PhD, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Robert J. Vazquez, Jason Walker, Michael Warner, Jacob Zydonis, Michael Snipe, John Carroll, Josh McDonald, John Doe, Gabriel Molina, Troy Vazquez-Cain, Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund (collectively, the "*Staley* Plaintiffs") and MSP Recovery Claims, Series LLC ("MSP") and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC ("Gilead"), Bristol-Myers Squibb Company, E. R. Squibb & Sons, L.L.C. ("BMS"), Janssen R&D Ireland, Janssen Products, LP, and Johnson & Johnson ("Janssen") (collectively, "Defendants") (together, the "Parties") submit this Joint Case Management Statement in advance of the Status Conference set for August 13, 2020.

## I. STATUS OF CONSOLIDATED ACTIONS

### A. Recent Events

The last Case Management Conference was held on May 28, 2020.

On June 23, 2020, Plaintiff KPH Healthcare Services, Inc. filed a notice of voluntary dismissal of all claims against the Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. ECF No. 369. With this dismissal, the litigation is now proceeding as a single consolidated action under the *Staley* master docket.

On July 24, 2020, the Court entered an Order Granting in Part and Denying in part Defendants' Motion to Dismiss the First Amended Consolidated Class Action Complaint ("FACC"). ECF No. 384.

Defendants' answers to the FACC are due on August 7, 2020 per Rule 12(a)(4) of the Federal Rules of Civil Procedure. Defendants requested, and the *Staley* Plaintiffs agreed to, a two-week extension, extending the deadline to file Defendants' answers to August 21, 2020.

### B. Motions

There are no pending motions. However, Defendants and the *Staley* Plaintiffs anticipate filing joint discovery letter briefs regarding (1) Defendants' Requests for Production ("RFPs") of medical records of the individual plaintiffs in the *Staley* action, and (2) Defendants' subpoenas to third party

payors that fall within the definition of the proposed class.

## II. STATUS OF DISCOVERY

Document discovery is ongoing. The substantial completion deadline is September 24, 2020 per the case schedule. *See* ECF No. 342.

### 1. Gilead's Production

The *Staley* Plaintiffs and Gilead reached agreement on custodians and search terms for the *Staley* Plaintiffs' RFPs on April 27, 2020. Gilead commenced its rolling production of custodial ESI on July 30, 2020. Gilead has also produced a large volume of regulatory files and several other discrete sets of non-custodial documents since January 2020.

### 2. Bristol Myers Squibb's Production

The *Staley* Plaintiffs and BMS reached agreement on custodians and search terms for the *Staley* Plaintiffs' RFPs on May 29, 2020. As of August 4, 2020, BMS has not produced custodial ESI based on agreed-upon search terms. BMS has indicated that it will make its first production during the first or second week of August 2020.

### 3. Janssen Production

The *Staley* Plaintiffs and Janssen reached agreement on custodians and search terms for the *Staley* Plaintiffs' RFPs on May 28, 2020. Janssen commenced its rolling production of custodial ESI on July 31, 2020. On February 7, 2020, Janssen also produced documents from a targeted collection of custodial sources.

### 4. Non-party Subpoenas

The *Staley* Plaintiffs and Defendants have each served non-party subpoenas for documents and deposition testimony on a number of third parties, including generic pharmaceutical manufacturers and major health plans. Meet and confers between the Parties and these third parties are ongoing. Some of these third parties have begun producing documents.

The *Staley* Plaintiffs view the subpoenas of major health plans as improper absent class member discovery. Defendants believe that Plaintiffs lack standing to challenge the third-party subpoenas because no class has yet been certified, and that the third-party subpoenas are proper even if viewed as discovery from unnamed class because they narrowly seek from sophisticated parties information that is

relevant and important to Defendants' defenses regarding, for example, market definition and antitrust injury that can only be obtained from the subpoenaed parties, and which cannot be obtained from the would-be class representatives here. The *Staley* Plaintiffs believe the relevant market analysis must be based on market-wide information (which is readily available from the Defendants and from commercial providers of nationwide data), that Defendants' arguments that class members have not been injured because they "passed on" the overcharges they incurred through insurance premiums or otherwise is precluded as a matter of law, and thus the discovery that defendants seek from absent class members is irrelevant, unnecessary, and unduly burdensome. Counsel for the *Staley* Plaintiffs and Defendants held an initial meet and confer on July 27, 2020 and a lead counsel meet and confer on August 6, 2020. The Parties anticipate filing a joint discovery letter brief regarding this dispute next week.

**5. Plaintiffs' Production**

The *Staley* Plaintiffs and Defendants have reached agreement on the relevant time period and search terms for the *Staley* Plaintiffs' production of custodial ESI. For a sub-group of individual plaintiffs in the *Staley* action, the *Staley* Plaintiffs have agreed to produce ESI from an earlier time period using a limited series of search terms, which the Parties are currently negotiating. Plaintiffs anticipate commencing a rolling production by August 20, 2020.

The Defendants have requested the production of medical records of the Individual *Staley* Plaintiffs that relate to the HIV treatments at issue and contend that those records will be relevant for numerous issues in the case, including adequacy and predominance for class certification. The *Staley* Plaintiffs do not believe they have placed their medical conditions at issue by bringing an antitrust action and intend to oppose what they consider to be unduly burdensome and invasive discovery. The Parties have met and conferred and agree they are at an impasse on this issue and anticipate filing a joint discovery letter brief next week.

MSP served responses and objections to Defendants' First Set of RFPs on June 26, 2020. Defendants contend there are numerous deficiencies in MSP's responses and objections. The Parties held an initial meet and confer on July 30, 2020.

**III. ALTERNATIVE DISPUTE RESOLUTION**

Lead counsel for the *Staley* Plaintiffs and Gilead met and conferred on July 9, 2020 to discuss

alternative dispute resolution.

The *Staley* Plaintiffs' position is that in a complex case like this one, mediation will take several sessions and the Parties should have the first session in mid-November 2020, *i.e.*, 60 days before the class certification motion is filed, and thereafter at the direction of a mediator. By that time, the Parties will have substantially completed document production and depositions will be under way. The *Staley* Plaintiffs are willing to meet and confer further with Defendants regarding the selection of mediator and the date of the first session.

Defendants agree that mediation typically takes several sessions, but believe that in a case this complex formal mediation in mid-November 2020, as Plaintiffs propose, would be premature and unproductive. To meaningfully present the case to the mediator—assessing the merits of the case and the defenses rather than simply what is claimed in the complaint—the Parties will need the benefit of the facts gathered through document productions and depositions (including of third parties), and initial expert reports. The Parties' legal positions with respect to class certification will also afford the mediator a more complete picture of the case and the Parties' respective risks. Therefore, Defendants propose April 2021 for a formal mediation session—after fact discovery has advanced and class certification briefing is substantially completed. In the meanwhile, the Parties can discuss the selection of a mediator, and schedule a date for mediation, as many mediators normally are booked up some months out. Defendants also are willing to meet with the *Staley* Plaintiffs at any time to consider any proposals they may have.

Dated: August 6, 2020

HILLIARD & SHADOWEN LLP

By: */s/ Steven D. Shadowen*

STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
RICHARD BRUNELL (*pro hac vice*)
rbrunell@hilliardshadowenlaw.com
MATTHEW C. WEINER (*pro hac vice*)
matt@hilliardshadowenlaw.com
FRAZAR W. THOMAS (*pro hac vice*)
fraz@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

Facsimile: (361) 882-3015

DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
ADITYA V. KAMDAR (SBN 324567)
akamdar@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

W. HENRY HUTTINGER (SBN 312843)
hhuttinger@durietangri.com
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
Telephone: (213) 992-4422
Facsimile: (415) 236-6300

STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
KRISTEN A. JOHNSON (*pro hac vice* pending)
kristenj@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Interim Co-Lead Counsel for Staley Plaintiffs*

JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

Facsimile: (609) 385-0745

JAYNE A. GOLDSTEIN (*pro hac vice*)
jgoldstein@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367

NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@sfmslaw.com
MICHAEL OLS (*pro hac vice*)
mols@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367

PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492

HEIDI M. SILTON
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

Facsimile: (415) 366-6110

DANIEL C. HEDLUND (*pro hac vice* pending)
dhedlund@gustafsongluek.com
MICHELLE J. LOOBY (*pro hac vice* pending)
mlooby@gustafsongluek.com
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
GLANCY PRONGAY & MURRAY
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LEE ALBERT (*pro hac vice* pending)
lalbert@glancylaw.com
BRIAN P. MURRAY (*pro hac vice* pending)
bmurray@glancylaw.com
GREGORY B. LINKH (*pro hac vice* pending)
glinkh@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
GLANCY PRONGAY & MURRAY
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice* pending)
bcohen@nussbaumpc.com
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

EUGENE SPECTOR (*pro hac vice* pending)
espector@srkattorneys.com
JEFFREY KODROFF (*pro hac vice* pending)
jkodroff@srkattorneys.com
WILLIAM CALDES (*pro hac vice* pending)
bcaldes@srkattorneys.com
JEFFREY SPECTOR (*pro hac vice* pending)
jspector@srkattorneys.com
SPECTOR ROSEMAN & KODROFF P.C.
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103

Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Counsel for Staley Plaintiffs*

Dated: August 6, 2020

RIVERO MESTRE LLP

By: */s/ Andrés Rivero*

Andrés Rivero (*pro hac forthcoming*)
arivero@riveromestre.com
Jorge A. Mestre (*pro hac forthcoming*)
jmestre@riveromestre.com
Alan H. Rolnick (*pro hac forthcoming*)
arolnick@riveromestre.com
Charles Whorton (*pro hac forthcoming*)
cwhorton@riveromestre.com
David L. Daponte (*pro hac forthcoming*)
ddaponte@riveromestre.com
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

*Attorneys for Plaintiff MSP Recovery Claims, Series LLC*

Dated: August 6, 2020

WHITE & CASE LLP

By: */s/ Heather M. Burke*

Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
pcarney@whitecase.com

Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
Kristen O'Shaughnessy (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com
kristen.oshaughnessy@whitecase.com

Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC

Dated: August 6, 2020

*/s/ Paul J. Riehle*

Paul J. Riehle (SBN 115199)
Paul.Riehle@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Paul H. Saint-Antoine (*pro hac vice*)
Paul.Saint-Antoine@faegredrinker.com
Joanne C. Lewers (*pro hac vice*)
Joanne.Lewers@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Telephone: (215) 988-2990

Attorneys for Defendants Janssen R&D Ireland, Janssen Products, LP, and Johnson & Johnson

Dated: August 6, 2020

*/s/ Daniel B. Asimow*

Daniel B. Asimow (SBN 165661)
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400
Email: daniel.asimow@arnoldporter.com

Laura S. Shores (*pro hac vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202.942.5000
Facsimile: 202.942.4999
Email: laura.shores@arnoldporter.com

Attorneys for Defendants

Bristol-Myers Squibb Company & E.R. Squibb & Sons, L.L.C.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Heather M. Burke, attest that concurrence in the filing of this document has been obtained.

Dated: August 6, 2020

*/s/ Heather M. Burke*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Heather M. Burke*