Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER STALEY, et al., )
                       ) Case No: 3:19-cv-02573
           Plaintiff(s), )
                       ) **APPLICATION FOR**
     v.                  ) **ADMISSION OF ATTORNEY**
                       ) **PRO HAC VICE**
GILEAD SCIENCES, INC., et al., ) (CIVIL LOCAL RULE 11-3)
                       )
           Defendant(s). )

I, Joseph H. Meltzer, an active member in good standing of the bar of Commonwealth of PA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is W. Henry Huttinger, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| KESSLER TOPAZ MELTZER & CHECK LLP | DURIE TANGRI LLP |
| 280 King of Prussia Rd., Radnor, PA 19087 | 953 E. 3rd St., Los Angeles, CA 90013 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (610) 667-7706 | (213) 992-4422 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jmeltzer@ktmc.com | hhuttinger@durietangri.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 80136.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/25/20                        Joseph H. Meltzer
                                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Joseph H. Meltzer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                               UNITED STATES DISTRICT/MAGISTRATE JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Joseph Howard Meltzer, Esq.*

### DATE OF ADMISSION

*November 6, 1997*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: June 12, 2020

John W. Person Jr., Esq.
Deputy Prothonotary