Francis O. Scarpulla (Cal. Bar 41059)
Patrick B. Clayton (Cal. Bar 240191)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

Dianne M. Nast (*pro hac vice* to be filed)
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

Michael L. Roberts (*pro hac vice* to be filed)
**ROBERTS LAW FIRM, P.A.**
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us

*Counsel for Plaintiff FWK Holdings, LLC and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*,<br>          Plaintiffs,<br>v.<br>GILEAD SCIENCES, INC., *et al.*,<br>          Defendants. | **Case No. 3:19-cv-02573-EMC (lead case)**<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, AND TO ADOPT PRIOR ORDERS** |
| FWK Holdings LLC,<br>          Plaintiff,<br>v.<br>GILEAD SCIENCES, INC., *et al.*,<br>          Defendants. | **Case No. 3:20-cv-06793** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 3-12 and 7-11, plaintiff in *FWK Holdings LLC v. Gilead Sciences, Inc., et al.*, Case No. 3:20-cv-06793 (filed Sept. 29, 2020), submits this Administrative Motion To Consider Whether Cases Should Be Related, and To Adopt Prior Orders, and states that *FWK Holdings* appears to be related to *Staley, et al., v. Gilead Sciences Inc., et al.*, Case No. 3:19-cv-02573-EMC (filed May 14, 2019), which is the earlier-filed action. Accordingly, plaintiff FWK Holdings respectfully requests that *FWK Holdings* be related to *Staley* and assigned the Honorable Edward M. Chen. In addition, plaintiff FWK Holdings respectfully requests the Court to adopt orders previously entered in the former direct-purchaser plaintiff class action, as described below.

As defined in Civil L.R. 3-12(a): "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, the named defendants in *FWK Holdings* overlap substantially with those in *Staley*, and both cases are class actions brought on behalf of purchasers of combination antiretroviral therapy ("cART") regimen drugs which were subject to allegedly anti-competitive conduct by the defendants. Because of the closely-related nature of the parties, claims, and factual issues in *FWK Holdings* and *Staley*, relating the two cases and assigning them to the same judge will avoid burdensome duplication of labor and expense, and avoid conflicting results.

Moreover, the Court previously related *Staley* to a prior direct-purchaser class action, and entered orders regarding the coordination and conduct of that case. *See KPH Healthcare Services, Inc. v. Gilead Sciences, Inc., et al.*, Case No. 3:20-cv-00880-EMC. The previous direct-purchaser class action was voluntarily dismissed on June 23, 2020. *See* Notice of Voluntary Dismissal (Doc. No. 369) in *Staley*. Counsel for plaintiff in the *FWK Holdings* case are the same as in the previous direct-purchaser class action. Therefore, plaintiff FWK Holdings respectfully requests that the Court adopt in this case the prior orders from the previous direct-purchaser class action as

identified below, substituting "FWK Holdings" for all references to the previous direct-purchaser plaintiff:

- "Order Appointing Interim Co-Lead and Liaison Counsel for the Direct Purchaser Class," *KPH Healthcare Services, Inc. v. Gilead Sciences, Inc., et al.*, Case No. 3:20-cv-00880-EMC, (Doc. No. 48, May 8, 2020);

- "Stipulation and Order Regarding Master Docket," *KPH Healthcare Services, Inc. v. Gilead Sciences, Inc., et al.*, Case No. 3:20-cv-00880-EMC, (Doc. No. 54, June 4, 2020); and

- "Stipulation and Order on ESI Protocol in *KPH* Action," *KPH Healthcare Services, Inc. v. Gilead Sciences, Inc., et al.*, Case No. 3:20-cv-00880-EMC, (Doc. No. 55, June 4, 2020).

Adopting these orders will avoid burdening the Court with duplicative motion practice, and will allow the parties and counsel to resume promptly the litigation of this matter.

Dated: September 29, 2020                            Respectfully Submitted,

                                                       /s/ Francis O. Scarpulla
Francis O. Scarpulla (Cal. Bar 41059)
Patrick B. Clayton (Cal. Bar 240191)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

Dianne M. Nast (*pro hac vice* to be filed)
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

Michael L. Roberts (*pro hac vice* to be filed)
**ROBERTS LAW FIRM US, PC**
1920 McKinney Ave., Suite 700

Dallas, TX 75204
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us

*Counsel for Plaintiff FWK Holdings, LLC and the Proposed Class*