UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STALEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GILEAD SCIENCES, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-02573-EMC<br><br>**ORDER APPOINTING INTERIM CO-LEAD AND LIAISON COUNSEL FOR THE DIRECT-PURCHASER CLASS**<br><br>Docket No. 447-4 |

It is ORDERED:

**1.   Interim Co-Lead Counsel for Direct-Purchaser Plaintiff Class**

The Court designates as interim co-lead counsel for the putative direct-purchaser plaintiff class:

> Dianne M. Nast, NASTLAW LLC, 1101 Market Street, Suite 2801, Philadelphia, PA 19107; Telephone: (215) 923-9300; Fax: (215) 923-9302; dnast@nastlaw.com;

And:

> Michael L. Roberts, ROBERTS LAW FIRM, 1920 McKinney Avenue, Suite 700, Dallas, TX 75201; Telephone: (501) 952-8558; mikeroberts@robertslawfirm.us.

Co-lead counsel shall be generally responsible for coordinating the activities of the putative direct-purchaser plaintiff class during pretrial proceedings and shall:

(a)   determine (after such consultation with other co-counsel as may be appropriate) and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the direct-purchaser plaintiffs and the putative class on all matters arising during pretrial proceedings;

1	(b) coordinate the initiation and conduct of discovery on behalf of direct-purchaser
2	plaintiffs and the putative class consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(2),
3	and 26(g), including the preparation of joint interrogatories and requests for production of
4	documents and the examination of witnesses in depositions;
5	(c) conduct settlement negotiations on behalf of direct-purchaser plaintiffs' putative
6	class;
7	(d) delegate specific tasks to other counsel or committees of counsel, as authorized by
8	the Court, in a manner to ensure that pretrial preparation for the direct-purchaser plaintiffs is
9	conducted efficiently and effectively;
10	(e) enter into stipulations with opposing counsel as necessary for the conduct of the
11	litigation;
12	(f) prepare and distribute periodic status reports to the parties;
13	(g) maintain adequate time and disbursement records covering services as lead counsel;
14	(h) monitor the activities of co-counsel to ensure that schedules are met and
15	unnecessary expenditures of time and funds are avoided; and
16	(i) perform such other duties as may be incidental to proper coordination of direct-
17	purchaser plaintiffs' and the putative class' pretrial activities or authorized by further order of the
18	Court.

**2.  Interim Liaison Counsel for Direct-Purchaser Plaintiff Class**

The Court designates as interim liaison counsel for the putative direct-purchaser plaintiff class:

> Francis O. Scarpulla, LAW OFFICES OF FRANCIS O. SCARPULLA, 3708 Clay Street, San Francisco, CA 94118; Telephone: (415) 551-4193; Facsimile: (415) 788-0706; fos@scarpullalaw.com.

Liaison counsel shall:

(a) maintain and distribute to co-counsel and to defendants' liaison counsel an up-to-date service list;

(b) receive and, as appropriate, distribute to co-counsel orders from the Court;

1  (c) maintain and make available to co-counsel at reasonable hours a complete file of all
2  documents served by or upon each party [except such documents as may be available at a
3  document depository]; and
4  (d) establish and maintain a document depository.

6  Additionally, Counsel is subject to the same protocol for common benefit work and
7  expenses as the *Staley* Plaintiffs' counsel.  *See* Docket No. 176.
8  This order disposes of Docket No. 447.

10  **IT IS SO ORDERED**.

12  Dated: November 23, 2020

_____
EDWARD M. CHEN
United States District Judge