# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| STALEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-02573-EMC (LB)<br><br>**DISCOVERY ORDER**<br><br>Re: ECF No. 457 |

In the pending discovery letter, the parties dispute the plaintiffs' entitlement to cross-production of defendant Gilead's documents produced in another case *Holley v. Gilead Sciences, Inc.*, No. 3:18-cv-06972-JST.[1] Gilead opposes the production only to the extent that it be allowed to do additional review by applying the parties' search terms and code for responsive documents.[2] Gilead contends that *Holley*, a product liability case challenging the safety of certain Gilead drugs, is different from the antitrust allegations here. The court agrees. The plaintiffs are not automatically entitled to all documents produced in a separate and unrelated case.

---

[1] Discovery Letter – ECF No. 457. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] *Id*. at 4.

ORDER – No. 19-cv-02573-EMC

Nevertheless, Gilead must, within one week of this order, provide the plaintiffs with a schedule of its promised rolling production. Gilead should consider providing a realistic and timely schedule, given that the deadline for the substantial completion of document production was September 24, 2020 and fact discovery closes on March 31, 2021.[3]

Should further issues arise, the parties may raise it with the court with another discovery letter.

**IT IS SO ORDERED.**

Dated: November 30, 2020

_____
LAUREL BEELER
United States Magistrate Judge

---

[3] Order – ECF No. 342.