| | |
|---|---|
| Heather M. Burke (SBN 284100)<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br>hburke@whitecase.com<br><br>Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC<br><br>Daniel B. Asimow (SBN 165661)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>daniel.asimow@arnoldporter.com<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br><br>Attorney for Defendants Bristol-Myers Squibb Company and E. R. Squibb & Sons, L.L.C.<br><br>(Additional Counsel for Defendants Listed on Signature Page) | Francis O. Scarpulla (Cal. Bar 41059)<br>**LAW OFFICES OF FRANCIS O. SCARPULLA**<br>3708 Clay Street<br>San Francisco, CA 94118<br>Telephone: (415) 751-4193<br>Facsimile: (415) 788-0706<br>fos@scarpullalaw.com<br><br>Dianne M. Nast<br>**NASTLAW LLC**<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Telephone: (215) 923-9300<br>Fax: (215) 923-9302<br>dnast@nastlaw.com<br><br>Michael L. Roberts<br>**ROBERTS LAW FIRM, P.A.**<br>1920 McKinney Avenue, Suite 700<br>Dallas, TX 75201<br>Telephone: (501) 952-8558<br>mikeroberts@robertslawfirm.us<br><br>Counsel for Plaintiffs KPH Healthcare Services, Inc., FWK Holdings, LLC, and the Proposed Class |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>GILEAD SCIENCES, INC., *et al.*,<br><br>                    Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>FWK Holdings, LLC v. Gilead Sciences, Inc. *et al.*, 3:20-cv-06793-EMC<br><br>KPH Healthcare Services, Inc. v. Gilead Sciences, Inc. *et al.*, 3:20-cv-06961-EMC | Case No. 3:19-cv-02573-EMC (lead case)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON MOTIONS BRIEFING SCHEDULE**<br><br>Ctrm:     5 – 17th Floor<br>Judge:    Honorable Edward M. Chen |

WHEREAS, Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC, Bristol-Myers Squibb Company, and E. R. Squibb & Sons, L.L.C. (collectively, "Defendants") filed the following motions on November 25, 2020: Motion to Dismiss the Class Action Complaints of Plaintiffs KPH Healthcare Services, Inc. and FWK Holdings, LLC (collectively, "Plaintiffs") (ECF No. 460), Motion to Compel Arbitration (ECF No. 461), and Motion for Costs and a Stay (ECF No. 463) (collectively, the "Motions").

WHEREAS, under N.D. Cal. Local Rule 7-3, Plaintiffs' current deadline to respond to the Motions is December 9, 2020.

WHEREAS, the hearing on the Motions is set on ~~January 21, 2021~~ February 11, 2021 at 1:30 p.m. (ECF No. 468).

WHEREAS, Plaintiffs and Defendants agree to a short extension to the deadlines for Plaintiffs' responses to the Motions, to December 21, 2020, and for Defendants' replies, to January 7, 2021, such that, under the Court's scheduling guidelines, the current hearing setting of ~~January 21, 2021~~ February 11, 2021 is not affected.

THE PARTIES HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

1. Plaintiffs shall respond to the Motions no later than December 21, 2020.

2. Defendants shall file their replies in support of the Motions no later than January 7, 2021.

Dated: December 7, 2020                    Respectfully submitted,

LAW OFFICES OF FRANCIS O. SCARPULLA

By: */s/ Francis O. Scarpulla*
Francis O. Scarpulla (Cal. Bar 41059)
Patrick B. Clayton (Cal. Bar 240191)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER ON MOTIONS BRIEFING SCHEDULE
CASE NO: 3:19-CV-02573-EMC / RELATED CASE NOS: 3:20-CV-6793-EMC AND 3:20-CV-6961-EMC

| | |
|---|---|
| 1 | Dianne M. Nast |
| 2 | **NASTLAW LLC**<br>1101 Market Street, Suite 2801 |
| 3 | Philadelphia, PA 19107<br>Telephone: (215) 923-9300 |
| 4 | Fax: (215) 923-9302<br>dnast@nastlaw.com |
| 5 | Michael L. Roberts |
| 6 | **ROBERTS LAW FIRM, P.A.**<br>1920 McKinney Avenue, Suite 700 |
| 7 | Dallas, TX 75201<br>Telephone: (501) 952-8558 |
| 8 | mikeroberts@robertslawfirm.us |
| 9 | *Counsel for Plaintiff KPH Healthcare Services, Inc., FWK Holdings, LLC, and the Proposed Class* |
| 10 | Dated:   December 7, 2020    WHITE & CASE LLP |
| 11 | |
| 12 | By:  */s/ Heather M. Burke*<br>Heather M. Burke (SBN 284100) |
| 13 | Jeremy K. Ostrander (SBN 233489)<br>**WHITE & CASE LLP** |
| 14 | 3000 El Camino Real<br>2 Palo Alto Square, Suite 900 |
| 15 | Palo Alto, CA  94306-2109<br>Telephone: (650) 213-0300 |
| 16 | Facsimile: (650) 213-8158<br>hburke@whitecase.com |
| 17 | jostrander@whitecase.com |
| 18 | Christopher M. Curran (*pro hac vice*)<br>Peter J. Carney (*pro hac vice*) |
| 19 | **WHITE & CASE LLP**<br>701 Thirteenth Street, NW |
| 20 | Washington, District of Columbia 20005-3807<br>Telephone: (202) 626-3600 |
| 21 | Facsimile: (202) 639-9355<br>ccurran@whitecase.com |
| 22 | pcarney@whitecase.com |
| 23 | Heather K. McDevitt (*pro hac vice*)<br>Bryan D. Gant (*pro hac vice*) |
| 24 | Kristen O'Shaughnessy (*pro hac vice*)<br>Alison Hanstead (*pro hac vice*) |
| 25 | **WHITE & CASE LLP**<br>1221 Avenue of the Americas |
| 26 | New York, New York 10020<br>Telephone: (212) 819-8200 |
| 27 | Facsimile: (212) 354-8113<br>hmcdevitt@whitecase.com |
| 28 | bgant@whitecase.com<br>kristen.oshaughnessy@whitecase.com |

|  |  |
|---|---|
| 1 | ahanstead@whitecase.com |
| 2 | *Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC* |
| 4 | Dated:   December 7, 2020           ARNOLD & PORTER KAYE SCHOLER LLP |
| 6 | By:   /s/ Daniel B. Asimow |

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel B. Asimow (SBN 165661)
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

ARNOLD & PORTER KAYE SCHOLER LLP
Laura S. Shores (*pro hac vice*)
laura.shores@arnoldporter.com
James L. Cooper (*pro hac vice*)
james.cooper@arnoldporter.com
Anne P. Davis (*pro hac vice*)
anne.davis@arnoldporter.com
Allison P. Gardner (*pro hac vice*)
allison.gardner@arnoldporter.com
Michael A. Rubin (*pro hac vice*)
michael.rubin@arnoldporter.com
601 Massachusetts Ave. NW
Washington, DC 20001

ARNOLD & PORTER KAYE SCHOLER LLP
Ada Victoria Añon (*pro hac vice*)
ada.anon@arnoldporter.com
Travis W. Clark (*pro hac vice*)
travis.clark@arnoldporter.com
250 West 55th Street
New York, NY 10019

*Attorneys for Defendants*
*Bristol-Myers Squibb Company*
*and E. R. Squibb & Sons, L.L.C.*

**ORDER AS MODIFIED**

Based on the stipulation of the parties, and good cause therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 8, 2020

_____
Hon. Edward M. Chen
United States District Judge