1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   217 Leidesdorff Street
3  San Francisco, CA 94111
   Telephone: (415) 362-6666
4
   HILLIARD & SHADOWEN LLP
5  STEVE D. SHADOWEN (*pro hac vice*)
   steve@hilliardshadowenlaw.com
6  1135 W. 6th Street, Suite 125
   Austin, TX 78703
7  Telephone: (855) 344-3298

8  HAGENS BERMAN SOBOL SHAPIRO LLP
   STEVE W. BERMAN (*pro hac vice*)
9  steve@hbsslaw.com
   1301 Second Avenue, Suite 2000
10 Seattle, WA 98101
   Telephone: (206) 623-7292
11
   *Interim Co-Lead Counsel for End-Payor Plaintiffs*

12 (Additional Counsel Listed on Signature Page)

13

14                IN THE UNITED STATES DISTRICT COURT

15                FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17 | PETER STALEY, et al. | Case No. 3:19-cv-02573-EMC (Master Docket)
18 |         Plaintiffs, | [~~PROPOSED~~] **ORDER MODIFYING SCHEDULING ORDER**
19 |    v. |
20 | GILEAD SCIENCES, INC., et al. | Date: January 7, 2021
   |                                | Time: 1:30 p.m.
   |                                | Ctrm: 5-17th Floor
21 |         Defendants.            | Judge: Honorable Edward M. Chen

The Court, having considered Plaintiffs' Motion to Modify Scheduling Order Pursuant to Fed. R. Civ. P 16, all supporting papers, the argument of the parties, and good cause appearing, hereby **GRANTS** Plaintiffs' motion and **ORDERS** that the dates and deadlines in the consolidated action *Staley et al. v. Gilead Sciences, Inc. et al*., Case No. 3:19-cv-02573-EMC, shall be as follows:

| EVENT | DATE |
|---|---|
| Class certification briefs and supporting expert reports | Wednesday, July 14, 2021 |
| Oppositions to class certification and supporting expert reports | Wednesday, August 25, 2021 |
| Reply briefs for class certification and supporting reply expert reports | Wednesday, September 29, 2021 |
| Fact discovery closes | Wednesday, September 29, 2021 |
| Hearing on class certification | Thursday, October 21, 2021 |
| **Merits Experts** | |
| Opening merits expert reports filed by the party bearing the burden of proof | Wednesday, November 10, 2021 |
| Responsive expert reports | Wednesday, December 15, 2021 |
| Reply expert reports | Wednesday, January 5, 2022 |
| Expert discovery cut-off | Wednesday, January 26, 2022 |
| **Rule 56 Motions** | |
| Rule 56 motions and related *Daubert* motions | Thursday, February 10, 2022 |
| Oppositions to motions for Rule 56 and related *Daubert* motions | Tuesday, March 22, 2022 |
| Replies in support of motions for Rule 56 and related *Daubert* motions | Tuesday, April 26, 2022 |
| Hearing on Rule 56 and *Daubert* motions | Thursday, May 19, 2022 |
| **Trial Schedule** | |
| Parties meet and confer | Tuesday, June 21, 2022 |
| Parties file joint pretrial conference statement and trial briefs | Tuesday, July 12, 2022 |
| Parties serve objections to trial brief | Friday, July 22, 2022 |
| Pretrial conference | Tuesday, August 2, 2022 |
| Trial | Monday, August 29, 2022 |

**IT IS SO ORDERED.**

Dated: December 17, 2020

