UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STALEY, et al.,

         Plaintiffs,

    v.

GILEAD SCIENCES, INC., et al.,

         Defendants.

Case No. 19-cv-02573-EMC

**ORDER DENYING DEFENDANTS' MOTION FOR COSTS AND A STAY OF PROCEEDINGS**

Docket No. 463

    Defendants Gilead and BMS have moved for costs and a stay (against Plaintiff KPH only) pursuant to Federal Rule of Civil Procedure 41(d). The Court finds this matter suitable for resolution without oral argument and therefore **VACATES** the hearing on the motion for costs and a stay. In the exercise of its discretion, *see Caldwell v. Wells Fargo Bank, N.A.*, No. 13-CV-01344-LHK, 2014 U.S. Dist. LEXIS 24731, at *19 (N.D. Cal. Feb. 26, 2014) (noting that a court has "'broad discretion'" under the rule), the Court **DENIES** the request for relief. The Court is not persuaded that KPH's second suit reflects forum shopping or constitutes vexatious litigation. *See Simeone v. First Bank Nat'l Ass'n*, 971 F.2d 103, 108 (8th Cir. 1992). Moreover, assuming that attorney's fees are "costs" for purposes of Rule 41(d), *see Millman v. Wilmington Sav. Fund Soc'y, FSB*, No. 17-cv-04123-EMC, 2018 U.S. Dist. LEXIS 73663, at *11 n.3 (N.D. Cal. May 1, 2018) (noting that "the Ninth Circuit is silent on this issue, [although] several Circuit Court of Appeals (Third, Fourth, Sixth, and Seventh Circuit Courts) have all found that attorneys' fees are

///

///

///

not part of costs"), Defendants have not adequately established significant work that will be useless in this second suit by KPH.  *See Esquivel v. Arau*, 913 F. Supp. 1382, 1388, 1391 (C.D. Cal. 1996).

This order disposes of Docket No. 463.

**IT IS SO ORDERED**.

Dated: January 11, 2021

_____
EDWARD M. CHEN
United States District Judge