| | |
|---|---|
| 1  Heather M. Burke (SBN 284100)<br>   Jeremy K. Ostrander (SBN 233489)<br>2  **WHITE & CASE**LLP<br>   3000 El Camino Real<br>3  2 Palo Alto Square, Suite 900<br>   Palo Alto, CA  94306-2109<br>4  Telephone: (650) 213-0300<br>   Facsimile: (650) 213-8158<br>5  hburke@whitecase.com<br>   jostrander@whitecase.com<br>6<br>   Christopher M. Curran (*pro hac vice*)<br>7  Peter J. Carney (*pro hac vice*)<br>   Alyson Cox Yates (*pro hac vice*)<br>8  **WHITE & CASE**LLP<br>   701 Thirteenth Street, NW<br>9  Washington, District of Columbia 20005<br>   Telephone: (202) 626-3600<br>10 Facsimile: (202) 639-9355<br>   ccurran@whitecase.com<br>11 pcarney@whitecase.com<br>   alyson.cox@whitecase.com | Heather K. McDevitt (*pro hac vice*)<br>Bryan D. Gant (*pro hac vice*)<br>Kristen O'Shaughnessy (*pro hac vice*)<br>Michael E. Hamburger (*pro hac vice*)<br>Raj S. Gandesha (*pro hac vice*)<br>**WHITE & CASE**LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>hmcdevitt@whitecase.com<br>bgant@whitecase.com<br>kristen.oshaughnessy@whitecase.com<br>michael.hamburger@whitecase.com<br>rgandesha@whitecase.com |

Attorneys for Defendants Gilead Sciences, Inc.,
Gilead Holdings, LLC, Gilead Sciences, LLC,
and Gilead Sciences Ireland UC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GILEAD SCIENCES, INC., *et al.*,<br><br>　　　　　　　Defendants.<br><br>THIS DOCUMENT RELATES TO :<br><br>ALL ACTIONS | Case No. 3:19-cv-02573-EMC<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE BY ALYSON COX YATES**<br><br>Ctrm:　　5 – 17th Floor<br>Judge:　Honorable Edward M. Chen |

1    PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), Alyson Cox Yates, counsel for Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC ("Gilead") in the above-captioned matter, hereby withdraws her appearance as counsel of record in the above-captioned action, as she is ending her employment with White & Case LLP.  White & Case LLP will continue to represent Gilead in this proceeding.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:   July 22, 2021 | WHITE & CASE LLP |
|  | By:  */s/ Alyson Cox Yates* |
|  | Heather M. Burke (SBN 284100) |
|  | Jeremy K. Ostrander (SBN 233489) |
|  | **WHITE & CASE** LLP |
|  | 3000 El Camino Real |
|  | 2 Palo Alto Square, Suite 900 |
|  | Palo Alto, CA  94306-2109 |
|  | Telephone: (650) 213-0300 |
|  | Facsimile: (650) 213-8158 |
|  | hburke@whitecase.com |
|  | jostrander@whitecase.com |
|  |  |
|  | Christopher M. Curran (*pro hac vice*) |
|  | Peter J. Carney (*pro hac vice*) |
|  | Alyson Cox Yates (*pro hac vice*) |
|  | **WHITE & CASE** LLP |
|  | 701 Thirteenth Street, NW |
|  | Washington, District of Columbia 20005-3807 |
|  | Telephone: (202) 626-3600 |
|  | Facsimile: (202) 639-9355 |
|  | ccurran@whitecase.com |
|  | pcarney@whitecase.com |
|  | alyson.cox@whitecase.com |
|  |  |
|  | Heather K. McDevitt (*pro hac vice*) |
|  | Bryan D. Gant (*pro hac vice*) |
|  | Kristen O'Shaughnessy (*pro hac vice*) |
|  | Michael E. Hamburger (*pro hac vice*) |
|  | Raj S. Gandesha (*pro hac vice*) |
|  | **WHITE & CASE** LLP |
|  | 1221 Avenue of the Americas |
|  | New York, New York 10020 |
|  | Telephone: (212) 819-8200 |
|  | Facsimile: (212) 354-8113 |
|  | hmcdevitt@whitecase.com |
|  | bgant@whitecase.com |
|  | kristen.oshaughnessy@whitecase.com |
|  | michael.hamburger@whitecase.com |
|  | rgandesha@whitecase.com |

1
2   Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF APPEARANCE BY ALYSON COX YATES
CASE NO: 3:19-CV-02573-EMC