

# ROBERTS LAW FIRM US, PC
## ROBERTS GROUP

MIKE ROBERTS †
J. MATTHEW MAULDIN
JEREMY SWEARINGEN
KAREN SHARP HALBERT
STEPHANIE EGNER SMITH ∞
SARAH E. DELOACH
ERICH SCHORK*
ELIZABETH SINGER
_____
MORGAN HUNT
DR. KELLY RINEHART

OF COUNSEL:

DEBRA G. JOSEPHSON †† ∞

_____

† ADMITTED IN ARKANSAS, FLORIDA, NEW YORK, TENNESSEE, TEXAS & ILLINOIS
∞ ADMITTED BEFORE THE U.S. PATENT AND TRADEMARK OFFICE
†† ADMITTED ONLY IN MASSACHUSETTS
*ADMITTED ONLY IN ILLINOIS

October 20, 2021

The Honorable Edward M. Chen
United States District Judge
450 Golden Gate Avenue
Courtroom 5, 17th Floor
San Francisco, California 94102

Re:   *KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. v. Gilead Sciences, Inc.*,
No. 3:20-cv-06961 (Lead Case: *Staley v. Gilead Sciences, Inc.*, No. 3:19-cv-02573)

Dear Judge Chen:

Counsel for Defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons, LLC (together, "BMS") and I, on behalf of KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. ("KPH") jointly write to respectfully provide the Court with the following notice. KPH has reached a settlement in principle with Defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons, LLC (together, "BMS"). KPH and BMS are currently negotiating a final settlement agreement. KPH will move for this Court's approval once that agreement is finalized in the near future. Counsel for KPH is available at any time should the Court have any questions.

Respectfully,

/s/ *Michael L. Roberts*

Michael L. Roberts

cc: All Counsel of Record (*via ECF*)

LITTLE ROCK, AR
20 RAHLING CIRCLE
LITTLE ROCK, AR 72223

OFFICE: +1 (501) 821-5575
FAX: +1 (501) 821-4474

DALLAS, TX
CORPORATE HEADQUARTERS
1920 MCKINNEY AVE, SUITE 700
DALLAS, TX 75201