Christopher T. Holding (*pro hac vice*)
CHolding@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Counsel for Defendant*
*Teva Pharmaceuticals USA, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Staley, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Gilead Sciences, Inc., *et al.*,<br><br>　　　　　　Defendants.<br><br>***This Document Relates to:***<br><br>CVS Pharmacy, Inc., v. Gilead Sciences, Inc., No. 3:21-cv-07378-EMC (CVS Action)<br><br>Walgreen Co., v. Gilead Sciences, Inc., No. 3:21-cv-07374-EMC (Walgreen Action) | Case No. 3:19-cv-02573-EMC<br><br>**[PROPOSED] ORDER GRANTING TEVA PHARMACEUTICALS USA, INC.'S MOTION TO DISMISS**<br><br>Hearing: January 6, 2022<br>Time: 1:30 p.m.<br>Courtroom: 5 – 17th Floor<br>Judge: Honorable Edward M. Chen |

Having considered the parties' filings regarding the Motion to Dismiss filed by Teva Pharmaceuticals USA, Inc. ("Teva"), the Court concludes that class action tolling does not apply to Plaintiffs' claims against Teva, and Plaintiffs' pre-September 22, 2017 claims against Teva are therefore dismissed with prejudice based on the statute of limitations. The Court hereby GRANTS Teva Pharmaceuticals USA Inc.'s Motion to Dismiss.

IT IS SO ORDERED.

Date: _____

_____
Judge Edward M. Chen

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on November 22, 2021.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of November, 2021.

*/s/ Christopher T. Holding*
CHRISTOPHER T. HOLDING