DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY, et al.<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GILEAD SCIENCES, INC., et al.<br><br>　　　　　　Defendants. | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>[~~PROPOSED~~] ORDER GRANTING END-PAYOR PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5<br><br>Ctrm:　5-17th Floor<br>Judge:　Honorable Edward M. Chen |

Having considered the Administrative Motion to File Under Seal Pursuant to Civil L.R. 7-11 and 79-5 and supporting materials filed by End-Payor Plaintiffs, the Court finds that there are compelling reasons for granting the request to file documents under seal in the formats that they have been provided to the Court.

Accordingly, the Court GRANTS End-Payor Plaintiffs' motion and ORDERS sealed the documents or portions of the documents listed below:

| Documents | Portions to be Sealed | Reasons for Sealing |
| --- | --- | --- |
| Frank Declaration | Data in Table 2, in ¶ 11 | EPPs are contractually obligated to seal IQVIA's raw data |
| Frank Declaration | Data in Attachment A.1 | EPPs are contractually obligated to seal IQVIA's raw data |
| Frank Declaration | Data in Attachment A.2 | EPPs are contractually obligated to seal IQVIA's raw data |
| Frank Declaration | Data in Attachment A.3 | Includes material BMS or Gilead may contend warrants sealing. <br><br> EPPs are contractually obligated to seal IQVIA's raw data |
| Frank Declaration | Data in Attachment A.4 | EPPs are contractually obligated to seal IQVIA's raw data |
| Frank Declaration | Data in Attachment A.5 | EPPs are contractually obligated to seal IQVIA's raw data |
| Frank Declaration | Data in Attachment A.6 | EPPs are contractually obligated to seal IQVIA's raw data |
| Frank Declaration | Data in Attachment A.7 | EPPs are contractually obligated to seal IQVIA's raw data |
| Frank Declaration | Data in Attachment B: Page 3 | Includes material BMS or Gilead may contend warrants sealing. |
| Frank Declaration | Data in Attachment B: Page 1 | Includes material BMS or Gilead may contend warrants sealing. <br><br> EPPs are contractually obligated to seal IQVIA's raw data |

1

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 / CASE NO. 3:19-CV-02573-EMC

1  **IT IS SO ORDERED.**

2  Dated: November 29, 2021

3  _____
   Honorable Edward M. Chen
   United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28