UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PETER STALEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC., et al.,<br><br>Defendants. | Case No. 19-cv-02573-EMC (LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 813 |

The court held a discovery hearing on the dispute at ECF No. 813 on January 13, 2022. The relevant contracts between Blue Cross Blue Shield Association ("Blue Cross") and the U.S. Office of Personnel Management ("OPM") have been produced, which is the primary information that is relevant to the standing motion. Blue Cross has a declaration that was filed in an arbitration hearing and is able to provide a similar attestation here. Blue Cross's counsel will provide it informally to Gilead's counsel today to see whether that provides sufficient financial context for purposes of Gilead's standing motion.

Also, the parties discussed annual reports that Blue Cross must file with the federal government. The reports from the relevant period (2015 on) are at least potentially relevant to the standing issues and there is no discernable burden. Blue Cross's counsel stated that it must confer with its client before producing the reports. After conferring with its client, Blue Cross's counsel shall confer with Gilead's counsel on an agreed production date by January 14, 2022. A week

ORDER – No. 19-cv-02573-EMC (LB)

seems more than enough to produce the reports. The court understands Blue Cross's desire to produce just the attestation, but the additional reports do not seem controversial and should be produced.

**IT IS SO ORDERED.**

Dated: January 13, 2022

_____
LAUREL BEELER
United States Magistrate Judge