UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AETNA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILEAD HOLDINGS, LLC, and others,<br><br>　　　　　Defendants. | Case No. 5:22-cv-00740 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward M. Chen for consideration of whether the case is related to 3:19-cv-02573 EMC, *Peter Staley, et al. v. Gilead Sciences, Inc., et al.*

**IT IS SO ORDERED.**

Dated:  February 4, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 22-cv-00740 NC
SUA SPONTE JUDICIAL REFERRAL