BERRY SILBERBERG STOKES PC
JOSHUA C. STOKES, State Bar No. 220214
CAROL M. SILBERBERG, State No. 217658
6080 Center Drive, Sixth Floor
Los Angeles, CA 90045
Telephone: (213) 986-2690
Facsimile: (213) 986-2677
jstokes@berrysilberberg.com
csilberberg@berrysilberberg.com

*Attorneys for Plaintiffs Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; and Triple-S Salud, Inc.*

Daniel A. Sasse
Joanna M. Fuller
Tiffanie L. McDowell
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
DSasse@crowell.com
JFuller@crowell.com
TMcDowell@crowell.com

Kent A. Gardiner (*pro hac vice forthcoming)*
CROWELL & MORNING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
KGardiner@crowell.com

*Attorneys for Aetna Inc.; Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; Health Care Service Corporation, a Mutual Legal Reserve Company; and Triple-S Salud, Inc.*

WHITE & CASE LLP

2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: hburke@whitecase.com
*Attorney for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

DANIEL B. ASIMOW (SBN 165661)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400
daniel.asimow@arnoldporter.com
*Attorneys for Defendants BRISTOL-MYERS SQUIBB COMPANY & E. R. SQUIBB & SONS, L.L.C.*

Christopher T. Holding (*pro hac vice forthcoming*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: CHolding@goodwinlaw.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

(Additional Counsel for Defendants Listed on Signature Page)

Paul J. Riehle (SBN 115199)
FAEGRE DRINKER BIDDLE & REATH LLP
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7521
*Attorney for Defendants Janssen R&D Ireland, and Janssen Products, LP*

(Additional Counsel for Defendants Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

STALEY, *et al.*,

Plaintiffs,

v.

GILEAD SCIENCES, INC., *et al.*,

Defendants.

THIS DOCUMENT RELATES TO :

This Document Relates to: 3:21-cv-09620, 3:21-cv-09621, 3:21-cv-09622, 3:21-cv-09632, 3:21-cv-09634, 3:21-cv-09642, 3:21-cv-09644, 3:21-cv-09645, 3:21-cv-09646, 3:21-cv-09647, 3:21-cv-09648; 3:22-cv-00740

Case No. 3:19-cv-02573-EMC

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER ON MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING DATE**

Ctrm: 5 – 17th Floor
Judge: Honorable Edward M. Chen

WHEREAS, on February 16, 2022, Defendants Teva Pharmaceuticals USA, Inc. ("Teva") filed a Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Dkt. No. 891), along with a Request for Judicial Notice (Dkt. No. 893), against Blue Cross and Blue Shield of Florida, Inc. and Health Options, Inc. (collectively, "BCBS Fla."), Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc. (collectively, "BCBS S.C."), Centene Corporation ("Centene"), ("Humana"), and Triple-S Salud, Inc. ("Triple-S");

WHEREAS, Defendants Gilead, Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC (collectively "Gilead") joined in that Motion (Dkt. No. 892);

WHEREAS, on February 16, 2022, Gilead; Bristol-Myers Squibb Company and E.R. Squibb & Sons, LLC (collectively "BMS"); and Janssen R&D Ireland and Janssen Products, LP (collectively "Janssen"), (Gilead, BMS, and Janssen collectively "Defendants") filed a Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure (Dkt. No. 889) against BCBS Fla., BCBS S.C., Centene, Health Care Service Corporation, a Mutual Legal Reserve Company ("HCSC"), Humana, Triple-S, and Aetna Inc. (collectively, "Individual Health Plan Plaintiffs" or "IHPPs")

WHEREAS, Teva joined in that Motion (Dkt. No. 892 at 4.)

WHEREAS, the Parties agree that Defendants' Motions cover a range of significant issues that require briefing;

WHEREAS, the current deadline for IHPPs to file their Oppositions to the Motions to Dismiss is March 2, 2022, the current deadline for Defendants to file their Replies in Support of the motions to dismiss is March 9, 2022, and the hearing on these motions is set for March 24, 2022 at 1:30 p.m.;

WHEREAS, the parties agree that the briefing schedule and hearing on these motions should be continued by a short period of time to allow the issues to be fully briefed; and

WHEREAS, the parties agree that this brief extension requested by IHPPs shall not impact any other deadlines in this litigation.

THE PARTIES HEREBY STIPULATE, SUBJECT TO COURT APPROVAL THAT:

1. IHPPs Oppositions to Defendants' Motions to Dismiss and Request for Judicial Notice (Dkt. Nos. 889, 891, 892, and 893) shall be due on or before March 8, 2022;

2. Defendants' Replies in Support of their Motions to Dismiss shall be due on or before

March 17, 2022; and

3. Defendants' Motions to Dismiss and Request for Judicial Notice shall be heard on March 31, 2022, at 1:30 p.m.

4. No other deadlines are affected by this Stipulation.

It is so stipulated, through counsel of record.

Respectfully submitted,

Dated: February 23, 2022

BERRY SILBERBERG STOKES PC

By: */s/ Joshua C. Stokes*

BERRY SILBERBERG STOKES PC
JOSHUA C. STOKES, State Bar No. 220214
CAROL M. SILBERBERG, State No. 217658
6080 Center Drive, Sixth Floor
Los Angeles, CA 90045
Telephone: (213) 986-2690
Facsimile: (213) 986-2677
jstokes@berrysilberberg.com
csilberberg@berrysilberberg.com

*Attorneys for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; and Triple-S Salud, Inc.*

Dated: February 23, 2022

By: CROWELL & MORING LLP

*/s/ Daniel A. Sasse*

Daniel A. Sasse
Joanna M. Fuller
Tiffanie L. McDowell
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
DSasse@crowell.com
JFuller@crowell.com
TMcDowell@crowell.com

Kent A. Gardiner (pro hac vice forthcoming)
CROWELL & MORNING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
KGardiner@crowell.com

*Attorneys for Aetna Inc.; Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; Health Care Service Corporation, a Mutual Legal Reserve Company; and Triple-S Salud, Inc.*

Dated: February 23, 2022

WHITE & CASE LLP

By: */s/ Heather M. Burke*

Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
WHITE & CASE LLP

Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
pcarney@whitecase.com

Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
Kristen O'Shaughnessy (*pro hac vice*)
Michael E. Hamburger (*pro hac vice*)
Raj S. Gandesha (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com
kristen.oshaughnessy@whitecase.com

michael.hamburger@whitecase.com
rgandesha@whitecase.com

Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC

Dated: February 23, 2022

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Paul J. Riehle*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111

FAEGRE DRINKER BIDDLE & REATH LLP
Paul H. Saint-Antoine (*pro hac vice*)
paul.saint-antoine@faegredrinker.com
Joanne C. Lewers (*pro hac vice*)
joanne.lewers@faegredrinker.com
One Logan Square, Ste. 2000
Philadelphia, PA 19103

*Attorneys for Defendants Janssen R&D Ireland and Janssen Products, LP*

Dated: February 23, 2022

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Daniel B. Asimow*

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel B. Asimow (SBN 165661)
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

LAURA S. SHORES (*pro hac vice*)
JAMES L. COOPER (*pro hac vice*)
ANNE P. DAVIS (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202.942.5000
Facsimile: 202.942.4999
Email: laura.shores@arnoldporter.com
Email: james.cooper@arnoldporter.com
Email: anne.davis@arnoldporter.com

Attorneys for Defendants
BRISTOL-MYERS SQUIBB COMPANY &
E. R. SQUIBB & SONS, L.L.C.

GOODWIN PROCTER LLP

Dated: February 23, 2022

By: */s/ Christopher T. Holding*

*Christopher T. Holding (pro hac vice forthcoming)*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: CHolding@goodwinlaw.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

**~~[PROPOSED]~~ ORDER AS MODIFIED BELOW**

Based on the stipulation of the parties, and good cause therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 25, 2022

Hon. Edward M. Chen
United States District Judge

**The parties' stipulation, filed in No. C-19-2573, is approved. The Court shall hear (1) Gilead et al.'s motion to dismiss (Docket No. [889]) and (2) Teva's motion to dismiss (Docket No. [891]) on 3/31/22. The opposition briefs shall be filed by 3/8/22 and the reply briefs by 3/17/22. In addition, the Court shall hear (3) Gilead et al.'s motion to dismiss in the Aetna case (Docket No. 11 in No. C-22-0740) on 3/31/22. To be clear, Gilead et al.'s motion to dismiss Staley and Snipe (Docket No.[877]) remains set for hearing on 3/24/22.**