BERRY SILBERBERG STOKES PC
JOSHUA C. STOKES, State Bar No. 220214
CAROL M. SILBERBERG, State No. 217658
6080 Center Drive, Sixth Floor
Los Angeles, CA 90045
Telephone: (213) 986-2690
Facsimile: (213) 986-2677
jstokes@berrysilberberg.com
csilberberg@berrysilberberg.com

*Attorneys for Individual Health Plan Plaintiffs Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; and Triple-S Salud, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STALEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.; *et al.*,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO:<br>3:21-cv-09620, 3:21-cv-09632, 3:21-cv-09642, 3:21-cv-09644, 3:21-cv-09648 | Case No. 3:19-cv-02573-EMC<br><br>**INDIVIDUAL HEALTH PLAN PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date: March 31, 2022<br>Time: 1:30 p.m.<br>Ctrm: 5, 17th Floor<br>Judge: Honorable Edward M. Chen |

Pursuant to Local Rules 7-11 and 79-5(f) of the United States District Court for the Northern District of California, Plaintiffs Humana Inc. ("Humana"); Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO) (collectively, "Florida Blue"); Centene Corporation ("Centene"); Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc. (collectively, "BCBS South Carolina"); and Triple-S Salud, Inc. ("Triple-S"); (collectively, "Individual Health Plan Plaintiffs" or "IHPPs") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with the IHPPs Opposition to Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss ("Opposition").

Portions of the Opposition quote and/or summarize the terms of the April 25, 2014 settlement agreement resolving Gilead Sciences, Inc.'s ("Gilead") patent infringement lawsuit against Teva Pharmaceuticals USA, Inc. ("2014 Agreement"). The 2014 Agreement, attached as Exhibit A to the Declaration of Christopher Holding in support of Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss, was marked by Defendants as "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this case. *Staley, et al. v. Gilead Sciences, Inc., et al.*, No. 3:10-cv-02573-EMC, ECF No. 196. The Court previously granted Gilead's request to seal the 2014 Agreement in connection with a prior motion. *Staley, et al. v. Gilead Sciences, Inc., et al.*, No. 3:10-cv-02573-EMC (Gilead's Administrative Motion to File Documents Under Seal, ECF No. 144); (Order Granting Administrative Motion to File Under Seal, ECF No. 274).

Portions of the Opposition also summarize the deposition testimony of David Hashmall. That deposition transcript was marked as "HIGHLY CONFIDENTIAL" by Defendants pursuant to the Stipulated Protective Order.

This motion is supported by the Declaration of Joshua C. Stokes, a person knowledgeable about the contents of the documents. Pursuant to Local Rule 7-11, counsel for the IHPPs conferred with counsel for Defendants about those portions of the Opposition that quote and/or summarize the 2014 Agreement and/or the testimony of David Hashmall. Defendants believe the following

1

INDIVIDUAL HEALTH PLAN PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:19-CV-02573-EMC

documents should be filed under seal and/or with redactions, the IHPPs do not oppose filing the documents under seal and/or with redactions, and the parties have so stipulated:

| Document | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| The IHPPs Opposition to Teva's Motion to Dismiss (Attached as Exhibit 1 to the Declaration of Joshua C. Stokes in Support of the Administrative Motion to Consider Whether Another Party's Material Should be Sealed) | Portions of pages 2, 8-15, 19 and 25 as reflected on the highlighted unredacted version attached as Exhibit 1 to the Declaration of Joshua C. Stokes in Support of this Motion pursuant to Local Rule 79-5(e)(2). | Quotes and/or summarizes the 2014 Agreement which was designated by Defendants as "HIGHLY CONFIDENTIAL" by Defendants and was previously filed under seal (ECF Nos. 144, 274). Summarizes the deposition transcript of David Hashmall, which was designated as "HIGHLY CONFIDENTIAL" BY Defendants. |

Pursuant to Local Rule 79-5(d)-(e), the IHPPs are filing contemporaneously herewith a redacted version of the Opposition to be filed publicly. An unredacted version of the Opposition with highlighting reflecting the portions sought to be sealed is being filed with the Declaration of Joshua C. Stokes which is being submitted as an attachment to this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The IHPPs make this request to remain in compliance with the Stipulated Protective Order (ECF No. 196) and pursuant to the parties' stipulation filed herewith.

Dated: March 8, 2022                       Respectfully submitted,

                                           BERRY SILBERBERG STOKES PC

                                            /s/ Joshua C. Stokes
                                           JOSHUA C. STOKES, State Bar No. 220214
                                           CAROL M. SILBERBERG, State No. 217658
                                           6080 Center Drive, Sixth Floor
                                           Los Angeles, CA 90045
                                           Telephone: (213) 986-2690
                                           Facsimile: (213) 986-2677
                                           jstokes@berrysilberberg.com

2

INDIVIDUAL HEALTH PLAN PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:19-CV-02573-EMC

csilberberg@berrysilberberg.com

*Attorneys for Individual Health Plan Plaintiffs Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; and Triple-S Salud, Inc.*

3

INDIVIDUAL HEALTH PLAN PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:19-CV-02573-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 8, 2022, I electronically filed the foregoing document(s) using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

                                    */s/ Joshua C. Stokes*
                                    Joshua C. Stokes

4

INDIVIDUAL HEALTH PLAN PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:19-CV-02573-EMC