OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** March 3, 2003     **Time:** 22 minutes     **Judge:** EDWARD M. CHEN

**Case No.:** 19-cv-02573-EMC     **Case Name:** Staley et. al. v. Gilead Sciences, Inc.

**Attorneys for Plaintiffs:** Judith Zahid and Beko Reblitz-Richardson (United Healthcare Services, Inc.); Christopher Holding and Jordan Bock (Teva Pharmaceuticals, USA, Inc.) and Kelly Rinehart (Direct Purchaser Plaintiffs)
**Attorneys for Defendant:** Peter Carney, Christopher Curran and Heather Burke

**Deputy Clerk:** Vicky Ayala     **Zoom Webinar Time:** 1:30-1:52

PROCEEDINGS

Motions to Dismiss - held [836] [838]

SUMMARY

Parties stated appearances.

Matter taken under submission.