

T 617.482.3700  F 617.482.3003

Lauren G. Barnes
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA 02142
www.hbsslaw.com
**Direct (617) 475-1957**
**lauren@hbsslaw.com**

March 14, 2022

**VIA ECF**

The Hon. Edward M. Chen
United States District Judge
450 Golden Gate Avenue
Courtroom 5, 17th Floor
San Francisco, California 94102

Re: *Staley et al. v. Gilead Sciences, Inc. et al*
3:19-cv-02573-EMC (N.D. Cal)

Dear Judge Chen:

I write to follow-up on Thursday's hearing regarding two matters relating to the defendants' motion to dismiss Blue Cross Blue Shield Association's claims.

First, regarding the Court's inquiry about sections of the contract concerning BCBSA's responsibility for funds and the flow of payments, we point the Court to BCBSA's response to Interrogatory No. 3, which was filed at ECF No. 895-2. *See* Ex. B to Barnes Decl. in Supp. of EPPs' Mot. Strike, BCBSA's Resps. & Objs. to Defs.' First Set of Interrogs., ECF No. 895-2 (citing contract provisions, and testifying that "BCBSA and the BCBS Plans administering the FEP carry insurance risk in that they must pay for the health benefits and expenses if all the funds associated with the FEP in the U.S. Treasury Fund are exhausted"). This interrogatory response, verified by BCBSA's in-house counsel, explains that BCBSA pays for the drugs out of its account and then gets reimbursed out of the LOCA account; OPM is obligated to provide only a set amount of funds; and BCBSA must continue to make the payments even if those funds are exhausted.

Second, the defendants cited many new documents in their reply brief (ECF No. 904) from which they infer many false assertions of fact. These were not addressed at the hearing. If the Court is inclined to consider them, we request leave to respond to ensure the facts the Court has before it are the true facts.

March 14, 2022
Page 2

                                                            Respectfully submitted,

                                                            **/s/ Lauren G. Barnes**
                                                            Lauren G. Barnes
                                                           Hagens Berman Sobol Shapiro LLP


cc:      All Counsel