DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

(Additional Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC., et al.<br><br>Defendants. | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**DECLARATION OF STEVE D. SHADOWEN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5, ECF. NO. 876**<br><br>Ctrm:  5-17th Floor<br>Judge:  Honorable Edward M. Chen |

I, Steve D. Shadowen, declare and state as follows:

1. I am an attorney at Hilliard & Shadowen LLP, counsel of record for End-Payor Plaintiffs ("EPPs") in this action. I submit this declaration in support of the Defendants' Administrative Motion to File under Seal Pursuant to Civil L.R. 7-11 and 79-5.

2. I am making this declaration pursuant to Civil L.R. 79-5, as an attorney for the Filing Party, as defined in that rule.

3. Defendants' Reply Memorandum in Support of Their Motion to Dismiss Plaintiffs Peter Staley and Michael Snipe Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure ("Reply Memorandum") and supporting exhibits reference or contain information designated by EPPs as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" in accordance with the Stipulated Protective Order, ECF No. 196, entered in this case,

4. **Ex. 1** to the Declaration of Jeremy K. Ostrander ("Ostrander Declaration") is Defendants' Reply Memorandum that contains repeated references to information designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" including privileged medical information regarding Mr. Snipe's and Mr. Staley's prescription drug medications and sensitive personal information regarding his health insurance and prescription drug coverage. A redacted copy of this exhibit is attached to this declaration.

5. **Ex. A** to the Declaration of Heather M. Burke ("Burke Declaration") is excerpts from Mr. Staley's December 3, 2021 Deposition that contains information designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" including sensitive personal information regarding his insurance and prescription drug coverage. A redacted copy of this exhibit is attached to this declaration.

6. **Ex. B** to the Burke Declaration is excerpts from Mr. Snipe's October 11, 2021 Deposition that contains information designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" including privileged medical information regarding Mr. Snipe's prescription drug medications and sensitive personal information regarding his health insurance and prescription drug coverage. A redacted copy of this exhibit is attached to this declaration.

7. The table below sets out the proposed sealed documents that contain sensitive personal

information regarding Individual Plaintiffs prescription medication and their health insurance and prescription drug coverage.

| Documents | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Ex. 1 to Ostrander Decl.<br>Reply Memorandum | Portions of pgs. 1, 2, 4, 9-11 | Contains privileged medical information and sensitive personal information regarding health insurance and prescription drug coverage |
| Ex. A to Burke Decl.<br>Dec. 3, 2021 Staley Dep. Tr. | Portion of pgs 47-48, 119-120, 148-149 | Contains privileged medical information and sensitive personal information regarding health insurance and prescription drug coverage |
| Ex. B to Burke Decl.<br>Oct. 11, 2021 Snipe Dep. Tr. | Portions of pgs. 1, 2, 4, 9-11 | Contains sensitive personal information regarding health insurance and prescription drug coverage |

I declare under penalty of perjury that the foregoing is to the best of my knowledge and belief true and correct. Executed this 14th day of March 2022 in Austin, Texas.

*/s/ Steve D. Shadowen*
STEVE D. SHADOWEN

X

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Steve D. Shadowen*
STEVE D. SHADOWEN