Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
**WHITE & CASE** LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

*Attorneys for Defendants Gilead Sciences, Inc.,
Gilead Holdings, LLC, Gilead Sciences, LLC,
and Gilead Sciences Ireland UC*

Paul J. Riehle (SBN 115199)
FAEGRE DRINKER BIDDLE & REATH LLP
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7521

*Attorney for Defendants Janssen R&D Ireland
and Janssen Products, LP*

(Additional Counsel for Defendants Listed on
Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*,<br><br>                               Plaintiffs,<br><br>          v.<br><br>GILEAD SCIENCES, INC., *et al.*,<br><br>                               Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>*Aetna Inc. v. Gilead Sciences, Inc., et al.*,<br>No. 3:22-cv-00740-EMC, and<br>*Aetna Inc. v. Gilead Sciences, Inc., et al.*,<br>No. 3:21-cv-09827-EMC | Case No. 3:19-cv-02573-EMC (lead case)<br><br>**GILEAD AND JANSSEN DEFENDANTS' NOTICE OF CROSS MOTION AND CROSS MOTION TO ENJOIN AETNA FROM PROSECUTING ITS CLAIMS AGAINST DEFENDANTS IN STATE COURT**<br><br>Hrg:       April 21, 2022<br>Time:     1:30 p.m.<br>Ctrm:    5 – 17th Floor<br>Judge:    Honorable Edward M. Chen |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  PLEASE TAKE NOTICE

2   that on Thursday, April 21, 2022 at 1:30 p.m., or as soon as this matter may be heard, in the United

3   States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San

4   Francisco, CA 94102-3489, in Courtroom 5 on the 17th Floor, before the Honorable Edward M. Chen,

5   Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences

6   Ireland UC ("Gilead"), and Janssen R&D Ireland and Janssen Products, L.P. ("Janssen")

7   (collectively, "Defendants") will move the Court for an order enjoining Plaintiff Aetna Inc. ("Aetna")

8   from prosecuting its claims in *Aetna Inc. v. Gilead Sciences, Inc. et al.*, No. 22-CIV-00303 (Superior

9   Court of California, San Mateo County).

10    Defendants' Memorandum in Opposition to Aetna's Motion to Remand ("Opposition to

11   Remand"), filed contemporaneously herewith, details the factual basis and legal authority in support

12   of this motion.  In particular, "the Supreme Court has held that the statute governing removal

13   procedures, 28 U.S.C. § 1446, provides express authorization to enjoin state proceedings in removed

14   cases."  *Quackenbush v. Allstate Ins. Co.*, 121 F.3d 1372, 1378 (9th Cir. 1997) (citing *Mitchum v.*

15   *Foster*, 407 U.S. 225, 234 n.12 (1972)).  As a result, "where a second state court suit is fraudulently

16   filed in an attempt to subvert the removal of a prior case, a federal court may enter an injunction."

17   *Lou v. Belzberg*, 834 F.2d 730, 741 (9th Cir. 1987); *see also Brown v. Dunbar*, 376 F. App'x 786,

18   787 (9th Cir. 2010) (affirming the entry of an injunction because "[t]he district court's finding that

19   the plaintiffs' second state court suit was an attempt to subvert the removal of a prior case was not

20   clearly erroneous" (emphasis in original)).

21    As detailed in the Opposition to Remand, Aetna's attempt to subvert the removal of a prior

22   case by refiling this suit in state court should be enjoined in the event that Aetna's pending motion to

23   remand (ECF No. 18) is granted.  If the motion to remand is denied, then this motion would be moot.

24   Accordingly, subject to this Court's decision on the pending motion to remand, Defendants

25   respectfully move for an order enjoining Aetna from prosecuting its claims in *Aetna Inc. v. Gilead*

26   *Sciences, Inc. et al.*, No. 22-CIV-00303 (Superior Court of California, San Mateo County).

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated:     March 16, 2022

WHITE & CASE LLP

By:     */s/ Heather M. Burke*
Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
**WHITE & CASE** LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)
**WHITE & CASE** LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005-3807
Telephone:  (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
pcarney@whitecase.com

Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
Kristen O'Shaughnessy (*pro hac vice*)
Michael E. Hamburger (*pro hac vice*)
Raj S. Gandesha (*pro hac vice*)
**WHITE & CASE** LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com
kristen.oshaughnessy@whitecase.com
michael.hamburger@whitecase.com
rgandesha@whitecase.com

*Attorneys for Defendants Gilead Sciences, Inc.,*
*Gilead Holdings, LLC, Gilead Sciences, LLC, and*
*Gilead Sciences Ireland UC*

GILEAD AND JANSSEN DEFENDANTS' NOTICE OF CROSS MOTION AND CROSS MOTION TO ENJOIN
AETNA FROM PROSECUTING ITS CLAIMS AGAINST DEFENDANTS IN STATE COURT
CASE NO. 3:19-CV-02573-EMC / RELATED CASE NOS. 3:22-CV-0740-EMC AND 3:21-CV-09827-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Paul J. Riehle*
Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111

FAEGRE DRINKER BIDDLE & REATH LLP
Paul H. Saint-Antoine (*pro hac vice*)
paul.saint-antoine@faegredrinker.com
Joanne C. Lewers (*pro hac vice*)
joanne.lewers@faegredrinker.com
One Logan Square, Ste. 2000
Philadelphia, PA 19103

*Attorneys for Defendants Janssen R&D Ireland and Janssen Products, LP*

GILEAD AND JANSSEN DEFENDANTS' NOTICE OF CROSS MOTION AND CROSS MOTION TO ENJOIN
AETNA FROM PROSECUTING ITS CLAIMS AGAINST DEFENDANTS IN STATE COURT
CASE NO. 3:19-CV-02573-EMC / RELATED CASE NOS. 3:22-CV-0740-EMC AND 3:21-CV-09827-EMC

1

## <u>FILER'S ATTESTATION</u>

2  Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Heather M. Burke, attest that

3 concurrence in the filing of this document has been obtained.

4

5  Executed: March 16, 2022     /s/      *Heather M. Burke*
                      Heather M. Burke

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on March 16, 2022 the foregoing document was filed with the Clerk of

3   the Court using CM/ECF which will send notification of such filing to the attorneys of record in this

4   case.

5

6   Executed:        March 16, 2022              /s/                    *Heather M. Burke*
                                                                        Heather M. Burke

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28