DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

(Additional Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY, et al.<br><br>                    Plaintiffs,<br><br>       v.<br><br>GILEAD SCIENCES, INC., et al.<br><br>                    Defendants. | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**NOTICE OF AMENDMENT TO END-PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Ctrm:   5-17th Floor<br>Judge:   Honorable Edward M. Chen |

**CONDITIONALLY SEALED IN ITS ENTIRETY PER ECF NO. 873**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Aditya V. Kamdar*
ADITYA V. KAMDAR

NOTICE OF AMENDMENT TO END-PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
AND APPOINTMENT OF CLASS COUNSEL AND MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT / CASE NO. 3:19-CV-02573-EMC