Joshua C. Stokes, State Bar No. 220214
Carol M. Silberberg, State No. 217658
BERRY SILBERBERG STOKES PC
6080 Center Drive, Sixth Floor
Los Angeles, CA 90045
Telephone: (213) 986-2690
Facsimile: (213) 986-2677
jstokes@berrysilberberg.com
csilberberg@berrysilberberg.com

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc., and Blue Cross and Blue Shield of Kansas City*

Daniel A. Sasse
Joanna M. Fuller
Tiffanie L. McDowell
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
DSasse@crowell.com
JFuller@crowell.com
TMcDowell@crowell.com

Kent A. Gardiner (*pro hac vice forthcoming)*
CROWELL & MORNING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
KGardiner@crowell.com

Laura A. Lydigsen
CROWELL & MORNING LLP
455 N. Cityfront Plaza Drive, Ste. 3600
Chicago, IL 60611
Telephone: 312.321.4200
Facsimile: 312.321.4299
LLydigsen@crowell.com

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc., and Blue Cross and Blue Shield of Kansas City*

Heather M. Burke (SBN 284100)
WHITE & CASE LLP
3000 El Camino Real s
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: hburke@whitecase.com
*Attorney for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Daniel B. Asimow (SBN 165661)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400
daniel.asimow@arnoldporter.com
*Attorneys for Defendants Bristol-Myers Squibb Company, and E. R. Squibb & Sons, L.L.C.*

Christopher T. Holding
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: CHolding@goodwinlaw.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Paul J. Riehle (SBN 115199)
FAEGRE DRINKER BIDDLE & REATH LLP
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7521
*Attorney for Defendants Janssen R&D Ireland, and Janssen Products, LP*

(Additional Counsel for Defendants Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC., *et al.*,<br><br>Defendants. | Case No. 3:19-cv-02573-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON ADOPTION OF PRIOR ORDERS**<br><br>Ctrm: 5 – 17th Floor<br>Judge: Honorable Edward M. Chen |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc. v. Gilead Sciences, Inc.*, No. 3:22-cv-02188;<br><br>*Blue Cross and Blue Shield of Kansas City v. Gilead Sciences, Inc.*, No. 3:22-cv-02197;<br><br>*Kaiser Foundation Health Plan, Inc. v. Teva Pharmaceuticals USA, Inc.*, No. 3:22-cv-02317;<br><br>*Blue Cross and Blue Shield of Kansas City v. Teva Pharmaceuticals USA, Inc.*, No. 3:22-cv-02318. | |

WHEREAS, this Court has entered a number of scheduling orders, including the Amended Case Management and Pretrial Order for Jury Trial in the above-captioned action (the "*Staley* Action") (*see* ECF No. 611), which sets certain deadlines and procedures in that action;

WHEREAS, this court has concluded that *Kaiser Foundation Health Plan, Inc. v. Gilead Sciences, Inc. et al.*, No. 3:22-cv-02188 (N.D. Cal.); *Blue Cross and Blue Shield of Kansas City v. Gilead Sciences, Inc. et al.*, No. 3:22-cv-02197 (N.D. Cal.); *Kaiser Foundation Health Plan, Inc. v. Teva Pharmaceuticals USA, Inc.*, No. 3:22-cv-02317 (N.D. Cal.); and *Blue Cross and Blue Shield of Kansas City v. Teva Pharmaceuticals USA, Inc.*, No. 3:22-cv-02318 (N.D. Cal.) (collectively, the "K.C. Blue and Kaiser Actions") are related to the *Staley* Action (*see* ECF Nos. 1000, 1008, 1009);

WHEREAS Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC (collectively, "Gilead") have already answered the complaints in the K.C. Blue and Kaiser Actions, the Parties (Defendants and the K.C. Blue and Kaiser Action plaintiffs collectively) agree that Defendants Bristol-Myers Squibb Company, E. R. Squibb & Sons, L.L.C. (collectively "BMS"), Janssen R&D Ireland, Janssen Products, LP (collectively "Janssen"), and Teva Pharmaceuticals USA, Inc. ("Teva") shall not be required to respond to the Complaints until after the Court issues decisions on both motions to dismiss filed by Defendants in connection with the New Direct Action Health Plan Plaintiffs' complaints (*see* ECF Nos. 889, 890), and shall have until after that date as set forth below to file their motions to dismiss, motions to compel arbitration, or to otherwise respond;

WHEREAS, the Parties agree to be bound by the terms of the following orders entered in the *Staley* Action: (1) the Stipulated Protective Order (ECF No. 196); (2) the Stipulated Privilege Order (ECF No. 197); (3) the Stipulation and Order Regarding the Non-Disclosure of Certain Information Regarding Expert Witnesses (ECF No. 198); (4) the Joint Stipulated Protocol for the Discovery of Electronically Stored Information and Hard Copy Documents (ECF No. 245); (5) the Joint Stipulation and Order Regarding Deposition Protocol (ECF No. 467); (6) the Stipulated Supplemental Protective Order (ECF No. 484); and (7) the Joint Stipulation and Order on Deposition Coordination (ECF No. 571); and

WHEREAS, the Parties agree that, for future filings, parties to the K.C. Blue and Kaiser Actions

shall file all papers on the docket for the *Staley* Action, No. 3:19-cv-02573-EMC, and not on the dockets for the K.C. Blue and Kaiser Actions, 3:22-cv-02188, 3:22-cv-02197, 3:22-cv-02317, 3:22-cv-02318, so that for the convenience and clarity of the Court and the parties there is a single Master Docket.

THE PARTIES HEREBY STIPULATE, SUBJECT TO COURT APPROVAL THAT:

1. The four K.C. Blue and Kaiser Actions shall be part of the Coordinated Actions in the *Staley* Action.

2. The Master Docket for the Coordinated Actions, including the K.C. Blue and Kaiser Actions, shall be *Staley v. Gilead Sciences, Inc.*, No. 3:19-cv-02573-EMC (N.D. Cal).

3. When a pleading is intended to apply to the K.C. Blue and Kaiser Actions and the Coordinated Actions, this shall be indicated by the words: "This Document Relates to: ALL ACTIONS," in the caption. When a pleading is intended to apply to fewer than all cases, the case name and this Court's docket number for each individual case to which the document relates shall appear immediately after the phrase "This Document Relates to:" in the caption.

4. All papers previously filed in the K.C. Blue and Kaiser Actions are deemed to be part of the record in the *Staley* Action.

5. The Parties are hereby bound by: (1) the Stipulated Protective Order (ECF No. 196); (2) the Stipulated Privilege Order (ECF No. 197); (3) the Stipulation and Order Regarding the Non-Disclosure of Certain Information Regarding Expert Witnesses (ECF No. 198); (4) the Joint Stipulated Protocol for the Discovery of Electronically Stored Information and Hard Copy Documents (ECF No. 245); (5) the Joint Stipulation and Order Regarding Deposition Protocol (ECF No. 467); (6) the Stipulated Supplemental Protective Order (ECF No. 484); and (7) the Joint Stipulation and Order on Deposition Coordination (ECF No. 571). The K.C. Blue and Kaiser plaintiffs shall be deemed as "Plaintiffs" as that term is used to refer to the Plaintiffs collectively as a group in the Joint Stipulation and Order Regarding Deposition Protocol (ECF No. 467) and the Joint Stipulation and Order on Deposition Coordination (ECF No. 571). The K.C. Blue and Kaiser plaintiffs shall be subject to the same limitations on depositions of Teva as the other New Direct Action Health Plan Plaintiffs.

6. Without waiver or prejudice to any other rights or defenses, Defendants BMS, Janssen,

and Teva shall be deemed to have been served with the Complaints in the K.C. Blue and Kaiser Actions as of the date of this Stipulation and Proposed Order.

7. The time for Defendants BMS, Janssen, and Teva to answer, move, or otherwise respond to the complaints filed by the K.C. Blue and Kaiser plaintiffs shall be after the Court issues decisions on both motions to dismiss filed by Defendants in connection with the New Direct Action Health Plan Plaintiffs' complaints (*see* ECF Nos. 889, 890) ("Motions to Dismiss"). If the Court grants, or grants in part, the Motions to Dismiss, the K.C. Blue and/or Kaiser plaintiffs shall have three business days to inform Defendants whether each plans to amend its complaint to conform with the Court's orders, and then shall amend no later than the date specified by the Court for the other New Direct Action Health Plan Plaintiffs to file any amended complaints. Defendants (including Gilead) shall then have until 21 days after the K.C. Blue and/or Kaiser plaintiffs amend to answer, move, or otherwise respond to the complaints, or such other time as the Court may set for the other New Direct Action Health Plan Plaintiffs' complaints such that all the responses are due on the same date. If the K.C. Blue and/or Kaiser plaintiffs do not amend, or if the Court denies the motions, BMS, Janssen, and Teva shall have until 21 days after the rulings on the Motions to Dismiss to answer, move, or otherwise respond.

It is so stipulated, through counsel of record.

Respectfully submitted,

Dated: April 27, 2022

BERRY SILBERBERG STOKES PC

By: */s/ Joshua C. Stokes*

Joshua C. Stokes (SBN 220214)
Carol M. Silberberg (SBN 217658)
BERRY SILBERBERG STOKES PC
6080 Center Drive, Sixth Floor
Los Angeles, CA 90045
Telephone: (213) 986-2690
Facsimile: (213) 986-2677
jstokes@berrysilberberg.com
csilberberg@berrysilberberg.com

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc., and Blue Cross and Blue Shield of Kansas City*

Dated: April 27, 2022

CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*

Daniel A. Sasse (SBN 236234)
Joanna M. Fuller (SBN 266406)
Tiffanie L. McDowell (SBN 288946)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
DSasse@crowell.com
JFuller@crowell.com
TMcDowell@crowell.com

Kent A. Gardiner (*pro hac vice forthcoming*)
CROWELL & MORNING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
KGardiner@crowell.com

Laura A. Lydigsen (*pro hac vice*)
CROWELL & MORNING LLP
455 N. Cityfront Plaza Drive, Ste. 3600
Chicago, IL 60611
Telephone: 312.321.4200
Facsimile: 312.321.4299
LLydigsen@crowell.com

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc., and Blue Cross and Blue Shield of Kansas City*

Dated: April 27, 2022

WHITE & CASE LLP

By: */s/ Heather M. Burke*

Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
pcarney@whitecase.com

Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
Kristen O'Shaughnessy (*pro hac vice*)
Michael E. Hamburger (*pro hac vice*)
Raj S. Gandesha (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com
kristen.oshaughnessy@whitecase.com
michael.hamburger@whitecase.com
rgandesha@whitecase.com

*Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Dated: April 27, 2022

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Paul J. Riehle*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111

Paul H. Saint-Antoine (*pro hac vice*)
paul.saint-antoine@faegredrinker.com
Joanne C. Lewers (*pro hac vice*)
joanne.lewers@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103

*Attorneys for Defendants Janssen R&D Ireland, and Janssen Products, LP*

Dated: April 27, 2022

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Daniel B. Asimow*

Daniel B. Asimow (SBN 165661)
daniel.asimow@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

Laura S. Shores (*pro hac vice*)
James L. Cooper (*pro hac vice*)
Anne P. Davis (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202.942.5000
Facsimile: 202.942.4999
Email: laura.shores@arnoldporter.com
Email: james.cooper@arnoldporter.com
Email: anne.davis@arnoldporter.com

*Attorneys for Defendants Bristol-Myers Squibb Company, and E. R. Squibb & Sons, L.L.C.*

Dated: April 27, 2022

GOODWIN PROCTER LLP

By: */s/ Christopher T. Holding*

Christopher T. Holding *(pro hac vice)*
Jordan Bock (SBN 321477)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: CHolding@goodwinlaw.com
Email: JBock@goodwinlaw.com

Brian T. Burgess (*pro hac vice*)
GOODWIN PROCTOR LLP
1900 N Street N.W.
Washington, DC 20036
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Email: BBurgess@goodwinlaw.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Heather M. Burke, attest that concurrence in the filing of this document has been obtained.

Executed: April 27, 2022

*/s/ Heather M. Burke*
Heather M. Burke

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and good cause therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____________

_____________________________
Hon. Edward M. Chen
United States District Judge