UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WHITLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>KPH HEALTHCARE SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 22-mc-80108-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On May 4, 2022, this miscellaneous matter was transferred to this district from the Northern District of Alabama. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to the Hon. Edward M. Chen to determine whether it is related to 19-cv-02573-EMC, *Staley v. Gilead Sciences*.

**IT IS SO ORDERED.**

Dated: May 5, 2022

Donna M. Ryu
United States Magistrate Judge