Francis O. Scarpulla (Cal. Bar 41059)
Patrick B. Clayton (Cal. Bar 290141)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 751-0889
fos@scarpullalaw.com

*Interim Liaison Counsel for the Proposed Direct Purchaser Class*

Dianne M. Nast (admitted *pro hac vice*)
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

Michael L. Roberts (admitted *pro hac vice*)
**ROBERTS LAW FIRM US, PC**
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
Telephone: (501) 952-8558
mikeroberts@robertslawfirm.us

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GILEAD SCIENCES, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-02573-EMC (lead case)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| THIS DOCUMENT RELATES TO :<br><br>KPH Healthcare Services, Inc. v. Gilead Sciences, Inc. *et al.*, 3:20-cv-06961-EMC | |

1  WHEREAS, on October 12, 2021, the parties proposed and the Court granted on October 13, 2021, the parties' Joint Stipulation and Order Regarding Page Limitations and Administrative Motions to Seal in Connection With Class Certification Briefing (ECF No. 683) and on February 11, 2022, the parties amended the stipulation and the Court granted same on February 14, 2022 (ECF No. 873, the "Order") that in lieu of the procedure set forth in Civil Local Rule 79-5, all briefs, exhibits, declarations, expert reports, and similar materials filed in support of or in opposition to Plaintiffs' class certification motions and related Daubert briefs that contain information designated as confidential under the Protective Orders ("Class Certification Material") may, as an initial matter, be filed conditionally under seal in their entirety.

As stated in the Order, on or before August 4, 2022, the parties will file the appropriate omnibus motions to seal regarding the Class Certification Material in compliance with Civil Local Rule 79-5.

In accordance with the Order, Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the putative Direct Purchaser Classes, respectfully submit this motion to conditionally seal Direct Purchaser Plaintiffs' Reply Brief in Support of Their Motion for Class Certification, and the supporting Declaration of Erich P. Schork with the exhibits appended thereto, in their entirety.

///
///
///

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion and place under seal Direct Purchaser Plaintiffs' Reply Brief in Support of Their Motion for Class Certification, and the supporting Declaration of Erich P. Schork with the exhibits appended thereto, in their entirety.

DATED:  June 30, 2022            Respectfully submitted,

/s/ _Francis O. Scarpulla_____
      Francis O. Scarpulla

Francis O. Scarpulla (Cal. Bar 41059)
Patrick B. Clayton (Cal. Bar 240191)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Interim Liaison Counsel for the
Proposed Direct Purchaser Class*

Dianne M. Nast (admitted *pro hac vice*)
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

Michael L. Roberts (admitted *pro hac vice*)
**ROBERTS LAW FIRM, US, PC**
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
Telephone: (501) 952-8558
mikeroberts@robertslawfirm.us

*Interim Co-Lead Counsel for the
Proposed Direct Purchaser Class*