DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

(Additional Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY, et al.<br><br>                         Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC., et al.<br><br>                         Defendants. | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**END-PAYOR PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE REPLY MEMORANDUM IN SUPPORT OF END-PAYOR PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL UNDER SEAL**<br><br>Ctrm:   5-17th Floor<br>Judge:  Honorable Edward M. Chen |

WHEREAS, on October 12, 2021, the parties proposed and the Court granted on October 13, 2021, the parties' Joint Stipulation and Order Regarding Page Limitations and Administrative Motions to Seal in Connection With Class Certification Briefing (ECF No. 683), and on February 11, 2022, the parties amended the stipulation and the Court granted the same on February 14, 2022 (ECF No. 873, the "Order"), that in lieu of the procedure set forth in Civil Local Rule 79-5, all briefs, exhibits, declarations, expert reports, and similar materials filed in support of or in opposition to Plaintiffs' class certification motions and related *Daubert* briefs that contain information designated as confidential under the Protective Orders ("Class Certification Material") may, as an initial matter, be filed conditionally under seal in their entirety.

As stated in the Order, on or before August 4, 2022, the parties will file the appropriate omnibus motions to seal regarding the Class Certification Material in compliance with Civil Local Rule 79-5(d).

In accordance with the Order, End-Payor Plaintiffs ("EPPs") respectfully submit this motion to conditionally seal the End-Payor Plaintiffs' Reply Memorandum in Support of End-Payor Plaintiffs' Amended Motion for Class Certification and Appointment of Class Counsel, the Declaration of Tina Miranda in Support of End-Payor Plaintiffs' Reply Memorandum in Support of End-Payor Plaintiffs' Amended Motion for Class Certification and Appointment of Class Counsel, and Exhibits A through S thereto.

Dated:  June 30, 2022                    Respectfully submitted,

                                         HILLIARD & SHADOWEN LLP

                                         By: */s/ Steve D. Shadowen*
                                             STEVE D. SHADOWEN (*pro hac vice*)
                                             steve@hilliardshadowenlaw.com
                                             RICHARD BRUNELL (*pro hac vice*)
                                             rbrunell@hilliardshadowenlaw.com
                                             NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
                                             nshadowen@hilliardshadowenlaw.com
                                             TINA JOANN MIRANDA (*pro hac vice*)
                                             tmiranda@hilliardshadowenlaw.com
                                             MATTHEW C. WEINER (*pro hac vice*)
                                             matt@hilliardshadowenlaw.com
                                             1135 W. 6th Street, Suite 125
                                             Austin, TX 78703
                                             Telephone:  (855) 344-3298

```
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
ADITYA V. KAMDAR (SBN 324567)
akamdar@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
W. HENRY HUTTINGER (SBN 312843)
hhuttinger@durietangri.com
953 East 3rd Street
Los Angeles, California 90013
Telephone: (213) 992-4422

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
ABBYE R. K. OGNIBENE (SBN 311112)
abbyeo@hbsslaw.com
LAUREN G. BARNES (*pro hac vice*)
lauren@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
```

Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL  33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com

BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, W. Henry Huttinger, attest that concurrence in the filing of this document has been obtained.

Dated: June 30, 2022                           */s/ W. Henry Huttinger*
                                               W. HENRY HUTTINGER

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ W. Henry Huttinger*
W. HENRY HUTTINGER
