DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

(Additional Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY, et al.,<br><br>                      Plaintiffs,<br><br>  v.<br><br>GILEAD SCIENCES, INC., et al.,<br><br>                     Defendants. | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**END-PAYOR PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF END-PAYOR PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**<br><br>Date:    August 25, 2022<br>Time:   1:30 p.m.<br>Ctrm:   5-17th Floor<br>Judge:  Honorable Edward M. Chen<br><br>**FILED UNDER SEAL** |