Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
**WHITE & CASE** LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

Attorneys for Defendants Gilead Sciences,
Inc., Gilead Holdings, LLC, Gilead Sciences,
LLC, and Gilead Sciences Ireland UC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GILEAD SCIENCES, INC., *et al.*, <br><br> Defendants. | Case No. 3:19-cv-02573-EMC (lead case) <br><br> **DECLARATION OF HEATHER M. BURKE IN SUPPORT OF DEFENDANTS' EMERGENCY ADMINISTRATIVE MOTIONS (1) TO COMPEL PLAINTIFFS TO MAKE CERTAIN EXPERTS AVAILABLE FOR SEVEN HOURS OF DEPOSITION TESTIMONY OVER TWO DAYS AND (2) TO MODIFY THE CASE SCHEDULE** <br><br> Ctrm:  5 – 17th Floor <br> Judge:  Honorable Edward M. Chen |
| THIS DOCUMENT RELATES TO : <br><br> Staley, *et al.*, v. Gilead Sciences, Inc., *et al.*, No. 3:19-cv-02573-EMC | |

1    I, Heather M. Burke, declare as follows:

2    1.    I am an active member in good standing of the bar of the State of California, and I

3    am admitted in the U.S. District Court for the Northern District of California.  I am Counsel in the

4    law firm of White & Case LLP, and counsel of record for Defendant Gilead Sciences, Inc., Gilead

5    Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC ("Gilead"), in the above-

6    captioned matter.  I have personal knowledge of the facts set forth herein and, if called upon, could

7    and would competently testify thereto under oath.

8    2.    I submit this declaration in connection with Defendants' Emergency Administrative

9    Motion to Compel Plaintiffs to Provide Expert Availability for Depositions Now and After Rebuttal

10   Reports ("Motion").

11   3.    Pursuant to Local Rule 6-3(a), the case schedule in this case has been modified the

12   following times:

- In December 2020, the Court granted Plaintiffs' request for a six-month extension to all deadlines.  See Order Modifying Scheduling Order (Dec. 17, 2020), ECF No. 489.

- In May 2021, the Court granted DPPs' request for a three-month extension to all deadlines.  See Order Amending Case Management and Pretrial Order for Jury Trial (May 28, 2011), ECF No. 611.

- In December 2021, the Court moved back all deadlines in the case by four months after BCBSA, IHPPs, and Retailers joined the case.  See Order Granting EPPs' Motion to Amend Complaint (Dec. 14, 2021), ECF No. 781.

22   4.    On June 18, 2022, my colleague wrote to Plaintiffs' counsel requesting availability

23   to conduct the first round of depositions for each of Plaintiffs' experts.

24   5.    On June 23, Plaintiffs responded, providing the availability of their various experts.

25   6.    On June 28, 2022, EPPs' counsel stated that they "will not make the experts

26   available again after their rebuttal merits reports."

27   7.    On June 29 and July 1, 2022 the parties met and conferred on this issue, but could

28   not come to an agreement.

- 2 -

1         8.     Attached as Exhibit A is a true and correct copy of the Case Management

2 Conference Transcript, dated March 15, 2022.

3         9.     Attached as Exhibit B is a true and correct copy of a letter from Erich Schork, dated

4 April 18, 2022.

5         10.    Attached as Exhibit C is a true and correct copy of a letter from Kristen

6 O'Shaughnessy, dated April 29, 2022.

7         11.    Attached as Exhibit D is a true and correct copy of an email from Kristen

8 O'Shaughnessy, dated May 6, 2022.

9         12.    Attached as Exhibit E is a true and correct copy of a letter from Henry Huttinger,

10 dated May 10, 2022.

11         13.    Attached as Exhibit F is a true and correct copy of an email from Kristen

12 O'Shaughnessy, dated June 18, 2022.

13         14.    Attached as Exhibit G is a true and correct copy of an email from Henry Huttinger,

14 dated June 28, 2022.

15         I declare under penalty of perjury that the foregoing is true and correct.

16         Executed this 1st day of July, in Sunnyvale, California.

17

18                      */s/  Heather M. Burke*

19                      Heather M. Burke

20

21

22

23

24

25

26

27

28