# EXHIBIT G

# Oyeyemi, Tola

| | |
|---|---|
| **From:** | Henry Huttinger <HHuttinger@durietangri.com> |
| **Sent:** | Tuesday, June 28, 2022 3:06 PM |
| **To:** | Acosta, Adam; Adam, Kevin; Anon, Ada (External); Daniel Asimow; Bensur, Gabriella; Burke, Heather; Carney, Peter J.; Chiappetta, Gina; Cooper, James (External); Curran, Christopher; Davis, Anne (External); Gandesha, Raj; Gant, Bryan; Gardner, Allison (External); Grossbaum, Daniel; Hamburger, Michael; Hand, Joie (External); Hannemann , Andrew (External); Insley, Ryan (External); Lechner, Matthew (External); Lewers, Joanne (External); McDevitt, Heather; O'Shaughnessy, Kristen; Ostrander, Jeremy; Pasquini, Amanda (External); Phillips, Jaclyn; Rapuano, Lori (External); Riehle, Paul (External); Rubin, Michael (External); Saint-Antoine , Paul (External); Laura Shores; Tao, Holly; Toto, Martin; Wisnieff, Matthew; Mahaffey, Michael; lalbert@glancylaw.com; Greg Arnold; lauren@hbsslaw.com; Allyson Bennett; Bennett, Natalie Finkelman (External); steve@hbsslaw.com; jbjork@sperling-law.com; ebloom@hangley.com; bbrooks@glancylaw.com; rbrunell@hilliardshadowenlaw.com; mburkholder@nastlaw.com; bcaldes@srkattorneys.com; bc@pritzkerlevine.com; pbc@scarpullalaw.com; bcohen@nussbaumpc.com; ddaponte@riveromestre.com; sarahdeloach@robertslawfirm.us; Daralyn Durie; aegervary@hangley.com; Joanna Fuller; KGardiner@crowell.com; Seth Gassman; dgermaine@sperling-law.com; lglancy@glancylaw.com; Goldstein, Jayne (External); karenhalbert@robertslawfirm.us; dhedlund@gustafsongluek.com; bob@hilliardshadowenlaw.com; morganhunt@robertslawfirm.us; jjacobson@ktmc.com; kristenj@hbsslaw.com; debrajosephson@robertslawfirm.us; Adi Kamdar; ekelly@sperling-law.com; mkiley@hangley.com; Abbye Ognibene; jkodroff@srkattorneys.com; mlehmann@hausfeld.com; Mark Lemley; jkl@pritzkerlevine.com; glinkh@glancylaw.com; mlooby@gustafsongluek.com; jmatusko@nastlaw.com; Tiffanie McDowell; Dave McGowan; cmchugh@hangley.com; jmeltzer@ktmc.com; jmestre@riveromestre.com; tmiranda@hilliardshadowenlaw.com; Donna S. Moffa; pmoran@nussbaumpc.com; bmurray@glancylaw.com; wfm@dillinghammurphy.com; dnast@nastlaw.com; sean@hilliardshadowenlaw.com; Neill, Anna T. (External); Eugene Novikov; lnussbaum@nussbaumpc.com; Abbye Ognibene; williamolson@robertslawfirm.us; Perwin, Scott E. (External); GileadATPlaintiffCounsel@hilliardshadowenlaw.com; ecp@pritzkerlevine.com; jradice@radicelawfirm.com; Ravkind, Lauren (External); Refsin, Barry L. (External); khriebel@locklaw.com; Kelly Rinehart; arivero@riveromestre.com; mikeroberts@robertslawfirm.us; arodriguez@sperling-law.com; arolnick@riveromestre.com; drubenstein@radicelawfirm.com; kruf@glancylaw.com; DSasse@crowell.com; fos@scarpullalaw.com; Erich Schork; jnservais@locklaw.com; nshadowen@hilliardshadowenlaw.com; steve@hilliardshadowenlaw.com; csilberberg@berrysilberberg.com; hmsilton@locklaw.com; pes@sperling-law.com; Stephanie Smith; tom@hbsslaw.com; espector@srkattorneys.com; jspector@srkattorneys.com; Joshua Stokes; bsweeney@hausfeld.com; MTarringer@nastlaw.com; tmiranda@hilliardshadowenlaw.com; matt@hilliardshadowenlaw.com; tziegler@ktmc.com; dzinser@srkattorneys.com; Letourneau, Holly; 'hhume@bsfllp.com'; Beko O. Reblitz-Richardson; Michael Mitchell; Will Harvey; Eric W. Buetzow; William Bornstein; James S. Dugan |
| **Cc:** | Gilead cART Antitrust – Defendants Service; 'GileadATPlaintiffCounsel@hilliardshadowenlaw.com' |
| **Subject:** | RE: Staley, et al. v. Gilead Sciences, Inc., et al., No. 3:19-cv-02573-EMC - Expert Reports and Depositions |

Counsel,

We need confirmation of the dates proposed for July 6-8 by close of business ET tomorrow, otherwise we will release those dates.

Because you declined to meet and confer regarding remote vs. in-person depositions, we are planning for these depositions to proceed via Zoom per the Stipulated Deposition Protocol.

Also, as you know, Judge Chen presumptively limited expert depositions to a single day and no more than seven hours, permitting the time to be "split" with respect to class-certification reports in order to accommodate the *Daubert* briefing schedule.  See ECF No. 979; 3/15 Hrg. Tr. at pp. 17-20.  That scheduling issue does not apply with respect to these merits reports, so the single-day rule applies to these depositions, and we will not make the experts available again after their rebuttal merits reports.

Thanks,

Henry Huttinger (he/him) | Durie Tangri LLP | hhuttinger@durietangri.com | 213-514-5518

---

**From:** Henry Huttinger
**Sent:** Thursday, June 23, 2022 11:27 PM
**To:** Acosta, Adam <adam.acosta@whitecase.com>; . . . .
**Cc:** Gilead cART Antitrust – Defendants Service <GileadcARTAntitrustDefendantsService@listserv.whitecase.com>; 'GileadATPlaintiffCounsel@hilliardshadowenlaw.com' <GileadATPlaintiffCounsel@hilliardshadowenlaw.com>
**Subject:** Staley, et al. v. Gilead Sciences, Inc., et al., No. 3:19-cv-02573-EMC - Expert Reports and Depositions

Counsel,

Please find the attached expert reports for service in the above-referenced matter.  These experts are available to be deposed on the following days:

- John Caldwell – July 14 (preferred) or July 13
- Jon Clark – July 18 (preferred) or July 12, 13, or 14
- Todd Clark – July 12 or 13
- Leemore Dafny – July 19
- Dr. Stephen Follansbee – July 14, 15 or 18
- Dr. David Hardy – July 7
- Edward Lentz – July 6, 7, or 8
- Thomas McGuire – July 13 (for his Oct. 20, 2021 report) and July 18 (for his Jun. 23, 2022 report)
- Daniel Rubinfeld – July 8 (preferred) or July 7

If you would like to meet and confer regarding remote vs. in-person depositions, please provide your availability on Monday and Tuesday next week (June 27-28).

Regards,

Henry Huttinger (he/him) | Durie Tangri LLP | hhuttinger@durietangri.com | 213-514-5518

**Citrix Attachments**                                           Expires June 26, 2022

| | |
|---|---:|
| 2022.06.23 Expert Report of Daniel Rubinfeld.pdf | 1.7 MB |
| 2022.06.23 Expert Report of Dr. David Hardy.pdf | 4.7 MB |
| 2022.06.23 Expert Report of Dr. Stephen F...bee.pdf | 2.3 MB |
| 2022.06.23 Expert Report of Edward Lentz.pdf | 31.1 MB |
| 2022.06.23 Expert Report of John Caldwell.pdf | 8.3 MB |
| 2022.06.23 Expert Report of Jon Clark.pdf | 716 KB |
| 2022.06.23 Expert Report of Leemore Dafny.pdf | 584.5 KB |
| 2022.06.23 Expert Report of Thomas McGuire.pdf | 5.6 MB |
| 2022.06.23 Expert Report of Todd Clark.pdf | 600.1 KB |

Download Attachments

Henry Huttinger uses Citrix Files to share documents securely.