[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*,<br>　　　　　　　Plaintiffs,<br>　v.<br>GILEAD SCIENCES, INC., *et al.*,<br>　　　　　　　Defendants. | Case No. 3:19-cv-02573-EMC (lead case)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY NOTICE PLAN<br>AND EXTEND DEADLINES RELATING<br>TO FINAL APPROVAL OF PROPOSED<br>CLASS ACTION SETTLEMENT** |
| This Document Relates to:<br>*KPH Healthcare Services, Inc. v. Gilead<br>Sciences, Inc. et al.*, 3:20-cv-06961-EMC | |

　　　　The undersigned parties have agreed, subject to the Court's approval, to modify the notice plan and extend all deadlines relating to final approval of the proposed settlement between (a) KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. ("Plaintiff"); and (b) Defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons LLC (together, "BMS").

　　　　WHEREAS, on June 3, 2022, the Court issued an order: (1) preliminarily approving the proposed settlement between Plaintiff and BMS and the proposed form and manner of notice; (2) setting deadlines for the provision of notice and the submission of claim forms, objections, opt-out requests, and motions; and (3) scheduling the Final Approval Hearing (ECF 1159); and

　　　　WHEREAS, the court-appointed Claims Administrator, KCC Class Action Services LLC ("KCC"), has advised that despite its best efforts, three elements of the publication notice plan, which are due to be implemented by Monday, July 18, 2022, cannot be implemented as ordered because: (1) the *Healthcare Distribution Alliance Weekly Digest* ("*HDA Weekly Digest*") has refused to accept KCC's request to place the Header Banner, stating advertising opportunities are limited to alliance members; (2) the *Journal of the American Medical Association* ("*JAMA*") cannot accept advertisements for any edition prior to August 9, 2022; and (3) *Pharmaceutical Commerce* cannot accept advertisements for any edition prior to August 22, 2022;

WHEREAS, KCC has advised that it believes the best alternative plan of notice to resolve the issues identified above is to: (1) place a Header Banner in *Becker's Pharmacy Report*, in lieu of the Header Banner in the *HDA Weekly Digest*; (2) place publication notice in the August 9, 2022 edition of *JAMA*; and (3) place publication notice in the August 22, 2022 edition of *Pharmaceutical Commerce*; and

WHEREAS, the parties have simultaneously filed the Declaration of Carla A. Peak Regarding Proposed Notice Plan Modifications and Deadline Extensions ("Third Peak Declaration"), which addresses each of the points listed above in greater detail; and

WHEREAS, in light of the above recommendations, counsel believe that all deadlines from the preliminary approval order should be extended by 42 days to insure that class members will have sufficient opportunity to receive publication notice before deciding whether to submit claim forms, objections, and/or opt-out requests, and to insure that Class Counsel will be able to include up-to-date information in its motions; and

WHEREAS, the parties agree that it would be to the benefit of the Court, the parties, and class members to adopt this revised notice plan and extend all deadlines.

NOW THEREFORE, the parties, subject to the Court's approval, hereby stipulate that the Court's Order of June 3, 2022 (ECF 1159) shall be modified as follows:

1. By August 29, 2022, KCC shall:

   a. cause a Summary Notice substantially in the form attached as Exhibit B to the Second Roberts Declaration and a pre-populated version of the Claim Form substantially in the form attached as Exhibit A to the Joint Notice of Corrected Pre-Populated Claim Form to be sent via certified mail to the last-known mailing address of each known Class Member;

   b. cause a Header Banner substantially in the form illustrated in ¶ 6 of the Third Peak Declaration to appear in *Becker's Pharmacy Report*;

   c. cause a Publication Notice substantially in the form attached as Exhibit E to

the Second Roberts Declaration to be published via press releases and advertisements in *Pharmaceutical Commerce* and *The Journal of the American Medical Association;* and

    d. cause a Settlement Website to become live with links to copies of the Settlement Agreement, a Detailed Notice substantially in the form attached as Exhibit D to the Second Roberts Declaration, a blank Claim Form substantially in the form attached as Exhibit F to the Second Roberts Declaration, the Allocation Plan attached as Exhibit H to the Settlement Agreement, the Escrow Agreement attached as Exhibit I to the Settlement Agreement, and instructions on how to submit a Claim Form or an Opt-Out Form online via the website.

2. By September 28, 2022, KCC shall cause a Postcard Reminder Notice substantially in the form attached as Exhibit C to the Second Roberts Declaration to be sent via U.S. First-Class Mail to the last-known mailing address of each known Class Member that has not yet submitted a Claim Form.

3. By October 13, 2022, KCC shall follow up by phone with any Class Member that has not yet submitted a completed Claim Form.

4. The notices shall list October 28, 2022 as the deadline for filing a Claim Form, and October 6, 2022 as the deadline to object to the settlement or requests for awards for litigation expenses and a class representative service award or opt out of the Class.

5. The Final Approval Hearing shall be held before this Court at 1:30 PM on **November 17, 2022** [a date on or after October 27, 2022, at the United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 5 – 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The Final Approval Hearing may be rescheduled or continued. In that event, the Court will furnish all counsel with appropriate notice. Class Counsel shall be responsible for communicating any such notice promptly to the Class by posting conspicuous notice on the settlement website.

6. By September 1, 2022 Class Counsel shall file a motion for approval of an award for expenses to Class Counsel and a service award to the class representative.

7. By October 13, 2022, Class Counsel shall file a motion for final approval of the settlement and plan of allocation.

8. All other aspects of the Court's Order of June 3, 2022 shall remain in full force and effect.

Dated: July 14, 2022

Respectfully submitted,

By: /s/ *Francis O. Scarpulla*
Francis O. Scarpulla (Cal. Bar 41059)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
fos@scarpullalaw.com

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. and Interim Liaison Counsel for the Direct Purchaser Class Plaintiffs*

Dianne M. Nast (admitted *pro hac vice*)
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
dnast@nastlaw.com

Michael L. Roberts (admitted *pro hac vice*)
**ROBERTS LAW FIRM US, PC**
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
Telephone: (501) 952-8558
mikeroberts@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. and Interim Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

By: /s/ *James L. Cooper*
James L. Cooper (admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone:
james.cooper@arnoldporter.com

1
2   *Counsel for Defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons, LLC*
3
4   APPROVED BY THE COURT:

    IT IS SO ORDERED THIS __20__ DAY OF JULY, 2022
5
    _____
6   HONORABLE EDWARD M. CHEN
    UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28