PAUL J. RIEHLE (SBN 115199)
Paul.Riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone:     415-591-7500
Facsimile:     415-591-7510

PAUL H. SAINT-ANTOINE *(pro hac vice)*
Paul.Saint-Antoine@faegredrinker.com
JOANNE C. LEWERS *(pro hac vice)*
Joanne.Lewers@faegredrinker.com
LORI J. RAPUANO *(pro hac vice)*
Lori.Rapuano@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Telephone:     215-988-2990

Attorneys for Defendants
JANSSEN R&D IRELAND and
JANSSEN PRODUCTS, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>GILEAD SCIENCES, INC., et al.,<br><br>                    Defendants.<br><br>THIS DOCUMENT RELATES TO :<br>3:21-cv-09621; 3:21-cv-09622; 3:21-cv-09634;<br>3:21-cv-09645; 3:21-cv-09646; 3:21-cv-09647 | Case No. 3:19-cv-02573-EMC<br><br>**ATTORNEY LORI J. RAPUANO'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JANSSEN PRODUCTS LP, JANSSEN R&D IRELAND AND JOHNSON & JOHNSON AND [PROPOSED] ORDER**<br><br>Ctrm: 5 – 17th Floor<br>Judge:  Hon. Edward M. Chen |

1  Pursuant to Civil Local rule 11-5, Lori J. rapuano hereby request leave of the Court to withdraw as counsel of record for Defendants Janssen Products LP, Janssen R&D Ireland, and Johnson & Johnson. No substitution of counsel is necessary because Defendant will continue to be represented by several other attorneys from Faegre Drinker Biddle & Reath LLP, who are currently counsel of record in this matter.

Dated:   July 28, 2022              FAEGRE DRINKER BIDDLE & REATH LLP

By:  /s/ Lori J. Rapuano
Lori J. Rapuano (*admitted pro hac vice*)
**Faegre Drinker Biddle & Reath LLP**
One Logan Square, 21st Floor
Philadelphia, PA 19103
Telephone:  (215) 988-2653
Facsimile:   (215) 988-2757
lori.rapuano@faegredrinker.com

Attorneys for Defendants Janssen Products LP, Janssen R&D Ireland and Johnson & Johnson

**PROPOSED ORDER**

Having considered Attorney Lori J. Rapuano's Motion to Withdraw as Counsel for Defendants Janssen Products LP, Janssen R&D Ireland, Johnson & Johnson, the Court finds good cause to **GRANT** the Motion.   The Clerk of the Court is directed to remove Lori J. Rapuano as counsel of record for this case.

Dated:_____      _____
Hon. Edward M. Chen
United State District Judge