| | |
|---|---|
| Heather M. Burke (SBN 284100)<br>WHITE CASE LLP<br>hburke@whitecase.com<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306<br>Telephone:  (650) 213-0300<br><br>*Attorney for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland  UC*<br><br>Paul J. Riehle (SBN 115199)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>paul.riehle@faegredrinker.com<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7521<br><br>*Attorney for Defendants Janssen R&D Ireland, Janssen Products, LP and Johnson & Johnson*<br><br>Christopher T. Holding (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>Email:  CHolding@goodwinlaw.com<br><br>*Attorney for Defendant<br>Teva Pharmaceuticals USA, Inc.*<br><br>(Additional Counsel for Defendants Listed on Signature Page) | Daralyn J. Durie (SBN 169825)<br>DURIE TANGRI LLP<br>ddurie@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:  (415) 362-6666<br><br>Steve D. Shadowen (*pro hac vice*)<br>HILLIARD & SHADOWEN LLP<br>steve@hilliardshadowenlaw.com<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>Telephone:  (855) 344-3298<br><br>Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>*Interim Co-Lead Counsel for End Payor Plaintiffs ("EPPs")*<br><br>Dianne M. Nast (*pro hac vice*)<br>NASTLAW LLC<br>dnast@nastlaw.com<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Telephone: (215) 923-9300<br><br>Michael L. Roberts (*pro hac vice*)<br>mikeroberts@robertslawfirm.us<br>ROBERTS LAW FIRM, PA<br>1920 McKinney Avenue, Suite 700<br>Dallas, Texas 75204<br>Telephone: (501) 952-8558<br><br>Francis O. Scarpulla (SBN 41059)<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>fos@scarpullalaw.com<br>3708 Clay Street<br>San Francisco, CA 94118<br>Telephone: (415) 751-4193<br><br>*Interim Co-Lead and Liaison Counsel for Direct Purchaser Plaintiffs ("DPPs")*<br><br>(Additional Counsel for EPPs and DPPs Listed on Signature Page) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY, et al.<br><br>            Plaintiffs,<br><br>    v.<br><br>GILEAD SCIENCES, INC., et al.<br><br>            Defendants. | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL IN CONNECTION WITH CLASS CERTIFICATION**<br><br>Ctrm:   5-17th Floor<br>Judge:  Honorable Edward M. Chen |

End-Payor Plaintiffs Ivy Kwan Arce, Gregg S. Gonsalves, Ph.D, Brenda Emily Goodrow, Andrew R. Spieldenner, Ph.D, Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Josh McDonald, Troy Vazquez-Cain, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund ("EPPs"), and Direct Purchaser Class Plaintiffs KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. ("DPPs") (collectively, "Plaintiffs"), and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC ("Gilead"), Janssen R&D Ireland, Janssen Products, LP, and Johnson & Johnson (collectively, "Janssen"), and Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties") have met and conferred and hereby submit and stipulate to the below regarding administrative motions to seal in connection with class certification.

**WHEREAS**, the Court previously entered two orders adopting a stipulation proposed by the Parties regarding a streamlined procedure for filing motions to seal class certification briefing after all such briefing concluded (ECF Nos. 683 & 873);

**WHEREAS**, those prior two orders were based on and referenced the sealing procedure in Northern District of California Civil Local Rule ("Local Rule") 79-5;

**WHEREAS**, the sealing procedure in Local Rule 79-5 has since been revised effective November 1, 2021;

**WHEREAS**, the Parties have met and conferred and agree, subject to the Court's approval, that the stipulated sealing procedure related to class certification should be updated to conform with the current Local Rule 79-5;

**NOW, THEREFORE**, the Parties by counsel hereby stipulate, subject to approval by this Court, as follows:

1. The joint stipulation approved by the Court on February 14, 2022 (ECF No. 873) shall be amended as set forth in this paragraph. On August 4, 2022, the Parties will file omnibus Motions to Seal pursuant to Local Rule 79-5(c), pertaining to their own confidential material in any of the briefs, exhibits, declarations, expert reports, and similar materials filed in support of or in opposition to Plaintiffs' class certification motions and related *Daubert* briefs (the "Class Certification Material") that were previously

filed conditionally under seal in their entirety, regardless of whether the Designating Party was the Filing Party (as defined under the Northern District of California Local Rules) for any document. Consequently, a Party need not file a Motion to Consider Whether Another Party's Material Should be Sealed if the confidential material at issue belongs to a Party to this litigation. The Parties need not file redacted versions of Class Certification Material on the public docket. The Parties need only file under seal, as attachments to the omnibus Motions to Seal, unredacted versions that highlight the portions for which sealing of their own confidential material is sought.

2. The joint stipulation approved by the Court on February 14, 2022 (ECF No. 873) shall be further amended as set forth in this paragraph. The Parties will file omnibus Motions to Consider Whether Another Party's Material Should be Sealed pursuant to Local Rule 79-5(f), if necessary, to notify any non-party of material that such non-party may wish to move to seal, pertaining to documents for which a Party was a Filing Party. Pursuant to Local Rule 79-5(f)(3), any non-party served with a Motion to Consider Whether Another Party's Material Should be Sealed must file a statement and/or declaration as described in Local Rule 79-5(c)(1) by August 11, 2022. On or before August 18, 2022, any Party may file a response in opposition to a non-party's statement and/or declaration in support of sealing. On or before August 25, 2022, any non-party may file a reply in support of its statement and/or declaration.

**SO AGREED AND STIPULATED.**

Dated:  August 2, 2022                                 Respectfully submitted,

                                       **HILLIARD & SHADOWEN LLP**

                                       By: */s/ Steve D. Shadowen*
                                           STEVE D. SHADOWEN (*pro hac vice*)
                                           steve@hilliardshadowenlaw.com
                                           RICHARD BRUNELL (*pro hac vice*)
                                           rbrunell@hilliardshadowenlaw.com
                                           NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
                                           nshadowen@hilliardshadowenlaw.com
                                           TINA JOANN MIRANDA (*pro hac vice*)
                                           tmiranda@hilliardshadowenlaw.com

MATTHEW C. WEINER (*pro hac vice*)
matt@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
ADITYA V. KAMDAR (SBN 324567)
akamdar@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
W. HENRY HUTTINGER (SBN 312843)
hhuttinger@durietangri.com
953 East 3rd Street
Los Angeles, California 90013
Telephone: (213) 992-4422

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
ABBYE R. K. OGNIBENE (SBN 311112)
abbyeo@hbsslaw.com
LAUREN G. BARNES (*pro hac vice*)
lauren@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL  33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com

| | |
|---|---|
| 1 | DAVID P. GERMAINE (*pro hac vice*) |
| 2 | dgermaine@sperling-law.com |
|   | 55 West Monroe, Suite 3200 |
| 3 | Chicago, IL 60603 |
|   | Telephone: (312) 641-3200 |
| 4 | |
|   | LOCKRIDGE GRINDAL NAUEN PLLP |
| 5 | HEIDI M. SILTON |
|   | hmsilton@locklaw.com |
| 6 | KAREN H. RIEBEL (*pro hac vice*) |
|   | khriebel@locklaw.com |
| 7 | JESSICA N. SERVAIS (*pro hac vice*) |
|   | jnservais@locklaw.com |
| 8 | 100 Washington Ave. S., Suite 2200 |
|   | Minneapolis, MN 55401 |
| 9 | Telephone: (612) 339-6900 |
| 10 | |
|    | PRITZKER LEVINE LLP |
| 11 | ELIZABETH C. PRITZKER (SBN 146267) |
|    | ecp@pritzkerlevine.com |
| 12 | JONATHAN K. LEVINE (SBN 220289) |
|    | jkl@pritzkerlevine.com |
| 13 | BETHANY CARACUZZO (SBN 190687) |
|    | bc@pritzkerlevine.com |
| 14 | 180 Grand Avenue, Suite 1390 |
|    | Oakland, CA 94612 |
| 15 | Telephone: (415) 692-0772 |
| 16 | |
|    | GLANCY PRONGAY & MURRAY |
| 17 | KEVIN F. RUF (SBN 136901) |
|    | kruf@glancylaw.com |
| 18 | LIONEL Z. GLANCY (SBN 134180) |
|    | lglancy@glancylaw.com |
| 19 | 1925 Century Park East, Suite 2100 |
|    | Los Angeles, CA 90067 |
| 20 | Telephone: (310) 201-9150 |
| 21 | GLANCY PRONGAY & MURRAY |
|    | LEE ALBERT (*pro hac vice*) |
| 22 | lalbert@glancylaw.com |
|    | BRIAN D. BROOKS (*pro hac vice*) |
| 23 | bbrooks@glancylaw.com |
|    | 230 Park Avenue, Suite 530 |
| 24 | New York, NY 10169 |
|    | Telephone: (212) 682-5340 |
| 25 | |
|    | NUSSBAUM LAW GROUP, P.C. |
| 26 | LINDA P. NUSSBAUM (*pro hac vice*) |

lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

Dated:  August 2, 2022        **LAW OFFICES OF FRANCIS O. SCARPULLA**

By: */s/ Francis O. Scarpulla*
Francis O. Scarpulla (Cal. Bar 41059)
Patrick B. Clayton (Cal. Bar 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street
San Francisco, California 94118
Telephone: (415) 751-4193
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Interim Liaison Counsel for Direct Purchaser Plaintiffs*

Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

Michael L. Roberts
ROBERTS LAW FIRM
1920 McKinney Avenue, Suite 700
Dallas, Texas  75204
Telephone: (501) 952-8558

1  Email: mikeroberts@robertslawfirm.us

2  *Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

4  Michael D. Hausfeld
   HAUSFELD LLP
   888 16th St. NW, Suite 300
   Washington DC 20006
   Tel.: (202) 540-7200
   Fax: (202) 540-7201
   mhausfeld@hausfeld.com

8  Michael P. Lehmann
   Bonny E. Sweeney
   Seth R. Gassman
   HAUSFELD LLP
   600 Montgomery Street, Suite 3200
   San Francisco, CA 94111
   Tel.:(415) 633-1908
   Fax: (415) 358-4980
   mlehmann@hausfeld.com
   bsweeney@hausfeld.com
   sgassman@hausfeld.com

   Brent William Landau
   HAUSFELD LLP
   325 Chestnut Street, Suite 900
   Philadelphia, PA 19106
   Tel.: (215) 985-3273
   Fax: (215) 985-3271
   blandau@hausfeld.com

   *Counsel for Direct Purchaser Plaintiffs*

Dated:  August 2, 2022           **WHITE & CASE LLP**

                                 By:  */s/ Heather M. Burke*
                                 Heather M. Burke (SBN 284100)
                                 Jeremy K. Ostrander (SBN 233489)
                                 WHITE & CASE LLP
                                 3000 El Camino Real
                                 2 Palo Alto Square, Suite 900
                                 Palo Alto, CA 94306-2109
                                 Telephone: (650) 213-0300
                                 Facsimile: (650) 213-8158
                                 hburke@whitecase.com

jostrander@whitecase.com

Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
pcarney@whitecase.com

Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
Kristen O'Shaughnessy (*pro hac vice*)
Michael E. Hamburger (*pro hac vice*)
Raj S. Gandesha (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com
kristen.oshaughnessy@whitecase.com
mhamburger@whitecase.com
rgandesha@whitecase.com

*Counsel for Defendants*
*Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Dated: August 2, 2022           **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Paul J. Riehle*
　　Paul J. Riehle (SBN 115199)
　　paul.riehle@faegredrinker.com
　　Four Embarcadero Center, 27th Floor
　　San Francisco, CA 94111

　　FAEGRE DRINKER BIDDLE & REATH LLP
　　Paul H. Saint-Antoine (*pro hac vice*)
　　paul.saint-antoine@faegredrinker.com
　　Joanne C. Lewers (*pro hac vice*)
　　joanne.lewers@faegredrinker.com
　　One Logan Square, Ste. 2000
　　Philadelphia, PA 19103

*Counsel for Defendants*
*Janssen R&D Ireland, Janssen Products, LP*
*and Johnson & Johnson*

Dated:  August 2, 2022            **GOODWIN PROCTER LLP**

By: */s/ Christopher T. Holding*
Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email:  CHolding@goodwinlaw.com

Brian T. Burgess (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Facsimile: (617) 523-1231
Email:   BBurgess@goodwinlaw.com

Molly R. Grammel (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email:   MGrammel@goodwinlaw.com

Ashley Moore Drake (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Facsimile: (617) 523-1231
Email:   AMDrake@goodwinlaw.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Aditya V. Kamdar, attest that concurrence in the filing of this document has been obtained.

Dated: August 2, 2022

*/s/ Aditya V. Kamdar*
ADITYA V. KAMDAR

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Stipulation is approved.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 9, 2022

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES SENIOR DISTRICT JUDGE

11
JOINT STIP. & [PROPOSED] ORDER RE: ADMIN. MOTIONS TO SEAL IN CONNECTION WITH
CLASS CERT. / CASE NO. 3:19-CV-02573-EMC