| | |
|---|---|
| 1 | PAUL J. RIEHLE (SBN 115199) |
|   | Paul.Riehle@faegredrinker.com |
| 2 | FAEGRE DRINKER BIDDLE & REATH LLP |
|   | Four Embarcadero Center, 27th Floor |
| 3 | San Francisco, California 94111-4180 |
|   | Telephone:    415-591-7500 |
| 4 | Facsimile:    415-591-7510 |
| 5 | PAUL H. SAINT-ANTOINE *(pro hac vice)* |
|   | Paul.Saint-Antoine@faegredrinker.com |
| 6 | JOANNE C. LEWERS *(pro hac vice)* |
|   | Joanne.Lewers@faegredrinker.com |
| 7 | LORI J. RAPUANO *(pro hac vice)* |
|   | Lori.Rapuano@faegredrinker.com |
| 8 | FAEGRE DRINKER BIDDLE & REATH LLP |
|   | One Logan Square, Ste. 2000 |
| 9 | Philadelphia, PA 19103 |
|   | Telephone:    215-988-2990 |
| 10 | |
| 11 | Attorneys for Defendants |
|    | JANSSEN R&D IRELAND and |
| 12 | JANSSEN PRODUCTS, LP |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER STALEY, et al., | Case No. 3:19-cv-02573-EMC |
| Plaintiffs, | **ATTORNEY LORI J. RAPUANO'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JANSSEN PRODUCTS LP, JANSSEN R&D IRELAND AND JOHNSON & JOHNSON AND [PROPOSED] ORDER** |
| v. | |
| GILEAD SCIENCES, INC., et al., | |
| Defendants. | Ctrm: 5 – 17th Floor |
|  | Judge:  Hon. Edward M. Chen |
| THIS DOCUMENT RELATES TO : | |
| 3:21-cv-09621; 3:21-cv-09622; 3:21-cv-09634; 3:21-cv-09645; 3:21-cv-09646; 3:21-cv-09647 | |

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JANSSEN DEFENDANTS' NOTICE OF WITHDRAWAL OF ATTORNEY LORI RAPUANO — - 1 -   CASE NO. 3:19-CV-02573-EMC

1  Pursuant to Civil Local rule 11-5, Lori J. rapuano hereby request leave of the Court to withdraw as counsel of record for Defendants Janssen Products LP, Janssen R&D Ireland, and Johnson & Johnson.  No substitution of counsel is necessary because Defendant will continue to be represented by several other attorneys from Faegre Drinker Biddle & Reath LLP, who are currently counsel of record in this matter.

Dated:   July 28, 2022          FAEGRE DRINKER BIDDLE & REATH LLP


By:   /s/ Lori J. Rapuano
Lori J. Rapuano (*admitted pro hac vice*)
**Faegre Drinker Biddle & Reath LLP**
One Logan Square, 21st Floor
Philadelphia, PA 19103
Telephone:  (215) 988-2653
Facsimile:   (215) 988-2757
lori.rapuano@faegredrinker.com

Attorneys for Defendants Janssen Products LP, Janssen R&D Ireland and Johnson & Johnson

**~~PROPOSED~~ ORDER**

Having considered Attorney Lori J. Rapuano's Motion to Withdraw as Counsel for Defendants Janssen Products LP, Janssen R&D Ireland, Johnson & Johnson, the Court finds good cause to **GRANT** the Motion. The Clerk of the Court is directed to remove Lori J. Rapuano as counsel of record for this case.

Dated: August 12, 2022

Hon. Edward M. Chen
United State District Judge