Anna T. Neill (State Bar No. 270858)
KENNY NACHWALTER, P.A.
Four Seasons Tower, Suite 1100
1441 Brickell Avenue
Miami, Florida 33131
Telephone:     (305) 373-1000
Facsimile:      (305) 372-1861
Email: aneill@knpa.com

William F. Murphy (State Bar No. 82482)
DILLINGHAM & MURPHY
601 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wfm@dillinghammurphy.com
[Additional counsel listed on signature pages]
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| Staley, *et al.*, Plaintiffs v. Gilead Sciences, Inc., *et al.*, Defendants  <br> _____ <br> **This Document Relates to:** <br> 3:21-cv-07378-EMC (CVS/Rite Aid Action) | **Case No.: 3:19-cv-02573-EMC (Lead Case)** <br><br> **NOTICE OF WITHDRAWAL OF MONICA L. KILEY AS COUNSEL OF RECORD FOR CVS PHARMACY, INC., RITE AID CORPORATION, AND RITE AID HDQTRS. CORP.** |
|---|---|

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Monica L. Kiley is no longer associated with the law firm of Hangley Aronchick Segal Pudlin & Schiller and is hereby withdrawn as counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Hdqtrs. Corp. ("Plaintiffs") in the above-captioned action.  Hangley Aronchick Segal Pudlin & Schiller attorneys who have

previously appeared in this action, including the undersigned, will continue to serve as counsel for Plaintiffs.

Plaintiffs hereby request that Monica L. Kiley be removed as counsel of record and removed from the master list in the above-entitled action.

Dated:  August 29, 2022

/s/ *Eric L. Bloom*
Eric L. Bloom (*pro hac vice*)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
Telephone:  (717) 364-1030
Facsimile:  (717)364-1020
Email: ebloom@hangley.com

**CERTIFICATE OF SERVICE**

I certify that on August 29, 2022, the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the Attorneys of record in this case.

/s/ *Eric L. Bloom*
Eric L. Bloom