Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
**WHITE & CASE**LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

Attorneys for Defendants Gilead Sciences, Inc.,
Gilead Holdings, LLC, Gilead Sciences, LLC,
and Gilead Sciences Ireland UC

Paul J. Riehle (SBN 115199)
FAEGRE DRINKER BIDDLE & REATH LLP
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7521

*Attorney for Defendants Janssen R&D Ireland,
Janssen Products, LP and Johnson & Johnson*

(Additional Counsel for Defendants Listed on
Signature Page)

DURIE TANGRI LLP
Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 362-6666

HILLIARD & SHADOWEN LLP
Steve D. Shadowen (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone:  (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Interim Co-Lead Counsel for End Payor
Plaintiffs ("EPPs")*
(Additional Counsel for EPPs Listed on
Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, *et al.*, | Case No. 3:19-cv-02573-EMC |
| Plaintiffs, | **JOINT STIPULATION ON PUBLIC FILING OF ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (ECF NO. 1269)** |
| v. | |
| GILEAD SCIENCES, INC., *et al.*, | Ctrm:     5 – 17th Floor |
| Defendants. | Judge:    Honorable Edward M. Chen |
| THIS DOCUMENT RELATES TO : | |
| Staley, *et al.*, v. Gilead Sciences, Inc., *et al.*, No. 3:19-cv-02573-EMC | |

1        Pursuant to the Court's Order Granting Defendants' Motion to Dismiss Blue Cross Blue Shield

2  Association (ECF No. 1269), the Parties agree that the Order can be filed on the public docket, and no

3  part of the Order should be filed under seal.

4

5                             Respectfully submitted,

6  Dated:    August 12, 2022           WHITE & CASE LLP

7                   By:   */s/ Heather M. Burke*

8                       Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)

9                       **WHITE & CASE** LLP
3000 El Camino Real

10                   2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109

11                   Telephone: (650) 213-0300
Facsimile: (650) 213-8158

12                   hburke@whitecase.com
jostrander@whitecase.com

13                   Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)

14                   **WHITE & CASE** LLP
701 Thirteenth Street, NW

15                   Washington, District of Columbia 20005-3807
Telephone: (202) 626-3600

16                   Facsimile: (202) 639-9355
ccurran@whitecase.com

17                   pcarney@whitecase.com

18                   Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)

19                   Michael E. Hamburger (*pro hac vice*)
Kristen O'Shaughnessy (*pro hac vice*)

20                   Raj S. Gandesha (*pro hac vice*)
**WHITE & CASE** LLP

21                   1221 Avenue of the Americas
New York, New York 10020

22                   Telephone: (212) 819-8200
Facsimile: (212) 354-8113

23                   hmcdevitt@whitecase.com
bgant@whitecase.com

24                   michael.hamburger@whitecase.com
kristen.oshaughnessy@whitecase.com

25                   rgandesha@whitecase.com

26                   Attorneys for Defendants Gilead Sciences, Inc.,
Gilead Holdings, LLC, Gilead Sciences, LLC, and

27                   Gilead Sciences Ireland UC

28

- 1 -

1

Dated:    August 12, 2022                    FAEGRE DRINKER BIDDLE & REATH LLP

2

                                        By:    */s/ Paul J. Riehle*

3

                                           Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

4

                                           Four Embarcadero Center, 27th Floor
San Francisco, CA 94111

5

6

                                           FAEGRE DRINKER BIDDLE & REATH LLP
Paul H. Saint-Antoine (*pro hac vice*)

7

                                           paul.saint-antoine@faegredrinker.com
Joanne C. Lewers (*pro hac vice*)

8

                                           joanne.lewers@faegredrinker.com
One Logan Square, Ste. 2000
Philadelphia, PA 19103

9

10

                                           *Attorneys for Defendants Janssen R&D Ireland,
Janssen Products, LP and Johnson & Johnson*

11

Dated:    August 12, 2022                    HILLIARD & SHADOWEN LLP

12

13

                                          By:    */s/ Steve D. Shadowen*

14

                                           STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com

15

                                           RICHARD BRUNELL (*pro hac vice*)
rbrunell@hilliardshadowenlaw.com

16

                                           NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
nshadowen@hillliardshadowenlaw.com

17

                                           TINA JOANN MIRANDA (*pro hac vice*)
tmiranda@hilliardshadowenlaw.com

18

                                           MATTHEW C. WEINER (*pro hac vice*)
matt@hilliardshadowenlaw.com

19

                                           1135 W. 6th Street, Suite 125
Austin, TX 78703

20

                                           Telephone: (855) 344-3298
Facsimile: (361) 882-3015

21

22

                                           DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com

23

                                           MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com

24

                                           DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com

25

                                           EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com

26

                                           ADITYA V. KAMDAR (SBN 324567)
akamdar@durietangri.com

27

                                           217 Leidesdorff Street
San Francisco, CA 94111

28

                                           Telephone: (415) 362-6666
Facsimile: (415) 236-6300

1
2
3
4
5

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
W. HENRY HUTTINGER (SBN 312843)
hhuttinger@durietangri.com
953 East 3rd Street
Los Angeles, California 90013
Telephone: (213) 992-4422
Facsimile: (415) 236-6300

6
7
8
9

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

10
11
12
13
14
15
16

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
LAUREN G. BARNES (*pro hac vice*)
lauren@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
ABBYE R. KLAMANN OGNIBENE
abbyeo@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

17

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

18
19
20
21
22
23
24

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER
tzielger@ktmc.com
DONNA S. MOMFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

25
26
27
28

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

- 3 -

1                                          Facsimile: (609) 385-0745

2                                          MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)

3      jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320

4      Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

5      Facsimile: (866) 300-7367

6      MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)

7      nfinkelman@millershah.com
1845 Walnut Street, Suite 806

8      Philadelphia, PA 19103
Telephone: (610) 891-9880

9      Facsimile: (866) 300-7367

10     SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)

11     pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)

12     jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)

13     ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)

14     arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)

15     dgermaine@sperling-law.com
55 West Monroe, Suite 3200

16     Chicago, IL 60603
Telephone: (312) 641-3200

17     Facsimile: (312) 641-6492

18     LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON

19     hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)

20     khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)

21     jnservais@locklaw.com
100 Washington Ave. S., Suite 2200

22     Minneapolis, MN 55401
Telephone: (612) 339-6900

23     Facsimile: (612) 339-0981

24     PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)

25     ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)

26     jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)

27     bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390

28     Oakland, CA 94612
Telephone: (415) 692-0772

- 4 -

Facsimile: (415) 366-6110

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Counsel for End-Payor Plaintiffs*

JOINT STIPULATION ON PUBLIC FILING OF
ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (ECF NO. 1269)
CASE NO: 3:19-CV-02573-EMC

1

## **FILER'S ATTESTATION**

2

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Heather M. Burke, attest that

3

concurrence in the filing of this document has been obtained.

4

5

Executed:          August 12, 2022          /s/                    _Heather M. Burke_
                                                    Heather M. Burke

6

7

8

9

10

Date:  September 9, 2022

11

UNITED STATES DISTRICT COURT

GRANTED

Judge Edward M. Chen

NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -