UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION | Case No. 19-cv-02573-EMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO FILE UNDER SEAL**<br><br>Docket Nos. 1262-1263, 1265-1266, 1239 |

Pending before the Court are multiple motions to seal related to nonparty information. Some of the nonparties have made filings asking that their information be sealed. Other nonparties have not responded, although they appear to have been notified of the need to make a request to seal (if desired). *See* Docket Nos. 1371-74 (declarations from counsel confirming service on nonparties).

The Court finds that those nonparties who have made filings have sufficiently demonstrated that sealing is appropriate. As to those nonparties who have not made filings, there is apparently no need to seal. Accordingly, the Court rules as follows.

Docket No. 1262. The motion to seal is granted in part and denied in part. The motion is granted as to Aurobindo only.

Docket No. 1263. The motion to seal is granted in part and denied in part. The motion is granted as to Cipla and Mylan only.

Docket No. 1265. The motion to seal is granted in part and denied in part. The motion is granted as to Amneal, Aurobindo, Mylan, Zydus, Cipla, and Strides only. (Strides's motion to seal at Docket No. 1339 is granted.)

1    Docket No. 1266.  The motion to seal is denied.  (None of the nonparties at issue asked for
2    sealing.)
3    Ordinarily, the Court would order the parties to make public filings now (with redactions
4    as necessary) consistent with the above.  However, because the parties are still meeting and
5    conferring regarding sealing of party information (with respect to class certification and related
6    *Daubert* motions), the Court shall permit the parties to defer the filings until all sealing issues have
7    been resolved.
8    This order disposes of Docket Nos. 1262, 1263, 1265, 1266, and 1339.

10    **IT IS SO ORDERED**.

12    Dated: September 13, 2022

_____
EDWARD M. CHEN
United States District Judge