Christopher T. Holding (*pro hac vice*)
CHolding@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Alexis S. Coll (SBN 212735)
AsColl@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Counsel for Defendant
Teva Pharmaceuticals USA, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Case No. 3:19-cv-02573-EMC (lead case)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL ARIEL ROGERS AND [PROPOSED] ORDER** |

1     Defendant Teva Pharmaceuticals USA, Inc. ("Defendant") hereby notifies this Court that Ariel Rogers is no longer counsel of record for Defendant in this action.  Ms. Rogers was previously admitted to represent Defendant as an attorney for the law firm of Goodwin Procter LLP.  Alexis S. Coll and Christopher T. Holding of Goodwin Procter LLP will continue to act as counsel of record for Defendant.

    Accordingly, it is hereby requested that the Court remove Ms. Roger's name and e-mail address from the service list that is on file with the Court in this action.

Dated: September 27, 2022                    GOODWIN PROCTER LLP


By: */s/ Ariel Rogers*
Ariel Rogers
ARogers@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

*Attorneys for Defendant Teva Pharmaceuticals USA Inc.*


**IT IS SO ORDERED.**

Dated: _____

                                 Hon. Edward M. Chen
                                 United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 27, 2022. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Ariel Rogers*
Ariel Rogers