1  Heather M. Burke (SBN 284100)
   Jeremy K. Ostrander (SBN 233489)
2  **WHITE & CASE LLP**
   3000 El Camino Real
3  2 Palo Alto Square, Suite 900
   Palo Alto, CA  94306-2109
4  Telephone: (650) 213-0300
   Facsimile: (650) 213-8158
5  hburke@whitecase.com
   jostrander@whitecase.com
6
   *Attorneys for Defendants Gilead Sciences, Inc.,*
7  *Gilead Holdings, LLC, Gilead Sciences, LLC,*
   *and Gilead Sciences Ireland UC*
8
   (Additional Counsel for Defendants Listed on
9  Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 3:19-cv-02573-EMC (lead case)<br><br>**GILEAD'S STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Hrg:       October 27, 2022<br>Time:     1:30 p.m.<br>Ctrm:     5 – 17th Floor<br>Judge:   Honorable Edward M. Chen |

Pursuant to Local Rules 7-11 and 79-5(c) and (f) of the U.S. District Court for the Northern District of California, Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC ("Gilead") respectfully submit this statement in response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 1384) (the "Motion"). Three expert reports are at issue in the Motion (Exs. C, D, and E to Plaintiffs' Motion to Disclose Protected Material to Jur Strobos). At the August 25, 2022 status conference, the Court indicated that in connection with summary judgment sealing, the parties could file excerpts of the expert reports on the public docket that are relevant to the summary judgment briefing. Tr. CMC Conf. at 79:6-12 (Aug. 25, 2022) ("With respect to the expert reports, given the number of experts here, I don't see the need at this juncture to . . . go through . . . complete designations of everything. I think what is important is that the public see the portion of the report . . . that are relevant to the briefing."). Each of the reports at issue was designated Highly Confidential under the terms of the Protective Order and cites materials designated as protected by either the parties or third parties pursuant to the Protective Order. Decl. of Brian D. Brooks i/s/o Pls' Admin. Mot. to Consider Whether Another Party's Mat'l Should be Sealed ¶¶ 3-4 (ECF No. 1384-1). Due to the presence of this confidential material throughout the at-issue reports, Gilead submits that the Court allow the same approach for all filings pertaining to expert reports—that the at-issue expert reports remain as filed exhibits completely under seal, but that the parties file excerpts relating to the relevant portions of briefing with or without redactions as needed on the public docket.

As such, Gilead attaches relevant excerpts of the at-issue expert reports to the Declaration of Jeremy K. Ostrander filed in conjunction with this statement. Gilead does not propose that any material in these excerpts be redacted, but asks that the Court maintain the full versions of the expert reports filed with the Motion as Exhibits C, D, and E completely under seal.

### CONCLUSION

For the foregoing reasons, Gilead respectfully requests that the Court place under seal Exhibits C, D, and E to the Motion, and consider the excerpts filed herewith the publicly-filed versions of these exhibits.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: September 27, 2022 | WHITE & CASE LLP |
| 4 | By: | */s/ Heather M. Burke* |
| | | Heather M. Burke (SBN 284100) |
| | | Jeremy K. Ostrander (SBN 233489) |
| | | **WHITE & CASE**LLP |
| | | 3000 El Camino Real |
| | | 2 Palo Alto Square, Suite 900 |
| | | Palo Alto, CA  94306-2109 |
| | | Telephone:  (650) 213-0300 |
| | | Facsimile: (650) 213-8158 |
| | | hburke@whitecase.com |
| | | jostrander@whitecase.com |
| | | |
| | | Christopher M. Curran (*pro hac vice*) |
| | | Peter J. Carney (*pro hac vice*) |
| | | **WHITE & CASE**LLP |
| | | 701 Thirteenth Street, NW |
| | | Washington, District of Columbia 20005-3807 |
| | | Telephone:  (202) 626-3600 |
| | | Facsimile: (202) 639-9355 |
| | | ccurran@whitecase.com |
| | | pcarney@whitecase.com |
| | | |
| | | Heather K. McDevitt (*pro hac vice*) |
| | | Bryan D. Gant (*pro hac vice*) |
| | | Kristen O'Shaughnessy (*pro hac vice*) |
| | | Michael E. Hamburger (*pro hac vice*) |
| | | Raj S. Gandesha (*pro hac vice*) |
| | | **WHITE & CASE**LLP |
| | | 1221 Avenue of the Americas |
| | | New York, New York 10020 |
| | | Telephone: (212) 819-8200 |
| | | Facsimile: (212) 354-8113 |
| | | hmcdevitt@whitecase.com |
| | | bgant@whitecase.com |
| | | kristen.oshaughnessy@whitecase.com |
| | | michael.hamburger@whitecase.com |
| | | rgandesha@whitecase.com |

- 2 -

GILEAD'S STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 3:19-CV-02573-EMC