[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE HIV ANTITRUST LITIGATION | Case No. 3:19-cv-02573-EMC (lead case) |
|---|---|
| This Document Relates to:<br><br>*KPH Healthcare Services, Inc. v. Gilead Sciences, Inc. et al.*, 3:20-cv-06961-EMC | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RELATING TO FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

The undersigned parties have agreed, subject to the Court's approval, to extend certain deadlines relating to final approval of the proposed settlement between (a) KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. ("Plaintiff"); and (b) Defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons LLC (together, "BMS").

WHEREAS, on June 3, 2022, the Court issued an order: (1) preliminarily approving the proposed settlement between Plaintiff and BMS and the proposed form and manner of notice; (2) setting deadlines for the provision of notice and the submission of claim forms, objections, opt-out requests, and motions; and (3) scheduling the Final Approval Hearing (ECF 1159); and

WHEREAS, on July 30, 2022, the Court issued an order: (1) modifying the publication portion of the notice plan; and (2) extending deadlines for the provision of notice and the submission of claim forms, objections, opt-out requests, motions, and the Final Approval Hearing (ECF 1234);

WHEREAS, after the notice plan was fully implemented and reminder notices were mailed to Class members, it was discovered that data errors appeared in certain pre-populated claim forms that had been mailed to class members;

WHEREAS, Class Counsel and BMS Counsel agree that, in an abundance of caution, Class members should be provided with revised and corrected pre-populated claim forms and an extended period in which to decide whether to submit claim forms, objections, and/or opt-out requests; and

NOW THEREFORE, the parties, subject to the Court's approval, hereby stipulate that the Court's Orders of June 3, 2022 (ECF 1159) and July 30, 2022 (ECF 1234) shall be modified as follows:

1. By October 11, 2022, KCC shall cause a Summary Notice substantially in the form attached as Exhibit B to the Second Roberts Declaration (ECF 1033-3) and an updated pre-populated version of the Claim Form substantially in the form attached as Exhibit A to the Joint Notice of Corrected Pre-Populated Claim Form (ECF 1080) to be sent via certified mail to the last-known mailing address of each known Class Member;

2. By October 18, 2022, KCC shall follow up by phone with any Class Member that has not yet submitted a completed Claim Form.

3. The notices shall list October 25, 2022 as the deadline for filing a Claim Form, an objection, and/or an opt-out request;

4. By ~~November 1,~~ **October 31, 2022, no later than 9:00 a.m.** 2022 Class Counsel shall file a motion for final approval of the settlement and plan of allocation.

5. All other aspects of the Court's Orders of June 3, 2022 and July 30, 2022 shall remain in full force and effect.

Dated: October 6, 2022

Respectfully submitted,

By: /s/ *Francis O. Scarpulla*
Francis O. Scarpulla (Cal. Bar 41059)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
fos@scarpullalaw.com

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. and Interim Liaison Counsel for the Direct Purchaser Class Plaintiffs*

Dianne M. Nast (admitted *pro hac vice*)
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
dnast@nastlaw.com

Michael L. Roberts (admitted *pro hac vice*)
**ROBERTS LAW FIRM US, PC**
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
Telephone: (501) 952-8558
mikeroberts@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. and Interim Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

By: */s/ James L. Cooper*
James L. Cooper (admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone:
james.cooper@arnoldporter.com

*Counsel for Defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons, LLC*

APPROVED BY THE COURT:

IT IS SO ORDERED THIS  6   DAY OF OCTOBER, 2022

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE