DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

(Additional Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION* <br><br> This Document Relates To: <br><br> ALL ACTIONS | Case No. 3:19-cv-02573-EMC <br><br> **END-PAYOR PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORDER GRANTING IN PART AND DENYING IN PART MOTIONS FOR CLASS CERTIFICATION, ECF NO. 1388** <br><br> Ctrm:  5-17th Floor <br> Judge:  Honorable Edward M. Chen |

End-Payor Plaintiffs ("EPPs"), after conferring with Defendants, respectfully request the Court seal narrow portions of its Order Granting in Part and Denying in Part Motions for Class Certification ("Class Certification Order") (ECF No. 1388) that contain highly confidential information regarding the medical histories of the Individual Plaintiff EPPs and reissue its Class Certification Order publicly with redactions.

## I.  BACKGROUND

On September 27, 2022, the Court issued the Class Certification Order temporarily under seal and directed the Parties to meet and confer to determine which specific parts of Part III.D.1.a. of the Class Certification Order should be filed under seal.  Class Certification Order at 94.  Part III.D.1.a. contains highly confidential information regarding prescription drug medications taken by several of the Individual Plaintiffs, or citations to a declaration that would reveal such highly confidential information. *Id.* at 53–56.

EPPs and Defendants conferred and agreed on a set of narrow redactions, submitted herewith under seal, and with portions to be redacted highlighted, as Exhibit 1 to the Declaration of Aditya V. Kamdar.

## II.  ARGUMENT

EPPs seek to seal portions of the Class Certification Order that contain or point to personal medical information related to individuals' prescription drug medications.  There is a "strong presumption in favor of access" to judicial records that requires a party moving to seal documents to articulate "compelling reasons" sufficient to "outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cnty of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).  Here, however, the harm of public disclosure of those portions far outweighs the benefits.  Pursuant to this District's Local Rules and the Court's Class Certification Order, EPPs have worked with Defendants to narrowly tailor this request and minimize the number of portions of the Class Certification Order to be filed under seal.

Non-public, highly sensitive information about Individual Plaintiffs' prescription medications should remain sealed.  Documents revealing sensitive personal information, including personal health information, are routinely sealed by courts, including by this Court in this litigation.  *See* ECF No. 1366

1

END-PAYOR PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ORDER RE: CLASS CERTIFICATION, ECF NO. 1388 / CASE NO. 3:19-CV-02573-EMC

(Order granting EPPs' motion to seal medical information regarding EPPs' prescription medications); *see also, e.g.*, *In re Midland Nat. Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1120 (9th Cir. 2012) (instructing district court to redact "sensitive personal" information even where records are un-sealed); *Gary v. Unum Life Ins. Co. of Am.*, No. 3:17-CV-01414-HZ, 2018 WL 1811470, at *3 (D. Or. Apr. 17, 2018) (citing cases and stating "the Court is not aware of[] any cases where medical information was not allowed to be filed under seal under the 'compelling reasons' standard"). EPPs seek to seal only portions of the Class Certification Order that directly associate Individual Plaintiffs with their past or current prescription medications. That particular Individual Plaintiffs took particular medications is not necessary to reveal to the public, even if the identifies of those Individual Plaintiffs (without medications) or the identities of those medications (without Individual Plaintiffs) can remain public. There are compelling reasons to keep this information sealed.

The table below identifies the contents of the Class Certification Order that warrant sealing:

| Document | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Order Granting in Part and Denying in Part Motions for Class Certification (ECF No. 1388) | Highlighted portions on pages 54–56 | Contains highly confidential information regarding prescription drug medications taken by Individual Plaintiffs. |

### III.   CONCLUSION

To comply with the Court's Class Certification Order, the Local Rules, and to protect EPPs sensitive personal information, EPPs have conferred with Defendants and respectfully request that the Court reissue its Class Certification Order publicly with the attached highlighted portions redacted.

1  Dated: October 7, 2022              Respectfully submitted,
2                                      DURIE TANGRI LLP

3                                  By: */s/ Aditya v. Kamdar*
4                                      DARALYN J. DURIE (SBN 169825)
                                       ddurie@durietangri.com
5                                      MARK A. LEMLEY (SBN 155830)
                                       mlemley@durietangri.com
6                                      DAVID McGOWAN (SBN 154289)
                                       dmcgowan@durietangri.com
7                                      EUGENE NOVIKOV (SBN 257849)
                                       enovikov@durietangri.com
8                                      ADITYA V. KAMDAR (SBN 324567)
                                       akamdar@durietangri.com
9                                      217 Leidesdorff Street
                                       San Francisco, CA 94111
10                                     Telephone: (415) 362-6666

11                                     DURIE TANGRI LLP
                                       ALLYSON R. BENNETT (SBN 302090)
12                                     abennett@durietangri.com
                                       W. HENRY HUTTINGER (SBN 312843)
13                                     hhuttinger@durietangri.com
                                       953 East 3rd Street
14                                     Los Angeles, California 90013
                                       Telephone: (213) 992-4422
15
                                       HILLIARD & SHADOWEN LLP
16                                     STEVE D. SHADOWEN (*pro hac vice*)
                                       steve@hilliardshadowenlaw.com
17                                     RICHARD BRUNELL (*pro hac vice*)
                                       rbrunell@hilliardshadowenlaw.com
18                                     NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
                                       nshadowen@hilliardshadowenlaw.com
19                                     TINA JOANN MIRANDA (*pro hac vice*)
                                       tmiranda@hilliardshadowenlaw.com
20                                     MATTHEW C. WEINER (*pro hac vice*)
                                       matt@hilliardshadowenlaw.com
21                                     1135 W. 6th Street, Suite 125
                                       Austin, TX 78703
22                                     Telephone: (855) 344-3298

23                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                       STEVE W. BERMAN (*pro hac vice*)
24                                     steve@hbsslaw.com
                                       1301 Second Avenue, Suite 2000
25                                     Seattle, WA 98101
                                       Telephone: (206) 623-7292
26
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
27                                     THOMAS M. SOBOL (*pro hac vice*)
                                       tom@hbsslaw.com
28                                     GREGORY T. ARNOLD (*pro hac vice*)

3

grega@hbsslaw.com
ABBYE R. K. OGNIBENE (SBN 311112)
abbyeo@hbsslaw.com
LAUREN G. BARNES (*pro hac vice*)
lauren@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com

|   |   |
|---|---|
| 1 | DAVID P. GERMAINE (*pro hac vice*) |
|   | dgermaine@sperling-law.com |
| 2 | 55 West Monroe, Suite 3200 |
|   | Chicago, IL 60603 |
| 3 | Telephone: (312) 641-3200 |

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Aditya V. Kamdar*
ADITYA V. KAMDAR