| | |
|---|---|
| Michael L. Roberts (*pro hac vice*)<br>ROBERTS LAW FIRM, PA<br>mikeroberts@robertslawfirm.us<br>1920 McKinney Avenue, Suite 700<br>Dallas, Texas 75204<br>Telephone: (501) 952-8558<br><br>Dianne M. Nast (*pro hac vice*)<br>NASTLAW LLC<br>dnast@nastlaw.com<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Telephone: (215) 923-9300<br><br>*Co-Lead Counsel for the Direct Purchaser Classes*<br><br>Francis O. Scarpulla (SBN 41059)<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>fos@scarpullalaw.com<br>3708 Clay Street<br>San Francisco, CA 94118<br>Telephone: (415) 751-4193<br><br>*Liaison Counsel for the Direct Purchaser Classes*<br><br>Daralyn J. Durie (SBN 169825)<br>DURIE TANGRI LLP<br>ddurie@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 362-6666<br><br>Steve D. Shadowen (*pro hac vice*)<br>HILLIARD & SHADOWEN LLP<br>steve@hilliardshadowenlaw.com<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>Telephone: (855) 344-3298<br><br>Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>*Co-Lead Counsel for End-Payor Plaintiffs*<br><br>(Additional Counsel for Plaintiffs Listed on Signature Page) | Heather M. Burke (SBN 284100)<br>WHITE & CASE LLP<br>hburke@whitecase.com<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306<br>Telephone: (650) 213-0300<br>*Attorney for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*<br><br>Paul J. Riehle (SBN 115199)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>paul.riehle@faegredrinker.com<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7521<br>*Attorney for Defendants Janssen R&D Ireland, Janssen Products, LP and Johnson & Johnson*<br><br>(Additional Counsel for Defendants Listed on Signature Page) |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLASS NOTICE /
CASE NO. 3:19-CV-02573-EMC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION* <br><br> This Document Relates To: <br><br> ALL ACTIONS | Case No. 3:19-cv-02573-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLASS NOTICE** <br><br> Ctrm:   5-17th Floor <br> Judge:  Honorable Edward M. Chen |

Direct Purchaser Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc., individually and on behalf of the DPP Classes ("DPPs"), End-Payor Plaintiffs Ivy Kwan Arce, Gregg S. Gonsalves, Ph.D, Brenda Emily Goodrow, Andrew R. Spieldenner, Ph.D, Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Josh McDonald, Troy Vazquez-Cain, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund, individually and on behalf of the EPP Classes (together, "EPPs"), (collectively, "Plaintiffs") and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC ("Gilead"), Janssen R&D Ireland, Janssen Products, LP, and Johnson & Johnson (collectively, "Janssen") (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties") have met and conferred and hereby submit and stipulate to the schedule below regarding class notice.

**WHEREAS**, the Court's September 27, 2022 Order (ECF 1388) directed DPPs and Gilead to meet and confer regarding the timing and contents of class notice.

**WHEREAS,** the Court's September 27, 2022 Order (ECF 1388) directed EPPs and Defendants to meet and confer regarding the content of class notice, the timing of class notice, and the best means to provide notice of class certification to the local governmental entities.

**NOW, THEREFORE**, the Parties by counsel hereby stipulate, subject to approval by this Court, to the following class notice schedule:

| Date | Event |
|---|---|
| October 14, 2022 | DPPs to provide Gilead with proposed notice plan and notices<br><br>EPPs to provide Defendants with proposed notice plan and notices |
| October 21, 2022 | Gilead to provide DPPs with any comments regarding DPPs' proposed notice plan and notices<br><br>Defendants to provide EPPs with any comments regarding EPPs' proposed notice plan and notices |
| October 25, 2022 | DPPs and Gilead to meet and confer regarding Gilead's comments to DPPs' proposed notice plan and notices<br><br>EPPs and Defendants to meet and confer regarding Defendants' comments to EPPs' proposed notice plan and notices |

| Date | Event |
|---|---|
| October 27, 2022 | DPPs to file a motion with the Court regarding notice plan and class notices<br><br>EPPs to file a motion with the Court regarding notice plan and class notices |

**SO AGREED AND STIPULATED.**

Dated:  October 11, 2022                    Respectfully submitted,

By: LAW OFFICES OF FRANCIS O. SCARPULLA

*/s/ Francis O. Scarpulla*
FRANCIS O. SCARPULLA (SBN 41059)
fos@scarpullalaw.com
PATRICK B. CLAYTON (SBN 240191)
pbc@scarpullalaw.com
3708 Clay Street
San Francisco, California 94118
Telephone: (415) 751-4193
Facsimile: (415) 788-0706

*Liaison Counsel for Direct Purchaser Plaintiff Classes*

ROBERTS LAW FIRM US, PC
MICHAEL L. ROBERTS (*pro hac vice*)
mikeroberts@robertslawfirm.us
KAREN SHARP HALBERT
karenhalbert@robertslawfirm.us
ERICH P. SCHORK
erichschork@robertslawfirm.us
SARAH E. DELOACH
sarahdeloach@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, Texas  75204
Telephone: (501) 952-8558

NASTLAW LLC
DIANNE M. NAST (*pro hac vice*)
dnast@nastlaw.com
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300

*Co-Lead Counsel for Direct Purchaser Plaintiff*

|   |   |
|---|---|
| 1 | *Classes* |
|   | HAUSFELD LLP |
| 2 | MICHAEL D. HAUSFELD (*pro hac vice*) |
|   | mhausfeld@hausfeld.com |
| 3 | 888 16th St. NW, Suite 300 |
| 4 | Washington DC 20006 |
|   | Telephone: (202) 540-7200 |
| 5 | Facsimile: (202) 540-7201 |

```
                              Classes
 1
                              HAUSFELD LLP
 2                            MICHAEL D. HAUSFELD (pro hac vice)
                              mhausfeld@hausfeld.com
 3                            888 16th St. NW, Suite 300
                              Washington DC 20006
 4                            Telephone: (202) 540-7200
 5                            Facsimile: (202) 540-7201

 6                            HAUSFELD LLP
                              MICHAEL P. LEHMANN (SBN 77152)
 7                            mlehmann@hausfeld.com
                              SETH R. GASSMAN (SBN 311702)
 8                            sgassman@hausfeld.com
                              600 Montgomery Street, Suite 3200
 9                            San Francisco, CA 94111
10                            Telephone: (415) 633-1908
                              Facsimile: (415) 358-4980
11
                              HAUSFELD LLP
12                            BRENT WILLIAM LANDAU (pro hac vice)
13                            blandau@hausfeld.com
                              325 Chestnut Street, Suite 900
14                            Philadelphia, PA 19106
                              Telephone: (215) 985-3273
15                            Facsimile: (215) 985-3271

16
                              Counsel for Direct Purchaser Plaintiffs
17
     Dated:  October 11, 2022                HILLIARD & SHADOWEN LLP
18
                                       By:  /s/ Jeffrey L. Kodroff
19                                          STEVE D. SHADOWEN (pro hac vice)
                                            steve@hilliardshadowenlaw.com
20                                          RICHARD BRUNELL (pro hac vice)
                                            rbrunell@hilliardshadowenlaw.com
21                                          NICHOLAS WILLIAM SHADOWEN (pro hac vice)
                                            nshadowen@hilliardshadowenlaw.com
22                                          TINA JOANN MIRANDA (pro hac vice)
                                            tmiranda@hilliardshadowenlaw.com
23                                          MATTHEW C. WEINER (pro hac vice)
                                            matt@hilliardshadowenlaw.com
24                                          1135 W. 6th Street, Suite 125
                                            Austin, TX 78703
25                                          Telephone:  (855) 344-3298

26                                          DARALYN J. DURIE (SBN 169825)
                                            ddurie@durietangri.com
27                                          MARK A. LEMLEY (SBN 155830)
                                            mlemley@durietangri.com
28                                          DAVID McGOWAN (SBN 154289)
```

dmcgowan@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
ADITYA V. KAMDAR (SBN 324567)
akamdar@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 362-6666

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
W. HENRY HUTTINGER (SBN 312843)
hhuttinger@durietangri.com
953 East 3rd Street
Los Angeles, California 90013
Telephone: (213) 992-4422

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
ABBYE R. K. OGNIBENE (SBN 311112)
abbyeo@hbsslaw.com
LAUREN G. BARNES (*pro hac vice*)
lauren@hbsslaw.com
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700

*Co-Lead Counsel for End-Payor Plaintiffs*

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com

DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

Dated:  October 11, 2022    **WHITE & CASE LLP**

By: /s/ *Heather M. Burke*
Heather M. Burke (SBN 284100)
Jeremy K. Ostrander (SBN 233489)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com
jostrander@whitecase.com

Christopher M. Curran (*pro hac vice*)
Peter J. Carney (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
pcarney@whitecase.com

Heather K. McDevitt (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
Kristen O'Shaughnessy (*pro hac vice*)
Michael E. Hamburger (*pro hac vice*)
Raj S. Gandesha (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com
kristen.oshaughnessy@whitecase.com
mhamburger@whitecase.com
rgandesha@whitecase.com

*Counsel for Defendants*
*Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Dated: October 11, 2022

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Paul J. Riehle*
   Paul J. Riehle (SBN 115199)
   paul.riehle@faegredrinker.com
   Four Embarcadero Center, 27th Floor
   San Francisco, CA 94111

   FAEGRE DRINKER BIDDLE & REATH LLP
   Paul H. Saint-Antoine (*pro hac vice*)
   paul.saint-antoine@faegredrinker.com
   Joanne C. Lewers (*pro hac vice*)
   joanne.lewers@faegredrinker.com
   One Logan Square, Ste. 2000
   Philadelphia, PA 19103

   Counsel for Defendants
   *Janssen R&D Ireland, Janssen Products, LP and Johnson & Johnson*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Francis O. Scarpulla, attest that concurrence in the filing of this document has been obtained.

Dated: October 11, 2022

　　　　　　　　　　　　　　　　　　　　　*/s/ Francis O. Scarpulla*
　　　　　　　　　　　　　　　　　　　　　FRANCIS O. SCARPULLA

## ~~[PROPOSED]~~ ORDER

Based on the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Stipulation is approved.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 18, 2022

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES SENIOR DISTRICT JUDGE