UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION | Case No. 19-cv-02573-EMC<br><br>**ORDER GRANTING EPPS' MOTION TO DISBURSE SETTLEMENT FUNDS FOR LITIGATION EXPENSES**<br><br>Docket No. 1393 |

Previously, the Court granted the EPPs' motion for final approval of a class action settlement with BMS. *See* Docket No. 1044 (order). As part of its order, the Court approved as "fair and reasonable the allocation of $2.5 million of the Settlement Fund for reimbursement to Class Counsel for reasonable litigation expenses" and instructed Class Counsel to apply for the disbursement of litigation expenses from the Settlement Fund. Docket No. 1044 (Order ¶ 21). The Court's order was not appealed. Now pending before the Court is the EPPs' motion for disbursement from the Settlement Fund to cover litigation expenses. The Court finds the matter suitable for disposition without oral argument and thus **VACATES** the hearing on the motion. As discussed below, the motion to disburse is **GRANTED**.

The EPPs have asked for disbursement from the Settlement Fund to cover litigation expenses in the amount of $1,919,831. *See* Mot. at 1 (explaining that, although $2.5 million was originally allocated for litigation expenses, there was a "diminution" provision in the Settlement Agreement and, because certain TPPs opted out of the settlement, the litigation expenses amount was reduced to $1,919,831). The EPPs maintain that this amount is reasonable because they have been prosecuting this antitrust class action for more than three years and they have already incurred more than that amount as litigation expenses. For example, the EPPs' share of fees and

expenses for fifteen expert witnesses alone amounts to more than $3.2 million.  *See* Shadowen Decl. ¶ 4(a).  No party, class member, or any other person or entity has opposed the request for disbursement.  Indeed, as noted above, no appeal was taken of the Court's final approval order which approved litigation expenses up to $2.5 million.

Taking into account all of the above, the Court concludes that the request for disbursement is reasonable and appropriate.  The Court orders the Escrow Agent, Huntington National Bank, to disburse $1,919,831 to EPPs' counsel to pay for litigation expenses.  Co-Lead Counsel for the EPPs are: Durie Tangri LLP; Hillard & Shadowen LLP; and Hagens Berman Sobol Shapiro LLP.  Disbursement to any of these firms is acceptable (which will then address allocation among themselves).

This order disposes of Docket No. 1393.

**IT IS SO ORDERED**.

Dated: October 27, 2022

_____
EDWARD M. CHEN
United States District Judge