UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION | Case No. 19-cv-02573-EMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR IN-PERSON AND SPECIALLY SET ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT** <br><br> Docket No. 1431 |

Currently pending before the Court is Defendants' motion for in-person and specially set oral argument on the motions for summary judgment (currently set for hearing on November 17, 2022). No opposition or responsive brief has been filed.

To the extent Defendants ask for the hearing on the summary judgment motions to be held in person, the request for relief is **GRANTED**. To be clear, the in-person hearing covers not only Defendants' motions for summary judgment but also Plaintiffs' motion for summary judgment, as well as all related *Daubert* motions.

Defendants also ask that the Court allot at least forty-five (45) minutes for each of Defendants' three motions. This request for relief is **DENIED**. The Court does not set specific timeframes for arguments. The Court is mindful of the magnitude of the case – in terms of legal and factual issues, damages, and injunctive relief – and will devote appropriate time for argument.

///

///

///

1  Consistent with its standing order, the Court also encourages all parties to allow less experienced
2  lawyers, including those from historically under-represented groups, to present argument at the
3  hearing.
4      This order disposes of Docket No. 1431.

6  **IT IS SO ORDERED**.

8  Dated: October 28, 2022

                                      EDWARD M. CHEN
                                      United States District Judge