| | |
|---|---|
| Heather M. Burke (SBN 284100)<br>Jeremy K. Ostrander (SBN 233489)<br>**WHITE & CASE**LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br>hburke@whitecase.com<br>jostrander@whitecase.com<br><br>*Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC* | Paul J. Riehle (SBN 115199)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111-4180<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br>paul.riehle@faegredrinker.com<br><br>*Attorney for Defendants*<br>*Janssen R&D Ireland, Janssen Products, LP, and Johnson & Johnson*<br><br>(Additional Counsel for Defendants Listed on Signature Page) |

Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
cholding@goodwinlaw.com

*Attorney for Defendant*
*Teva Pharmaceuticals USA, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 3:19-cv-02573-EMC (lead case)<br><br>**DEFENDANTS' NOTICE OF MOTION, MOTION TO EXCLUDE CERTAIN OF PLAINTIFFS' EXPERTS' OPINIONS AND TESTIMONY, AND MEMORANDUM IN SUPPORT THEREOF**<br><br>Hrg:      November 17, 2022<br>Time:    1:30 p.m.<br>Ctrm:    5 – 17th Floor<br>Judge:   Honorable Edward M. Chen |