IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re HIV Antitrust Litigation* | Case No. 3:19-cv-02573-EMC (lead case) |
| This Document Relates to : *KPH Healthcare Services, Inc. v. Gilead Sciences, Inc. et al.*, 3:20-cv-06961-EMC | [~~PROPOSED~~] ORDER GRANTING DPPS' MOTION TO APPROVE CLASS CERTIFICATION NOTICE PLAN<br><br>Judge: Honorable Edward M. Chen |

Upon review and consideration of the Motion to Approve Class Certification Notice Plan, along with its supporting memorandum and exhibits ("Motion") (ECF 1436), and the Joint Status Report Regarding Class Notice, along with its supporting exhibits ("Joint Status Report") (ECF 1538), IT IS HEREBY ORDERED that the motion is GRANTED as follows:

1. The Court finds that the proposed form of notice attached as Exhibit 6 to the Joint Status Report, and the proposed manner of disseminating notice outlined in the Motion, satisfy Federal Rule of Civil Procedure 23 and principles of due process and are otherwise fair and reasonable. For this reason, the Court approves the proposed form and manner of notice and provides the following directives regarding implementation.

2. The Court appoints KCC Class Action Services, LLC ("KCC") as the Class Certification Notice Administrator to disseminate notice to the Class and process and engage in follow-up communications.

3. By <u>December 16, 2022</u> [14 days after entry of this Order], KCC shall:

    a. cause a detailed notice substantially in the form attached as Exhibit 2 to the Roberts Class Notice Declaration to be mailed to the last-known mailing address of each known Class Member; and

    b. cause digital notice, consisting of the notice headline and class action website URL, to appear once each in: (1) the *NAW SmartBrief*; (2) *Becker's Pharmacy Report*; and (3) *Pharmaceutical Commerce Direct*.

4. Prior to the first dissemination of notice, whether by mail or publication, KCC shall cause a class certification website to become live with reference to applicable deadlines and links to copies of the Class Certification Opinion and the Long Form Notice.

5. The notices shall list <u>January 30, 2023</u> [59 days after entry of this Order] as the deadline for opting out of the Class.

IT IS SO ORDERED.

Dated: <u>December 2, 2022</u>

_____
Hon. Edward M. Chen
United Stated District Judge

2
[PROPOSED] ORDER APPROVING CLASS CERTIFICATION NOTICE PLAN
USDC/NDCA No. 3:19-02573-EMC / Related Case No. 3:20-cv-06961-EMC