DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

(Additional Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Staley et al. v. Gilead Sciences, Inc. et al.*, No. 3:19-cv-02573-EMC | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**[PROPOSED] ORDER GRANTING END-PAYOR PLAINTIFFS' PLAN FOR NOTICE OF CLASS CERTIFICATION AND TO APPOINT NOTICE ADMINISTRATOR**<br><br>Ctrm:   5-17th Floor<br>Judge:  Honorable Edward M. Chen |

The Court, having considered End-Payor Plaintiffs' Motion to Approve Plan for Notice of Class Certification and to Appoint Notice Administrator for Class Certification (ECF 1440) and all supporting papers, and good cause appearing, hereby **ORDERS** that:

1. **Plaintiffs' Proposed Order on Class Certification**

    The Court issued an Order on November 14, 2022 (ECF 1470) that, among other issues, held the Third-Party Payor Plaintiffs ("TPP Plaintiffs") should have been included as named representatives of the cART Injunctive Classes in the Court's September 27, 2022 Order (ECF 1388). Therefore, the Court hereby appoints the named TPP Plaintiffs as representatives of the cART Injunctive Classes.[1]

2. **Appointment of the Class Notice Administrator**

    The Court finds that A.B. Data will adequately oversee the Notice Plan and administer class notice to potential End-Payor Class Members. The Court finds none of class counsel have any financial or other ties with A.B. Data. The Court hereby appoints A.B. Data as the Notice Administrator.

3. **Notice to End-Payor Class Members**

    (a) The Court approves the form and content of: (a) the Short-Form Notice attached as Exhibit 1; (b) the Long-Form Notice attached as Exhibit 2; (c) the TPP Postcard attached as Exhibit 3; (d) the Government Cover Letter attached as Exhibit 4; (e) the Government Postcard attached as Exhibit 5; and (f) the banner ads attached hereto as Exhibit 6.

    (b) The Court finds that the publication of banner ads on digital media containing embedded links to the case-specific website with the Long-Form Notice available for download in the manner set forth by End-Payor Plaintiffs ("EPPs") in their Memorandum constitutes the best notice that is practicable under the circumstances and complies fully with the requirements of Fed. R. Civ. P. 23(c)(2)(B) and Due Process.

    (c) The Court finds that the mailing of the Government Postcard, which is substantially similar to the Short-Form Notice sent to the other Third-Party Payors, to the local government entities and the Government Cover Letter to the State Attorney General Offices and publication of ads on targeted websites in the manner set forth by EPPs in their Memorandum constitutes the best notice that is practicable under the circumstances and complies fully with the requirements of Fed. R. Civ. P. 23(c)(2)(B) and Due Process.

    (d) On or before January 6, 2023, the TPP Postcard Notice shall by mailed by first class mail, postage prepaid, to all potential third-party payors included in A.B. Data's database. In addition, a copy of the Long-Form Notice shall be posted on the Internet at www.HIVDrugLitigation.com, the website dedicated to this litigation.

---

[1] TPP Plaintiffs refers to Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund; Service Employees International Union, Local No. 1 Health Fund; Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund; and Pipe Trades Services MN Welfare Fund.

1

[PROPOSED] ORDER GRANTING END-PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL / CASE NO. 3:19-CV-02573-EMC

(e) On or before January 6, 2023, the Government Postcard shall be mailed by first class mail, postage prepaid, to the local government entity offices and the Government Cover Letter to the Attorney General Offices of the Specified States identified in the Notice Memorandum.

(f) On or before January 6, 2023, Co-Lead EPP Class Counsel shall cause the digital and social media notice directed at Consumer Class Members to be published in the manner set forth by the Proposed Notice Plan for a period of 45 days. Additionally, a Press Release via *PR Newswire* will be distributed.

**IT IS SO ORDERED.**

Dated:   December 5, 2022

_____
Honorable Edward M. Chen
United States District Judge