| | |
|---|---|
| Daniel A. Sasse (State Bar No. 236234) | Joshua C. Stokes, State Bar No. 220214 |
| Joanna M. Fuller (State Bar No. 266406) | Carol M. Silberberg, State No. 217658 |
| Tiffanie L. McDowell (State Bar No. 288946) | BERRY SILBERBERG STOKES PC |
| CROWELL & MORING LLP | 6080 Center Drive, Sixth Floor |
| 3 Park Plaza, 20th Floor | Los Angeles, CA 90045 |
| Irvine, California 92614 | Telephone: (213) 986-2690 |
| Telephone: 949.263.8400 | Facsimile: (213) 986-2677 |
| Facsimile: 949.263.8414 | jstokes@berrysilberberg.com |
| DSasse@crowell.com | csilberberg@berrysilberberg.com |
| JFuller@crowell.com | |
| TMcDowell@crowell.com | *Attorneys for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc.* |
| Kent A. Gardiner * | |
| 1001 Pennsylvania Avenue NW | |
| Washington, D.C. 20004 | |
| Telephone: 202.624.2500 | |
| Facsimile: 202.628.5116 | |
| KGardiner@crowell.com | |
| * Admitted *Pro Hac Vice* | |

*Attorneys for Plaintiffs Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Health Care Service Corporation, a Mutual Legal Reserve Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION<br><br>This Document Relate to:<br><br>ALL ACTIONS | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**[PROPOSED] ORDER GRANTING INDIVIDUAL HEALTH PLAN PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Ctrm:   5-17th Floor<br>Judge:   Honorable Edward M. Chen |

Before the Court is Individual Health Plan Plaintiffs' Administrative Motion to File Documents Under Seal. Based on the papers filed in support of and without opposition, and all other pleadings and papers on file herein, IHPPs' Motion to Seal is GRANTED.

Accordingly, it is HEREBY ORDERED that the Clerk shall maintain under seal the following:

| Document | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Exhibit 13 to Declaration of Heather M. Burke in Support of Defendants' Motion to Exclude Certain of Plaintiffs Experts Opinions and Testimony [ECF 1406-5] | Exhibit 13 (at ¶ 137, p. 55 Ex. 9, p. 59 Ex. 13, p. 63 Ex. 17, p. 67 Ex. 21, and p. 83 Ex. 37) | Proposed redacted content contains or depicts confidential and proprietary business information that has also been designated "HIGHLY CONFIDENTIAL" by IHPPs, the disclosure of which could cause competitive harm. |
| Exhibit 14 to Declaration of Heather M. Burke in Support of Defendants' Motion to Exclude Certain of Plaintiffs Experts Opinions and Testimony [ECF 1406-5] | Exhibit 14 (at Appendix E-1) | Proposed redacted content contains or depicts confidential and proprietary business information that has also been designated "HIGHLY CONFIDENTIAL" by IHPPs, the disclosure of which could cause competitive harm. |
| Exhibit 28 to Declaration of Heather M. Burke in Support of Defendants' Motion to Exclude Certain of Plaintiffs Experts Opinions and Testimony [ECF 1406-7] | Exhibit 28 (at ¶ 119; and Exs. 5, 5A, 5B, 5C, 5D, 5E, 5F, 5G, and 5H) | Proposed redacted content contains or depicts confidential and proprietary business information, the disclosure of which could cause competitive harm to IHPPs. |
| Exhibit 61 to Declaration of Heather M. Burke in Support of Defendants' Motion to Exclude Certain of Plaintiffs Experts Opinions and Testimony [ECF 1406-9] | Exhibit 61, other than RFA Responses 2, 3, 4, and 21 | Proposed redacted content contains or depicts confidential and proprietary business information that has also been designated "HIGHLY CONFIDENTIAL" by IHPPs, the disclosure of which could cause competitive harm. |

1

[PROPOSED] ORDER GRANTING INDIVIDUAL HEALTH PLAN PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL/CASE NO. 3:19-cv-02573-EMC

| | | |
|---|---|---|
| Exhibits 196 to Declaration of W. Henry Huttinger in Support of Plaintiffs' Omnibus Brief in Opposition to Defendants' Motions for Summary Judgment; Plaintiffs' Motions for Partial Summary Judgment [ECF 1407-9] | Exhibit to be fully sealed. | Constitutes and contains confidential and proprietary business information that has also been designated "HIGHLY CONFIDENTIAL" by IHPPs, the disclosure of which could cause competitive harm. |
| Exhibits 197 to Declaration of W. Henry Huttinger in Support of Plaintiffs' Omnibus Brief in Opposition to Defendants' Motions for Summary Judgment; Plaintiffs' Motions for Partial Summary Judgment [ECF 1407-9] | Exhibit to be fully sealed. | Constitutes and contains confidential and proprietary business information that has also been designated "HIGHLY CONFIDENTIAL" by IHPPs, the disclosure of which could cause competitive harm. |
| Exhibits 198 to Declaration of W. Henry Huttinger in Support of Plaintiffs' Omnibus Brief in Opposition to Defendants' Motions for Summary Judgment; Plaintiffs' Motions for Partial Summary Judgment [ECF 1407-9] | Exhibit to be fully sealed. | Constitutes and contains confidential and proprietary business information that has also been designated "HIGHLY CONFIDENTIAL" by IHPPs, the disclosure of which could cause competitive harm. |
| Exhibit 23 to Declaration of Martin M. Toto in support of Defendants' Memorandum in Opposition to Plaintiffs' 1407 Motion for Partial Summary Judgment on Market Power [1441-5] | Exhibit to be fully sealed. | Constitutes and contains confidential and proprietary business information that has also been designated "HIGHLY CONFIDENTIAL" by IHPPs, the disclosure of which could cause competitive harm. |
| Exhibit 29 to Declaration of Weiner in Support of Plaintiffs' Joint Omnibus Brief in Opposition to Defendants' Motions to Exclude [1442-9] | Exhibit 29 (at ¶ 135 through ¶ 137) | Proposed redacted content contains or depicts confidential and proprietary business information that has also been designated "HIGHLY CONFIDENTIAL" by IHPPs, the disclosure of which could cause competitive harm. |

2

[PROPOSED] ORDER GRANTING INDIVIDUAL HEALTH PLAN PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL/CASE NO. 3:19-cv-02573-EMC

1  **IT IS SO ORDERED.**

2

3  Dated:  December 8, 2022

4                                                  Hon. Edward M. Chen
                                                United States District Judge

3

[~~PROPOSED~~] ORDER GRANTING INDIVIDUAL HEALTH PLAN PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL/CASE NO. 3:19-cv-02573-EMC