| | |
|---|---|
| 1 | LEX LUMINA PLLC |
| | MARK A. LEMLEY (SBN 155830) |
| 2 | mlemley@lex-lumina.com |
| | 745 Fifth Avenue, Suite 500 |
| 3 | New York, NY  10151 |
| | Telephone:  (646) 898-2055 |
| 4 | |
| | HILLIARD & SHADOWEN LLP |
| 5 | STEVE D. SHADOWEN (*pro hac vice*) |
| | steve@hilliardshadowenlaw.com |
| 6 | 1135 W. 6th Street, Suite 125 |
| | Austin, TX 78703 |
| 7 | Telephone: (855) 344-3298 |
| 8 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | STEVE W. BERMAN (*pro hac vice*) |
| 9 | steve@hbsslaw.com |
| | 1301 Second Avenue, Suite 2000 |
| 10 | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| 11 | *Co-Lead Counsel for End-Payor Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION* | Case No. 3:19-cv-02573-EMC |
| | **NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS** |
| This Document Relates To: | |
| ALL ACTIONS | Ctrm:  5-17th Floor |
| | Judge:  Honorable Edward M. Chen |

PLEASE TAKE NOTICE that Mark A. Lemley, counsel for End-Payor Plaintiffs Ivy Kwan Arce, Gregg S. Gonsalves, Ph.D, Brenda Emily Goodrow, Andrew R. Spieldenner, PhD, Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Josh McDonald, Troy Vazquez-Cain, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund (collectively, "EPPs"), has the following new firm affiliation, address, email address, telephone number, and facsimile number, effective January 1, 2023:

LEX LUMINA PLLC<br>
MARK A. LEMLEY (SBN 155830)<br>
745 Fifth Avenue, Suite 500<br>
New York, NY  10151<br>
mlemley@lex-lumina.com<br>
Telephone:  (646) 898-2055<br>
Facsimile:  (646) 906-8657

All future pleadings, memoranda, correspondence, orders, etc., shall be sent to counsel's new address.

Dated:  December 22, 2022                                Respectfully submitted,

LEX LUMINA PLLC

By: */s/ Mark A. Lemley*
MARK A. LEMLEY (SBN 155830)
745 Fifth Avenue, Suite 500
New York, NY  10151
mlemley@lex-lumina.com
Telephone:  (646) 898-2055
Facsimile:  (646) 906-8657

*Co-Lead Counsel for End-Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Mark A. Lemley*
MARK A. LEMLEY