Steve D. Shadowen (*pro hac vice*)
HILLIARD & SHADOWEN LLP
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Lead Counsel for End Payor Plaintiffs*

Dianne M. Nast (*pro hac vice*)
NASTLAW LLC
dnast@nastlaw.com
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300

Michael L. Roberts (*pro hac vice*)
ROBERTS LAW FIRM US, PC
mikeroberts@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

(Additional Counsel for Plaintiffs Listed on
Signature Page)

Jay P. Lefkowitz, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com

*Counsel for Defendants Gilead Sciences, Inc.,
Gilead Holdings, LLC, Gilead Sciences, LLC,
and Gilead Sciences Ireland UC*

Paul J. Riehle (SBN 115199)
FAEGRE DRINKER BIDDLE & REATH LLP
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7521

*Counsel for Defendants Janssen R&D Ireland,
Janssen Products, LP and Johnson & Johnson*

Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email:  CHolding@goodwinlaw.com

*Counsel for Defendant Teva Pharmaceuticals USA,
Inc.*

(Additional Counsel for Defendants Listed on
Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION* | Case No. 3:19-cv-02573-EMC (Master Docket) |
| | **JOINT STATUS REPORT** |
| | Date:     January 9, 2023<br>Time:     3:00 p.m.<br>Ctrm:     5-17th Floor (REMOTE)<br>Judge:   Honorable Edward M. Chen |
| This Document Relates to:  ALL ACTIONS | |

**TABLE OF CONTENTS**

I.    PRETRIAL EXCHANGES .................................................................................................1

    A.    Trial exhibits. ...................................................................................................1

    B.    Deposition designations. ...................................................................................2

    C.    Trial witness lists. ............................................................................................3

    D.    Preliminary statement to the jury. ....................................................................3

    E.    Jury instructions and verdict form. ..................................................................3

    F.    Trial subpoenas ................................................................................................4

        1.    **Gilead's Position** ..............................................................................4

        2.    **Plaintiffs' Position** ..........................................................................5

II.   PRETRIAL MOTIONS AND SUBMISSIONS .............................................................6

    A.    Joint pretrial conference statement. .................................................................6

    B.    Motions *in limine*. ...........................................................................................6

    C.    Trial structure briefing. ....................................................................................7

    D.    *Voir dire* questions. .........................................................................................7

Pursuant to the Clerk's Notice of December 12, 2022 continuing the status conference from January 3, 2023 to January 9, 2023 and directing the filing of a Joint Status Report by January 3, 2023 [ECF No. 1562], End-Payor Plaintiffs Brenda Emily Goodrow, Andrew R. Spieldenner, Ph.D., Josh McDonald, Troy Vazquez-Cain, Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund (together, "EPPs"); Direct Purchaser Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. ("DPPs"); Retailers CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Walgreen Co., The Kroger Co., Albertsons Companies, Inc. and H-E-B, L.P. (together, "Retailer Plaintiffs"); United HealthCare Services, Inc. ("United HealthCare"); Individual Health Plan Plaintiffs Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO), Centene Corporation, Health Care Service Corporation, a Mutual Legal Reserve Company, Humana Inc., Triple-S Salud, Inc., Kaiser Foundation Health Plan, Inc., and Blue Cross and Blue Shield of Kansas City (together, the "Individual Health Plan Plaintiffs" or "IHPPs") (collectively, "Plaintiffs"); and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC ("Gilead"), Janssen R&D Ireland, Janssen Products, LP, and Johnson & Johnson (collectively, "Janssen"), and Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties") hereby submit this joint status report.

## I.    PRETRIAL EXCHANGES

### A.    Trial exhibits.

The Parties exchanged their initial trial exhibit lists on December 1, 2022.  Plaintiffs' list contained approximately 2,048 documents (including certain charts and demonstratives they plan to use at trial), 297 of which were designated as "expect to use."[1]  Defendants' list contained approximately 1,824 documents.  The Parties are in the process of assessing each other's exhibit lists and will exchange initial objections on Thursday, January 5, 2023.  The Parties will then meet-and-confer to narrow any

---

[1] In some cases, the Parties included native versions of the document(s) comprising the proposed trial exhibits (or portions of the exhibit).  Thus, the total number of files is greater than the number of proposed trial exhibits.

areas of disagreement.

Plaintiffs have preliminarily identified roughly 365 "groups" of documents that are common to both lists.  The Parties are in general agreement on a process by which these documents could be moved to a "joint" list for pretrial identification purposes.  As to these documents, all Parties would agree upon the particular PDF to be used as the trial exhibit, while preserving any evidentiary objections they might have and the right to use any native documents that are part of the agreed exhibit.

On December 1, 2022, Defendant Teva reproduced approximately 6,600 pages of documents, which it represented were all of the previously-produced STALEY-TEVA documents dated between 9/1/2013 and 5/31/2014.  Teva assigned new Bates numbers to these documents.  The stated purpose was to update the time stamp on the top-level email in an email chain to reflect Eastern Standard Time (EST), which time zone is routinely used in lower-in-chain emails produced by Teva, rather than the UTC time zone that is called for by the ESI Protocol (ECF 245) in this case and in which the documents were initially produced.  Teva's position is that documents bearing time stamps in EST (rather than UTC) will be easier for the Parties to use and for the jury to understand at trial, and it proposes that the Parties use these updated versions as their trial exhibits.  Teva has additionally provided an overlay matching the updated documents to the prior versions and believes any logistical issues with using these documents can be worked through.  Plaintiffs have pointed out that doing so may raise issues, including the fact that expert reports and briefing in the case all refer to the original bates numbers.  The Parties will meet and confer and hope to be able to resolve this issue in advance of trial.

**B.    Deposition designations.**

Plaintiffs provided Defendants with their initial deposition designations on December 1, 2022.  Defendants provided Plaintiffs with their initial deposition designations, as well as counters and objections to Plaintiffs' initial designations, on December 22, 2022.  Plaintiffs are reviewing Defendants' initial designations and will provide their objections and additional designations on January 12, 2023.  Defendants will provide their additional designations and objections on January 23, 2023, and Plaintiffs will provide their objections on January 25, 2023.  The Parties will meet-and-confer prior to trial in an attempt to narrow any areas of disagreement.

### C.     Trial witness lists.

The Parties exchanged initial trial witness lists on December 1, 2022.

### D.     Preliminary statement to the jury.

Pursuant to the Court's October 11, 2022 scheduling order (ECF No. 1415), and the Parties' subsequent stipulation regarding the same (ECF No. 1532), Plaintiffs were supposed to provide Defendants with an initial draft of a preliminary statement to the jury by November 29, 2022.  During a meet-and-confer on November 22, 2022, Plaintiffs believe they told Defendants that they planned to incorporate the short statement of the case into a set of preliminary jury instructions, and that Defendants indicated they would look at that and respond accordingly.  Plaintiffs sent their preliminary jury instructions to Defendants on November 29, 2022.  Plaintiffs did not provide a separate preliminary statement.  Accordingly, Defendants are in the process of creating an initial draft of the preliminary statement to the jury.  The Parties expect to work out any differences in the form and content of the preliminary statement, as well as whether it will be part of a set of preliminary jury instructions or a standalone statement, before it is presented to the Court on January 26, 2023.

### E.     Jury instructions and verdict form.

Plaintiffs provided a set of proposed jury instructions and form of verdict slip on November 29, 2022.  Defendants provided their proposed revisions on December 13, 2022.  The Parties are assessing the most efficient means of presenting the proposed instructions and verdict form to the Court.  Those discussions remain ongoing.

Relatedly, Defendants identified a number of issues raised by Plaintiffs' proposed jury instructions and verdict form that require resolution, including Plaintiffs' position on: (a) how their injunctive relief claims will be decided, (b) the scope of their consumer protection act claims, and (c) how any differences in state laws regarding limitations periods or damages available (*e.g.*, whether enhanced damages are available and, if so, what showing must be made) should be addressed in the jury instructions and verdict form (*see* ECF No. 1388 at 25).  The Parties met and conferred on these issues on December 22, 2022, and they will continue those discussions in January 2023.  The Parties will present any disagreements on these issues when they make their pretrial submissions to the Court on January 26, 2023.

### F.  Trial subpoenas

Defendant Gilead has concerns regarding the propriety of certain trial subpoenas served, or proposed to be served, by Plaintiffs on current and former Gilead employees.

#### 1.  Gilead's Position

On December 20-21, 2022, Plaintiffs sent two letters to the law firm of White & Case—Gilead's former counsel, who withdrew from the case on November 4, 2022 (ECF No. 1457)—regarding Plaintiffs' intention to serve trial subpoenas on twenty Gilead witnesses.  Plaintiffs' letter requested confirmation that White & Case would accept service of the subpoenas for each of the twenty witnesses. White & Case forwarded the letters to Kirkland & Ellis (Gilead's current counsel of record), and, on December 21, 2022, Plaintiffs' counsel sent a similar letter to Kirkland.

The twenty individuals identified in Plaintiffs' letters include witnesses identified as "will call" on Plaintiffs' witness list, witnesses identified as "may call" on Plaintiffs' witness list, and individuals who are not included on Plaintiffs' witness list.  Those witnesses that are on Plaintiffs' witness list are identified therein as individuals who "may be contacted through counsel for Gilead."  Each of the twenty subpoenas seeks to compel the witnesses, including those identified as "may call," to appear at the courthouse every day for the entire duration of trial.

On December 21, 2022, Kirkland sent a series of emails to Plaintiffs' counsel identifying various issues with the proposed subpoenas and stating that no witness should be served personally until counsel for Gilead had a chance to determine whether they could accept service of the subpoenas on behalf of the various witnesses.  Notwithstanding that request, Plaintiffs' counsel moved forward with personally serving subpoenas on three Gilead witnesses on December 21, 2022 (including two witnesses identified merely as "may calls" on Plaintiffs' witness list).  During the Parties' meet and confer regarding the subpoenas on December 22, 2022, Gilead's counsel requested that Plaintiffs cease serving witnesses until after the Christmas and New Year's holidays so that Gilead's counsel could coordinate acceptance of service with Gilead; Plaintiffs' counsel would only agree to cease personally serving witnesses through December 27, 2022.  Notwithstanding that agreement, Plaintiffs' counsel personally served a trial subpoena on another Gilead witness on December 24, 2022.

Gilead is closed for the holidays through January 3, 2023.  Once it re-opens, counsel for Gilead will need time to discuss this issue with Gilead and will need additional time thereafter to discuss acceptance of service with the numerous individual witnesses.  Accordingly, Gilead's counsel proposed that Gilead will send Plaintiffs a proposal for acceptance of service on or before January 13, 2023, and they requested that Plaintiffs' counsel refrain from personally serving any additional witnesses prior to that time.  Counsel for Gilead believes this proposal is reasonable, particularly given that trial is not scheduled to begin until the end of March and Plaintiffs' counsel has identified no prejudice that will result from beginning service of trial subpoenas in mid-January (*i.e.*, approximately two-and-a-half months prior to trial).  Plaintiffs' counsel refused this proposal, and they are presently planning to personally serve additional witnesses over Gilead's objection beginning on January 3, 2023.

**2.     Plaintiffs' Position**

During a meet-and-confer on November 18, 2022, counsel for Plaintiffs made clear its desire to secure the live testimony of Gilead witnesses, noting that many were located within 100 miles of the courthouse.  Following additional discussions on the importance of securing live testimony, the Parties exchanged trial witness lists on December 1, 2022.

On December 20, 2022, Plaintiffs began the process of serving the witnesses, so as to provide them sufficient notice of the trial date and ensure that any potential availability issues could be alleviated.  These subpoenas included 17 Gilead witnesses, all of whom were represented in their depositions in this case by Gilead counsel and identified on both sides trial witness list (with Plaintiffs identifying them as "live" witnesses).  Courtesy copies of the subpoenas were sent to Gilead's counsel (due to a miscommunication on Plaintiffs' part these courtesy copies were initially sent to former counsel, although they were sent to current counsel that evening).  In emails exchanged on December 21, 2022, Plaintiffs asked counsel for Gilead if they would be accepting service of the subpoenas.  Gilead's counsel did not accept service of any subpoena at that time.  During a meet-and-confer on December 22, 2022, counsel for Gilead asked Plaintiffs to halt all service efforts until after the holidays (although they still did not agree to accept service of any subpoenas).  Plaintiffs instructed their process server to suspend service efforts (Plaintiffs' counsel had previously instructed the server *not* to serve any subpoenas over

the Christmas weekend).[2]  Plaintiffs then agreed to stand down all service efforts through January 2, 2023.

Gilead counsel claims it needs until at least January 13, 2023 before it can even make a decision as to whether it will accept service on behalf of the witnesses it has represented throughout this case. Plaintiffs do not want to take the risk that individuals who are currently within the subpoena power of this Court will later become unavailable.  Having known for at least 6 weeks that Plaintiffs planned to present this case through live witness testimony whenever possible, having represented these very same witnesses during their depositions in this case, and having already prepared their own trial witness list (presumably in consultation with its client), Plaintiffs see no need to wait an additional two weeks to learn whether they need to begin formally serving trial subpoenas.

## II.    PRETRIAL MOTIONS AND SUBMISSIONS

### A.    Joint pretrial conference statement.

The Plaintiffs provided the Defendants with an initial draft of the joint pretrial conference statement on December 22, 2022.  The Defendants are reviewing that draft and will provide their comments and feedback on January 5, 2023.  The Parties will then meet-and-confer in an attempt to narrow any areas of disagreement before filing it with the Court on January 26, 2023.

### B.    Motions *in limine*.

The Parties will exchange motions *in limine* on January 12, 2023, and then exchange oppositions on January 25, 2023.  The Parties may meet and confer in an attempt to reach agreement on the *in limine* issues, before submitting any unresolved motions as a package to the Court along with the January 26, 2023 joint pretrial conference statement.

The Parties have discussed the manner in which motions *in limine* are to be handled and have agreed, subject to the Court's approval, to limit the motions submitted by each side based on page numbers, as opposed to limiting the number of motions.  The Parties are discussing a proposal to limit

---

[2] On the evening of December 22nd, Plaintiffs' counsel learned that three witnesses had been personally served on December 21, 2022 and immediately notified Gilead counsel of that.  Gilead counsel notified the Plaintiffs' counsel that an additional subpoena was served on December 24th.  Plaintiffs' counsel acknowledged that was unintended and immediately contacted the server to re-confirm that service efforts were on hold.

each side's total number of pages.  If an agreement is reached, the Parties will notify the Court in the form of a stipulation or consent motion for the Court's consideration.

**C.     Trial structure briefing.**

The Parties will exchange motions concerning the proposed trial structure on January 12, 2023, and then exchange responses on January 25, 2023.  They will be submitted as a package to the Court along with the January 26, 2023 joint pretrial conference statement.

**D.     *Voir dire* questions.**

The Parties will exchange proposed *voir dire* questions on January 10, 2023, and then exchange objections on January 13, 2023.  The Parties will then meet-and-confer in an attempt to narrow any areas of disagreement before filing the proposed questions with the Court on January 26, 2023.

The Parties have reviewed this Court's guidelines on *voir dire* and understand that the Court will ask a series of questions, consider additional questions proposed by the Parties, and allow each side a short period of time (approximately 15 minutes) to ask some follow up *voir dire*.  The Parties have some additional questions, as to which any guidance the Court can provide may be useful, including: (1) When do counsel receive the jury forms (and will counsel have any time to review them in advance of the *voir dire*)? (2) How are prospective jurors seated for questioning, randomly or in some numerical order? (3) How are strikes made (*i.e.*, by juror number or seat number)? (4) Does the Court intend to limit the number of preemptory strikes to three and will that limit apply per side or per party? (5) Are backstrikes permitted?

Dated:  January 3, 2023                    Respectfully submitted,

                                    HILLIARD & SHADOWEN LLP

                            By:  */s/ Steve D. Shadowen*
                                    STEVE D. SHADOWEN (*pro hac vice*)
                                    steve@hilliardshadowenlaw.com
                                    RICHARD BRUNELL (*pro hac vice*)
                                    rbrunell@hilliardshadowenlaw.com
                                    NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
                                    nshadowen@hilliardshadowenlaw.com
                                    TINA JOANN MIRANDA (*pro hac vice*)
                                    tmiranda@hilliardshadowenlaw.com
                                    MATTHEW C. WEINER (*pro hac vice*)
                                    matt@hilliardshadowenlaw.com
                                    1135 W. 6th Street, Suite 125
                                    Austin, TX 78703
                                    Telephone:  (855) 344-3298


                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    STEVE W. BERMAN (*pro hac vice*)
                                    steve@hbsslaw.com
                                    1301 Second Avenue, Suite 2000
                                    Seattle, WA 98101
                                    Telephone: (206) 623-7292

                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    THOMAS M. SOBOL (*pro hac vice*)
                                    tom@hbsslaw.com
                                    GREGORY T. ARNOLD (*pro hac vice*)
                                    grega@hbsslaw.com
                                    ABBYE R. K. OGNIBENE (SBN 311112)
                                    abbyeo@hbsslaw.com
                                    LAUREN G. BARNES (*pro hac vice*)
                                    lauren@hbsslaw.com
                                    1 Faneuil Hall Square, 5th Floor
                                    BOSTON, MA 02109
                                    Telephone: (617) 482-3700

                                    *Co-Lead Counsel for End-Payor Plaintiffs*

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER (*pro hac vice*)
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
JOSEPH M. VANEK (*pro hac vice*)

jvanek@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

1

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)

2

lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)

3

bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)

4

pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor

5

New York, NY 10036

6

Telephone: (917) 438-9189

7

RADICE LAW FIRM, P.C.

8

JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com

9

DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com

10

475 Wall Street

11

Princeton, NJ 08540
Telephone: (646) 245-8502

12

13

*Counsel for End-Payor Plaintiffs*

14

Dated:  January 3, 2023          LAW OFFICES OF FRANCIS O. SCARPULLA

15

By: */s/ Francis O. Scarpulla*

16

FRANCIS O. SCARPULLA (SBN 41059)
fos@scarpullalaw.com

17

PATRICK B. CLAYTON (SBN 240191)
pbc@scarpullalaw.com

18

3708 Clay Street

19

San Francisco, CA 94118
Telephone: (415) 751-4193

20

Facsimile:  (415) 788-0706

21

*Liaison Counsel for Direct Purchaser Plaintiff Classes*

22

NASTLAW LLC

23

DIANNE M. NAST (*pro hac vice*)
dnast@nastlaw.com

24

1101 Market Street, Suite 2801
Philadelphia, PA 19107

25

Telephone: (215) 923-9300

26

Facsimile:  (215) 923-9302

27

28

ROBERTS LAW FIRM US, PC
MICHAEL L. ROBERTS (*pro hac vice*)
mikeroberts@robertslawfirm.us
KAREN SHARP HALBERT
karenhalbert@robertslawfirm.us
ERICH P. SCHORK
erichschork@robertslawfirm.us
SARAH E. DELOACH
sarahdeloach@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for Direct Purchaser Plaintiff Classes*

HAUSFELD LLP
MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeld.com
888 16th St. NW, Suite 300
Washington DC 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

HAUSFELD LLP
MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeld.com
SETH R. GASSMAN (SBN 311702)
sgassman@hausfeld.com
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

HAUSFELD LLP
BRENT WILLIAM LANDAU (*pro hac vice*)
blandau@hausfeld.com
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3273
Facsimile:  (215) 985-3271

*Counsel for Direct Purchaser Plaintiffs*

Dated:  January 3, 2023                    KENNY NACHWALTER, P.A.

By:  */s/ Scott E. Perwin*
     SCOTT E. PERWIN (*pro hac vice*)
     sep@knpa.com
     LAUREN C. RAVKIND (*pro hac vice*)
     lcr@knpa.com
     ANNA T. NEILL (SBN 270858)
     aneill@knpa.com
     1100 Four Seasons Tower
     1441 Brickell Avenue
     Miami, FL 33131
     Telephone: (305) 373-1000

     *Counsel for Walgreen Plaintiffs*

Dated:  January 3, 2023                    HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By:  */s/ Barry L. Refsin*
     BARRY L. REFSIN (*pro hac vice*)
     brefsin@hangley.com
     CAITLIN V. MCHUGH (*pro hac vice*)
     cmchugh@hangley.com
     ALEXANDER J. EGERVÁRY (*pro hac vice*)
     aegervary@hangley.com
     One Logan Square, 27th Floor
     Philadelphia, PA 19103
     Telephone: (215) 568-6200

     ERIC L. BLOOM (*pro hac vice*)
     ebloom@hangley.com
     2805 Old Post Road, Suite 100
     Harrisburg, PA 17110
     Telephone: (717) 364-1030

     *Counsel for CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqtrs. Corp.*

1    Dated:  January 3, 2023                    ZELLE LLP

2                                       By:  /s/ Judith A. Zahid
                                             JUDITH A. ZAHID (SBN 215418)
3                                            jzahid@zellelaw.com
                                             ERIC W. BUETZOW (SBN 253803)
4                                            ebuetzow@zellelaw.com
                                             JAMES S. DUGAN (SBN 325565)
5                                            jdugan@zellelaw.com
                                             555 12th Street, Suite 1230
6                                            Oakland, CA 94607
                                             Telephone: (415) 693-0700
7

8                                            ZELLE LLP
9                                            WILLIAM BORNSTEIN (*pro hac vice*)
                                             wbornstein@zellelaw.com
10                                           500 Washington Avenue South, Suite 4000
                                             Minneapolis, MN 55415
11                                           Telephone: (612) 339-2020

12                                           BOIES SCHILLER FLEXNER LLP
13                                           HAMISH P.M. HUME (*pro hac vice*)
                                             hhume@bsfllp.com
14                                           ERIC MAURER (*pro hac vice*)
                                             emaurer@bsfllp.com
15                                           MICHAEL S. MITCHELL (*pro hac vice*)
                                             mmitchell@bsfllp.com
16                                           1401 New York Ave, NW
                                             Washington, DC 20005
17                                           Telephone: (202) 237-2727

18
19                                           BOIES SCHILLER FLEXNER LLP
                                             BEKO O. REBLITZ-RICHARDSON (SBN 238027)
20                                           brichardson@bsfllp.com
                                             44 Montgomery Street, 41st Floor
21                                           San Francisco, CA 94104
                                             Telephone: (415) 293-6800
22
                                             *Counsel for United HealthCare Services, Inc.*
23

24

25

26

27

28

Dated:  January 3, 2023                          CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*
      DANIEL A. SASSE (SBN 236234)
      dsasse@crowell.com
      JOANNA M. FULLER (SBN 266406)
      jfuller@crowell.com
      TIFFANIE L. MCDOWELL (SBN 288946)
      tmcdowell@crowell.com
      3 Park Plaza, 20th Floor
      Irvine, CA 92614
      Telephone: (949) 263-8400
      Facsimile:  (949) 263-8414

      KENT A. GARDINER (*pro hac vice*)
      kgardiner@crowell.com
      1001 Pennsylvania Avenue NW
      Washington, DC 20004
      Telephone: (202) 624-2500
      Facsimile:  (202) 628-5116

      LAURA A. LYDIGSEN (*pro hac vice*)
      llydigsen@crowell.com
      455 N. Cityfront Plaza Drive, Ste. 3600
      Chicago, IL 60611
      Telephone: (312) 321-4200
      Facsimile:  (312) 321-4299

      *Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Health Care Service Corporation, a Mutual Legal Reserve Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc.*

Dated:  January 3, 2023                    BERRY SILBERBERG STOKES PC

                                   By: */s/ Joshua C. Stokes*
                                        JOSHUA C. STOKES (SBN 220214)
                                        jstokes@berrysilberberg.com
                                        CAROL M. SILBERBERG (SBN 217658)
                                        csilberberg@berrysilberberg.com
                                        6080 Center Drive, Sixth Floor
                                        Los Angeles, CA 90045
                                        Telephone: (213) 986-2690
                                        Facsimile:  (213) 986-2677

                                        *Counsel for Humana Inc.; Blue Cross and Blue Shield of*
                                        *Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc.*
                                        *(d/b/a Florida Blue HMO); Centene Corporation; Triple-S*
                                        *Salud, Inc.; Blue Cross and Blue Shield of Kansas City; and*
                                        *Kaiser Foundation Health Plan, Inc.*

Dated:  January 3, 2023                                KIRKLAND & ELLIS LLP

                                        By:  */s/ Jay Lefkowitz*
                                            JAY P. LEFKOWITZ, P.C. (*pro hac vice*)
                                            lefkowitz@kirkland.com
                                            DEVORA W. ALLON, P.C. (*pro hac vice*)
                                            devora.allon@kirkland.com
                                            601 Lexington Avenue
                                            New York, NY 10022
                                            Telephone: (212) 446-4800

                                            JAMES F. HURST, P.C. (*pro hac vice*)
                                            james.hurst@kirkland.com
                                            KEVIN M. JONKE (*pro hac vice*)
                                            kevin.jonke@kirkland.com
                                            KEVIN T. VAN WART (*pro hac vice*)
                                            KevinVanWart@kirkland.com
                                            MOLLY KELLY (*pro hac vice*)
                                            molly.kelley@kirkland.com
                                            NICHOLAS F. WASDIN (*pro hac vice*)
                                            nick.waskin@kirkland.com
                                            300 North LaSalle
                                            Chicago, IL 60654
                                            Telephone: (312) 862-2000

                                            MICHAEL J. SHIPLEY (SBN 233674)
                                            michael.shipley@kirkland.com
                                            555 South Flower Street
                                            Suite 3700
                                            Los Angeles, CA 90071
                                            Telephone: (213) 680-8400

                                            *Counsel for Defendants*
                                            *Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead*
                                            *Sciences, LLC, and Gilead Sciences Ireland UC*

1   Dated:  January 3, 2023                    FAEGRE DRINKER BIDDLE & REATH LLP

2                                          By:  _/s/ Paul J. Riehle_____

3                                              PAUL J. RIEHLE (SBN 115199)
                                               paul.riehle@faegredrinker.com
4                                              Four Embarcadero Center, 27th Floor
                                               San Francisco, CA 94111
5
                                               FAEGRE DRINKER BIDDLE & REATH LLP
6                                              PAUL H. SAINT-ANTOINE (*pro hac vice*)
                                               paul.saint-antoine@faegredrinker.com
7                                              JOANNE C. LEWERS (*pro hac vice*)
                                               joanne.lewers@faegredrinker.com
8                                              One Logan Square, Suite 2000
                                               Philadelphia, PA 19103
9
10                                             *Counsel for Defendants*
                                               *Janssen R&D Ireland, Janssen Products, LP*
11                                             *and Johnson & Johnson*

12  Dated:  January 3, 2023                    GOODWIN PROCTER LLP

13                                         By:  _/s/ Christopher T. Holding_____
14                                             CHRISTOPHER T. HOLDING (*pro hac vice*)
                                               CHolding@goodwinlaw.com
15                                             MOLLY R. GRAMMEL (*pro hac vice*)
                                               MGrammel@goodwinlaw.com
16                                             TUCKER DEVOE (*pro hac vice*)
                                               TDeVoe@goodwinlaw.com
17                                             JORDAN BOCK (SBN 321477)
                                               JBock@goodwinlaw.com
18                                             100 Northern Avenue
                                               Boston, MA 02210
19                                             Telephone: (617) 570-1000
20                                             Facsimile:  (617) 523-1231

21
22                                             BRIAN T. BURGESS (*pro hac vice*)
                                               BBurgess@goodwinlaw.com
23                                             GOODWIN PROCTER LLP
                                               1900 N Street, NW
24                                             Washington, DC 20036
                                               Telephone: (202) 346-4000
25                                             Facsimile:  (617) 523-1231

26                                             ALEXIS S. COLL (SBN 212735)
                                               AsColl@goodwinlaw.com
27
28                                             GOODWIN PROCTER LLP

---
18

601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*


## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Molly A. Kelley, attest that concurrence in the filing of this document has been obtained.

Dated: January 3, 2023                                          */s/ Molly Kelley*

1

## **CERTIFICATE OF SERVICE**

2       I hereby certify that on January 3, 2023 the within document was filed with the Clerk of the Court

3   using CM/ECF which will send notification of such filing to the attorneys of record in this case.

4                                                                 */s/ Molly Kelley*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT / CASE NO. 3:19-CV-02573-EMC