Steve D. Shadowen (*pro hac vice*)
HILLIARD & SHADOWEN LLP
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Lead Counsel for End Payor Plaintiffs*

Dianne M. Nast (*pro hac vice*)
NASTLAW LLC
dnast@nastlaw.com
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300

Michael L. Roberts (*pro hac vice*)
ROBERTS LAW FIRM US, PC
mikeroberts@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

(Additional Counsel for Plaintiffs Listed on Signature Page)

Jay Lefkowitz (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com

*Counsel for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Paul J. Riehle (SBN 115199)
FAEGRE DRINKER BIDDLE & REATH LLP
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7521

*Counsel for Defendants Janssen R&D Ireland, Janssen Products, L.P. and Johnson & Johnson*

Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: CHolding@goodwinlaw.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

(Additional Counsel for Defendants Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION*<br><br>This Document Relates to: ALL ACTIONS | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE**<br><br>Ctrm: 5-17th Floor<br>Judge: Honorable Edward M. Chen |

Pursuant to the Court's January 9, 2023 order [ECF No. 1604], End-Payor Plaintiffs Brenda Emily Goodrow, Andrew R. Spieldenner, Ph.D., Josh McDonald, Troy Vazquez-Cain, Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund (together, "EPPs"); Direct Purchaser Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. ("DPPs"); Retailers CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Walgreen Co., The Kroger Co., Albertsons Companies, Inc. and H-E-B, L.P. (together, "Retailer Plaintiffs"); United HealthCare Services, Inc. ("United HealthCare"); Individual Health Plan Plaintiffs Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO), Centene Corporation, Health Care Service Corporation, a Mutual Legal Reserve Company, Humana Inc., Triple-S Salud, Inc., Kaiser Foundation Health Plan, Inc., and Blue Cross and Blue Shield of Kansas City (together, the "Individual Health Plan Plaintiffs" or "IHPPs") (collectively, "Plaintiffs"); and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC ("Gilead"), Janssen R&D Ireland, Janssen Products, L.P., and Johnson & Johnson (collectively, "Janssen"), and Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties") hereby stipulate, subject to the Court's approval, to the following revised pre-trial schedule.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Plaintiffs provide revised witness list | n/a | Tuesday, 1/17/2023 |
| Plaintiffs provide revised pretrial conference statement | n/a | Wednesday, 1/18/2023 |
| Stipulation and updates on *Dauberts*, MILs, and ADR | n/a | Thursday, 1/19/2023 |
| Plaintiffs provide revised, merged jury instructions and revised verdict form | n/a | Friday, 1/20/2023 |
| Defendants provide redlines to revised pretrial conference statement | n/a | Tuesday, 1/24/2023 |
| Parties exchange *voir dire* questions | 1/10/2023 [ECF 1415] | Tuesday, 1/24/2023 |

| Event | Current Date | Proposed New Date |
|---|---|---|
| Parties exchange revised exhibit lists | n/a | Wednesday, 1/25/2023 |
| Plaintiffs provide objections to Defendants' deposition designations and any additional designations | 1/12/2023 [ECF 1415] | Thursday, 1/26/2023 |
| Parties exchange motions *in limine* | 1/12/2023 [ECF 1415] | Thursday, 1/26/2023 |
| Parties exchange motions regarding trial structure | 1/12/2023 [ECF 1415) | Thursday, 1/26/2023 |
| Defendants provide edits to revised jury instructions | n/a | Friday, 1/27/2023 |
| Defendants disclose whether witnesses will appear live or by video | 1/13/2023 [ECF 1562] | Friday, 1/27/2023 |
| Parties exchange objections to *voir dire* questions | 1/13/2023 [ECF 1415] | Friday, 1/27/2023 |
| Parties meet and confer on revised jury instructions, and joint pretrial conference statement | n/a | Monday, 1/30/2023 |
| Defendants provide objections to Plaintiffs' additional deposition designations and any additional designations | 1/23/2023 [ECF 1415] | Monday, 2/6/2023 |
| Plaintiffs provide objections to Defendants' additional deposition designations | 1/25/2023 [ECF 1415] | Wednesday, 2/8/2023 |
| Parties exchange oppositions to motions *in limine* | 1/25/2023 [ECF 1415] | Wednesday, 2/8/2023 |
| Parties exchange oppositions to motions regarding trial structure | 1/25/2023 [ECF 1415] | Wednesday, 2/8/2023 |

| Event | Current Date | Proposed New Date |
|---|---|---|
| Parties make pretrial filings<br>1. Joint pretrial conference statement<br>2. Motions in limine as paired sets<br>3. Motions re trial structure<br>4. Preliminary statement to jury, jury instructions, and memorandum re disputed jury instructions<br>5. Proposed voir dire and verdict forms<br>6. Trial briefs<br>7. Electronic exhibits to chambers | 1/26/2023<br>[ECF 1415] | Thursday, 2/9/2023 |
| Hearing on Previously Filed *Daubert* Motions | n/a | Thursday, 2/16/23, 1:30pm<br>[ECF 1604] |
| Final pretrial conference | | Tuesday, 3/7/2023<br>[ECF 1604] |
| Defendants disclose witnesses they will bring who are outside of subpoena power | [ECF 1561, 45 days before trial] | 45 days before trial |
| Defendants provide objective description of their trial exhibits<br><br>Parties eliminate duplicates on trial exhibit list<br><br>Drop-dead deadline for adding trial exhibits<br><br>1006 Summaries due | [ECF 1561, 30 days before trial] | 30 days before trial |
| Parties submit updated exhibit list and two printed sets of exhibits to the Court | 3/20/2023<br>[ECF 1415] | Tuesday, 5/23/2023 |
| Trial starts | 3/27/2023<br>[ECF 1415] | Tuesday, 5/30/2023<br>[ECF 1604] |

**SO AGREED AND STIPULATED.**

3
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE / CASE NO. 3:19-CV-02573-EMC

Dated: January 19, 2023

KIRKLAND & ELLIS LLP

By: /s/ Jay Lefkowitz
JAY LEFKOWITZ, P.C. (*pro hac vice*)
lefkowitz@kirkland.com
DEVORA W. ALLON, P.C. (*pro hac vice*)
Devora.allon@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

JAMES F. HURST, P.C. (*pro hac vice*)
James.hurst@kirkland.com
KEVIN T. VAN WART (*pro hac vice*)
kevinVanWart@kirkland.com
NICHOLAS F. WASDIN (*pro hac vice*)
Nick.waskin@kirkland.com
KEVIN M. JONKE (*pro hac vice*)
Kevin.jonke@kirkland.com
MOLLY KELLY (*pro hac vice*)
Molly.kelley@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

MICHAEL J. SHIPLEY (SBN 233674)
Michael.shipley@kirkland.com
555 South Flower Street
Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

*Counsel for Defendants*
*Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

1  Dated: January 19, 2023                        FAEGRE DRINKER BIDDLE & REATH LLP

2                                                 By:  /s/ Paul J. Riehle
                                                       PAUL J. RIEHLE (SBN 115199)
3                                                      paul.riehle@faegredrinker.com
                                                       Four Embarcadero Center, 27th Floor
4                                                      San Francisco, CA 94111

5
                                                       FAEGRE DRINKER BIDDLE & REATH LLP
6                                                      PAUL H. SAINT-ANTOINE (*pro hac vice*)
                                                       paul.saint-antoine@faegredrinker.com
7                                                      JOANNE C. LEWERS (*pro hac vice*)
                                                       joanne.lewers@faegredrinker.com
8                                                      One Logan Square, Suite 2000
9                                                      Philadelphia, PA 19103

10                                                     *Counsel for Defendants*
                                                       *Janssen R&D Ireland, Janssen Products, L.P.*
11                                                     *and Johnson & Johnson*

12  Dated: January 19, 2023                       GOODWIN PROCTER LLP
13
                                                  By:  /s/ Christopher T. Holding
14                                                     CHRISTOPHER T. HOLDING (*pro hac vice*)
                                                       CHolding@goodwinlaw.com
15                                                     MOLLY R. GRAMMEL (*pro hac vice*)
                                                       MGrammel@goodwinlaw.com
16                                                     TUCKER DEVOE (*pro hac vice*)
17                                                     TDeVoe@goodwinlaw.com
                                                       JORDAN BOCK (SBN 321477)
18                                                     JBock@goodwinlaw.com
                                                       100 Northern Avenue
19                                                     Boston, MA 02210
                                                       Telephone: (617) 570-1000
20                                                     Facsimile: (617) 523-1231

21
                                                       BRIAN T. BURGESS (*pro hac vice*)
22                                                     BBurgess@goodwinlaw.com
                                                       GOODWIN PROCTER LLP
23                                                     1900 N Street, NW
                                                       Washington, DC 20036
24                                                     Telephone: (202) 346-4000
25                                                     Facsimile: (617) 523-1231

26                                                     ALEXIS S. COLL (SBN 212735)
                                                       AsColl@goodwinlaw.com
27

28                                                     GOODWIN PROCTER LLP

5

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE / CASE NO.
3:19-CV-02573-EMC

601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

Dated:  January 19, 2023                      Respectfully submitted,

HILLIARD & SHADOWEN LLP

By: */s/ Steve D. Shadowen*
       STEVE D. SHADOWEN (*pro hac vice*)
       steve@hilliardshadowenlaw.com
       RICHARD BRUNELL (*pro hac vice*)
       rbrunell@hilliardshadowenlaw.com
       NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
       nshadowen@hilliardshadowenlaw.com
       TINA JOANN MIRANDA (*pro hac vice*)
       tmiranda@hilliardshadowenlaw.com
       MATTHEW C. WEINER (*pro hac vice*)
       matt@hilliardshadowenlaw.com
       1135 W. 6th Street, Suite 125
       Austin, TX 78703
       Telephone:  (855) 344-3298


       HAGENS BERMAN SOBOL SHAPIRO LLP
       STEVE W. BERMAN (*pro hac vice*)
       steve@hbsslaw.com
       1301 Second Avenue, Suite 2000
       Seattle, WA 98101
       Telephone: (206) 623-7292

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
ABBYE R. K. OGNIBENE (SBN 311112)
abbyeo@hbsslaw.com
LAUREN G. BARNES (*pro hac vice*)
lauren@hbsslaw.com
1 Faneuil Hall Square, 5th Floor
BOSTON, MA 02109
Telephone: (617) 482-3700

*Co-Lead Counsel for End-Payor Plaintiffs*


KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER (*pro hac vice*)
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
JOSEPH M. VANEK (*pro hac vice*)
jvanek@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

Dated:  January 19, 2023

LAW OFFICES OF FRANCIS O. SCARPULLA

By:  */s/ Francis O. Scarpulla*
 FRANCIS O. SCARPULLA (SBN 41059)
 fos@scarpullalaw.com
 PATRICK B. CLAYTON (SBN 240191)
 pbc@scarpullalaw.com
 3708 Clay Street
 San Francisco, CA 94118
 Telephone: (415) 751-4193
 Facsimile:  (415) 788-0706

*Liaison Counsel for Direct Purchaser Plaintiff Classes*

NASTLAW LLC
DIANNE M. NAST (*pro hac vice*)
dnast@nastlaw.com
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile:  (215) 923-9302

ROBERTS LAW FIRM US, PC
MICHAEL L. ROBERTS (*pro hac vice*)
mikeroberts@robertslawfirm.us
KAREN SHARP HALBERT
karenhalbert@robertslawfirm.us
ERICH P. SCHORK
erichschork@robertslawfirm.us
SARAH E. DELOACH
sarahdeloach@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for Direct Purchaser Plaintiff Classes*

HAUSFELD LLP
MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeld.com
888 16th St. NW, Suite 300
Washington DC 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

HAUSFELD LLP
MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeld.com
SETH R. GASSMAN (SBN 311702)
sgassman@hausfeld.com
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

HAUSFELD LLP
BRENT WILLIAM LANDAU (*pro hac vice*)
blandau@hausfeld.com
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3273
Facsimile:  (215) 985-3271

*Counsel for Direct Purchaser Plaintiffs*

Dated:  January 19, 2023              KENNY NACHWALTER, P.A.

By:  */s/ Scott E. Perwin*
SCOTT E. PERWIN (*pro hac vice*)
sep@knpa.com
LAUREN C. RAVKIND (*pro hac vice*)
lcr@knpa.com
ANNA T. NEILL (SBN 270858)
aneill@knpa.com
1100 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000

*Counsel for Walgreen Plaintiffs*

Dated:  January 19, 2023

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/ Barry L. Refsin
BARRY L. REFSIN (*pro hac vice*)
brefsin@hangley.com
CAITLIN V. MCHUGH (*pro hac vice*)
cmchugh@hangley.com
ALEXANDER J. EGERVÁRY (*pro hac vice*)
aegervary@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200

ERIC L. BLOOM (*pro hac vice*)
ebloom@hangley.com
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
Telephone: (717) 364-1030

*Counsel for CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqtrs. Corp.*

Dated:  January 19, 2023

ZELLE LLP

By: /s/ Judith A. Zahid
JUDITH A. ZAHID (SBN 215418)
jzahid@zellelaw.com
ERIC W. BUETZOW (SBN 253803)
ebuetzow@zellelaw.com
JAMES S. DUGAN (SBN 325565)
jdugan@zellelaw.com
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700

ZELLE LLP
WILLIAM BORNSTEIN (*pro hac vice*)
wbornstein@zellelaw.com
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020

```
                                    BOIES SCHILLER FLEXNER LLP
                                    HAMISH P.M. HUME (pro hac vice)
                                    hhume@bsfllp.com
                                    ERIC MAURER (pro hac vice)
                                    emaurer@bsfllp.com
                                    MICHAEL S. MITCHELL (pro hac vice)
                                    mmitchell@bsfllp.com
                                    1401 New York Ave, NW
                                    Washington, DC 20005
                                    Telephone: (202) 237-2727

                                    BOIES SCHILLER FLEXNER LLP
                                    BEKO O. REBLITZ-RICHARDSON (SBN 238027)
                                    brichardson@bsfllp.com
                                    44 Montgomery Street, 41st Floor
                                    San Francisco, CA 94104
                                    Telephone: (415) 293-6800

                                    Counsel for United HealthCare Services, Inc.
```

Dated: January 19, 2023            CROWELL & MORING LLP

                                   By: /s/ Daniel A. Sasse
                                       DANIEL A. SASSE (SBN 236234)
                                       dsasse@crowell.com
                                       JOANNA M. FULLER (SBN 266406)
                                       jfuller@crowell.com
                                       TIFFANIE L. MCDOWELL (SBN 288946)
                                       tmcdowell@crowell.com
                                       3 Park Plaza, 20th Floor
                                       Irvine, CA 92614
                                       Telephone: (949) 263-8400
                                       Facsimile:  (949) 263-8414

                                       KENT A. GARDINER (pro hac vice)
                                       kgardiner@crowell.com
                                       1001 Pennsylvania Avenue NW
                                       Washington, DC 20004
                                       Telephone: (202) 624-2500
                                       Facsimile:  (202) 628-5116

|   |   |
|---|---|
| 1 | LAURA A. LYDIGSEN (*pro hac vice*) |
| 2 | llydigsen@crowell.com |
|   | 455 N. Cityfront Plaza Drive, Ste. 3600 |
| 3 | Chicago, IL 60611 |
|   | Telephone: (312) 321-4200 |
| 4 | Facsimile:  (312) 321-4299 |

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Health Care Service Corporation, a Mutual Legal Reserve Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc.*

Dated:  January 19, 2023                    BERRY SILBERBERG STOKES PC

By:  */s/ Joshua C. Stokes*
JOSHUA C. STOKES (SBN 220214)
jstokes@berrysilberberg.com
CAROL M. SILBERBERG (SBN 217658)
csilberberg@berrysilberberg.com
6080 Center Drive, Sixth Floor
Los Angeles, CA 90045
Telephone: (213) 986-2690
Facsimile:  (213) 986-2677

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Triple-S Salud, Inc.; Blue Cross and Blue Shield of Kansas City; and Kaiser Foundation Health Plan, Inc.*

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Nicholas F. Wasdin, attest that concurrence in the filing of this document has been obtained.

Dated: January 19, 2023                    */s/ Nicholas Wasdin*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ Nicholas Wasdin

### ~~[PROPOSED]~~ ORDER

Based on the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the stipulation is approved.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 23, 2023

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES SENIOR DISTRICT JUDGE