| | |
|---|---|
| Michael J. Shipley (SBN 233674)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Suite 3700<br>Los Angeles, California 90071<br>Tel: (213) 680-8400<br>michael.shipley@kirkland.com | Paul J. Riehle (SBN 115199)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>paul.riehle@faegredrinker.com<br>Four Embarcadero Center, 27th Floor<br>San Francisco, California 94111<br>Telephone: (415) 591-7521 |
| Jay P. Lefkowitz, P.C. (*pro hac vice*)<br>Devora W. Allon, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-4800<br>lefkowitz@kirkland.com<br>devora.allon@kirkland.com | *Attorney for Defendants Janssen R&D Ireland, Janssen Products, L.P. and Johnson & Johnson*<br><br>Christopher T. Holding (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, Massachusetts 02210<br>Telephone: (617) 570-1000<br>Facsimilie: (617) 523-1231<br>Email: cholding@goodwinlaw.com |
| James F. Hurst, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Tel: (312) 862-2000<br>james.hurst@kirkland.com | |
| *Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC* | *Attorney for Defendant Teva Pharmaceuticals USA, Inc.*<br><br>*Additional Counsel for Defendants Found on Signature Page* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 3:19-CV-02573-EMC (LEAD CASE)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Ctrm:      5 – 17th Floor<br><br>Judge:     Honorable Edward M. Chen |

**TO ALL THE PARTIES AND THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rule 7-11, Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC ("Gilead"), Janssen R&D Ireland, Janssen Products, L.P. and Johnson & Johnson ("Janssen"), and Teva Pharmaceuticals USA, Inc. ("Teva") respectfully move this Court for an Order to remove Docket Numbers 1576-01, 1577-01, 1579-01, 1580-01, 1581-01, 1582-01, 1583-01, 1584-01, 1585-01, 1586-01, 1587-01, 1589-01, 1590-01, and 1591-01 from the ECF docket on the grounds that they were incorrectly filed. The documents, submitted electronically in connection with Defendants' redacted summary judgment and *Daubert* briefings on December 20, 2022, contain information that the Court granted Defendants' sealing requests for (*See* Dkt. No. 1555) or were not required to be filed in their entirety pursuant to the Court-ordered sealing stipulation (*See* Dkt. No 1375).

Both the Court's Civil Case Docketing and Docket Correction Team and ECF Help Desk have been notified of this filing error. The ECF Help Desk is awaiting the Court's order to remove the documents from the record. Defendants will submit corrected versions of these exhibits pursuant to the sealing requests granted in the Court's orders. *See* Dkt. Nos. 1375, 1555.

For the foregoing reasons, Defendants respectfully request that the Court grant this motion and remove the above-listed docket entries from the docket.

The Administrative Motion is based on this Notice of Motion and the [Proposed] Order.

DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (CASE NO: 3:19-CV-02573-EMC)

Dated: February 22, 2023          By:   /s/ Devora W. Allon
                                        Devora W. Allon

                                        **KIRKLAND & ELLIS LLP**

                                        Jay P. Lefkowitz, P.C. (*pro hac vice*)
                                        Devora W. Allon, P.C. (*pro hac vice*)
                                        KIRKLAND & ELLIS LLP
                                        601 Lexington Avenue
                                        New York, New York 10022
                                        Tel: (212) 446-4800
                                        lefkowitz@kirkland.com
                                        devora.allon@kirkland.com

                                        James F. Hurst, P.C. (*pro hac vice*)
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, Illinois 60654
                                        Tel: (312) 862-2000
                                        james.hurst@kirkland.com

                                        Michael J. Shipley (SBN 233674)
                                        KIRKLAND & ELLIS LLP
                                        555 South Flower Street
                                        Suite 3700
                                        Los Angeles, California 90071
                                        Tel: (213) 680-8400
                                        michael.shipley@kirkland.com

                                        *Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

                                        **FAEGRE DRINKER BIDDLE & REATH LLP**

                                        /s/ Paul J. Riehle
                                        Paul J. Riehle (SBN 115199)
                                        paul.riehle@faegredrinker.com
                                        Four Embarcadero Center, 27th Floor
                                        San Francisco, California 94111

                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                        Paul H. Saint-Antoine (*pro hac vice*)
                                        paul.saint-antoine@faegredrinker.com
                                        Joanne C. Lewers (*pro hac vice*)
                                        joanne.lewers@faegredrinker.com
                                        One Logan Square, Ste. 2000
                                        Philadelphia, PA 19103

                                        *Counsel for Defendants Janssen R&D Ireland, Janssen Products, L.P. and Johnson & Johnson*

DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (CASE NO: 3:19-CV-02573-EMC)

**GOODWIN PROCTER LLP**

*/s/ Christopher T. Holding*
Christopher T. Holding (*pro hac vice*)
Molly Grammel (*pro hac vice*)
Tucker DeVoe (*pro hac vice*)
Jordan Bock (SBN 321477)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Facsimile: (617) 523-1231
CHolding@goodwinlaw.com
MGrammel@goodwinlaw.com
TDeVoe@goodwinlaw.com
JBock@goodwinlaw.com

Brian T. Burgess (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Tel: (202) 346-4000
Facsimile: (617) 523-1231
bburgess@goodwinlaw.com

Alexis S. Coll (SBN 212735)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Tel: (650) 752-3100
Facsimile: (650) 853-1038
ascoll@goodwinlaw.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), regarding signatures, I, Devora W. Allon, attest that concurrence in the filing of this document has been obtained.

Executed:  February 22, 2023          /s/          *Devora W. Allon*
                                               Devora W. Allon

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2023, I caused to be filed the foregoing document with the United States District Court for the Northern District of California using the CM/ECF system, and caused it to be served on all registered participants via notice of electronic filing.

*/s/ Devora W. Allon*
Devora W. Allon