| | |
|---|---|
| Steve D. Shadowen (*pro hac vice*)<br>HILLIARD & SHADOWEN LLP<br>steve@hilliardshadowenlaw.com<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>Telephone: (855) 344-3298 | Jay Lefkowitz (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-4800<br>lefkowitz@kirkland.com |
| Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | Bart H. Williams<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Tel: (310) 284-4520<br>bwilliams@proskauer.com |
| *Co-Lead Counsel for End Payor Plaintiffs* | *Counsel for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC* |
| Dianne M. Nast (*pro hac vice*)<br>NASTLAW LLC<br>dnast@nastlaw.com<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Telephone: (215) 923-9300 | Christopher T. Holding (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>Email: CHolding@goodwinlaw.com |
| Michael L. Roberts (*pro hac vice*)<br>ROBERTS LAW FIRM US, PC<br>mikeroberts@robertslawfirm.us<br>1920 McKinney Avenue, Suite 700<br>Dallas, Texas 75204<br>Telephone: (501) 952-8558 | *Counsel for Defendant Teva Pharmaceuticals USA, Inc.* |
| *Co-Lead Counsel for Direct Purchaser Plaintiffs* | (Additional Counsel for Defendants Listed on Signature Page) |
| (Additional Counsel for Plaintiffs Listed on Signature Page) | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION*<br><br>This Document Relates to: ALL ACTIONS | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**JOINT STATUS REPORT REGARDING (1) TAF-RELATED DISPUTE, (2) POTENTIAL STIPULATION REGARDING TDF SETTLEMENT, AND (3) REVISED WITNESS LISTS**<br><br>Ctrm: 5-17th Floor<br>Judge: Honorable Edward M. Chen |

Pursuant to the Court's March 19, 2023 order (ECF No. 1716) (hereafter, "Order"), End-Payor Plaintiffs Brenda Emily Goodrow, Andrew R. Spieldenner, Ph.D., Josh McDonald, Troy Vazquez-Cain, Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund (together, "EPPs"); Direct Purchaser Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. ("DPPs"); Retailers CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Walgreen Co., The Kroger Co., Albertsons Companies, Inc. and H-E-B, L.P. (together, "Retailer Plaintiffs"); United HealthCare Services, Inc. ("United HealthCare"); Individual Health Plan Plaintiffs Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO), Centene Corporation, Health Care Service Corporation, a Mutual Legal Reserve Company, Humana Inc., Triple-S Salud, Inc., Kaiser Foundation Health Plan, Inc., and Blue Cross and Blue Shield of Kansas City (together, the "Individual Health Plan Plaintiffs" or "IHPPs") (collectively, "Plaintiffs"); and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC ("Gilead"), and Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties") have met and conferred and hereby submit the following update to the Court.

## I. TAF-RELATED DISPUTE[1]

Plaintiffs and Gilead continue to narrow their dispute regarding proposed trial exhibits that (1) Gilead contends relate to TAF and contain irrelevant and/or prejudicial content that is inadmissible under the Court's rulings on summary judgment and Defendants' Motion *in Limine* #1, and (2) Plaintiffs contend are relevant to assessing market power, liability, and damages for the at-issue conduct and drugs. Plaintiffs and Gilead met and conferred twice (for approximately two hours), identified the exhibits at issue, resolved their dispute as to certain exhibits, and are considering potential redactions and excerpts on others. Gilead has identified 155 documents at issue. Of these 155 documents, Plaintiffs agreed—in an

---

[1] In agreeing to remove exhibits from their exhibit list, Plaintiffs do not concede that they are in fact "TAF documents" and maintain that they contain contents relevant to Plaintiffs' reverse payment claims. Plaintiffs nonetheless agree to remove certain exhibits in an effort to resolve—or at least narrow—this dispute, while reserving all rights to seek to introduce them at trial in response to evidence or argument introduced by Defendants.

effort to resolve this dispute—to remove 133 from their exhibit list, in addition to the documents that Plaintiffs removed from the list while conducting their own review. Twenty-two exhibits remain in dispute. Gilead contends that four of the exhibits in dispute should be removed and that 18 warrant redaction for prejudice and/or to remove TAF-related evidence that Gilead contends has already been ruled irrelevant. Plaintiffs are assessing those documents further, including with respect to the proposed redactions. Plaintiffs and Gilead will have a final meet and confer on March 29, 2023 and will submit their remaining TAF-related disputes to the Court on March 31, 2023.

**II.    POTENTIAL TDF STIPULATION**

In the Order, the Court instructed the parties to "meet and confer to determine whether they can reach agreement on a stipulation of fact related to the TDF patent settlement agreement — including the removal of the no-authorized generic provision from the settlement agreement." During a March 21 meet and confer, Plaintiffs agreed to propose a first draft of such a stipulation, which they provided on Friday, March 24. Gilead and Teva are continuing to evaluate the proposed stipulation and will discuss it with Plaintiffs during the March 29, 2023 meet and confer. The Parties expect to submit a proposed stipulation, if one is possible, by April 6, 2023.

**III.   UPDATED WITNESS LISTS AND WITNESS SUMMARIES**

Attached hereto as Exhibit A (Plaintiffs) and Exhibit B (Defendants) are updated trial witness lists, including witness summaries, type of testimony (live or by deposition), likelihood of testimony, and time estimates. *See* Order at 32-33.

Respectfully submitted,

Dated:  March 28, 2023                     KIRKLAND & ELLIS LLP

By:  */s/ Devora Allon*
JAY LEFKOWITZ, P.C. (*pro hac vice*)
lefkowitz@kirkland.com
DEVORA W. ALLON, P.C. (*pro hac vice*)
devora.allon@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

JAMES F. HURST, P.C. (*pro hac vice*)
james.hurst@kirkland.com
KEVIN T. VAN WART (*pro hac vice*)
kevinvanwart@kirkland.com
NICHOLAS F. WASDIN (*pro hac vice*)
nick.wasdin@kirkland.com
KEVIN M. JONKE (*pro hac vice*)
kevin.jonke@kirkland.com
MOLLY KELLY (*pro hac vice*)
molly.kelley@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

MICHAEL J. SHIPLEY (SBN 233674)
michael.shipley@kirkland.com
555 South Flower Street
Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

PROSKAUER ROSE LLP

BART H. WILLIAMS (SBN 134900)
bwilliams@proskauer.com
SUSAN L. GUTIERREZ (SBN 2733980)
sgutierrez@proskauer.com
CHRISTINA MARIA ASSI (SBN 311992)
cassi@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 284-4520

*Counsel for Defendants
Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead
Sciences, LLC, and Gilead Sciences Ireland UC*

| | | |
|---|---|---|
|Dated:  March 28, 2023| |GOODWIN PROCTER LLP|

By: */s/ Christopher T. Holding*
CHRISTOPHER T. HOLDING (*pro hac vice*)
CHolding@goodwinlaw.com
MOLLY R. GRAMMEL (*pro hac vice*)
MGrammel@goodwinlaw.com
TUCKER DEVOE (*pro hac vice*)
TDeVoe@goodwinlaw.com
JORDAN BOCK (SBN 321477)
JBock@goodwinlaw.com
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile:  (617) 523-1231

BRIAN T. BURGESS (*pro hac vice*)
BBurgess@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000
Facsimile:  (617) 523-1231

ALEXIS S. COLL (SBN 212735)
AsColl@goodwinlaw.com

GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

Dated:  March 28, 2023

HILLIARD & SHADOWEN LLP

By: */s/ Steve Shadowen*
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
RICHARD BRUNELL (*pro hac vice*)
rbrunell@hilliardshadowenlaw.com
NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
nshadowen@hilliardshadowenlaw.com
TINA JOANN MIRANDA (*pro hac vice*)
tmiranda@hilliardshadowenlaw.com
MATTHEW C. WEINER (*pro hac vice*)
matt@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone:  (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
ABBYE R. K. OGNIBENE (SBN 311112)
abbyeo@hbsslaw.com
LAUREN G. BARNES (*pro hac vice*)
lauren@hbsslaw.com
1 Faneuil Hall Square, 5th Floor
BOSTON, MA 02109
Telephone: (617) 482-3700

*Co-Lead Counsel for End-Payor Plaintiffs*

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER (*pro hac vice*)
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
JOSEPH M. VANEK (*pro hac vice*)

jvanek@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

Dated:  March 28, 2023            LAW OFFICES OF FRANCIS O. SCARPULLA

By: */s/ Francis Scarpulla*
FRANCIS O. SCARPULLA (SBN 41059)
fos@scarpullalaw.com
PATRICK B. CLAYTON (SBN 240191)
pbc@scarpullalaw.com
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile:  (415) 788-0706

*Liaison Counsel for Direct Purchaser Plaintiff Classes*

NASTLAW LLC
DIANNE M. NAST (*pro hac vice*)
dnast@nastlaw.com
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile:  (215) 923-9302

ROBERTS LAW FIRM US, PC
MICHAEL L. ROBERTS (*pro hac vice*)
mikeroberts@robertslawfirm.us
KAREN SHARP HALBERT
karenhalbert@robertslawfirm.us
ERICH P. SCHORK
erichschork@robertslawfirm.us
SARAH E. DELOACH
sarahdeloach@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for Direct Purchaser Plaintiff Classes*

HAUSFELD LLP
MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeld.com
888 16th St. NW, Suite 300
Washington DC 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

HAUSFELD LLP
MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeld.com
SETH R. GASSMAN (SBN 311702)
sgassman@hausfeld.com
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

HAUSFELD LLP
BRENT WILLIAM LANDAU (*pro hac vice*)
blandau@hausfeld.com
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3273
Facsimile:  (215) 985-3271

*Counsel for Direct Purchaser Plaintiffs*

1  Dated:  March 28, 2023                          KENNY NACHWALTER, P.A.

2                                                 By: */s/ Scott Perwin*
3                                                     SCOTT E. PERWIN (*pro hac vice*)
                                                      sep@knpa.com
4                                                     LAUREN C. RAVKIND (*pro hac vice*)
                                                      lcr@knpa.com
5                                                     ANNA T. NEILL (SBN 270858)
                                                      aneill@knpa.com
6                                                     1100 Four Seasons Tower
                                                      1441 Brickell Avenue
7                                                     Miami, FL 33131
                                                      Telephone: (305) 373-1000
8

9                                                     *Counsel for Walgreen Plaintiffs*

10
    Dated:  March 28, 2023                          HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
11
                                                   By: */s/ Barry Refsin*
12                                                    BARRY L. REFSIN (*pro hac vice*)
                                                      brefsin@hangley.com
13                                                    CAITLIN V. MCHUGH (*pro hac vice*)
                                                      cmchugh@hangley.com
14                                                    ALEXANDER J. EGERVÁRY (*pro hac vice*)
                                                      aegervary@hangley.com
15                                                    One Logan Square, 27th Floor
                                                      Philadelphia, PA 19103
16                                                    Telephone: (215) 568-6200
17

18                                                    ERIC L. BLOOM (*pro hac vice*)
                                                      ebloom@hangley.com
19                                                    2805 Old Post Road, Suite 100
                                                      Harrisburg, PA 17110
20                                                    Telephone: (717) 364-1030

21
                                                      *Counsel for CVS Pharmacy, Inc., Rite Aid Corporation and*
22                                                    *Rite Aid Hdqtrs. Corp.*

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated:  March 28, 2023 | ZELLE LLP |

By: */s/ Judith Zahid*
JUDITH A. ZAHID (SBN 215418)
jzahid@zellelaw.com
ERIC W. BUETZOW (SBN 253803)
ebuetzow@zellelaw.com
JAMES S. DUGAN (SBN 325565)
jdugan@zellelaw.com
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700

ZELLE LLP
WILLIAM BORNSTEIN (*pro hac vice*)
wbornstein@zellelaw.com
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020

BOIES SCHILLER FLEXNER LLP
HAMISH P.M. HUME (*pro hac vice*)
hhume@bsfllp.com
ERIC MAURER (*pro hac vice*)
emaurer@bsfllp.com
MICHAEL S. MITCHELL (*pro hac vice*)
mmitchell@bsfllp.com
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727

BOIES SCHILLER FLEXNER LLP
BEKO O. REBLITZ-RICHARDSON (SBN 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

*Counsel for United HealthCare Services, Inc.*

| | | |
|---|---|---|
| 1 | Dated:  March 28, 2023 | CROWELL & MORING LLP |

By:  */s/ Daniel Sasse*
    DANIEL A. SASSE (SBN 236234)
    dsasse@crowell.com
    JOANNA M. FULLER (SBN 266406)
    jfuller@crowell.com
    TIFFANIE L. MCDOWELL (SBN 288946)
    tmcdowell@crowell.com
    3 Park Plaza, 20th Floor
    Irvine, CA 92614
    Telephone: (949) 263-8400
    Facsimile:  (949) 263-8414

    KENT A. GARDINER (*pro hac vice*)
    kgardiner@crowell.com
    1001 Pennsylvania Avenue NW
    Washington, DC 20004
    Telephone: (202) 624-2500
    Facsimile:  (202) 628-5116

    LAURA A. LYDIGSEN (*pro hac vice*)
    llydigsen@crowell.com
    455 N. Cityfront Plaza Drive, Ste. 3600
    Chicago, IL 60611
    Telephone: (312) 321-4200
    Facsimile:  (312) 321-4299

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Health Care Service Corporation, a Mutual Legal Reserve Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc.*

Dated: March 28, 2023

BERRY SILBERBERG STOKES PC

By: */s/ Joshua Stokes*
JOSHUA C. STOKES (SBN 220214)
jstokes@berrysilberberg.com
CAROL M. SILBERBERG (SBN 217658)
csilberberg@berrysilberberg.com
6080 Center Drive, Sixth Floor
Los Angeles, CA 90045
Telephone: (213) 986-2690
Facsimile: (213) 986-2677

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Triple-S Salud, Inc.; Blue Cross and Blue Shield of Kansas City; and Kaiser Foundation Health Plan, Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, [Name], attest that concurrence in the filing of this document has been obtained.

Dated: March 28, 2023                                                                 */s/ Devora Allon*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2023, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

Dated: March 28, 2023                                                                 */s/ Devora Allon*