# EXHIBIT B

Michael J. Shipley
KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

Jay P. Lefkowitz, P.C. (*pro hac vice*)
Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com
devora.allon@kirkland.com

James F. Hurst, P.C. (*pro hac vice*)
Nick Wasdin (*pro hac vice*)
Kevin M. Jonke (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
nick.wasdin@kirkland.com
kevin.jonke@kirkland.com

Bart H. Williams (SBN 134900)
Susan L. Gutierrez (SBN 273980)
Christina Maria Assi (SBN 311992)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
bwilliams@proskauer.com
sgutierrez@proskauer.com
cassi@proskauer.com

*Attorneys for Defendants Gilead Sciences, Inc.,
Gilead Holdings, LLC, Gilead Sciences, LLC,
and Gilead Sciences Ireland UC*

Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Telephone: (617) 570-1000
Facsimilie: (617) 523-1231
Email: cholding@goodwinlaw.com

*Attorney for Defendant Teva Pharmaceuticals
USA, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION | Case No. 3:19-cv-02573-EMC |
| | **DEFENDANTS' REVISED AMENDED WITNESS LIST** |
| THIS DOCUMENT RELATES TO: | |
| All Actions | |

1

## DEFENDANTS' REVISED AMENDED WITNESS LIST

2

Pursuant to the Court's March 19, 2023 Order regarding Trial Structure and Motions in Limine

3

(ECF No. 1716), attached as Appendix 1 is Defendants' revised amended witness list (in alphabetical

4

order) for the reverse-payment trial.  For each witness, Defendants (i) state whether the witness will

5

testify live or by deposition, (ii) differentiate whom Defendants expect to call and whom Defendants

6

7

may call, (iii) include summaries of the testimony that each witness is expected to provide, and

8

(iv) provide time estimates for how much time a witness is expected to testify on direct examination

9

and cross examination.  Defendants reserve their rights to amend the manner in which they expect to

10

present any testimony and the estimated time of any testimony.

11

Defendants reserve the right to examine any witness called by any other party.  Defendants

12

further reserve the right to supplement or amend this Witness List and to identify additional witnesses,

13

including but not limited to rebuttal and impeachment witnesses, prior to the conclusion of the trial.

14

15

16

Los Angeles, California
Dated:  March 28, 2023

Respectfully submitted,

17

By:  */s/ Michael Shipley*

18

Michael J. Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

19

20

21

22

Jay Lefkowitz, P.C. (*pro hac vice*)
Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com
devora.allon@kirkland.com

23

24

25

26

James F. Hurst, P.C. (*pro hac vice*)
Nick Wasdin (*pro hac vice*)
Kevin M. Jonke (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle

27

28

1    Chicago, Illinois 60654
     Tel: (312) 862-2000
2    james.hurst@kirkland.com
     nick.wasdin@kirkland.com
3    kevin.jonke@kirkland.com

4    Bart H. Williams (SBN 134900)
     Susan L. Gutierrez (SBN 273980)
5    Christina Maria Assi (SBN 311992)
     PROSKAUER ROSE LLP
6    2029 Century Park East, Suite 2400
     Los Angeles, California 90067
7    Tel: (310) 557-2900
     bwilliams@proskauer.com
8    sgutierrez@proskauer.com
     cassi@proskauer.com
9
     *Attorneys for Defendants*
10   *Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead*
     *Sciences, LLC, and Gilead Sciences Ireland UC*
11
      */s/ Christopher T. Holding*
12   Christopher T. Holding (*pro hac vice*)
     Molly Grammel (*pro hac vice*)
13   Tucker DeVoe (*pro hac vice*)
     Jordan Bock (SBN 321477)
14   GOODWIN PROCTER LLP
     100 Northern Avenue
15   Boston, MA 02210
     Telephone: (617) 570-1000
16   Facsimile: (617) 523-1231
     CHolding@goodwinlaw.com
17   MGrammel@goodwinlaw.com
     TDeVoe@goodwinlaw.com
18   JBock@goodwinlaw.com

19   Brian T. Burgess (*pro hac vice*)
     GOODWIN PROCTER LLP
20   1900 N Street, NW
     Washington, DC 20036
21   Phone: (202) 346-4000
     Facsimile: (617) 523-1231
22   Email:   BBurgess@goodwinlaw.com

23   Alexis S. Coll (SBN 212735)
     GOODWIN PROCTER LLP
24   601 Marshall Street
     Redwood City, CA 94063
25   Telephone: (650) 752-3100
     Facsimile: (650) 853-1038
26   AsColl@goodwinlaw.com

27   *Attorneys for Defendant*
     *Teva Pharmaceuticals USA, Inc.*
28

**Appendix 1**

**Fact Witnesses that Gilead and Teva Expect to or May Call at Trial**

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[1] | Time Total |
|---|---|---|---|---|---|---|
| Bradish, Kathleen<br><br>*May be contacted through counsel for Gilead* | May Call | Deposition | Ms. Bradish is a former counsel at Cleary, Gottlieb, Steen & Hamilton and served as antitrust counsel for Gilead in the relevant period.  Ms. Bradish may testify regarding her communications with the Federal Trade Commission regarding the 2013 and 2014 settlement agreements between Gilead and Teva. | 15 minutes | N/A | 15 minutes |
| Cannella, Nicholas<br><br>*May be contacted through counsel for Gilead* | May Call | Deposition | Mr. Cannella is a former partner at Fitzpatrick, Cella, Harper & Scinto and served as outside counsel for Gilead during the negotiation of the 2013 and 2014 settlement agreements between Gilead and Teva.  Mr. Cannella may testify regarding those negotiations. | 30 minutes | 30 minutes | 1 hour |

---

[1]   The parties exchanged estimates of examination times in advance of this filing.  This column indicates Plaintiffs' current time estimates for those witnesses they are planning to call affirmatively.

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[1] | Time Total |
|---|---|---|---|---|---|---|
| Chopskie, Greg <br><br> *May be contacted through counsel for Gilead* | May Call | Live[2] | Mr. Chopskie is a former Associate General Counsel at Gilead.  He is expected to testify regarding Gilead's experience with ANDA and Hatch-Waxman patent litigation and settlement; the negotiation and terms of the 2013 and 2014 settlement agreements between Gilead and Teva; and any other issues covered in his deposition testimony. | 1 hour | 30 minutes | 1.5 hours |
| Gibbs, Craig <br><br> *May be contacted through counsel for Gilead* | May Call | Live | Mr. Gibbs is Gilead's former Vice President of Commercial Strategy, Planning, and Operations.  He is expected to testify regarding Gilead's strategy and preparation for the commercial launch of products, and any other issues covered in his deposition testimony. | 1 hour | 1 hour | 2 hours |
| Groff, Carrie <br> *May be contacted through counsel for Teva* | Expect to Call | Live | Ms. Groff is the Director of New Product Introduction at Teva, and is expected to testify about Teva's forecasts, marketing, and launch timing for its generic Truvada and Atripla products, as well as the processes by which Teva developed them. | 45 minutes | 20 minutes | 1 hour, 5 minutes |

---

[2] Out of an abundance of caution, Defendants have also designated deposition testimony for three fact witnesses they may call live or expect to call live:  Greg Chopskie, Craig Gibbs, and Brett Pletcher.  Defendants respectfully submit that the Court need not review those deposition designations unless any such witness becomes unavailable before trial.

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[1] | Time Total |
|---|---|---|---|---|---|---|
| Hashmall, David *May be contacted through counsel for Teva* | May Call | Live | Mr. Hashmall is a former partner at Goodwin Procter and served as outside counsel for Teva during the negotiation of the 2013 and 2014 settlement agreements between Gilead and Teva.  Mr. Hashmall may testify regarding those negotiations. | 45 minutes | 45 minutes | 1.5 hours |
| Johns, Blessy *May be contacted through counsel for Aurobindo* | May Call | Deposition | Ms. Johns, the 30(b)(6) corporate designee of third party Aurobindo, a generic manufacturer, will testify regarding Aurobindo's regulatory filings; its settlement agreement with Gilead; and generally with respect to Aurobindo's business practices and approach to Hatch-Waxman litigation. | 5 minutes | 10 minutes | 15 minutes |
| Julie, Staci *May be contacted through counsel for Teva* | Expect to Call | Live | Ms. Julie is Teva's Senior Vice President and Chief IP Counsel.  She is expected to testify regarding Teva's experience with ANDA and Hatch-Waxman patent litigation and settlement, including as first filer and subsequent generic filer; Teva's internal assessments of the merits of the patents associated with Truvada and Atripla; similar assessments conducted for Teva by external counsel; assessments of Teva's likelihood of prevailing in the FTC patent litigation; the timing of Teva's ANDA approvals and related issues concerning forfeiture; the negotiation of the 2013 and 2014 settlement agreements between Teva and Gilead; and the factors that Teva considered in evaluating the terms of the 2014 settlement agreement. | 3.5 hours | 1.5 hours | 5 hours |

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[1] | Time Total |
|---|---|---|---|---|---|---|
| Killion, Fred *May be contacted through counsel for Teva* | May Call | Live | Mr. Killion is Teva's former Senior Vice President and Deputy CLO.  He may testify about the factors that Teva considered in evaluating the terms of the 2014 settlement agreement between Gilead and Teva. | 30 minutes | 30 minutes | 1 hour |
| Koomey, Melissa *May be contacted through counsel for Gilead* | Expect to Call | Live | Ms. Koomey is Gilead's Vice President and Head of Global Commercial Operations.  She is expected to testify regarding Gilead's history of innovation, patient assistance program, pricing decisions and considerations, consideration of authorized generics, and any other issues covered in her deposition testimony. | 1 hour | 30 minutes | 1.5 hours |
| Kovaleski, John *May be contacted through counsel for Teva* | May Call | Live | Mr. Kovaleski is the Vice President of Global New Product Introduction at Teva.  He may testify regarding the timing of Teva's ANDA approvals and related issues concerning forfeiture; Teva's  manufacturing and launch capabilities concerning its generic Truvada and Atripla products; and its forecasting relating to the same. | 20 minutes | 20 minutes | 40 minutes |
| Mitchell, David *May be contacted through counsel for Mylan* | May Call | Deposition | Mr. Mitchell, the 30(b)(6) corporate designee of third party Mylan, a generic manufacturer, will testify regarding Mylan's regulatory filings; its settlement agreement with Gilead; and generally with respect to Mylan's business practices and approach to Hatch-Waxman litigation. | 10 minutes | 10 minutes | 20 minutes |

(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[1] | Time Total |
|---|---|---|---|---|---|---|
| Montalvo, Manny *May be contacted through counsel for Teva* | Expect to Call | Live | Mr. Montalvo is the Director of NTE Global Marketing at Teva.  He is expected to testify about Teva's plans to develop New Therapeutic Entity ("NTE") products for the treatment of HIV containing tenofovir disoproxil fumarate and/or emtricitabine, as well as the relationship between the 2014 settlement agreement between Gilead and Teva and the development of Teva's HIV NTE products. | 1 hour | 30 minutes | 1.5 hours |
| Moriarty, Sean *May be contacted through counsel for Lupin* | Expect to Call | Deposition | Mr. Moriarty is a former in-house attorney for Lupin.  Mr. Moriarty will testify regarding the negotiations with Gilead settling Lupin's patent litigation over the FTC patents; and generally with respect to Lupin's business practices and approach to Hatch-Waxman litigation. | 10 minutes | 10 minutes | 20 minutes |
| Patel, Anil *May be contacted through counsel for Cipla* | Expect to Call | Deposition | Mr. Patel is a former in-house attorney for Cipla.  Mr. Patel will testify regarding the negotiations with Gilead settling Cipla's patent litigation over the FTC patents; and generally with respect to Cipla's business practices and approach to Hatch-Waxman litigation. | 10 minutes | 20 minutes | 30 minutes |

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[1] | Time Total |
|---|---|---|---|---|---|---|
| Pletcher, Brett<br><br>*May be contacted through counsel for Gilead* | Expect to Call | Live | Mr. Pletcher is Gilead's former General Counsel. He is expected to testify regarding Gilead's experience with ANDA and Hatch-Waxman patent litigation and settlement; the negotiation and terms of the 2013 and 2014 settlement agreements between Gilead and Teva; and any other issues covered in his deposition testimony. | 2 hours | 1 hour | 3 hours |
| Sagar, Deep<br><br>*May be contacted through counsel for Cipla* | Expect to Call | Deposition | Mr. Sagar, the 30(b)(6) corporate designee of third party Cipla, a generic manufacturer, will testify regarding Cipla's regulatory filings; its settlement agreement with Gilead; and generally with respect to Cipla's business practices and approach to Hatch-Waxman litigation. | 10 minutes | 10 minutes | 20 minutes |
| Tiruvattar, Chandran<br><br>*May be contacted through counsel for Strides* | May Call | Deposition | Mr. Tiruvattar, the 30(b)(6) corporate designee of third party Strides, a generic manufacturer, will testify regarding Strides' regulatory filings; its settlement agreement with Gilead; and generally with respect to Strides' business practices and approach to Hatch-Waxman litigation. | 10 minutes | 10 minutes | 20 minutes |
| Versosky, Thomas<br><br>*May be contacted through counsel for Laurus* | May Call | Deposition | Mr. Versosky, the 30(b)(6) corporate designee of third party Laurus, a generic manufacturer, will testify regarding Laurus' regulatory filings; its settlement agreement with Gilead; and generally with respect to Laurus's business practices and approach to Hatch-Waxman litigation. | 10 minutes | 10 minutes | 20 minutes |

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | **Time Defendants' Direct Estimate** | **Time Plaintiffs' Cross Estimate[1]** | **Time Total** |
|---|---|---|---|---|---|---|
| Any person on Plaintiffs' witness list or that Plaintiffs otherwise call or intend to call at trial. | May Call | Live | | | | |

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

**Expert Witnesses that Gilead and Teva Expect to or May Call at Trial**

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[3] | Time Total |
|---|---|---|---|---|---|---|
| Cory J. Berkland, Ph.D. | Expect to Call | Live | Dr. Berkland, an expert witness, will testify as to the opinions and analysis set forth in his written report, and as discussed or elaborated by Dr. Berkland in his deposition, including but not limited to opinion testimony regarding the validity of Gilead's FTC and formulation patents; that Teva's generic Truvada and Atripla products infringed Gilead's patents; and rebuttal to testimony of Plaintiffs' expert witnesses, including Mr. Edward Lentz.<br><br>Dr. Berkland's expert report and any errata thereto, as well as his curriculum vitae, were filed with Defendants' prior witness list on February 9, 2023.  (ECF No. 1636-05 at 17.) | 2 hours | 30 minutes | 2.5 hours |
| Leonard J. Chyall, Ph.D. | Expect to Call | Live | Dr. Chyall, an expert witness, will testify as to the opinions and analysis set forth in his written report, including but not limited to opinion testimony regarding the validity of Gilead's FTC patents; the experimentation that would have been necessary to separate FTC into its enantiomers, as claimed in the FTC patents; the non-obviousness of | 1.5 hours | 30 minutes | 2 hours |

[3]   The estimates of time for cross-examination of Defendants' expert witnesses are taken from Plaintiffs' February 9, 2023 witness list.  On March 28, 2023, Plaintiffs confirmed they were making no changes to these time estimates.

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[3] | Time Total |
|---|---|---|---|---|---|---|
| | | | separating the enantiomeric compounds for a pharmaceutical candidate; and rebuttal to testimony of Plaintiffs' expert witnesses, including Dr. John Caldwell.<br><br>Dr. Chyall's expert report and any errata thereto, as well as his curriculum vitae, were filed with Defendants' prior witness list on February 9, 2023.  (ECF No. 1636-05 at 230.) | | | |
| Robert A. Dormer | Expect to Call | Live | Mr. Dormer, an expert witness, may testify as to the opinions and analysis set forth in his written report, and as discussed or elaborated by Mr. Dormer in his deposition, including but not limited to opinion testimony about the role of FDA in the development, testing, and approval of branded and generic HIV treatments; and rebuttal to testimony of Plaintiffs' expert witnesses, including Dr. David Hardy, Mr. Jon Clark, and Mr. Todd Clark.<br><br>Mr. Dormer's expert report and any errata thereto, as well as his curriculum vitae, were filed with Defendants' prior witness list on February 9, 2023.  (ECF No. 1636-05 at 297.) | 1 hour | 30 minutes | 1.5 hours |
| Thomas Hoxie | Expect to Call | Live | Mr. Hoxie, an expert witness, is expected to testify as to the opinions and analysis set forth in his written report, and as discussed or elaborated by Mr. Hoxie in his deposition, including but not limited to opinion testimony that the behavior of later- | 1.5 hours | 30 minutes | 2 hours |

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[3] | Time Total |
|---|---|---|---|---|---|---|
| | | | settling generic manufacturers was most strongly influenced by their own bargaining power, rather than the Gilead-Teva settlement agreement; the settlement agreement encouraged challenges to Gilead's patents; the settlement agreement could not restore the 180 days of exclusivity provided under the Hatch Waxman Act; communications from Teva's in-house counsel to management regarding the Gilead-Teva settlement are consistent with Mr. Hoxie's experience and the types of communications he would have prepared in advising management under similar circumstances; and rebuttal to testimony of Plaintiffs' expert witnesses, including Mr. Todd Clark and Mr. Edward Lentz.<br><br>Mr. Hoxie's expert report and any errata thereto, as well as his curriculum vitae, were filed with Defendants' prior witness list on February 9, 2023.  (ECF No. 1636-05 at 458.) | | | |
| Anupam B. Jena, Ph.D. | Expect to Call | Live | Dr. Jena, an expert witness, is expected to testify as to the opinions and analysis set forth in his written reports, and as discussed or elaborated by Dr. Jena in his deposition, including but not limited to opinion testimony that Defendants have advanced HIV drug innovation; the factors that are considered by a pharmaceutical company in determining in which compounds to invest, including development costs; and rebuttal | 3.5 hours | 1 hour | 4.5 hours |

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[3] | Time Total |
|---|---|---|---|---|---|---|
| | | | to testimony of Plaintiffs' expert witnesses, including Dr. David Hardy.  Dr. Jena will also provide opinion testimony regarding Plaintiffs' experts' damages models; that Plaintiffs' economists rely on unsupported but-for world assumptions; that Plaintiffs' experts make flawed damages calculations; and rebuttal to testimony of Plaintiffs' expert witnesses, including Dr. Russell Lamb, Dr. Richard Frank, Dr. Keith Leffler, Dr. Ernst Berndt, and Mr. Brian Hoyt.  Dr. Jena's expert reports and any errata thereto, as well as his curriculum vitae, were filed with Defendants' prior witness list on February 9, 2023.  (ECF No. 1636-05 at 655.) | | | |
| Kathleen O'Malley | Expect to Call | Live | Ms. O'Malley, an expert witness, is expected to testify as to the opinions and analysis set forth in her written report, including but not limited to opinion testimony regarding Teva's chances of prevailing in the FTC litigation; Teva's ability to overcome Gilead's combination patents; and rebuttal to testimony of Plaintiffs' expert witnesses, including Mr. Edward Lentz.  Ms. O'Malley's expert report and any errata thereto, as well as her curriculum vitae, were filed with Defendants' prior | 2 hours | 30 minutes | 2.5 hours |

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[3] | Time Total |
|---|---|---|---|---|---|---|
| | | | witness list on February 9, 2023.  (ECF No. 1636-05 at 870.) | | | |
| Celeste C. Saravia, Ph.D. | Expect to Call | Live | Dr. Saravia, an expert witness, is expected to testify as to the opinions and analysis set forth in her written report, and as discussed or elaborated by Dr. Saravia in her deposition, including but not limited to opinion testimony that the complained of patent settlement agreement and collaboration agreements did not cause competitive harm; the Gilead-Teva settlement agreement did not include a reverse payment and did not delay generic entry; and rebuttal to testimony of Plaintiffs' expert witnesses, including Dr. Ernst Berndt, Dr. Thomas McGuire, Dr. Leemore Dafny, and Mr. Brian Hoyt.<br><br>Dr. Saravia's expert report and any errata thereto, as well as her curriculum vitae, were filed with Defendants' prior witness list on February 9, 2023.  (ECF No. 1636-05 at 1134.) | 3 hours | 1 hour | 4 hours |
| Lawrence Wu, Ph.D. | Expect to Call | Live | Dr. Wu, an expert witness, is expected to testify as to the opinions and analysis set forth in his written report, and as discussed or elaborated by Dr. Wu in his deposition, including but not limited to opinion testimony that Plaintiffs' experts' market definition opinions are unsupportable; a market involving HIV products is dynamic; Plaintiffs' brand-and-AB-rated markets are | 2 hours | 1 hour | 3 hours |

| Witness Name | May Call / Expect to Call | Manner | Witness Summary | Time Defendants' Direct Estimate | Time Plaintiffs' Cross Estimate[3] | Time Total |
|---|---|---|---|---|---|---|
| | | | not properly defined; innovation, rather than price, is the key metric of competition among HIV products; Plaintiffs have not demonstrated that Defendants have market power; and rebuttal to testimony of Plaintiffs' expert witnesses, including Dr. Thomas McGuire and Dr. Russell Lamb. Dr. Wu's expert report and any errata thereto, as well as his curriculum vitae, were filed with Defendants' prior witness list on February 9, 2023.  (ECF No. 1636-05 at 1642.) | | | |

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

**Plaintiffs' Additional Fact Witnesses[4]**

| Witness Name | Plaintiffs' Designation of May Call / Expect to Call | Plaintiffs' Designation of Manner | Time Plaintiffs' Direct Estimate[5] | Time Defendants' Cross Estimate | Time Total |
|---|---|---|---|---|---|
| Alves, Kristin<br><br>*May be contacted through counsel for CVS* | May Call | Live | 30 minutes | 15 minutes | 45 minutes |
| Aquilina, Charles<br><br>*May be contacted through counsel for KPH* | May Call | Live | 1 hour | 30 minutes | 1.5 hours |
| Ballew, Angel<br><br>*May be contacted through counsel for Centene* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Buhler, Sean<br><br>*May be contacted through counsel for Kaiser* | May Call | Live | 30 minutes | 30 minutes | 1 hour |

[4]   These additional witnesses are taken from Plaintiffs' February 9, 2023 witness list, excluding witnesses that Plaintiffs' counsel indicated they would no longer call in emails dated March 3, 2023 (Brenda Goodrow, Josh McDonald, Andrew Spieldenner, and Troy Vazquez-Cain) and March 16, 2023 (John Milligan, James Meyers, Joseph Steele, Sean O'Connell, Paul Stoffels, John Trott, Philippe Alen, and Michael Payne).  Asterisks identify witnesses who, pursuant to Plaintiffs' February 9, 2023 witness list, Plaintiffs designated solely for potential authentication and/or foundation testimony.

[5]   The estimates of time for direct examination of Plaintiffs' witnesses are taken from Plaintiffs' February 9, 2023 witness list.  On March 28, 2023, Plaintiffs indicated that they planned to call four or five Plaintiff representatives for 20 to 25 minutes of live testimony, but they did not indicate which Plaintiff representatives they planned to call.  Accordingly, Defendants have included Plaintiffs' prior time estimates for all of these witnesses and provided estimates for corresponding cross examinations.

| Witness Name | Plaintiffs' Designation of May Call / Expect to Call | Plaintiffs' Designation of Manner | Time Plaintiffs' Direct Estimate[5] | Time Defendants' Cross Estimate | Time Total |
|---|---|---|---|---|---|
| Callahan, Jack<br><br>*May be contacted through counsel for United* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Coleman, John<br><br>*May be contacted through counsel for Florida Blue* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Cotton, Geoff*<br><br>*May be contacted through counsel for Gilead* | May Call | Live | 10 minutes | 10 minutes | 20 minutes |
| Gerbrandt, Kim<br><br>*May be contacted through counsel for Blue KC* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Godwin, Mark<br><br>*May be contacted through counsel for United* | May Call | Live | 1 hour | 30 minutes | 1.5 hours |
| Goldberg, Mitchell<br><br>*May be contacted through counsel for EPPs* | May Call | Live | 15 minutes | 15 minutes | 30 minutes |
| Guyer, Bill*<br><br>*May be contacted through counsel for Gilead* | May Call | Live | 10 minutes | 10 minutes | 20 minutes |
| Granado, Lissette Priegues<br><br>*May be contacted through counsel for EPPs* | May Call | Live | 15 minutes | 15 minutes | 30 minutes |

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | Plaintiffs' Designation of May Call / Expect to Call | Plaintiffs' Designation of Manner | Time Plaintiffs' Direct Estimate[5] | Time Defendants' Cross Estimate | Time Total |
|---|---|---|---|---|---|
| Halloran, Owen<br><br>*May be contacted through counsel for KPH* | May Call | Live | 1 hour | 1 hour | 2 hours |
| Harvey, David<br><br>*May be contacted through counsel for United* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Hermes, Matthew<br><br>*May be contacted through counsel for HCSC* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Hilton, John*<br><br>*May be contacted through counsel for Gilead* | May Call | Live | 10 minutes | 10 minutes | 20 minutes |
| Hitchcock, Mick*<br><br>*May be contacted through counsel for Gilead* | May Call | Live | 10 minutes | 10 minutes | 20 minutes |
| Hynes, Anthony<br><br>*May be contacted through counsel for EPP* | May Call | Deposition | 20 minutes | 10 minutes | 30 minutes |
| Jain, Rishabh<br><br>*May be contacted through counsel for Aurobindo* | May Call | Live | 5 minutes | 5 minutes | 10 minutes |
| Kearney, Brian*<br><br>*May be contacted through counsel for Gilead* | May Call | Live | 10 minutes | 10 minutes | 20 minutes |

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | Plaintiffs' Designation of May Call / Expect to Call | Plaintiffs' Designation of Manner | Time Plaintiffs' Direct Estimate[5] | Time Defendants' Cross Estimate | Time Total |
|---|---|---|---|---|---|
| Le, Kim<br><br>*May be contacted through counsel for Kaiser* | May Call | Live | 1 hour | 1 hour | 2 hours |
| Li, Jing*<br><br>*May be contacted through counsel for Gilead* | May Call | Live | 10 minutes | 10 minutes | 20 minutes |
| McCallister, Scott*<br><br>*May be contacted through counsel for Gilead* | May Call | Live | 10 minutes | 10 minutes | 20 minutes |
| McKnight, Jay<br><br>*May be contacted through counsel for Humana* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| McMahon, Owen<br><br>*May be contacted through counsel for Rite Aid* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Mikulak, Zachary<br><br>*May be contacted through counsel for Walgreens* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Muniz, Omarys<br><br>*May be contacted through counsel for Triple-S Salud* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Perales, Ina<br><br>*May be contacted through counsel for HEB* | May Call | Live | 30 minutes | 30 minutes | 1 hour |

| Witness Name | Plaintiffs' Designation of May Call / Expect to Call | Plaintiffs' Designation of Manner | Time Plaintiffs' Direct Estimate[5] | Time Defendants' Cross Estimate | Time Total |
|---|---|---|---|---|---|
| Piontkowsky, David*<br><br>*May be contacted through counsel for Gilead* | May Call | Live | 10 minutes | 10 minutes | 20 minutes |
| Pizarro, Maria<br><br>*May be contacted through counsel for EPPs* | May Call | Live | 15 minutes | 15 minutes | 30 minutes |
| Scott, Brian<br><br>*May be contacted through counsel for KPH* | May Call | Live | 1 hour | 1 hour | 2 hours |
| Shaal, Erin<br><br>*May be contacted through counsel for Albertson* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Shank, Patricia<br><br>*May be contacted through counsel for KPH* | May Call | Live | 1 hour | 1 hour | 2 hours |
| Shantharam, Harish<br><br>*May be contacted through counsel for Gilead* | May Call | Live | 20 minutes | 10 minutes | 30 minutes |
| Sommese, Bryan J.<br><br>*May be contacted through counsel for Amneal* | May Call | Live | 10 minutes | 10 minutes | 20 minutes |

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)

| Witness Name | Plaintiffs' Designation of May Call / Expect to Call | Plaintiffs' Designation of Manner | Time Plaintiffs' Direct Estimate[5] | Time Defendants' Cross Estimate | Time Total |
|---|---|---|---|---|---|
| Stout, Coy<br><br>*May be contacted through counsel for Gilead* | May Call | Deposition[6] | 15 minutes | 15 minutes | 30 minutes |
| Tomkins, Paul*<br><br>*May be contacted through counsel for Gilead* | May Call | Live | 10 minutes | 10 minutes | 20 minutes |
| Turner, Britt<br><br>*May be contacted through counsel for Kroger* | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Young, Kevin*<br><br>*May be contacted through counsel for Gilead* | May Call | Deposition[7] | 20 minutes | 10 minutes | 30 minutes |

---

[6]   In their February 9, 2023 witness list, Plaintiffs designated Mr. Stout as a potential live witness.  However, Mr. Stout lives outside this Court's subpoena power and will not be appearing live.

[7]   In their February 9, 2023 witness list, Plaintiffs designated Mr. Young as a potential live witness.  However, Mr. Young lives outside this Court's subpoena power and will not be appearing live.

**Plaintiffs' Expert Witnesses[8]**

| Witness Name | Plaintiffs' Designation of May Call / Expect to Call | Plaintiffs' Designation of Manner | Time Direct Estimate[9] | Time Cross Estimate | Time Total |
|---|---|---|---|---|---|
| Berndt, Ernst | Expect to Call | Live | 1.5 hours | 2.5 hours | 4 hours |
| Bradford, David | May Call | Live | 30 minutes | 30 minutes | 1 hour |
| Caldwell, John | Expect to Call | Live | 45 minutes | 45 minutes | 1.5 hours |
| Clark, Jon | Expect to Call | Live | 1 hour | 1 hour | 2 hours |
| Clark, Todd | Expect to Call | Live | 1 hour | 1 hour | 2 hours |
| Dafny, Leemore | Expect to Call | Live | 45 minutes | 45 minutes | 1.5 horus |
| Frank, Richard | Expect to Call | Live | 1 hour | 2 hours | 3 hours |
| Hardy, David | Expect to Call | Live | 1.5 hours | 1 hour | 2.5 hours |
| Hoyt, Brian | Expect to Call | Live | 1 hour | 2 hours | 3 hours |
| Lamb, Russell | Expect to Call | Live | 1.5 hours | 2 hours | 3.5 hours |

---

[8]   These expert witnesses are taken from Plaintiffs' February 9, 2023 witness list, excluding expert witnesses whose testimony relates solely to the collaboration-agreement claims.

[9]   The estimates of time for direct examination of Plaintiffs' expert witnesses are taken from Plaintiffs' February 9, 2023 witness list. On March 28, 2023, Plaintiffs confirmed they were making no changes to these time estimates.

| Witness Name | Plaintiffs' Designation of May Call / Expect to Call | Plaintiffs' Designation of Manner | Time Direct Estimate[9] | Time Cross Estimate | Time Total |
|---|---|---|---|---|---|
| Leffler, Keith | Expect to Call | Live | 1 hour | 2 hours | 3 hours |
| Lentz, Edward | Expect to Call | Live | 1.5 hours | 2 hours | 3.5 hours |
| McGuire, Thomas | Expect to Call | Live | 2 hours | 3 hours | 5 hours |
| Suryanarayanan, Raj | May Call | Live | 1 hour | 1 hour | 2 hours |

DEFENDANTS' REVISED AMENDED WITNESS LIST
(CASE NO: 3:19-CV-02573-EMC)