ARIEL E. ROGERS (SBN 316910)
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
Email: ARogers@goodwinlaw.com

Attorneys for Defendant
TEVA PHARMACEUTICALS
USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| STALEY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GILEAD SCIENCES, INC., et al.,<br><br>          Defendants. | Case No. 3:19-cv-02573-EMC<br>**NOTICE OF APPEARANCE OF ATTORNEY ARIEL E. ROGERS**<br>Courtroom:  5 – 17th Floor<br>Judge:   Honorable Edward M. Chen |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, Ariel E. Rogers, of Goodwin Procter LLP, hereby appears in Case No. 3:19-cv-02573-EMC as counsel of record for Defendant, TEVA PHARMACEUTICALS USA, INC. Copies of all pleadings and papers filed in this action should be served on counsel as follows:

> ARIEL E. ROGERS
> **GOODWIN PROCTER LLP**
> 601 Marshall Street
> Redwood City, CA 94063
> Telephone: (650) 752-3100
> Facsimile: (650) 853-1038
> Email: ARogers@goodwinlaw.com

Dated:  April 5, 2023                Respectfully submitted,

By:  */s/ Ariel E. Rogers*
     ARIEL E. ROGERS

**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
Email: ARogers@goodwinlaw.com

Attorneys for Defendant, TEVA PHARMACEUTICALS USA, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **April 5, 2023**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 5th day of April, 2023.

                                            */s/ Ariel E. Rogers*
                                              ARIEL E. ROGERS