OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** April 10, 2023  **Time:** 2:30-5:10 (Break from 4:35-4:45) 2 Hours, 30 minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-02573-EMC  **Case Name:** In re HIV Antitrust Litigation

**Attorneys for Plaintiffs:** Thomas Sobol, Abbye Ognibene, Steve Shadowen, Tina Miranda, Michael Roberts, Michael Lehmann, Michael Hausfeld, Daniel Gollucci, Anna Neill, Daniel Sasse, Tiffanie McDowell, Joshua Stokes, Jordan Ludwig, Judith Zahid, Eric Buetzow, Hamish Hume, Francis O. Scarpulla, Jeffrey Poston, Eric Bloom, Jeff Wulfekotte, Joshua Stokes, Richard Brunell

**Attorneys for Defendants:** Jay Lefkowitz, Nicholas Wasdin, Christopher Holding, Tucker DeVoe, Katherine Cheng, Molly Grammal, Bart Williams, Kevin Jonke, Molly Kelley

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Belle Ball

PROCEEDINGS

Second Pretrial Conference- held

SUMMARY

Parties stated appearances.

The Court held a continued Final Pretrial Conference on 4/10/2023.

Trial shall be advanced so that it shall begin on 5/24/2023. The Court is usually dark on Thursdays but trial shall be held on the following Thursday: 5/25/2023. Trial shall *not* be held on the following days: 5/26/2023 and 5/31 to 6/2/2023.

The parties shall meet and confer to discuss questions that should be included in the written jury questionnaire. The parties may propose about 30-35 questions. The proposed questions shall be filed by **4/27/2023**. A joint submission is strongly preferred.

The Court shall allow the EPPs to submit the supplemental/updated report of Dr. Frank. The parties shall meet and confer so that his deposition is taken the week of 4/24/2023, which will in turn enable Defendants to prepare a responsive report by 5/5/2023.

The IHPPs shall submit a supplemental/updated report for Mr. Hoyt so that Defendants are able to take his deposition before the end of April. The parties shall meet and confer to agree on specific dates for the submission of the report and for the deposition so as to allow Defendants to prepare a responsive report by 5/5/2023.

The parties shall meet and confer to see if they can reach agreement on how enhanced damages will be presented to the jury (both jury instructions and verdict form). The Court expects that some states' laws

will be similar such that there can be groupings – *e.g.*, what is the factual predicate for enhanced damages, what is required by the factual predicate, whether the jury or the Court has discretion to determine the amount of the enhancement.  The parties shall report back on the results of their meet and confer by **4/27/2023**.  A joint submission is strongly preferred.

The parties shall meet and confer to see if they can reach agreement on how statutes of limitations will be presented to the jury (both jury instructions and verdict form).  It may well be that most limitations issues are obviated given that Plaintiffs seem to reach back to February 2018 only.  However, some states' laws may have shorter limitations periods (*e.g.*, of one year).  The parties shall report back on the results of their meet and confer by **4/27/2023**.  A joint submission is strongly preferred.

The parties shall meet and confer regarding jury instructions.  Before meeting and conferring, Plaintiffs shall file (in redline format) proposed jury instructions (including, in particular, proposed wording for instructions addressing the criticisms Plaintiffs made in § VIII of their brief commenting on the Court's proposed instructions).  Plaintiffs shall provide the redline to Defendants by **4/19/2023**.  The parties shall then meet and confer and report back on their meet and confer by **4/27/2023**.  A joint submission is strongly preferred.  The Court reserves the option of holding a charging conference.

The Court will provide time limits for each side for trial after reviewing the new schedule.  The parties are either engaging or will engage shortly in mediation.  The Court urges the parties to commence and complete ADR promptly.

CASE CONTINUED TO:  **May 8, 2023, at 2:30 PM for a Third Pretrial Conference.   May 23, 2023, at 11:00 a.m. for a Status Conference to review Jury Questionnaires.**

.