Steve D. Shadowen (*pro hac vice*)
HILLIARD & SHADOWEN LLP
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Lead Counsel for End Payor Plaintiffs*

Dianne M. Nast (*pro hac vice*)
NASTLAW LLC
dnast@nastlaw.com
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300

Michael L. Roberts (*pro hac vice*)
ROBERTS LAW FIRM US, PC
mikeroberts@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

(Additional Counsel for Plaintiffs Listed on Signature Page)

Jay Lefkowitz (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 284-4520
bwilliams@proskauer.com

*Counsel for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email:  CHolding@goodwinlaw.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

(Additional Counsel for Defendants Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION*<br><br>This Document Relates to:  ALL ACTIONS | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**JOINT STATUS REPORT REGARDING PROPOSED WRITTEN JUROR QUESTIONNAIRE AND VERDICT FORM**<br><br>Ctrm:   5-17th Floor<br>Judge:  Honorable Edward M. Chen |

Pursuant to the Court's April 10, 2023 guidance and minute entry (ECF No. 1774) (hereafter, "Order"), End-Payor Plaintiffs Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund (together, "EPPs"); Direct Purchaser Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. ("DPPs"); Retailers CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Walgreen Co., The Kroger Co., Albertsons Companies, Inc. and H-E-B, L.P. (together, "Retailer Plaintiffs"); United HealthCare Services, Inc. ("United HealthCare"); Individual Health Plan Plaintiffs Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO), Centene Corporation, Health Care Service Corporation, a Mutual Legal Reserve Company, Humana Inc., Triple-S Salud, Inc., Kaiser Foundation Health Plan, Inc., and Blue Cross and Blue Shield of Kansas City (together, the "Individual Health Plan Plaintiffs" or "IHPPs") (collectively, "Plaintiffs"); and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC ("Gilead"), and Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties") hereby submit this joint report regarding the Parties' proposed written juror questionnaire and the verdict form.

### I.   JOINT PROPOSED WRITTEN JUROR QUESTIONNAIRE

Pursuant to the Court's Order, the Parties have met and conferred regarding the questions that should be included in the written juror questionnaire. The Parties' proposal for written juror questionnaire is attached hereto as Exhibit 1. The Parties were able to reach an agreement on the majority of proposed questions, which appear in the joint section of the questionnaire. The Parties separately propose questions as indicated in the sections following the joint section of proposed questions.

The Parties reserve their right to amend or supplement these proposed questions in response to any guidance or order from the Court or to motions filed and/or positions put forth by the Parties.

### II.   VERDICT FORMS

Pursuant the Court's Order, the Parties have endeavored to address the issues of enhanced damages and statutes of limitation in the verdict form, among other issues. The Parties are reviewing proposed drafts of the verdict form, but have not reached agreement. The Parties believe that the Parties' proposal

as to the verdict form would benefit from more time to meet and confer. The Parties therefore respectfully request that the Parties be permitted to submit their proposal as to the verdict form no later than Thursday, May 4, 2023, absent direction from the Court otherwise.

Respectfully submitted,

Dated:  April 27, 2023        HILLIARD & SHADOWEN LLP

By: */s/ Steve D. Shadowen*
    STEVE D. SHADOWEN (*pro hac vice*)
    steve@hilliardshadowenlaw.com
    RICHARD BRUNELL (*pro hac vice*)
    rbrunell@hilliardshadowenlaw.com
    NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
    nshadowen@hilliardshadowenlaw.com
    TINA JOANN MIRANDA (*pro hac vice*)
    tmiranda@hilliardshadowenlaw.com
    MATTHEW C. WEINER (*pro hac vice*)
    matt@hilliardshadowenlaw.com
    1135 W. 6th Street, Suite 125
    Austin, TX 78703
    Telephone:  (855) 344-3298

    HAGENS BERMAN SOBOL SHAPIRO LLP
    STEVE W. BERMAN (*pro hac vice*)
    steve@hbsslaw.com
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: (206) 623-7292

    HAGENS BERMAN SOBOL SHAPIRO LLP
    THOMAS M. SOBOL (*pro hac vice*)
    tom@hbsslaw.com
    GREGORY T. ARNOLD (*pro hac vice*)
    grega@hbsslaw.com
    ABBYE R. K. OGNIBENE (SBN 311112)
    abbyeo@hbsslaw.com
    LAUREN G. BARNES (*pro hac vice*)
    lauren@hbsslaw.com
    1 Faneuil Hall Square, 5th Floor
    BOSTON, MA 02109
    Telephone: (617) 482-3700

    *Co-Lead Counsel for End-Payor Plaintiffs*

3
JOINT STATUS REPORT REGARDING PROPOSED WRITTEN JUROR QUESTIONNAIRE AND VERDICT FORM / CASE NO. 3:19-CV-02573-EMC

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER (*pro hac vice*)
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
JOSEPH M. VANEK (*pro hac vice*)

jvanek@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

Dated:  April 27, 2023            LAW OFFICES OF FRANCIS O. SCARPULLA

By: */s/ Michael L. Roberts*
    FRANCIS O. SCARPULLA (SBN 41059)
    fos@scarpullalaw.com
    PATRICK B. CLAYTON (SBN 240191)
    pbc@scarpullalaw.com
    3708 Clay Street
    San Francisco, CA 94118
    Telephone: (415) 751-4193
    Facsimile:  (415) 788-0706

    *Liaison Counsel for Direct Purchaser Plaintiff Classes*

    NASTLAW LLC
    DIANNE M. NAST (*pro hac vice*)
    dnast@nastlaw.com
    1101 Market Street, Suite 2801
    Philadelphia, PA 19107
    Telephone: (215) 923-9300
    Facsimile:  (215) 923-9302

ROBERTS LAW FIRM US, PC
MICHAEL L. ROBERTS (*pro hac vice*)
mikeroberts@robertslawfirm.us
KAREN SHARP HALBERT
karenhalbert@robertslawfirm.us
ERICH P. SCHORK
erichschork@robertslawfirm.us
SARAH E. DELOACH
sarahdeloach@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for Direct Purchaser Plaintiff Classes*


HAUSFELD LLP
MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeld.com
888 16th St. NW, Suite 300
Washington DC 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

HAUSFELD LLP
MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeld.com
SETH R. GASSMAN (SBN 311702)
sgassman@hausfeld.com
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

HAUSFELD LLP
BRENT WILLIAM LANDAU (*pro hac vice*)
blandau@hausfeld.com
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3273
Facsimile:  (215) 985-3271

*Counsel for Direct Purchaser Plaintiffs*

1  Dated:  April 27, 2023                               KENNY NACHWALTER, P.A.

2                                                       By: */s/ Anna T. Neill*
3                                                           SCOTT E. PERWIN (*pro hac vice*)
                                                            sep@knpa.com
4                                                           LAUREN C. RAVKIND (*pro hac vice*)
                                                            lcr@knpa.com
5                                                           ANNA T. NEILL (SBN 270858)
                                                            aneill@knpa.com
6                                                           1100 Four Seasons Tower
                                                            1441 Brickell Avenue
7                                                           Miami, FL 33131
                                                            Telephone: (305) 373-1000
8
9                                                       *Counsel for Walgreen Plaintiffs*

10
11 Dated:  April 27, 2023                              HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

12                                                      By: */s/ Barry L. Refsin*
                                                            BARRY L. REFSIN (*pro hac vice*)
13                                                          brefsin@hangley.com
                                                            CAITLIN V. MCHUGH (*pro hac vice*)
14                                                          cmchugh@hangley.com
                                                            ALEXANDER J. EGERVÁRY (*pro hac vice*)
15                                                          aegervary@hangley.com
                                                            One Logan Square, 27th Floor
16                                                          Philadelphia, PA 19103
                                                            Telephone: (215) 568-6200
17
18                                                          ERIC L. BLOOM (*pro hac vice*)
                                                            ebloom@hangley.com
19                                                          2805 Old Post Road, Suite 100
                                                            Harrisburg, PA 17110
20                                                          Telephone: (717) 364-1030
21
                                                        *Counsel for CVS Pharmacy, Inc., Rite Aid Corporation and*
22                                                      *Rite Aid Hdqtrs. Corp.*

23

24

25

26

27

28

8
JOINT STATUS REPORT REGARDING PROPOSED WRITTEN JUROR QUESTIONNAIRE AND
VERDICT FORM / CASE NO. 3:19-CV-02573-EMC

Dated:  April 27, 2023                    ZELLE LLP

By: */s/ Judith A. Zahid*
    JUDITH A. ZAHID (SBN 215418)
    jzahid@zellelaw.com
    ERIC W. BUETZOW (SBN 253803)
    ebuetzow@zellelaw.com
    JAMES S. DUGAN (SBN 325565)
    jdugan@zellelaw.com
    555 12th Street, Suite 1230
    Oakland, CA 94607
    Telephone: (415) 693-0700

    ZELLE LLP
    WILLIAM BORNSTEIN (*pro hac vice*)
    wbornstein@zellelaw.com
    500 Washington Avenue South, Suite 4000
    Minneapolis, MN 55415
    Telephone: (612) 339-2020

    BOIES SCHILLER FLEXNER LLP
    HAMISH P.M. HUME (*pro hac vice*)
    hhume@bsfllp.com
    ERIC MAURER (*pro hac vice*)
    emaurer@bsfllp.com
    MICHAEL S. MITCHELL (*pro hac vice*)
    mmitchell@bsfllp.com
    1401 New York Ave, NW
    Washington, DC 20005
    Telephone: (202) 237-2727

    BOIES SCHILLER FLEXNER LLP
    BEKO O. REBLITZ-RICHARDSON (SBN 238027)
    brichardson@bsfllp.com
    44 Montgomery Street, 41st Floor
    San Francisco, CA 94104
    Telephone: (415) 293-6800

    *Counsel for United HealthCare Services, Inc.*

Dated:  April 27, 2023              CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*
    DANIEL A. SASSE (SBN 236234)
    dsasse@crowell.com
    JOANNA M. FULLER (SBN 266406)
    jfuller@crowell.com
    TIFFANIE L. MCDOWELL (SBN 288946)
    tmcdowell@crowell.com
    3 Park Plaza, 20th Floor
    Irvine, CA 92614
    Telephone: (949) 263-8400
    Facsimile:  (949) 263-8414

    KENT A. GARDINER (*pro hac vice*)
    kgardiner@crowell.com
    1001 Pennsylvania Avenue NW
    Washington, DC 20004
    Telephone: (202) 624-2500
    Facsimile:  (202) 628-5116

    LAURA A. LYDIGSEN (*pro hac vice*)
    llydigsen@crowell.com
    455 N. Cityfront Plaza Drive, Ste. 3600
    Chicago, IL 60611
    Telephone: (312) 321-4200
    Facsimile:  (312) 321-4299

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Health Care Service Corporation, a Mutual Legal Reserve Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc.*

| | |
|---|---|
| Dated: April 27, 2023 | BERRY SILBERBERG STOKES PC |

By: */s/ Joshua C. Stokes*
    JOSHUA C. STOKES (SBN 220214)
    jstokes@berrysilberberg.com
    CAROL M. SILBERBERG (SBN 217658)
    csilberberg@berrysilberg.com
    11600 Washington Place, Suite 202C
    Los Angeles, CA 90066
    Telephone: (213) 986-2690
    Facsimile:  (213) 986-2677

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Triple-S Salud, Inc.; Blue Cross and Blue Shield of Kansas City; and Kaiser Foundation Health Plan, Inc.*

| | | |
|---|---|---|
| 1 | Dated: April 27, 2023 | KIRKLAND & ELLIS LLP |
| 2 | | By:  */s/ Jay Lefkowitz* |
| | | JAY LEFKOWITZ, P.C. (*pro hac vice*) |
| | | lefkowitz@kirkland.com |
| | | DEVORA W. ALLON, P.C. (*pro hac vice*) |
| | | devora.allon@kirkland.com |
| | | 601 Lexington Avenue |
| | | New York, NY 10022 |
| | | Telephone: (212) 446-4800 |
| | | |
| | | JAMES F. HURST, P.C. (*pro hac vice*) |
| | | james.hurst@kirkland.com |
| | | KEVIN T. VAN WART (*pro hac vice*) |
| | | kevinvanwart@kirkland.com |
| | | NICHOLAS F. WASDIN (*pro hac vice*) |
| | | nick.wasdin@kirkland.com |
| | | KEVIN M. JONKE (*pro hac vice*) |
| | | kevin.jonke@kirkland.com |
| | | MOLLY KELLY (*pro hac vice*) |
| | | molly.kelley@kirkland.com |
| | | 300 North LaSalle |
| | | Chicago, IL 60654 |
| | | Telephone: (312) 862-2000 |
| | | |
| | | MICHAEL J. SHIPLEY (SBN 233674) |
| | | michael.shipley@kirkland.com |
| | | 555 South Flower Street |
| | | Suite 3700 |
| | | Los Angeles, CA 90071 |
| | | Telephone: (213) 680-8400 |
| | | |
| | | BART H. WILLIAMS |
| | | bwilliams@proskauer.com |
| | | SUSAN L. GUTIERREZ |
| | | sguttierez@proskauer.com |
| | | PROSKAUER ROSE LLP |
| | | 2029 Century Park East, Suite 2400 |
| | | Los Angeles, CA 90067 |
| | | Tel: (310) 284-4520 |
| | | |
| | | *Counsel for Defendants* |
| | | *Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC* |

Dated:  April 27, 2023     GOODWIN PROCTER LLP

By:  */s/ Christopher T. Holding*
CHRISTOPHER T. HOLDING (*pro hac vice*)
CHolding@goodwinlaw.com
MOLLY R. GRAMMEL (*pro hac vice*)
MGrammel@goodwinlaw.com
TUCKER DEVOE (*pro hac vice*)
TDeVoe@goodwinlaw.com
JORDAN BOCK (SBN 321477)
JBock@goodwinlaw.com
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile:  (617) 523-1231

BRIAN T. BURGESS (*pro hac vice*)
BBurgess@goodwinlaw.com
KATHERINE CHENG (*pro hac vice*)
KatherineCheng@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000
Facsimile:  (617) 523-1231

ARIEL ROGERS (SBN 316910)
ARogers@goodwinlaw.com

GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 649-2387

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Sarah E. DeLoach, attest that concurrence in the filing of this document has been obtained.

Dated: April 27, 2023                                             */s/ Sarah E. DeLoach*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

      /s/ *Sarah E. DeLoach*
      Sarah E. DeLoach