| | |
|---|---|
| Steve D. Shadowen (*pro hac vice*)<br>HILLIARD & SHADOWEN LLP<br>steve@hilliardshadowenlaw.com<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>Telephone: (855) 344-3298 | Jay Lefkowitz (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-4800<br>lefkowitz@kirkland.com |
| Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | Bart H. Williams<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Tel: (310) 284-4520<br>bwilliams@proskauer.com |
| *Co-Lead Counsel for End Payor Plaintiffs* | *Counsel for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC* |
| Dianne M. Nast (*pro hac vice*)<br>NASTLAW LLC<br>dnast@nastlaw.com<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Telephone: (215) 923-9300 | Christopher T. Holding (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>Email:  CHolding@goodwinlaw.com |
| Michael L. Roberts (*pro hac vice*)<br>ROBERTS LAW FIRM US, PC<br>mikeroberts@robertslawfirm.us<br>1920 McKinney Avenue, Suite 700<br>Dallas, Texas 75204<br>Telephone: (501) 952-8558 | *Counsel for Defendant Teva Pharmaceuticals USA, Inc.* |
| *Co-Lead Counsel for Direct Purchaser Plaintiff Classes* | (Additional Counsel for Defendants Listed on Signature Page) |
| (Additional Counsel for Plaintiffs Listed on Signature Page) | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION*<br><br>This Document Relates to:  ALL ACTIONS | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**JOINT STATUS REPORT REGARDING PROPOSED VERDICT FORMS**<br><br>Ctrm:   5-17th Floor<br>Judge:   Honorable Edward M. Chen |

Pursuant to the Court's April 10, 2023 guidance and minute entry (ECF No. 1774) (hereafter, "Order"), End-Payor Plaintiffs Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund (together, "EPPs"); Direct Purchaser Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc., individually and on behalf of the Direct Purchaser Plaintiff Classes ("DPPs"); Retailers CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Walgreen Co., The Kroger Co., Albertsons Companies, Inc. and H-E-B, L.P. (together, "Retailer Plaintiffs"); United HealthCare Services, Inc. ("United HealthCare"); Individual Health Plan Plaintiffs Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO), Centene Corporation, Health Care Service Corporation, a Mutual Legal Reserve Company, Humana Inc., Triple-S Salud, Inc., Kaiser Foundation Health Plan, Inc., and Blue Cross and Blue Shield of Kansas City (together, the "Individual Health Plan Plaintiffs" or "IHPPs") (collectively, "Plaintiffs"); and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC ("Gilead"), and Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties") hereby submit this joint report regarding the Parties' proposed verdict form.

Pursuant the Court's Order, the Parties have continued to meet-and-confer concerning the verdict form. The Parties have exchanged several proposed drafts of the verdict form and have tentatively agreed on certain issues. The Parties most recently spoke the morning of May 4, 2023, and believe they would benefit from an additional day to determine what agreements may be reached. The Parties therefore respectfully request that they be permitted to submit their proposals as to the verdict form no later than Friday, May 5, 2023, absent direction from the Court otherwise.

Respectfully submitted,

Dated: May 4, 2023          HILLIARD & SHADOWEN LLP

By: /s/ Steve D. Shadowen
    STEVE D. SHADOWEN (*pro hac vice*)
    steve@hilliardshadowenlaw.com
    RICHARD BRUNELL (*pro hac vice*)
    rbrunell@hilliardshadowenlaw.com
    NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
    nshadowen@hilliardshadowenlaw.com
    TINA JOANN MIRANDA (*pro hac vice*)
    tmiranda@hilliardshadowenlaw.com
    MATTHEW C. WEINER (*pro hac vice*)
    matt@hilliardshadowenlaw.com
    1135 W. 6th Street, Suite 125
    Austin, TX 78703
    Telephone: (855) 344-3298

    HAGENS BERMAN SOBOL SHAPIRO LLP
    STEVE W. BERMAN (*pro hac vice*)
    steve@hbsslaw.com
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: (206) 623-7292

    HAGENS BERMAN SOBOL SHAPIRO LLP
    THOMAS M. SOBOL (*pro hac vice*)
    tom@hbsslaw.com
    GREGORY T. ARNOLD (*pro hac vice*)
    grega@hbsslaw.com
    ABBYE R. K. OGNIBENE (SBN 311112)
    abbyeo@hbsslaw.com
    LAUREN G. BARNES (*pro hac vice*)
    lauren@hbsslaw.com
    1 Faneuil Hall Square, 5th Floor
    BOSTON, MA 02109
    Telephone: (617) 482-3700

    *Co-Lead Counsel for End-Payor Plaintiffs*

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER (*pro hac vice*)
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
JOSEPH M. VANEK (*pro hac vice*)

jvanek@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

|   |   |
|---|---|
| 1 | NUSSBAUM LAW GROUP, P.C. |
| 2 | LINDA P. NUSSBAUM (*pro hac vice*) |
|   | lnussbaum@nussbaumpc.com |
| 3 | BART D. COHEN (*pro hac vice*) |
|   | bcohen@nussbaumpc.com |
| 4 | PETER E. MORAN (*pro hac vice*) |
|   | pmoran@nussbaumpc.com |
| 5 | 1211 Avenue of the Americas, 40th Floor |
|   | New York, NY 10036 |
| 6 | Telephone: (917) 438-9189 |

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

Dated: May 4, 2023         LAW OFFICES OF FRANCIS O. SCARPULLA

By: /s/ *Michael L. Roberts*
FRANCIS O. SCARPULLA (SBN 41059)
fos@scarpullalaw.com
PATRICK B. CLAYTON (SBN 240191)
pbc@scarpullalaw.com
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 788-0706

*Liaison Counsel for Direct Purchaser Plaintiff Classes*

NASTLAW LLC
DIANNE M. NAST (*pro hac vice*)
dnast@nastlaw.com
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302

ROBERTS LAW FIRM US, PC
MICHAEL L. ROBERTS (*pro hac vice*)
mikeroberts@robertslawfirm.us
KAREN SHARP HALBERT (*pro hac vice*)
karenhalbert@robertslawfirm.us
ERICH P. SCHORK (*pro hac vice*)
erichschork@robertslawfirm.us
SARAH E. DELOACH (*pro hac vice*)
sarahdeloach@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for Direct Purchaser Plaintiff Classes*

HAUSFELD LLP
MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeld.com
888 16th St. NW, Suite 300
Washington DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

HAUSFELD LLP
MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeld.com
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

HAUSFELD LLP
BRENT WILLIAM LANDAU (*pro hac vice*)
blandau@hausfeld.com
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3273
Facsimile: (215) 985-3271

*Counsel for Direct Purchaser Plaintiffs*

Dated: May 4, 2023

KENNY NACHWALTER, P.A.

By: */s/ Anna T. Neill*
SCOTT E. PERWIN (*pro hac vice*)
sep@knpa.com
LAUREN C. RAVKIND (*pro hac vice*)
lcr@knpa.com
ANNA T. NEILL (SBN 270858)
aneill@knpa.com
1100 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000

*Counsel for Walgreen Plaintiffs*

Dated: May 4, 2023

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: */s/ Barry L. Refsin*
BARRY L. REFSIN (*pro hac vice*)
brefsin@hangley.com
CAITLIN V. MCHUGH (*pro hac vice*)
cmchugh@hangley.com
ALEXANDER J. EGERVÁRY (*pro hac vice*)
aegervary@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200

ERIC L. BLOOM (*pro hac vice*)
ebloom@hangley.com
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
Telephone: (717) 364-1030

*Counsel for CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqtrs. Corp.*

Dated: May 4, 2023                                    ZELLE LLP

By: /s/ Judith A. Zahid
JUDITH A. ZAHID (SBN 215418)
jzahid@zellelaw.com
ERIC W. BUETZOW (SBN 253803)
ebuetzow@zellelaw.com
JAMES S. DUGAN (SBN 325565)
jdugan@zellelaw.com
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700

ZELLE LLP
WILLIAM BORNSTEIN (*pro hac vice*)
wbornstein@zellelaw.com
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020

BOIES SCHILLER FLEXNER LLP
HAMISH P.M. HUME (*pro hac vice*)
hhume@bsfllp.com
ERIC MAURER (*pro hac vice*)
emaurer@bsfllp.com
MICHAEL S. MITCHELL (*pro hac vice*)
mmitchell@bsfllp.com
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727

BOIES SCHILLER FLEXNER LLP
BEKO O. REBLITZ-RICHARDSON (SBN 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

*Counsel for United HealthCare Services, Inc.*

| | | |
|---|---|---|
| 1 | Dated: May 4, 2023 | CROWELL & MORING LLP |
| 2 | | By: /s/ Daniel A. Sasse |

          DANIEL A. SASSE (SBN 236234)
          dsasse@crowell.com
          JOANNA M. FULLER (SBN 266406)
          jfuller@crowell.com
          TIFFANIE L. MCDOWELL (SBN 288946)
          tmcdowell@crowell.com
          3 Park Plaza, 20th Floor
          Irvine, CA 92614
          Telephone: (949) 263-8400
          Facsimile: (949) 263-8414

          KENT A. GARDINER (*pro hac vice*)
          kgardiner@crowell.com
          1001 Pennsylvania Avenue NW
          Washington, DC 20004
          Telephone: (202) 624-2500
          Facsimile: (202) 628-5116

          LAURA A. LYDIGSEN (*pro hac vice*)
          llydigsen@crowell.com
          455 N. Cityfront Plaza Drive, Ste. 3600
          Chicago, IL 60611
          Telephone: (312) 321-4200
          Facsimile: (312) 321-4299

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Health Care Service Corporation, a Mutual Legal Reserve Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc.*

Dated: May 4, 2023                           BERRY SILBERBERG STOKES PC

By: */s/ Joshua C. Stokes*
    JOSHUA C. STOKES (SBN 220214)
    jstokes@berrysilberberg.com
    CAROL M. SILBERBERG (SBN 217658)
    csilberberg@berrysilberberg.com
    11600 Washington Place, Suite 202C
    Los Angeles, CA 90066
    Telephone: (213) 986-2690
    Facsimile:  (213) 986-2677

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Triple-S Salud, Inc.; Blue Cross and Blue Shield of Kansas City; and Kaiser Foundation Health Plan, Inc.*

Dated: May 4, 2023

KIRKLAND & ELLIS LLP

By: /s/ Jay Lefkowitz
JAY LEFKOWITZ, P.C. (*pro hac vice*)
lefkowitz@kirkland.com
DEVORA W. ALLON, P.C. (*pro hac vice*)
devora.allon@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

JAMES F. HURST, P.C. (*pro hac vice*)
james.hurst@kirkland.com
KEVIN T. VAN WART (*pro hac vice*)
kevinvanwart@kirkland.com
NICHOLAS F. WASDIN (*pro hac vice*)
nick.wasdin@kirkland.com
KEVIN M. JONKE (*pro hac vice*)
kevin.jonke@kirkland.com
MOLLY KELLY (*pro hac vice*)
molly.kelley@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

MICHAEL J. SHIPLEY (SBN 233674)
michael.shipley@kirkland.com
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

BART H. WILLIAMS
bwilliams@proskauer.com
SUSAN L. GUTIERREZ
sguttierez@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 284-4520

*Counsel for Defendants*
*Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Dated: May 4, 2023

GOODWIN PROCTER LLP

By: */s/ Christopher T. Holding*
CHRISTOPHER T. HOLDING (*pro hac vice*)
CHolding@goodwinlaw.com
MOLLY R. GRAMMEL (*pro hac vice*)
MGrammel@goodwinlaw.com
TUCKER DEVOE (*pro hac vice*)
TDeVoe@goodwinlaw.com
JORDAN BOCK (SBN 321477)
JBock@goodwinlaw.com
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

BRIAN T. BURGESS (*pro hac vice*)
BBurgess@goodwinlaw.com
KATHERINE CHENG (*pro hac vice*)
KatherineCheng@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000
Facsimile: (617) 523-1231

ARIEL ROGERS (SBN 316910)
ARogers@goodwinlaw.com

GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 649-2387

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Daniel A. Sasse, attest that concurrence in the filing of this document has been obtained.

Dated: May 4, 2023                                         */s/ Daniel A. Sasse*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                        /s/ *Daniel A. Sasse*
                        Daniel A. Sasse