HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Lead Counsel for End-Payor Plaintiff Classes*

(Additional Counsel Listed on Signature Page)

Jay Lefkowitz (*pro hac vice*)
Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com
devora.allon@kirkland.com

Bart H. Williams (SBN 134900)
Susan L. Gutierrez (SBN 273980)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 284-4520
bwilliams@proskauer.com
sgutierrez@proskauer.com

*Counsel for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

(Additional Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION* | Case No. 3:19-cv-02573-EMC (Master Docket)<br><br>**JOINT NOTICE PURSUANT TO ECF NO. 1839**<br><br>Ctrm: 5-17th Floor<br>Judge: Honorable Edward M. Chen |

The End-Payor Plaintiff Classes, and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC, by and through their counsel of record, hereby jointly notify the Court that they have conferred further as directed by the Court in its May 12, 2023 Order (ECF No. 1839) and agree that, if the jury returns a liability verdict, any actual damages awarded under New York law are automatically trebled.

Respectfully submitted,

Dated:  May 18, 2023          HILLIARD SHADOWEN LLP

By:  */s/ Steve Shadowen*
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
RICHARD BRUNELL (*pro hac vice*)
rbrunell@hilliardshadowenlaw.com
NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
nshadowen@hilliardshadowenlaw.com
TINA JOANN MIRANDA (*pro hac vice*)
tmiranda@hilliardshadowenlaw.com
MATTHEW C. WEINER (*pro hac vice*)
matt@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone:  (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
ABBYE R. K. OGNIBENE (SBN 311112)
abbyeo@hbsslaw.com
LAUREN G. BARNES (*pro hac vice*)
lauren@hbsslaw.com
1 Faneuil Hall Square, 5th Floor
BOSTON, MA 02109
Telephone: (617) 482-3700

*Co-Lead Counsel for End-Payor Plaintiffs*

| | |
|---|---|
| 1 | KESSLER TOPAZ MELTZER & CHECK, LLP |
| | JOSEPH H. MELTZER (*pro hac vice*) |
| 2 | jmeltzer@ktmc.com |
| | TERENCE S. ZIEGLER (*pro hac vice*) |
| 3 | tziegler@ktmc.com |
| | DONNA S. MOFFA (*pro hac vice*) |
| 4 | dmoffa@ktmc.com |
| | JORDAN E. JACOBSON (*pro hac vice*) |
| 5 | jjacobson@ktmc.com |
| | 280 King of Prussia Road |
| 6 | Radnor, PA 19087 |
| | Telephone: (610) 667-7706 |

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com

JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated:  May 18, 2023 | KIRKLAND & ELLIS LLP |
| 2 | | By:  /s/ Jay Lefkowitz |
| | | JAY LEFKOWITZ, P.C. (*pro hac vice*) |
| 3 | | lefkowitz@kirkland.com |
| | | DEVORA W. ALLON, P.C. (*pro hac vice*) |
| 4 | | devora.allon@kirkland.com |
| 5 | | 601 Lexington Avenue |
| | | New York, NY 10022 |
| 6 | | Telephone: (212) 446-4800 |

JAMES F. HURST, P.C. (*pro hac vice*)
james.hurst@kirkland.com
KEVIN T. VAN WART (*pro hac vice*)
kevinvanwart@kirkland.com
NICHOLAS F. WASDIN (*pro hac vice*)
nick.wasdin@kirkland.com
KEVIN M. JONKE (*pro hac vice*)
kevin.jonke@kirkland.com
MOLLY KELLEY (*pro hac vice*)
molly.kelley@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

MICHAEL J. SHIPLEY (SBN 233674)
michael.shipley@kirkland.com
555 South Flower Street
Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

BART H. WILLIAMS
bwilliams@proskauer.com
SUSAN L. GUTIERREZ
sguttierez@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 284-4520

*Counsel for Defendants*
*Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) of the Northern District of California, regarding signatures, I, Donna Siegel Moffa, attest that concurrence in the filing of this document has been obtained.

Dated: May 18, 2023                                                                    */s/ Donna Siegel Moffa*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                          */s/ Donna Siegel Moffa*