HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

NASTLAW LLC
DIANE M. NAST (*pro hac vice*)
1101 Maket Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

ROBERTS LAW FIRM US, PC
MICHAEL L. ROBERTS (*pro hac vice*)
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for End-Payor Plaintiff Classes*

*Co-Lead Counsel for Direct Purchaser Plaintiff Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION* <br><br><br> This Document Relates to:  ALL ACTIONS | Case No. 3:19-cv-02573-EMC <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO BRING LECTERN AND TECH TABLES INTO COURTROOM FOR TRIAL** <br> Date:    May 24, 2023 <br> Time:   8:30 am <br> Ctrm:  5, 17th Floor <br> Judge: Honorable Edward M. Chen |

Plaintiffs seek leave from the Court to bring a movable lectern and two small tech tables into the courthouse for the duration of the jury trial in this matter. The tech tables will be used by the trial technicians. The lectern will be used in the event that the Court does not have a lectern available for counsel, aside from the stationary version at counsel table. A proposed order is attached and contemporaneously filed with this motion.

Dated:  May 19, 2023                    Respectfully submitted,

                                        HILLIARD & SHADOWEN LLP

                                By:  */s/ Abbye R. K. Ognibene*
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        ABBYE R. K. OGNIBENE (SBN 311112)
                                        abbyeo@hbsslaw.com
                                        THOMAS M. SOBOL (*pro hac vice*)
                                        tom@hbsslaw.com
                                        GREGORY T. ARNOLD (*pro hac vice*)
                                        grega@hbsslaw.com
                                        RACHEL A. DOWNEY (*pro hac vice*)
                                        racheld@hbsslaw.com
                                        1 Faneuil Hall Square, 5th Floor
                                        Boston, MA 02109
                                        Telephone: (617) 482-3700

                                        STEVE D. SHADOWEN (*pro hac vice*)
                                        steve@hilliardshadowenlaw.com
                                        RICHARD BRUNELL (*pro hac vice*)
                                        rbrunell@hilliardshadowenlaw.com
                                        TINA JOANN MIRANDA (*pro hac vice*)
                                        tmiranda@hilliardshadowenlaw.com
                                        MATTHEW C. WEINER (*pro hac vice*)
                                        matt@hilliardshadowenlaw.com
                                        1135 W. 6th Street, Suite 125
                                        Austin, TX 78703
                                        Telephone:  (855) 344-3298

                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        STEVE W. BERMAN (*pro hac vice*)
                                        steve@hbsslaw.com
                                        1301 Second Avenue, Suite 2000
                                        Seattle, WA 98101
                                        Telephone: (206) 623-7292

                                        *Co-Lead Counsel for End-Payor Plaintiffs*

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER (*pro hac vice*)
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
JOSEPH M. VANEK (*pro hac vice*)
jvanek@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

Dated:  May 19, 2023                     LAW OFFICES OF FRANCIS O. SCARPULLA

By: */s/ Francis O. Scarpulla*
FRANCIS O. SCARPULLA (SBN 41059)
fos@scarpullalaw.com
PATRICK B. CLAYTON (SBN 240191)
pbc@scarpullalaw.com
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile:  (415) 788-0706

*Liaison Counsel for Direct Purchaser Plaintiff Classes*

NASTLAW LLC
DIANNE M. NAST (*pro hac vice*)
dnast@nastlaw.com
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile:  (215) 923-9302

ROBERTS LAW FIRM US, PC
MICHAEL L. ROBERTS (*pro hac vice*)
mikeroberts@robertslawfirm.us
KAREN SHARP HALBERT
karenhalbert@robertslawfirm.us
ERICH P. SCHORK
erichschork@robertslawfirm.us
SARAH E. DELOACH
sarahdeloach@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for Direct Purchaser Plaintiff Classes*

HAUSFELD LLP
MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeld.com
888 16th St. NW, Suite 300
Washington DC 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

HAUSFELD LLP
MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeld.com
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

HAUSFELD LLP
BRENT WILLIAM LANDAU (*pro hac vice*)
blandau@hausfeld.com
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3273
Facsimile:  (215) 985-3271

*Counsel for Direct Purchaser Plaintiffs*


Dated:  May 19, 2023                    KENNY NACHWALTER, P.A.

By:  /s/ Scott E. Perwin
        SCOTT E. PERWIN (*pro hac vice*)
        sep@knpa.com
        LAUREN C. RAVKIND (*pro hac vice*)
        lcr@knpa.com
        ANNA T. NEILL (SBN 270858)
        aneill@knpa.com
        1100 Four Seasons Tower
        1441 Brickell Avenue
        Miami, FL 33131
        Telephone: (305) 373-1000

*Counsel for Walgreen Plaintiffs*


Dated:  May 19, 2023                    HANGLEY ARONCHICK SEGAL PUDLIN
        & SCHILLER

By:  */s/ Barry L. Refsin*
        BARRY L. REFSIN (*pro hac vice*)
        brefsin@hangley.com
        CAITLIN V. MCHUGH (*pro hac vice*)
        cmchugh@hangley.com
        ALEXANDER J. EGERVÁRY (*pro hac vice*)
        aegervary@hangley.com
        One Logan Square, 27th Floor
        Philadelphia, PA 19103
        Telephone: (215) 568-6200

ERIC L. BLOOM (*pro hac vice*)
ebloom@hangley.com
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
Telephone: (717) 364-1030

*Counsel for CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqtrs. Corp.*

Dated:  May 19, 2023                    ZELLE LLP

By: */s/ Judith A. Zahid*
    JUDITH A. ZAHID (SBN 215418)
    jzahid@zellelaw.com
    ERIC W. BUETZOW (SBN 253803)
    ebuetzow@zellelaw.com
    JAMES S. DUGAN (SBN 325565)
    jdugan@zellelaw.com
    555 12th Street, Suite 1230
    Oakland, CA 94607
    Telephone: (415) 693-0700

    ZELLE LLP
    WILLIAM BORNSTEIN (*pro hac vice*)
    wbornstein@zellelaw.com
    500 Washington Avenue South, Suite 4000
    Minneapolis, MN 55415
    Telephone: (612) 339-2020

    BOIES SCHILLER FLEXNER LLP
    HAMISH P.M. HUME (*pro hac vice*)
    hhume@bsfllp.com
    ERIC MAURER (*pro hac vice*)
    emaurer@bsfllp.com
    MICHAEL S. MITCHELL (*pro hac vice*)
    mmitchell@bsfllp.com
    1401 New York Ave, NW
    Washington, DC 20005
    Telephone: (202) 237-2727

BOIES SCHILLER FLEXNER LLP
BEKO O. REBLITZ-RICHARDSON (SBN 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

*Counsel for United HealthCare Services, Inc.*

Dated:  May 19, 2023                    CROWELL & MORING LLP

By: */s/ Tiffanie L. McDowell*
     DANIEL A. SASSE (SBN 236234)
     dsasse@crowell.com
     JOANNA M. FULLER (SBN 266406)
     jfuller@crowell.com
     TIFFANIE L. MCDOWELL (SBN 288946)
     tmcdowell@crowell.com
     3 Park Plaza, 20th Floor
     Irvine, CA 92614
     Telephone: (949) 263-8400
     Facsimile:  (949) 263-8414

     KENT A. GARDINER (*pro hac vice*)
     kgardiner@crowell.com
     1001 Pennsylvania Avenue NW
     Washington, DC 20004
     Telephone: (202) 624-2500
     Facsimile:  (202) 628-5116

     LAURA A. LYDIGSEN (*pro hac vice*)
     llydigsen@crowell.com
     455 N. Cityfront Plaza Drive, Ste. 3600
     Chicago, IL 60611
     Telephone: (312) 321-4200
     Facsimile:  (312) 321-4299

     *Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Health Care Service Corporation, a Mutual Legal Reserve Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc.*

Dated:  May 19, 2023                    BERRY SILBERBERG STOKES PC

By: */s/ Joshua C. Stokes*

JOSHUA C. STOKES (SBN 220214)
jstokes@berrysilberberg.com
CAROL M. SILBERBERG (SBN 217658)
csilberberg@berrysilberberg.com
11600 Washington Place, Suite 202C
Los Angeles, CA 90066
Telephone: (213) 986-2690
Facsimile:  (213) 986-2677

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Triple-S Salud, Inc.; Blue Cross and Blue Shield of Kansas City; and Kaiser Foundation Health Plan, Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Abbye R. K. Obnibene, attest that concurrence in the filing of this document has been obtained.

Dated: May 19, 2023          */s/ Abbye R. K. Ognibene*
                              Abbye R. K. Ognibene


**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

Dated: May 19, 2023          */s/ Abbye R. K. Ognibene*
                              Abbye R. K. Ognibene