Michael J. Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

Jay P. Lefkowitz, P.C. (*pro hac vice*)
Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com
devora.allon@kirkland.com

Bart H. Williams (SBN 134900)
Susan L. Gutierrez (SBN 273980)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
bwilliams@proskauer.com
sgutierrez@proskauer.com

*Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Telephone: (617) 570-1000
Email: cholding@goodwinlaw.com

*Attorney for Defendant Teva Pharmaceuticals USA, Inc.*

*Additional Counsel for Defendants Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE HIV ANTITRUST LITIGATION

This Document Relates To:

ALL ACTIONS

Case No. 3:19-cv-02573-EMC

**DEFENDANTS' FINAL TRIAL WITNESS LIST**

Judge: Honorable Edward M. Chen
Courtroom: 5-17th Floor

Pursuant to the Court's instructions at the third final pretrial conference, Defendants provide the following list of fact and expert witnesses they expect to call at trial, together with updated time estimates for Defendants' examination of each witness. This list is not a commitment that Defendants will in fact call any particular witness at trial, but rather reflects a good-faith effort by Defendants to identify witnesses they presently anticipate to testify at trial in this matter, as well as the manner in which the witnesses will appear (*i.e.*, live or by deposition). Defendants reserve their rights to (1) examine any witness called by Plaintiffs, (2) change their estimates regarding the length of testimony for each witness based on Plaintiffs' examinations, and (3) supplement this list based upon the Court's rulings and any other issues, exhibits, or witnesses presented by any party.[1]

**A. Fact Witnesses Defendants Expect To Call**

| **Witness Name** | **Manner** | **Estimated Length of Defendants' Examination** |
|---|---|---|
| Cannella, Nicholas | Deposition[2] | 20 minutes |
| Chopskie, Greg | Deposition | 30 minutes |
| Gibbs, Craig | Live | 30 minutes |
| Groff, Carrie | Live | 45 minutes |
| Jain, Rishabh | Deposition | 5 minutes |
| Johns, Blessy | Deposition | 12 minutes |
| Julie, Staci | Live | 3.5 hours |
| Koomey, Melissa | Live | 50 minutes |
| Kovaleski, John | Live | 20 minutes |
| Mitchell, David | Deposition | 12 minutes |
| Montalvo, Manny | Live | 20 minutes |
| Moriarty, Sean | Deposition | 25 minutes |

[1] For example, Defendants reserve the right to call Fred Killion and David Hashmall depending on the presentation of evidence in Plaintiffs' case-in-chief. Defendants do not presently anticipate calling either witness.

[2] Time estimates for deposition testimony are not inclusive of counter-designations, the length of which will depend on the specific testimony designated by Plaintiffs.

| | | |
|---|---|---|
| Patel, Anil | Deposition | 12 minutes |
| Pletcher, Brett | Live | 1 hour |
| Sagar, Deep | Deposition | 7 minutes |
| Versosky, Thomas | Deposition | 3 minutes |

**B. Expert Witnesses Defendants Expect To Call**

| **Witness Name** | **Manner** | **Estimated Length of Defendants' Examination** |
|---|---|---|
| Berkland, Cory | Live | 45 minutes |
| Chyall, Leonard | Live | 45 minutes |
| Dormer, Robert | Live | 30 minutes |
| Hoxie, Thomas | Live | 1 hour |
| Jena, Anupam | Live | 2 hours |
| O'Malley, Kathleen | Live | 2 hours |
| Saravia, Celeste | Live | 2 hours |
| Wu, Lawrence | Live | 1 hour |

Dated: May 19, 2023

**KIRKLAND & ELLIS LLP**

By: */s/ Devora W. Allon*

Jay P. Lefkowitz, P.C. (*pro hac vice*)
Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com
devora.allon@kirkland.com

Kevin T. Van Wart, P.C. (*pro hac vice*)
Kevin M. Jonke (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
kevinvanwart@kirkland.com
kevin.jonke@kirkland.com

Michael J. Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

Bart H. Williams (SBN 134900)
Susan L. Gutierrez (SBN 273980)
Christina Maria Assi (SBN 311992)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
bwilliams@proskauer.com
sgutierrez@proskauer.com
cassi@proskauer.com

*Counsel for Defendants*
*Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Dated: May 19, 2023

**GOODWIN PROCTER LLP**

By: */s/ Christopher T. Holding*

CHRISTOPHER T. HOLDING (pro hac vice)
CHolding@goodwinlaw.com
DARYL L. WIESEN (pro hac vice)
DWiesen@goodwinlaw.com
JOSEPH ROCKERS (pro hac vice)
jrockers@goodwinlaw.com
MOLLY R. GRAMMEL (pro hac vice)
MGrammel@goodwinlaw.com
TUCKER DEVOE (pro hac vice)
TDeVoe@goodwinlaw.com
JORDAN BOCK (SBN 321477)
JBock@goodwinlaw.com
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

BRIAN T. BURGESS (pro hac vice)
BBurgess@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000
Facsimile: (617) 523-1231

ARIEL ROGERS
ARogers@goodwinlaw.com
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Devora Allon, attest that concurrence in the filing of this document has been obtained.

Dated: May 19, 2023

*/s/ Devora W. Allon*
Devora Allon

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2023, I caused to be filed the foregoing document with the United States District Court for the Northern District of California using the CM/ECF and caused it to be served on all registered participants via notice of electronic filing.

Dated: May 19, 2023

*/s/ Devora W. Allon*
Devora W. Allon