Steve D. Shadowen (*pro hac vice*)
HILLIARD & SHADOWEN LLP
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Lead Counsel for End Payor Plaintiffs*

Dianne M. Nast (*pro hac vice*)
NASTLAW LLC
dnast@nastlaw.com
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300

Michael L. Roberts (*pro hac vice*)
ROBERTS LAW FIRM US, PC
mikeroberts@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: (501) 952-8558

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

(Additional Counsel for Plaintiffs Listed on
Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION* | Case No. 3:19-cv-02573-EMC |
| | **PURCHASERS' AMENDED TRIAL WITNESS SUMMARIES** |
| This Document Relates To: | |
| ALL ACTIONS | |

On December 1, 2022, the plaintiff purchasers in the above-referenced action (collectively, "the purchasers") served their initial proposed trial witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Court's October 11, 2022 Order Regarding Pretrial Schedule (ECF No. 1415).  On December 22, 2022, the purchasers supplemented that list to include a short statement of the substance of each witness's testimony and an estimate regarding the length of testimony pursuant to Judge Chen's Civil Pretrial Instructions (the "Instructions"), Witnesses ¶ 6.  Following the Court's order on the parties' summary judgment motions, and pursuant to the Amended Pretrial Schedule entered on January 23, 2023 ("January 23rd Order," ECF No. 1613), on February 9, 2023, as Exhibit A to the Joint Pretrial Statement, purchasers provided their witness summaries.  In accordance with the Court's March 19, 2023 order (ECF No. 1716), the purchasers further amended their witness list and witness summaries on April 6, 2023.  And now, pursuant to the Court's order at the May 10, 2023 pretrial conference and May 18, 2023 email, the purchasers file their final trial witness list.

This list reflects a good-faith effort by the purchasers to identify witnesses they presently anticipate they will call to testify at trial in this matter, as well as the manner in which the witnesses will appear (*i.e.*, live or by deposition).  The purchasers reserve their rights to (1) amend and/or supplement this list; (2) call additional witnesses to authenticate or otherwise lay the foundation for admission of evidence or for purposes of impeachment or rebuttal; (3) call any person (in that person's individual capacity or on behalf of an entity) whose deposition testimony has been designated by any party; (4) change their estimates regarding the length of testimony for each witness based on defendants' cross-examinations and/or rebuttal examinations;[1] (5) call any representative of Gilead or Teva who appears in the Courtroom during the trial and who is believed to possess relevant knowledge, and (6) supplement this list based upon the Court's rulings and any other issues, exhibits, or witnesses presented by any party.

Pursuant to the Court's guidance, following the defendants' identification of the witnesses that they intend to call live at trial, the purchasers will identify which of those witnesses will be called for

---

[1] The defendants' original time estimates for their examinations totaled over 60 hours.  The Court has allotted the defendants 32 total trial hours.  As the defendants have not provided revised estimates, the purchasers have simply kept the defendants original time estimates to the extent provided.

direct examination by the purchasers during their case in chief.  *See also* Judge Chen's Guidelines for Trial in Civil Cases (Jury and Bench) (the "Guidelines"), Witnesses ¶ 3 ("Parties are expected to cooperate with each other in the scheduling and production of witnesses. Witnesses may be taken out of order if necessary.  Every effort shall be made to avoid calling a witness twice (as an adverse witness and later as a party's witness).").

      With these reservations, the purchasers list below the witnesses they believe are likely to be called at trial, whether live or by deposition. *See* Instructions, Witnesses ¶ 6. The estimated length of testimony for the plaintiffs' direct examinations reflects a good faith estimate of the time anticipated for purchasers' questioning, and the estimated length of defendants' cross reflects what we understand the defendants' good faith examination estimates are.  We understand that both parties may refine these estimates as trial preparations continue. The purchasers are not identifying rebuttal fact witnesses but are identifying anticipated rebuttal expert witnesses. *See* Guidelines, Witnesses ¶ 7.

### A.    Fact Witnesses the Purchasers Will Call at Trial

| Witness Name | Manner | Witness Statement |
| --- | --- | --- |
| Ballew, Angel<br>*May be contacted through counsel for Centene* | Live | Angel Ballew is the Senior Vice President of Pharmacy Clinical Operations (Wellcare) at Centene Corporation. Ms. Ballew is expected to testify about the organization of Centene Corporation and its subsidiary health plans as well as the allocation of responsibilities related to the drugs at issue in this litigation. Specifically, Ms. Ballew will testify about the administration of prescription drug benefits, formularies and drug coverage, Pharmacy and Therapeutics Committee operations and decisions, and purchases/reimbursements for drugs.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 30 minutes |
| Bhatt, Elizabeth<br>*May be contacted through counsel for Gilead* | Deposition | Ms. Bhatt is a former Gilead employee, most recently serving as the company's Vice President of Corporate Development. The purchasers reserve the right to call Ms. Bhatt to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 10 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Cannella, Nicholas<br>*May be contacted through counsel for Gilead* | Deposition | Mr. Cannella will testify regarding patent litigation between Gilead and Teva concerning Teva's applications to market generic versions of the Gilead drugs Viread, Truvada, and Atripla. Mr. Cannella will also testify regarding the negotiation and settlement of that patent litigation and related issues.<br><br>Estimated length of plaintiffs' direct: 42 minutes<br><br>Estimated length of defendants' cross: 30 minutes |
| Choi, Jung<br>*May be contacted through counsel for Gilead* | Deposition | Ms. Choi is a former Gilead employee, most recently serving as the company's Senior Director of the corporate development group. The purchasers reserve the right to call Ms. Choi to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Chopskie, Greg<br>*May be contacted through counsel for Gilead* | Deposition[2] | Mr. Chopskie worked at Gilead starting in January 2013 as senior counsel responsible for the design and enforcement of patent portfolios, eventually moving to the role of associate general counsel. Prior to leaving Gilead in October 2016, he had responsibilities for Hatch-Waxman litigation that Gilead was involved in, including the settlement of such litigation. He was specifically involved in settlements concerning the litigations at issues in this case, including those between Gilead and Teva, Cipla, and Lupin.<br><br>Estimated length of plaintiffs' direct:  30 minutes<br><br>Estimated length of defendants' cross: 60 minutes |

---

[2] Mr. Chopskie was identified on the defendants' February 9, 2023 witness list as a witness the defendants expected to testify live at trial, and as a live "may call" witness on their March 28, 2023 revised list.  [ECF 1722-2, p. 6]  On April 25, 2023, the defendants indicated they understood the purchasers planned to call Mr. Chopskie live and asked for an estimated date for such testimony.  On May 12, 2023, the defendants informed the purchasers that they "do not currently represent Mr. Chopskie and are not authorized to accept service of a trial subpoena on his behalf." And on May 17, 2023, the defendants informed the purchasers that they no longer expect to call Mr. Chopskie to testify.  The purchasers have provided the defendants with deposition designations that they now expect will be played at trial, and an updated transcript will be provided to the Court.

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Coleman, John<br>*May be contacted through counsel for Florida Blue* | Live | John Coleman is the Director of Commercial and Specialty Pharmacy at Blue Cross and Blue Shield of Florida (d/b/a Florida Blue). Mr. Coleman is expected to testify about Florida Blue's relationship with its PBM, Prime Therapeutics, as well as the allocation of responsibilities related to the coverage of drugs at issue in this litigation between Florida Blue and Prime. This includes the administration of prescription drug benefits, formularies and drug coverage, Pharmacy and Therapeutics Committee operations and decisions, and purchases/reimbursements for drugs.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 30 minutes |
| Gerbrandt, Kim<br>*May be contacted through counsel for Blue KC* | Live | Kim Gerbrandt is Manager of Commercial Formulary, Analytics, and PBM Operations at Blue Cross and Blue Shield of Kansas City ("Blue KC"). Mr. Gerbrandt is expected to testify regarding the management of Blue KC's formularies and drug coverages, as well as the role of Blue KC's pharmacy benefit managers, and Blue KC's purchase or reimbursement of the HIV drug products at issue in this case.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 30 minutes |
| Gibbs, Craig<br>*May be contacted through counsel for Gilead* | Live | Mr. Gibbs was employed by Gilead from 1992 to 2013. During the relevant time period, he served as Senior Director of Corporate Development and then Vice President of Commercial Strategy. He had responsibility for marketing and long-term strategy for Gilead's products. He also had responsibility for product planning, including working with Research and Development on projects entering development, identifying competitive threats, and strategizing and preparing for the commercial launch of products. The purchasers expect Mr. Gibbs to testify about Gilead's expectations and plans regarding the launch of generic TDF and FTC products.<br><br>Estimated length of plaintiffs' direct: 60 minutes<br><br>Estimated length of defendants' cross: 60 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Godwin, Mark<br>*May be contacted through counsel for United* | Live | Dr. Godwin is a United employee and will testify regarding, among other things, United's Clinical and Specialty Programs (which include HIV treatment) and the company's coverage decisions pertaining to HIV cART products.<br><br>Estimated length of plaintiffs' direct: 35 minutes<br><br>Estimated length of defendants' cross: 30 minutes |
| Goldberg, Mitchell (Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund)<br>*May be contacted through counsel for EPPs* | Live | The purchasers may call Mitchell Goldberg to testify on behalf of Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retiree Benefit Welfare Fund ("Local 237"). Local 237 is a Third-Party Payor plaintiff and a class representative for the Truvada Damages Class, the Atripla Damages Class, and the Complera Damages Class. Local 237 is also a Third Party Payor for the Evotaz and cART Foundation Drug Injunctive Classes. Mr. Goldberg as the Director of the Teamsters Local 237 Welfare Fund would testify related to Local 237 purchases of drugs related to the aforementioned classes in support of establishing that Local 237 suffered financial injury as a result of the defendants' anticompetitive conduct.<br><br>Estimated length of plaintiffs' direct:  35 minutes<br><br>Estimated length of defendants' cross: 15 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Hashmall, David<br>*May be contacted through counsel for Teva* | Live[3] | David Hashmall was outside counsel for Teva. The purchasers expect Mr. Hashmall to testify about his involvement in negotiating the 2014 settlement agreement between Gilead and Teva, including Teva's goals for and evaluations of potential settlements, and the timing, negotiation, and approval of the Gilead-Teva patent litigation settlements. The purchasers also expect Mr. Hashmall to testify about his discussions with in-house legal counsel and senior executives at Teva regarding the negotiations and settlement.<br><br>Estimated length of plaintiffs' direct: 45 minutes<br><br>Estimated length of defendants' cross:45 minutes |
| Hermes, Matthew<br>*May be contacted through counsel for HCSC* | Live | Matthew Hermes is the Divisional Vice President of Pharmacy at HCSC. Mr. Hermes is expected to testify about HCSC's relationship with its PBM Prime Therapeutics as well as the HCSC/Prime allocation of responsibilities related to the drugs at issue in this litigation. This includes the administration of prescription drug benefits, formularies and drug coverage, Pharmacy and Therapeutics Committee operations and decisions, and purchases/reimbursements for drugs.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 30 minutes |

[3] The purchasers have requested that Teva make Mr. Hashmall available for live trial testimony.  Teva took the position that since Mr. Hashmall was merely a "may call" witness for the defense they were not obligated by the Court's order to make him available to the purchasers.  At the May 10th pretrial conference the Court directed Teva to make a decision on whether they planned to call Mr. Hashmall to testify by Friday, May 19, 2023.  If the defendants decide not to make Mr. Hashmall available to testify live for the plaintiffs during their case-in-chief, the parties will be limited to presenting Mr. Hashmall's testimony at trial by way of deposition.

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Johns, Blessy<br>*May be contacted through counsel for Aurobindo* | Deposition | Ms. Johns, the 30(b)(6) corporate designee of third party Aurobindo, a generic drug and API manufacturer, will testify regarding Aurobindo's regulatory filings and approval milestones for its generic versions Truvada and Atripla ANDAs; its TDF, FTC and EFV Drug Master Files; its settlement agreement with Gilead; and generally with respect to Aurobindo's business practices, product prioritization, manufacturing capacity and Aurobindo's pricing and sale of its generic versions of Truvada and Atripla. Ms. Johns will also testify regarding Aurobindo's sale of generic Truvada and Atripla outside of the United States through the PEPFAR Program.<br><br>Estimated length of plaintiffs' direct: 43 minutes<br><br>Estimated length of defendants' cross: 5 minutes |
| Julie, Staci<br>*May be contacted through counsel for Teva* | Live | Ms. Julie is a senior member of Teva's in-house legal team and is expected to testify about Teva's assessment of its litigation with Gilead concerning the at-issue patents, Teva's goals for and evaluations of potential settlements, and the timing, negotiation, and approval of the Gilead-Teva patent litigation settlements. Ms. Julie is also expected to testify about the broader processes, functions, and aims of Teva's in-house legal team, including its interactions with other departments within Teva.<br><br>Estimated length of plaintiffs' direct: 90 minutes<br><br>Estimated length of defendants' cross: 210 minutes |
| Killion, Frederick<br>*May be contacted through counsel for Teva* | Live | Mr. Killion is a senior member of Teva's in-house legal team and is expected to testify about Teva's assessment of its litigation with Gilead concerning the at-issue patents, Teva's goals for and evaluations of potential settlements, and the timing, negotiation, and approval of the Gilead-Teva patent litigation settlements. Mr. Killion is also expected to testify about the broader processes, functions, and aims of Teva's in-house legal team, including its interactions with other departments within Teva.<br><br>Estimated length of plaintiffs' direct: 30 minutes<br><br>Estimated length of defendants' cross: 30 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Le, Kim<br>*May be contacted through counsel for Kaiser* | Live | Kim Le is Executive Director of National Pharmacy Drug Use Management and Outcomes Research at Kaiser Permanente. Ms. Le is expected to testify regarding Kaiser's management of its formularies and practice recommendations as they relate to the HIV drug products at issue in this case, and Kaiser's purchase or reimbursement of the HIV drugs at issue in this case. Ms. Le is also expected to testify regarding Kaiser's clinical analysis and drug use management strategies regarding the HIV drug products at issue in this case.<br><br>Estimated length of testimony: 35 minutes<br><br>Estimated length of defendants' cross: 60 minutes |
| McKnight, Jay<br>*May be contacted through counsel for Humana* | Live | John McKnight, Jr. is the Vice President, Clinical Pharmacy, of the HPS DomaniRx Transformation Management Office at Humana. Mr. McKnight is expected to testify about Humana and its internal PBM's administration of prescription drug benefits related to the drugs at issue in this litigation, including formularies and drug coverage, Pharmacy and Therapeutics Committee operations and decisions, and purchases/reimbursements for drugs.<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 30 minutes |
| Mitchell, David<br>*May be contacted through counsel for Mylan* | Deposition | Mr. Mitchell, the 30(b)(6) corporate designee of third-party Mylan, a generic manufacturer, will testify regarding Mylan's regulatory filings and approval milestones for its generic version Truvada ANDA and its Drug Master Files for TDF and FTC; Mylan's Settlement License Agreement with Gilead; Mylan's generic Truvada sales data and generally with respect to Mylan's business practices, product prioritization and manufacturing capacity.<br>Estimated length of plaintiffs' direct: 46 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Moriarty, Sean<br>*May be contacted through counsel for Lupin* | Deposition | Mr. Moriarty is a former in-house attorney for Lupin. Mr. Moriarty will testify regarding the negotiations with Gilead settling Lupin's patent litigation over the FTC patents.<br><br>Estimated length of plaintiffs' direct: 9 minutes<br><br>Estimated length of defendants' cross: 10 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Okada, Sheldon<br>*May be contacted through counsel for Gilead* | Deposition | Mr. Okada has relevant knowledge about Gilead's forecasting exercises generally, and specifically the forecasting of HIV drugs and generic entry.<br><br>Estimated length of testimony: 24 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Patel, Anil<br>*May be contacted through counsel for Cipla* | Deposition | Mr. Patel is a former in-house attorney for Cipla. Mr. Patel will testify regarding the negotiations with Gilead settling Cipla's patent litigation over the FTC patents.<br><br>Estimated length of plaintiffs' direct: 10 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Pletcher, Brett<br>*May be contacted through counsel for Gilead* | Live | Mr. Pletcher, Gilead's former Executive Vice President for Corporate Affairs and General Counsel, will testify regarding Gilead's negotiations of settlements between Gilead and Teva, as well as Gilead and later-filing generic manufacturers, concerning the FTC litigations.<br><br>Estimated length of plaintiffs' direct: 60 minutes<br><br>Estimated length of defendants' cross: 120 minutes |
| Sagar, Deep<br>*May be contacted through counsel for Cipla* | Deposition | Mr. Sagar, the 30(b)(6) corporate designee of third party Cipla, a generic manufacturer, will testify regarding Cipla's regulatory filings and approval milestones for its generic versions Truvada and Atripla ANDAs and its Drug Master Files for TDF, FTC and EFV; its settlement agreement  with Gilead; its sales data for generic Truvada and generic Atripla; and generally with respect to Cipla's business practices, product prioritization, and manufacturing capacity.<br><br>Estimated length of plaintiffs' direct: 41 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Scott, Brian<br>*May be contacted through counsel for KPH* | Live | Mr. Scott will testify as to KPH's role as direct purchaser class representative in this case, KPH's assignment from McKesson, and KPH's purchasing and pricing of brand and generic cART drugs. Mr. Scott will also be prepared to testify as to damages.<br><br>Estimated length of testimony: 35 minutes<br><br>Estimated length of defendants' cross: 60 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Sommese, Bryan J. *May be contacted through counsel for Amneal* | Live | If the parties cannot reach agreement on the introduction of Mr. Sommese's March 3, 2022 declaration into evidence, Mr. Sommese, Senior Director of Global Intellectual Property at Amneal Pharmaceuticals, Inc., a generic manufacturer, will testify to verify the facts stated in his declaration of March 3, 2022 regarding Amneal's processing of its generic Truvada ANDA, Amneal's manufacturing readiness and capacity, its settlement with Gilead and prioritization strategy should the declaration not be admitted as evidence of such facts.<br><br>Estimated length of plaintiffs' direct: 15 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Stout, Coy *May be contacted through counsel for Gilead* | Deposition | Mr. Stout, most recently Gilead's Vice President of U.S. Market Access, Strategy, and Account Management, will testify as to Gilead's pricing decisions and considerations and Gilead's concerns regarding generic competition and the effect of such competition on Gilead's brand drug pricing. Mr. Stout may also testify concerning Gilead's forecasts as to Atripla and Truvada upon generic entry.<br><br>Estimated length of plaintiffs' direct: 5 minutes<br><br>Estimated length of defendants' cross: 15 minutes |
| Tancredi, Ray *May be contacted through counsel for Walgreens* | Live | Ray Tancredi is the divisional vice-president for specialty pharmacy development and brand vaccine purchasing at Walgreen and will testify regarding Walgreen's specialty pharmaceutical business; the role of generics; the substitution of AB-rated generic products for the brand; Walgreen's purchase of brand and generic Truvada and Atripla; and any other issues covered in his deposition testimony.<br><br>Estimated length of plaintiffs' direct: 35 minutes<br><br>Estimated length of defendants' cross: |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Tiruvattar, Chandran<br>*May be contacted through counsel for Strides* | Deposition | Mr. Tiruvattar, the 30(b)(6) corporate designee of third-party Strides, a generic manufacturer, will testify regarding Strides' regulatory filings and approval milestones for its generic version Truvada ANDA, its settlement agreement with Gilead, and its generic Truvada sales data.<br><br>Estimated length of plaintiffs' direct: 53 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Versosky, Thomas<br>*May be contacted through counsel for Laurus* | Deposition | Mr. Versosky, the 30(b)(6) corporate designee of third party Laurus, an API and finished generic drug product manufacturer, will testify regarding Laurus' regulatory filings for its' TDF, FTC and EFV Drug Master Files and its generic Truvada ANDA; its settlement agreement with Gilead; its generic Truvada sales data and generally with respect to Laurus' business practices, product prioritization and manufacturing capacity.<br><br>Estimated length of plaintiffs' direct: 20 minutes<br><br>Estimated length of defendants' cross: 10 minutes |

**B.     Expert Witnesses the Purchasers Will Call at Trial**

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Berndt, Ernst | Live | Dr. Berndt will testify regarding the opinions set forth in his expert reports, including his economic analysis of the defendants' conduct and the impact on United (and its assignors), along with his United damages calculations. Among other things, Dr. Berndt will use his expertise and experience as a healthcare economist to analyze the evidence (including transactional data produced by the parties) and testify regarding his conclusions as to (1) the specific ways in which the defendants' conduct resulted in overcharges to United, and (2) the flaws in analysis and opinions offered by the defendants' experts Dr. Saravia and Dr. Jena. Dr. Berndt's calculations address Gilead-Teva pay-for-delay agreement and the no-generic restraints. Dr. Berndt will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiffs' direct: 60 minutes<br><br>Estimated length of defendants' cross: 150 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Bradford, David | Live | Dr. Bradford may provide expert testimony rebutting the opinions offered by Dr. Anupam Jena; therefore, his opinions will depend on what testimony Dr. Jena provides (and is permitted to provide).  Dr. Bradford rebuts several of Dr. Jena's opinions concerning Gilead's development of Gilead's drugs, including its incentives and financial constraints relevant to drug development.<br><br>Estimated length of plaintiffs' direct: 30 minutes<br><br>Estimated length of defendants' cross: 30 minutes |
| Caldwell, John | Live | Dr. Caldwell will opine—based on his extensive education and experience, and to a reasonable degree of certainty in the area of stereochemistry—on the scientific principles and concepts underlying the patents at issue in the *Gilead v. Teva* litigation regarding FTC. Specifically, he will first outline the relevant basics of stereochemistry to the jury. Then, Dr. Caldwell will testify about the relative strength of Gilead's and Teva's scientific arguments in the FTC litigation. This testimony will include his opinion that a person of ordinary skill in the art: (i) would have readily envisaged the species claimed in U.S. Patent Nos. 6,642,245 ('245 patent) and 6,703,396 ('396 patent); and (ii) would been motivated to pursue and develop the subject matter claimed in the '245 and '396 patents. Dr. Caldwell will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiffs direct: 45 minutes<br><br>Estimated length of defendants' cross: 45 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Clark, Jon | Live | Jon Clark will testify regarding his opinion that several generic competitors would have achieved FDA approval of their ANDAs for generic Truvada and/or generic Atripla on or before January 26, 2018, if incentivized to obtain that approval by the earliest possible date. Jon Clark will utilize his expertise, gained during his over 21 years at the FDA reviewing more than 200 market applications (including NDAs and ANDAs) and over 700 DMFs, as well as his subsequent work as a consultant, during which he has worked with scores of pharmaceutical manufacturers as they sought approval of their drug products. Jon Clark will explain, based upon his expertise and review of the generic manufacturer's filings and communications with the FDA as their ANDAs for generic Truvada and/or generic Atripla were processed, what steps the generic manufacturers would have taken to obtain final approval on or before January 26, 2018, if incentivized to obtain approval on or before that date. Additionally, Jon Clark will testify that the DMFs for TDF, FTC and EFV were adequate to support the earlier ANDA approval dates that he opines about based upon his review of the records related to those DMFs. Jon Clark will testify that, from a regulatory perspective, there were no events that occurred after the earliest approval dates he identifies for each generic manufacturer he addresses that would have impeded the filer's ability to distribute their respective generic drug.   Mr. Clark will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiffs' direct: 60 minutes<br><br>Estimated length of defendants' cross: 60 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Clark, Todd | Live | Todd Clark will testify to his opinions that in each of the purchasers' two causation benchmark scenarios where Teva did not enter a settlement which included an MFEP (one in which Teva prevails in patent litigation with Gilead and the other in which Teva enters an alternative settlement with a May 2019 entry date), six generic Truvada applicants and three generic Atripla applicants would have entered the market earlier.  Based upon his expertise and experience as a consultant who advises on global pharmaceutical marketing strategies and the author of books and policy papers on these topics, who has served as an expert in other pharmaceutical litigation, and his review of documents and deposition testimony, Todd Clark also will testify regarding the market, regulatory, financial and industry considerations that impact generic manufacturers' incentives and decisions when determining which generic products to develop and when to launch them and that Teva's settlement with Gilead containing an MFEP clause providing a license entry date of September 30, 2020 for Teva's generic versions of Atripla and Truvada with six months "contractual exclusivity," resulted in subsequent settlement agreements that kept other generic companies from reaching the market until March 30, 2021. Mr. Clark will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiffs' direct: 60 minutes<br><br>Estimated length of defendants' cross: 60 minutes |
| Dafny, Leemore | Live | Dr. Dafny will testify regarding the opinions set forth in her expert report, including by providing an overview of the mechanisms for generating competition between branded drugs sold in retail settings and their bioequivalent generics and actions drug manufacturers may take to interfere with those mechanisms. Based on her education, training, research, and experience, Dr. Dafny will among other things testify regarding the increased generic competition spurred by the Hatch-Waxman Act and automatic substitution laws and provide examples of strategies to exploit the statutory and regulatory structure and undermine generic competition, including through reverse payments. Dr. Dafny will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiffs' direct:  45 minutes<br><br>Estimated length of defendants' cross: 45 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Frank, Richard | Live | Dr. Frank, an expert in the field of health economics, will testify about the amount of overcharge damages incurred by the End-Payor Truvada, Atripla, and Complera Classes resulting from the defendants' unlawful conduct. Dr. Frank will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiffs' direct: 60 minutes<br><br>Estimated length of defendants' cross: 120 minutes |
| Hardy, David | Live | Dr. Hardy is a practicing medical doctor who specializes in the treatment of HIV. He will testify to the opinions provided in detail in his reports, including among other things, based on his experience and analysis by providing background information relating to HIV and its treatment. Dr. Hardy will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiffs' direct: 30 minutes<br><br>Estimated length of defendants' cross: 60 minutes |
| Hoyt, Brian | Live | Brian Hoyt, M.B.A., is a Managing Director in the Health Analytics Practice at Berkeley Research Group. He has extensive experience in data analytics, economic, and financial modeling, with a particular focus in the healthcare industry. Mr. Hoyt will opine on the amount of damages suffered by the Individual Health Plan Plaintiffs as a result of the defendants' anticompetitive conduct – including the pay for delay and no generics restraint agreements. Mr. Hoyt will also respond to relevant testimony provided by the defendants' experts and identify flaws in the damages methodology presented by Dr. Jena.<br><br>Estimated length of plaintiff's direct: 60 minutes<br><br>Estimated length of defendants' cross: 120 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Lamb, Russell | Live | Dr. Lamb is the President and Co-Founder of Monument Economics Group. Consistent with the opinions set forth in his expert reports, Dr. Lamb will testify regarding the relevant antitrust markets with respect to the no-generics restraint clause in Gilead's agreement with BMS to develop Evotaz and whether BMS possessed market power in that market. Dr. Lamb will also testify regarding: (i) the amount of overcharge damages Direct Purchaser Class members suffered on account of paying higher prices for Atripla and Truvada than they otherwise would have because of the delayed generic entry resulting from Gilead's pay-for-delay agreement with Teva; and (ii) the amount of overcharge damages KPH Healthcare Services, Inc. suffered in paying more for Complera than it otherwise would have because of the blocked generic entry resulting from the no-generics restraint clause in Gilead's agreements with Janssen. Finally, Dr. Lamb will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiffs' direct: 60 minutes<br><br>Estimated length of defendants' cross: 120 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Leffler, Keith | Live | Dr. Leffler is an Emeritus Associate Professor of Economics at the University of Washington who has been performing economic analysis in antitrust and patent cases since 1976.  He will opine on the overcharge damages suffered by the Retailer Plaintiffs on their purchases of Truvada and Atripla consistent with opinions in his expert reports and any errata thereto.  Dr. Leffler will opine that the delay of generic competition for Truvada and Atripla that other experts establish as a result of the most-favored entry and most-favored entry plus provisions in the Gilead-Teva settlement agreement adversely impacted the Retailer Plaintiffs. Specifically, Dr. Leffler will opine that the Retailer Plaintiffs and the wholesalers that supplied Truvada and Atripla to the Retailer Plaintiffs and assigned their claims to the Retailer Plaintiffs were adversely impacted by the delay of generic entry because they paid higher prices for the brand products when they otherwise would have purchased lower-priced generic Truvada and Atripla. Dr. Leffler will opine that the Retailer Plaintiffs and their wholesalers were adversely impacted by Teva's exclusivity as the only supplier of generic Truvada and Atripla in the first six months following Teva's generic entry because of higher prices resulting from the absence of generic competition. Dr. Leffler will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiffs' direct: 60 minutes<br><br>Estimated length of defendants' cross: 120 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Lentz, Edward | Live | Mr. Lentz is a patent attorney with extensive experience in pharmaceutical patent litigation gained over decades of working as a patent attorney in the pharmaceutical industry. He will opine as to how a patent attorney in the field would have assessed the likely outcome of the *Gilead v. Teva* FTC litigation, had it gone to completion, including appeal, and to assign a probability in percentage terms of such outcome, as he would have done had he been an in-house patent attorney at a pharmaceutical company at about the time of the settlement of the litigation. Specifically, he will opine that a patent attorney in the field would advise his or her client that it was very likely (75-80% likelihood) that the litigation would resolve in Teva's favor with a finding of invalidity of the '396 and '245 patents based on non-statutory double patenting over the claims of two prior patents in the same patent application family. He will also opine that it is likely that the district court would have issued a final judgement no later than about July 2014, and an appeal, if any, would have been decided by no later than about July 2015. He will also opine that a patent attorney in the field would conclude that Gilead's later, follow-on patents would very likely have been found to be invalid or not infringed if asserted against Teva and therefore would not have affected the timing of launch by Teva of its generic versions of Gilead's emtricitabine products. Mr. Lentz will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiffs' direct: 90 minutes<br><br>Estimated length of defendants' cross: 120 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| McGuire, Thomas | Live | Professor McGuire, an expert in the field of health economics, testify as to the opinions in his reports. He will also offer opinions about the relevant markets and defendants' market power within those markets.<br><br>As to the purchasers' allegations concerning the reverse payment, Professor McGuire will testify that Gilead had market power in the relevant markets for brand Truvada and Atripla and their generic equivalents.<br><br>As to the purchasers' allegations concerning the No Generics Restraint in the Complera Agreement, Professor McGuire will testify that Gilead had market power in a relevant market for brand and generic Complera.<br><br>Professor McGuire will also offer opinions about the anticompetitive nature of the MFE/P in the Gilead-Teva settlement agreement and the injury it caused.  Dr. McGuire will testify regarding the nature and value of the reverse payment, its likely anticompetitive effect, and the timing of generic entry absent the defendants' unlawful conduct.<br><br>Dr. McGuire will also respond to relevant testimony provided by the defendants' experts.<br><br>Estimated length of plaintiff's direct: 120 minutes<br><br>Estimated length of defendants' cross: 180 minutes |
| Rubenfeld, Daniel | Live | Dr. Rubinfeld is the Robert L. Bridges Professor of Law and Professor of Economics Emeritus at the University of California Berkeley and Professor of Law at New York University. Since receiving his Ph. D. in 1972 in economics from M.I.T., he has had a distinguished career in research and academics in the public sector including serving as Deputy Assistant Attorney General for Antitrust at the U.S. Department of Justice from June 1997 through December 1998, where he was responsible for supervising a staff of approximately 70 Ph.D. economists, financial analysts, and research assistants with respect to a wide range of antitrust matters, including monopolization, price fixing, and other restraints of trade.<br><br>Dr. Rubinfeld has extensive experience with the pharmaceutical industry and he will testify to the opinions provided in detail in his reports, if necessary, to rebut any defense arguments or testimony that Gilead was an innovative company or that the reverse payments were necessary to or promoted innovation.<br><br>Estimated length of plaintiffs' direct: 30 minutes<br><br>Estimated length of defendants' cross: 30 minutes |

19

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Suryanarayanan, Raj | Live | Raj Suryanarayanan, Ph.D., an expert in the field of pharmaceutical formulation with over 40 years of experience, may rebut the testimony of defendants' expert Cory Berkland, Ph.D., concerning the purported non-obviousness of four patents related to pharmaceutical formulations containing combinations of two or more of TDF, FTC, and EFV.

If called, Professor Suryanarayanan will testify that, from the perspective of a person of ordinary skill in the art, the subject matter claimed in the formulation patents would have been obvious based on the prior art. In support of his opinions, Professor Suryanarayanan will testify about the common use of fixed dosage combination drugs in the prior art, why developing a tablet combining TDF, FTC, and EFV would not have been challenging to a person of ordinary skill in the art, in view of known techniques to reduce drug instability in the prior art, and the way a person of ordinary skill in the art would understand particular prior art references critiqued by Professor Berkland.

In support of his opinions, Professor Suryanarayanan relies on his knowledge as an expert in the field, the formulation patents and their file histories, prior art, and other documents cited in his report.

Professor Suryanarayanan will also respond to relevant testimony provided by the defendants' experts.

<u>Estimated length of plaintiffs' direct</u>: 30 minutes

<u>Estimated length of defendants' cross</u>: 60 minutes |

### C. Fact Witnesses The Purchasers Will Call At Trial To Authenticate, Lay Foundation And/Or Establish Admissibility Of Documents If Necessary.[4]

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Alves, Kristin<br>*May be contacted through counsel for CVS* | Live | Ms. Alves is the Director – Brand Trade Contracting, Services at CVS and will testify regarding CVS's pharmaceutical business; the role of generics; the substitution of AB-rated generic products for the brand; CVS's purchase of brand and generic Truvada and Atripla; the Retailer Plaintiffs' assignments; and any other issues covered in her deposition testimony.<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 15 minutes |
| Bischofberger, Norbert<br>*May be contacted through counsel for Gilead* | Deposition | Norbert Bischofberger is a former Gilead employee, most recently serving as the company's Chief Science Officer. The purchasers reserve the right to call Mr. Bischofberger to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 10 minutes> |
| Cotton, Geoff<br>*May be contacted through counsel for Gilead* | Deposition | Geoff Cotton is a former Gilead employee, most recently serving as the Company's Vice President for Commercial Planning. The purchasers reserve the right to call Mr. Cotton to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony:  10 minutes<br><br>Estimated length of defendants' cross: 10 minutes |

---

[4] The parties are continuing to discuss ways to resolve these issues and streamline the presentation of evidence. If those discussions are successful, the purchasers would expect to remove many, if not all, of these witnesses.

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Granado, Lissette Priegues (Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund) *May be contacted through counsel for EPPs* | Live | The purchasers may call Lissette Priegues-Granado to testify on behalf of Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund ("FOP").   FOP is a Third-Party Payor plaintiff and a class representative for the Truvada Damages Class and the cART Foundation Drug Injunctive Class. Ms. Priegues-Granado, as the benefits manager of FOP, would testify related to FOP's purchases of drugs related to the classes in support of establishing that FOP suffered financial injury as a result of the defendants' anticompetitive conduct. <br><br> Estimated length of testimony:  15 minutes <br><br> Estimated length of defendants' cross: 15 minutes |
| Guyer, Bill *May be contacted through counsel for Gilead* | Deposition | William Guyer is a former Gilead employee. He held various positions and, most recently, was the company's Global Medical Director. The purchasers reserve the right to call Mr. Guyer to authenticate and/or lay foundation for trial exhibits to the extent necessary. <br><br> Estimated length of testimony: 10 minutes <br><br> Estimated length of defendants' cross: 10 minutes |
| Hilton, John *May be contacted through counsel for Gilead* | Deposition | John Hilton is a former Gilead employee, most recently serving as the company's Senior Director for HIV Sales. The purchasers reserve the right to call Mr. Hilton to authenticate and/or lay foundation for trial exhibits to the extent necessary. <br><br> Estimated length of testimony: 10 minutes <br><br> Estimated length of defendants' cross: 10 minutes |
| Hitchcock, Mick *May be contacted through counsel for Gilead* | Deposition | The purchasers reserve the right to call Mr. Hitchcock to authenticate and/or lay foundation for trial exhibits to the extent necessary. <br><br> Estimated length of testimony: 10 minutes <br><br> Estimated length of defendants' cross: 10 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Hynes, Anthony (Pipe Trades Services MN Welfare Fund) *May be contacted through counsel for EPPs* | Deposition | The purchasers may call Anthony Hynes to testify on behalf of Plaintiff Pipe Trades Services MN Welfare Fund ("Pipe Trades"). Mr. Hynes would testify to Pipe Trades' purchase of, or reimbursement for, Truvada and its generic equivalents to establish that Pipe Trades suffered financial injury as a result of the defendants' anticompetitive conduct.<br><br>Estimated length of testimony:  20 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Kearney, Brian *May be contacted through counsel for Gilead* | Deposition | Brian Kearney is a former Gilead employee who was Senior Director of Clinical Research from August 2008 to July 2014. The purchasers reserve the right to call Mr. Kearney to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Koomey, Melissa *May be contacted through counsel for Gilead* | Deposition | Ms. Koomey, VP, Head Global Commercial Operations, has relevant knowledge regarding Gilead's pricing decisions and considerations, as well as Gilead's view as to and consideration of authorized generics. The purchasers reserve the right to call Ms. Koomey to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 60 minutes |
| Li, Jing *May be contacted through counsel for Gilead* | Deposition | Jing Li is a former Gilead employee, and served as the company's Associate Director of Commercial Strategy during her approximate seven years with the company. The purchasers reserve the right to call Ms. Li to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 10 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| McCallister, Scott<br>*May be contacted through counsel for Gilead* | Deposition | Scott McCallister is a former Gilead employee responsible for clinical research. The purchasers reserve the right to call Mr. McCallister to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| McMahon, Owen<br>*May be contacted through counsel for Rite Aid* | Live | Mr. McMahon is the Vice President, Generic Pharmaceutical Purchasing & Clinical Services at Rite Aid and will testify regarding Rite Aid's pharmaceutical business; the role of generics; the substitution of AB-rated generic products for the brand; Rite Aid's purchase of brand and generic Truvada and Atripla; the Retailer Plaintiffs' assignments; and any other issues covered in his deposition testimony.<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 30 minutes |
| Meyers, James<br>*May be contacted through counsel for Gilead* | Deposition | Jim Meyers is the former Executive Vice President of Worldwide Commercial Operations and is knowledgeable about the impact of generic entry on Gilead's financials and Gilead's efforts to minimize that impact; and pricing decisions regarding Gilead's HIV regimens. The purchasers reserve the right to call Mr. Meyers to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Mikulak, Zachary<br>*May be contacted through counsel for Walgreens* | Live | Mr. Mikulak is the Senior Director, Generic Rx Purchasing at Walgreen and will testify regarding Walgreen's pharmaceutical business; the role of generics; the substitution of AB-rated generic products for the brand; Walgreen's purchase of brand and generic Truvada and Atripla; the Retailer Plaintiffs' assignments; and any other issues covered in his deposition testimony.<br><br>Estimated length of testimony:  15 minutes<br><br>Estimated length of defendants' cross: 30 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Milligan, John<br>*May be contacted through counsel for Gilead* | Live | Mr. Milligan was employed by Gilead from 1990 to 2019. In 2002, Mr. Milligan served as Chief Financial Officer. He would later serve as Chief Operating Officer and eventually the President and Chief Executive Officer.  The purchasers maycall Mr. Milligan to testify regarding aspects of Gilead's financial information  The purchasers also reserve the right to call Mr. Milligan to authenticate and/or lay foundation for trial exhibits to the extent necessary..<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| O'Connell, Sean<br>*May be contacted through counsel for Gilead* | Deposition | Mr. O'Connell was Senior Director of Corporate Development at Gilead. Mr. O'Connell is knowledgeable about Gilead's strategy, planning, forecasting, development, manufacture, regulatory approval, marketing, sales, and distribution of Gilead's HIV drugs. The purchasers reserve the right to call Mr. O'Connell to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Payne, Mike<br>*May be contacted through counsel for Gilead* | Deposition | Mr. Payne has relevant knowledge about Gilead's strategy, planning, and forecasting of HIV drugs.<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Perales, Ina<br>*May be contacted through counsel for HEB* | Live | Ms. Perales is the Business Development Manager, Brands & Specialty Rx at HEB and will testify regarding HEB's pharmaceutical business; the role of generics; the substitution of AB-rated generic products for the brand; HEB's purchase of brand and generic Truvada and Atripla; the Retailer Plaintiffs' assignments; and any other issues covered in her deposition testimony.<br><br>Estimated length of testimony:  15 minutes<br><br>Estimated length of defendants' cross: 30 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Piontkowsky, David<br>*May be contacted through counsel for Gilead* | Deposition | David Piontkowsky is a current Gilead employee and head of Gilead's Global Medical Affairs Therapeutic Areas. He previously served as Senior Director of HIV Medical Affairs at Gilead. The purchasers reserve the right to call Mr. Piontkowsky to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Pizarro, Maria<br>(Service Employees International Union, Local No. 1 Health Fund)<br>*May be contacted through counsel for EPPs* | Deposition | The purchasers may call Maria Pizarro to testify on behalf of Service Employees International Union, Local No. 1 Health Fund ("Local No. 1"). Local No. 1 is a Third-Party Payor plaintiff and a class representative for the Truvada Damages Class and the cART Foundation Drug Injunctive Class. Ms. Pizarro, as an employee of Local No. 1's third-party fund administrator, would testify about Local No. 1's purchases of drugs related to the Classes in support of establishing that Local No. 1 suffered financial injury as a result of the defendants' anticompetitive conduct.<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 15 minutes |
| Shaal, Erin<br>*May be contacted through counsel for Albertson* | Live | Ms. Shaal is the Vice President, Pharmacy Procurement, Specialty and Patient Care Services at Albertsons and will testify regarding Albertsons' pharmaceutical business; the role of generics; the substitution of AB-rated generic products for the brand; Albertsons' purchase of brand and generic Truvada and Atripla; the Retailer Plaintiffs' assignments; and any other issues covered in her deposition testimony.<br><br>Estimated length of testimony:  15 minutes<br><br>Estimated length of defendants' cross: 30 minutes |
| Steele, Joseph<br>*May be contacted through counsel for Gilead* | Deposition | Mr. Steele, a Vice President at Gilead, is knowledgeable about Gilead's strategy, planning, forecasting, development, manufacture, regulatory approval, marketing, sales, and distribution of Gilead's HIV drugs. The purchasers reserve the right to call Mr. Steele to authenticate and/or lay foundation for trial exhibits to the extent necessary..<br><br>Estimated length of testimony: 15 minutes<br><br>Estimated length of defendants' cross: 10 minutes |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Tomkins, Paul<br>*May be contacted through counsel for Gilead* | Deposition | The purchasers reserve the right to call Mr. Tomkins to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross:10 minutes |
| Turner, Britt<br>*May be contacted through counsel for Kroger* | Live | Ms. Turner is the Director of Pharmacy Procurement at Kroger and will testify regarding Kroger's pharmaceutical business; the role of generics; the substitution of AB-rated generic products for the brand; Kroger's purchase of brand and generic Truvada and Atripla; the Retailer Plaintiffs' assignments; and any other issues covered in her deposition testimony.<br><br>Estimated length of testimony:  15 minutes<br><br>Estimated length of defendants' cross: 30 minutes |
| Young, Kevin<br>*May be contacted through counsel for Gilead* | Deposition | Mr. Young is knowledgeable about Gilead's commercial planning, including about the threat of and responses to potential generic competition. The purchasers reserve the right to call Mr. Young to authenticate and/or lay foundation for trial exhibits to the extent necessary.<br><br>Estimated length of testimony: 10 minutes<br><br>Estimated length of defendants' cross: 10 minutes |
| Records Custodian for Amneal | Live | Consistent with information in Amneal's records. |
| Records Custodian for Aurobindo | Live | Consistent with information in Aurobindo's records. |
| Records Custodian for BMS | Live | Consistent with information in BMS's records. |
| Records Custodian for Gilead | Live | Consistent with information in Gilead's records. |
| Records Custodian for Laurus Generics | Live | Consistent with information in Laurus Generic's records. |
| Records Custodian for Lupin | Live | Consistent with information in Lupin's records. |
| Records Custodian for PharmaQ | Live | Consistent with information in PharmaQ's records. |

| Witness Name | Manner | Witness Statement |
|---|---|---|
| Records Custodian for Strides | Live | Consistent with information in Strides' records. |
| Records Custodian for Teva | Live | Consistent with information in Teva's records. |

Dated:  May 19, 2023                                  Respectfully submitted,

                                                      HILLIARD & SHADOWEN LLP

                              By:  */s/ Steve Shadowen*
                                      STEVE D. SHADOWEN (*pro hac vice*)
                                      steve@hilliardshadowenlaw.com
                                      RICHARD BRUNELL (*pro hac vice*)
                                      rbrunell@hilliardshadowenlaw.com
                                      TINA JOANN MIRANDA (*pro hac vice*)
                                      tmiranda@hilliardshadowenlaw.com
                                      MATTHEW C. WEINER (*pro hac vice*)
                                      matt@hilliardshadowenlaw.com
                                      1135 W. 6th Street, Suite 125
                                      Austin, TX 78703
                                      Telephone:  (855) 344-3298


                                      HAGENS BERMAN SOBOL SHAPIRO LLP
                                      STEVE W. BERMAN (*pro hac vice*)
                                      steve@hbsslaw.com
                                      1301 Second Avenue, Suite 2000
                                      Seattle, WA 98101
                                      Telephone: (206) 623-7292

1    HAGENS BERMAN SOBOL SHAPIRO LLP
     THOMAS M. SOBOL (*pro hac vice*)
2    tom@hbsslaw.com
     GREGORY T. ARNOLD (*pro hac vice*)
3    grega@hbsslaw.com
     ABBYE R. K. OGNIBENE (SBN 311112)
4    abbyeo@hbsslaw.com
     LAUREN G. BARNES (*pro hac vice*)
5    lauren@hbsslaw.com
     1 Faneuil Hall Square, 5th Floor
6    BOSTON, MA 02109
     Telephone: (617) 482-3700
7
8
     *Co-Lead Counsel for End-Payor Plaintiffs*
9

10   KESSLER TOPAZ MELTZER & CHECK, LLP
     JOSEPH H. MELTZER (*pro hac vice*)
11   jmeltzer@ktmc.com
     TERENCE S. ZIEGLER (*pro hac vice*)
12   tziegler@ktmc.com
     DONNA S. MOFFA (*pro hac vice*)
13   dmoffa@ktmc.com
     JORDAN E. JACOBSON (*pro hac vice*)
14   jjacobson@ktmc.com
     280 King of Prussia Road
15   Radnor, PA 19087
     Telephone: (610) 667-7706
16

17
     SPECTOR ROSEMAN & KODROFF P.C.
18   JEFFREY L. KODROFF (*pro hac vice*)
     jkodroff@srkattorneys.com
19   DIANA J. ZINSER (*pro hac vice*)
     dzinser@srkattorneys.com
20   2001 Market Street, Suite 3420
     Philadelphia, PA 19103
21   Telephone: (215) 496-0300

22
     MILLER SHAH LLP
23   JAYNE A. GOLDSTEIN (*pro hac vice*)
     jagoldstein@millershah.com
24   1625 North Commerce Parkway, Suite 320
     Fort Lauderdale, FL 33326
25   Telephone: (954) 515-0123

26

27

28

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, P.C.
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
JOSEPH M. VANEK (*pro hac vice*)
jvanek@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

1  Dated:  May 19, 2023                          LAW OFFICES OF FRANCIS O. SCARPULLA

2                                        By:  */s/ Francis O. Scarpulla*

3                                               FRANCIS O. SCARPULLA (SBN 41059)
                                                fos@scarpullalaw.com
4                                               PATRICK B. CLAYTON (SBN 240191)
                                                pbc@scarpullalaw.com
5                                               3708 Clay Street
                                                San Francisco, CA 94118
6                                               Telephone: (415) 751-4193
                                                Facsimile:  (415) 788-0706
7

8                                               *Liaison Counsel for Direct Purchaser Plaintiff Classes*

9                                               NASTLAW LLC
                                                DIANNE M. NAST (*pro hac vice*)
10                                              dnast@nastlaw.com
                                                1101 Market Street, Suite 2801
11                                              Philadelphia, PA 19107
                                                Telephone: (215) 923-9300
12                                              Facsimile:  (215) 923-9302

13
                                                ROBERTS LAW FIRM US, PC
14                                              MICHAEL L. ROBERTS (*pro hac vice*)
                                                mikeroberts@robertslawfirm.us
15                                              KAREN SHARP HALBERT
                                                karenhalbert@robertslawfirm.us
16                                              ERICH P. SCHORK
                                                erichschork@robertslawfirm.us
17                                              SARAH E. DELOACH
                                                sarahdeloach@robertslawfirm.us
18                                              1920 McKinney Avenue, Suite 700
                                                Dallas, TX 75204
19                                              Telephone: (501) 952-8558
20

21                                              *Co-Lead Counsel for Direct Purchaser Plaintiff Classes*

22

23                                              HAUSFELD LLP
                                                MICHAEL D. HAUSFELD (*pro hac vice*)
24                                              mhausfeld@hausfeld.com
                                                888 16th St. NW, Suite 300
25                                              Washington DC 20006
                                                Telephone: (202) 540-7200
26                                              Facsimile:  (202) 540-7201

27

28

                                               32

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HAUSFELD LLP
MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeld.com
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

HAUSFELD LLP
BRENT WILLIAM LANDAU (*pro hac vice*)
blandau@hausfeld.com
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3273
Facsimile:  (215) 985-3271

*Counsel for Direct Purchaser Plaintiffs*

Dated:  May 19, 2023                KENNY NACHWALTER, P.A.

By:  */s/ Scott E. Perwin*
SCOTT E. PERWIN (*pro hac vice*)
sep@knpa.com
LAUREN C. RAVKIND (*pro hac vice*)
lcr@knpa.com
ANNA T. NEILL (SBN 270858)
aneill@knpa.com
1100 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000

*Counsel for Walgreen Plaintiffs*

Dated:  May 19, 2023                HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By:  */s/ Barry L. Refsin*
BARRY L. REFSIN (*pro hac vice*)
brefsin@hangley.com
CAITLIN V. MCHUGH (*pro hac vice*)
cmchugh@hangley.com
ALEXANDER J. EGERVÁRY (*pro hac vice*)
aegervary@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200

33

1

2   ERIC L. BLOOM (*pro hac vice*)
    ebloom@hangley.com
3   2805 Old Post Road, Suite 100
    Harrisburg, PA 17110
4   Telephone: (717) 364-1030

5   *Counsel for CVS Pharmacy, Inc., Rite Aid Corporation and
    Rite Aid Hdqtrs. Corp.*
6

7   Dated:  May 19, 2023                ZELLE LLP

8
    By:  */s/ Judith A. Zahid*
9                                       JUDITH A. ZAHID (SBN 215418)
                                        jzahid@zellelaw.com
10                                      ERIC W. BUETZOW (SBN 253803)
                                        ebuetzow@zellelaw.com
11                                      JAMES S. DUGAN (SBN 325565)
                                        jdugan@zellelaw.com
12                                      555 12th Street, Suite 1230
                                        Oakland, CA 94607
13                                      Telephone: (415) 693-0700

14
                                        ZELLE LLP
15                                      WILLIAM BORNSTEIN (*pro hac vice*)
                                        wbornstein@zellelaw.com
16                                      500 Washington Avenue South, Suite 4000
                                        Minneapolis, MN 55415
17                                      Telephone: (612) 339-2020

18
                                        BOIES SCHILLER FLEXNER LLP
19                                      HAMISH P.M. HUME (*pro hac vice*)
                                        hhume@bsfllp.com
20                                      ERIC MAURER (*pro hac vice*)
                                        emaurer@bsfllp.com
21                                      MICHAEL S. MITCHELL (*pro hac vice*)
                                        mmitchell@bsfllp.com
22                                      1401 New York Ave, NW
                                        Washington, DC 20005
23                                      Telephone: (202) 237-2727

24

25

26

27

28

34

1    BOIES SCHILLER FLEXNER LLP
     BEKO O. REBLITZ-RICHARDSON (SBN 238027)
2    brichardson@bsfllp.com
     44 Montgomery Street, 41st Floor
3    San Francisco, CA 94104
     Telephone: (415) 293-6800
4

5    *Counsel for United HealthCare Services, Inc.*

6

7    Dated:  May 19, 2023                    CROWELL & MORING LLP

8                                            By:  */s/ Daniel A. Sasse*
                                                  DANIEL A. SASSE (SBN 236234)
9                                                 dsasse@crowell.com
                                                  JOANNA M. FULLER (SBN 266406)
10                                                jfuller@crowell.com
                                                  TIFFANIE L. MCDOWELL (SBN 288946)
11                                                tmcdowell@crowell.com
                                                  3 Park Plaza, 20th Floor
12                                                Irvine, CA 92614
                                                  Telephone: (949) 263-8400
13                                                Facsimile:  (949) 263-8414
14
                                                  KENT A. GARDINER (*pro hac vice*)
15                                                kgardiner@crowell.com
                                                  1001 Pennsylvania Avenue NW
16                                                Washington, DC 20004
                                                  Telephone: (202) 624-2500
17                                                Facsimile:  (202) 628-5116
18
                                                  LAURA A. LYDIGSEN (*pro hac vice*)
19                                                llydigsen@crowell.com
                                                  455 N. Cityfront Plaza Drive, Ste. 3600
20                                                Chicago, IL 60611
                                                  Telephone: (312) 321-4200
21                                                Facsimile:  (312) 321-4299
22

23                                                *Counsel for Humana Inc.; Blue Cross and Blue Shield of*
                                                  *Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc.*
24                                                *(d/b/a Florida Blue HMO); Centene Corporation; Health*
                                                  *Care Service Corporation, a Mutual Legal Reserve*
25                                                *Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield*
                                                  *Kansas City; and Kaiser Foundation Health Plan, Inc.*
26

27

28

Dated:  May 19, 2023                    BERRY SILBERG STOKES PC

                              By: */s/ Joshua C. Stokes*
                                   JOSHUA C. STOKES (SBN 220214)
                                   jstokes@berrysilberberg.com
                                   CAROL M. SILBERBERG (SBN 217658)
                                   csilberberg@berrysilberberg.com
                                   11600 Washington Place, Suite 202C
                                   Los Angeles, CA 90066
                                   Telephone: (213) 986-2690
                                   Facsimile:  (213) 986-2677

                                   *Counsel for Humana Inc.; Blue Cross and Blue Shield of*
                                   *Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc.*
                                   *(d/b/a Florida Blue HMO); Centene Corporation; Triple-S*
                                   *Salud, Inc.; Blue Cross and Blue Shield of Kansas City; and*
                                   *Kaiser Foundation Health Plan, Inc.*

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(h)(3) of the Northern District of California, regarding signatures, I, Abbye R. K. Ognibene, attest that concurrent in the filing of this document has been obtained.


Dated: May 19, 2023                         */s/ Thomas M. Sobol*
                                            Thomas M. Sobol


## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2023, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

Dated: May 19, 2023                         */s/ Thomas M. Sobol*
                                            Thomas M. Sobol