UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No. 19-cv-02573-EMC<br><br>**ORDER AMENDING ORDER RE COURT'S FINAL JURY INSTRUCTIONS**<br><br>Docket No. 1881 |

This order amends the Court's order re final jury instructions (located at Docket No. 1881). As discussed at the conference with the parties on May 23, 2023, the Court shall modify the instruction titled "Overview of Patents – Patent Disputes Involving Brand and Generic Drugs." It shall remove the phrase "in 2018, the FDA determined that" in the last paragraph.

**IT IS SO ORDERED**.

Dated: May 23, 2023

_____
EDWARD M. CHEN
United States District Judge