UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No. 19-cv-02573-EMC<br><br>**ORDER RE VERDICT FORM**<br>Docket Nos. 1890-91 |

The Court has received and reviewed the parties' comments regarding the verdict form.

The Court rejects Defendants' proposal that the Court include an interrogatory asking the jury to specify the dates when generic versions of Truvada and Atripla would have launched.

The Court also rejects Plaintiffs' proposal that the Court should revert back to just one question on an antitrust violation.

Plaintiffs' argument that the Court should have only one question for the first step of the rule of reason arguably presents a closer call. However, the first step of the rule of reason has the most instructions, and it will likely help the jury to call its attention back to the component parts of the first step. That there may be some overlap between market power and reverse payment does not mean that there should not be separate questions. The Court also keeps the market power question first and the reverse payment question second. In addition, the Court continues to use "within the relevant market(s)" for the market power question because, as the Court has held, the issue is whether there are significant anticompetitive effects within the relevant market.

As to Plaintiffs' proposal that the question on step three of the rule of reason be modified – *i.e.*, that the procompetitive effects claimed by defendants were pretextual *or otherwise*

*insufficient*, *see Epic Games, Inc. v. Apple, Inc.*, Nos. 21-16506, 21-16695, 2023 U.S. App. LEXIS 9775, at *58 (9th Cir. Apr. 24, 2023) (stating that "[a] procompetitive rationale is 'a [1] nonpretextual claim that [the defendant's] conduct is [2] indeed a form of competition on the merits because it involves, for example, greater efficiency or enhanced consumer appeal'") (brackets in original), the Court agrees in principle that there should be a modification. However, the Court shall reframe the question so that it hews to the language used in the jury instructions (*i.e.*, using the term "rebut"). The Court shall revise Question 4 so that it reads as follows:

4. At step three of the rule of reason, did the plaintiffs do at least one of the following:

(a) rebut the procompetitive effects claimed by the defendants;

(b) prove that the procompetitive effects claimed by the defendants could have been reasonably achieved in a substantially less restrictive manner; or

(c) prove that the anticompetitive effects of the defendants' conduct substantially outweighed the procompetitive benefits claimed by the defendants.

Finally, the Court rejects Plaintiffs' suggestion that Question 5 be modified because the language of "causation" should be incorporated.

**IT IS SO ORDERED**.

Dated: May 24, 2023

_____
EDWARD M. CHEN
United States District Judge

2

**COURT'S PROPOSED VERDICT FORM**

**Element (1): Anticompetitive Conduct**

1. At step one of the rule of reason, did the plaintiffs prove that Gilead had market power within the relevant market(s) that included Truvada and/or Atripla?

    a. Truvada     Yes _____     No _____

    b. Atripla     Yes _____     No _____

    *If you answered "yes" to either of the above, proceed to Question 2. If you answered "no" to both of the above, skip the remaining questions, and sign and date the form.*

2. At step one of the rule of reason, did the plaintiffs prove that the April 25, 2014, patent settlement agreement between Gilead and Teva included a "reverse payment" from Gilead to Teva so that Teva would delay its entry into the market and Gilead could thereby avoid the risk of generic competition?

    Yes _____     No _____

    *If you answered "yes" to the above, proceed to Question 3. If you answered "no," skip the remaining questions, and sign and date the form.*

3. At step two of the rule of reason, did the defendants come forward with evidence that their conduct had procompetitive effects?

    Yes _____     No _____

    *If you answered "yes" to the above, proceed to Question 4. If you answered "no," skip Question 4 and proceed to Question 5.*

4. At step three of the rule of reason, did the plaintiffs do at least one of the following:

    (a) rebut the procompetitive effects claimed by the defendants;

    (b) prove that the procompetitive effects claimed by the defendants could have been reasonably achieved in a substantially less restrictive manner; or

3

1  (c) prove that the anticompetitive effects of the defendants' conduct substantially
2      outweighed the procompetitive benefits claimed by the defendants.

Yes _____     No _____

*If you answered "yes" to the above, proceed to Question 5. If you answered "no," skip the remaining questions, and sign and date the form.*

**Element (2): Antitrust Injury**

5. Did the plaintiffs prove that the defendants' conduct caused entry of generic Truvada or generic Atripla to be delayed, thereby causing any one or more of the below plaintiffs to pay some amount more for the drug than they would have paid if generic entry had not been delayed?

    **a.** **Direct Purchaser Classes (DPPs)**

        Truvada    Yes _____     No _____
        Atripla    Yes _____     No _____

    **b.** **Walgreen (Retailer)**

        Truvada    Yes _____     No _____
        Atripla    Yes _____     No _____

    **c.** **Kroger (Retailer)**

        Truvada    Yes _____     No _____
        Atripla    Yes _____     No _____

    **d.** **HEB (Retailer)**

        Truvada    Yes _____     No _____
        Atripla    Yes _____     No _____

    **e.** **Albertsons (Retailer)**

4

|   |   |   |   |   |
|---|---|---|---|---|
|   | Truvada | Yes _____ | No _____ |
|   | Atripla | Yes _____ | No _____ |

    **f.**    **CVS Pharmacy (Retailer)**

|   |   |   |   |
|---|---|---|---|
| Truvada | Yes _____ | No _____ |
| Atripla | Yes _____ | No _____ |

    **g.**    **Rite Aid (Retailer)**

|   |   |   |   |
|---|---|---|---|
| Truvada | Yes _____ | No _____ |
| Atripla | Yes _____ | No _____ |

    **h.**    **United**

|   |   |   |   |
|---|---|---|---|
| Truvada | Yes _____ | No _____ |
| Atripla | Yes _____ | No _____ |

    **i.**    **End-Payor Purchaser Classes (EPPs)**

|   |   |   |   |
|---|---|---|---|
| Truvada | Yes _____ | No _____ |
| Atripla | Yes _____ | No _____ |

    **j.**    **Florida Blue (IHPP)**

|   |   |   |   |
|---|---|---|---|
| Truvada | Yes _____ | No _____ |
| Atripla | Yes _____ | No _____ |

    **k.**    **Centene (IHPP)**

|   |   |   |   |
|---|---|---|---|
| Truvada | Yes _____ | No _____ |
| Atripla | Yes _____ | No _____ |

    **l.**    **HCSC (IHPP)**

|   |   |   |   |
|---|---|---|---|
|   | Truvada | Yes _____ | No _____ |
|   | Atripla | Yes _____ | No _____ |

    **m.**    **Triple-S Salud (IHPP)**

|   |   |   |   |
|---|---|---|---|
|   | Truvada | Yes _____ | No _____ |
|   | Atripla | Yes _____ | No _____ |

    **n.**    **Kaiser (IHPP)**

|   |   |   |   |
|---|---|---|---|
|   | Truvada | Yes _____ | No _____ |
|   | Atripla | Yes _____ | No _____ |

    **o.**    **Blue KC (IHPP)**

|   |   |   |   |
|---|---|---|---|
|   | Truvada | Yes _____ | No _____ |
|   | Atripla | Yes _____ | No _____ |

    **p.**    **Humana (IHPP)**

|   |   |   |   |
|---|---|---|---|
|   | Truvada | Yes _____ | No _____ |
|   | Atripla | Yes _____ | No _____ |

*If you answered "yes" to one or more of the above, then for those plaintiffs/drugs for which you answered "yes" proceed to Question 6 below. If you answered "no" for all the plaintiffs and all the drugs above, skip the remaining questions, and sign and date the form.*

6.    Please indicate the amount of overcharges for those plaintiffs/drugs for which you answered "yes" above. Do not fill in the below for any plaintiffs/drugs that you answered "no" to above.

    **a.**    **Direct Purchaser Classes (DPPs)**

        Truvada    $_____

1              Atripla         $_____

2

3       b.     **Walgreen (Retailer)**

4              Truvada         $_____

5              Atripla         $_____

6

7       c.     **Kroger (Retailer)**

8              Truvada         $_____

9              Atripla         $_____

10

11      d.     **HEB (Retailer)**

12             Truvada         $_____

13             Atripla         $_____

14

15      e.     **Albertsons (Retailer)**

16             Truvada         $_____

17             Atripla         $_____

18

19      f.     **CVS Pharmacy (Retailer)**

20             Truvada         $_____

21             Atripla         $_____

22

23      g.     **Rite Aid (Retailer)**

24             Truvada         $_____

25             Atripla         $_____

26

27      h.     **United**

28             Truvada         $_____

Atripla $_____

i. **End-Payor Purchaser Classes (EPPs)**

|  | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | $_____ |
| District of Columbia | $_____ | $_____ |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | $_____ |
| Maine | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Massachusetts | $_____ | $_____ |
| Michigan | $_____ | $_____ |
| Minnesota | $_____ | $_____ |
| Mississippi | $_____ | $_____ |
| Missouri | $_____ | $_____ |
| Nebraska | $_____ | $_____ |
| Nevada | $_____ | $_____ |
| New Hampshire | $_____ | $_____ |
| New Mexico | $_____ | $_____ |
| New York | $_____ | $_____ |
| North Carolina | $_____ | $_____ |
| North Dakota | $_____ | $_____ |
| Oregon | $_____ | $_____ |

| | | |
|---|---|---|
| Rhode Island | $_____ | $_____ |
| South Dakota | $_____ | $_____ |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | $_____ |
| Vermont | $_____ | $_____ |
| West Virginia | $_____ | $_____ |
| Wisconsin | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

j. **Florida Blue (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | $_____ |
| District of Columbia | $_____ | N/A |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | N/A |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | N/A |
| Louisiana | $_____ | $_____ |
| Maine | $_____ | $_____ |
| Maryland | $_____ | N/A |
| Massachusetts | $_____ | N/A |
| Michigan | $_____ | $_____ |
| Minnesota | $_____ | N/A |
| Mississippi | $_____ | N/A |

|   |   |   |
|---|---|---|
| Missouri | $_____ | N/A |
| Montana | N/A | $_____ |
| Nebraska | $_____ | $_____ |
| Nevada | $_____ | $_____ |
| New Hampshire | $_____ | N/A |
| New Mexico | $_____ | N/A |
| New York | $_____ | $_____ |
| North Carolina | $_____ | $_____ |
| Oregon | $_____ | N/A |
| Rhode Island | $_____ | N/A |
| South Carolina | $_____ | $_____ |
| South Dakota | $_____ | N/A |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | N/A |
| Vermont | $_____ | N/A |
| Wisconsin | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

k. **Centene (IHPP)**

|   | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | $_____ |
| District of Columbia | $_____ | $_____ |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | $_____ |
| Illinois | $_____ | $_____ |

| | | | |
|---|---|---|---|
| 1 | Iowa | $_____ | $_____ |
| 2 | Kansas | $_____ | $_____ |
| 3 | Louisiana | $_____ | $_____ |
| 4 | Maine | $_____ | $_____ |
| 5 | Maryland | $_____ | $_____ |
| 6 | Michigan | $_____ | $_____ |
| 7 | Minnesota | $_____ | $_____ |
| 8 | Mississippi | $_____ | $_____ |
| 9 | Missouri | $_____ | $_____ |
| 10 | Montana | $_____ | $_____ |
| 11 | Nebraska | $_____ | $_____ |
| 12 | Nevada | $_____ | $_____ |
| 13 | New Hampshire | $_____ | $_____ |
| 14 | New Mexico | $_____ | $_____ |
| 15 | New York | $_____ | $_____ |
| 16 | North Carolina | $_____ | $_____ |
| 17 | North Dakota | $_____ | $_____ |
| 18 | Oregon | $_____ | $_____ |
| 19 | Rhode Island | $_____ | $_____ |
| 20 | South Carolina | $_____ | $_____ |
| 21 | South Dakota | $_____ | N/A |
| 22 | Tennessee | $_____ | $_____ |
| 23 | Utah | $_____ | $_____ |
| 24 | Vermont | $_____ | $_____ |
| 25 | West Virginia | $_____ | $_____ |
| 26 | Wisconsin | $_____ | $_____ |
| 27 | TOTAL: | $_____ | $_____ |
| 28 | | | |

United States District Court
Northern District of California

l.  **HCSC (IHPP)**

|  | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | N/A |
| District of Columbia | $_____ | $_____ |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | $_____ |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | $_____ |
| Louisiana | $_____ | $_____ |
| Maine | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Massachusetts | $_____ | N/A |
| Michigan | $_____ | $_____ |
| Minnesota | $_____ | $_____ |
| Mississippi | $_____ | $_____ |
| Missouri | $_____ | $_____ |
| Montana | $_____ | $_____ |
| Nebraska | $_____ | $_____ |
| Nevada | $_____ | $_____ |
| New Hampshire | $_____ | N/A |
| New Mexico | $_____ | $_____ |
| New York | $_____ | $_____ |
| North Carolina | $_____ | $_____ |
| North Dakota | $_____ | N/A |

| | | | |
|---|---|---|---|
| 1 | Oregon | $_____ | $_____ |
| 2 | Rhode Island | $_____ | $_____ |
| 3 | South Carolina | $_____ | $_____ |
| 4 | South Dakota | $_____ | $_____ |
| 5 | Tennessee | $_____ | $_____ |
| 6 | Utah | $_____ | $_____ |
| 7 | Vermont | $_____ | N/A |
| 8 | West Virginia | $_____ | $_____ |
| 9 | Wisconsin | $_____ | $_____ |
| 10 | TOTAL: | $_____ | $_____ |

m. **Triple-S Salud (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Connecticut | $_____ | N/A |
| Illinois | $_____ | N/A |
| New York | $_____ | N/A |
| North Carolina | $_____ | N/A |
| TOTAL: | $_____ | N/A |

n. **Kaiser (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| California | $_____ | $_____ |
| District of Columbia | $_____ | $_____ |
| Hawaii | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Oregon | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

13

**o.**     **Blue KC (IHPP)**

|  | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | N/A |
| District of Columbia | $_____ | N/A |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | N/A |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | N/A |
| Kansas | $_____ | $_____ |
| Louisiana | $_____ | N/A |
| Maryland | $_____ | N/A |
| Massachusetts | $_____ | N/A |
| Michigan | $_____ | N/A |
| Minnesota | $_____ | N/A |
| Missouri | $_____ | $_____ |
| Nebraska | $_____ | N/A |
| Nevada | $_____ | $_____ |
| New York | $_____ | N/A |
| North Carolina | $_____ | N/A |
| Oregon | $_____ | N/A |
| South Carolina | $_____ | N/A |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | N/A |
| Wisconsin | $_____ | N/A |
| TOTAL: | $_____ | $_____ |

**p.    Humana (IHPP)**

|  | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | $_____ |
| District of Columbia | $_____ | $_____ |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | $_____ |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | $_____ |
| Louisiana | $_____ | $_____ |
| Maine | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Michigan | $_____ | $_____ |
| Minnesota | $_____ | $_____ |
| Mississippi | $_____ | $_____ |
| Missouri | $_____ | $_____ |
| Montana | $_____ | $_____ |
| Nebraska | $_____ | $_____ |
| Nevada | $_____ | $_____ |
| New Hampshire | $_____ | $_____ |
| New Mexico | $_____ | $_____ |
| New York | $_____ | $_____ |
| North Carolina | $_____ | $_____ |
| North Dakota | $_____ | $_____ |

| | | |
|---|---|---|
| Oregon | $_____ | $_____ |
| Rhode Island | $_____ | $_____ |
| South Carolina | $_____ | $_____ |
| South Dakota | $_____ | $_____ |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | $_____ |
| Vermont | $_____ | $_____ |
| West Virginia | $_____ | $_____ |
| Wisconsin | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

*Proceed to Question 7 below.*

7. Was the defendants' antitrust violation(s) that you found flagrant?

   Yes _____     No _____

   *Proceed to Question 8 below.*

8. Was the defendants' antitrust violation(s) that you found willful?

   Yes _____     No _____

   *Please sign and date the form.*

   _____
   Presiding Juror

   _____
   Date