| | |
|---|---|
| Michael J. Shipley (SBN 233674)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, Suite 3700<br>Los Angeles, California 90071<br>Tel: (213) 680-8400<br>michael.shipley@kirkland.com | Christopher T. Holding (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, Massachusetts 02210<br>Telephone: (617) 570-1000<br>Email: cholding@goodwinlaw.com |
| Jay P. Lefkowitz, P.C. (*pro hac vice*)<br>Devora W. Allon, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-4800<br>lefkowitz@kirkland.com<br>devora.allon@kirkland.com | *Attorney for Defendant Teva Pharmaceuticals USA, Inc.*<br><br>*Additional Counsel for Defendants Listed on Signature Page* |
| Bart H. Williams (SBN 134900)<br>Susan L. Gutierrez (SBN 273980)<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067<br>Tel: (310) 557-2900<br>bwilliams@proskauer.com<br>sgutierrez@proskauer.com | |

*Attorneys for Defendants Gilead Sciences, Inc.,
Gilead Holdings, LLC, Gilead Sciences, LLC,
and Gilead Sciences Ireland UC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 3:19-cv-02573-EMC<br><br>**DEFENDANTS' STATEMENT IN RESPONSE TO IHPPS AND EPPS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge:      Honorable Edward M. Chen<br>Courtroom: 5-17th Floor |

Pursuant to Local Rules 7-11 and 79-5(c) of the U.S. District Court for the Northern District of California, Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC (collectively, "Gilead") and Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants") respectfully submit this statement in response to Individual Health Plan Plaintiffs and End-Payor Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 1850) (the "Motion").

The Supplemental Damages Expert Report of Anupam B. Jena, M.D., Ph.D. is at issue in the Motion (Exhibit B to Individual Health Plan Plaintiffs and End-Payor Plaintiffs' Motion to Exclude Testimony and Evidence of Potential Medicare Part D Offsets). The expert report at issue was designated Highly Confidential under the terms of the Protective Order and cites materials designated as protected by either the parties or third parties pursuant to the Protective Order. Plaintiffs have not limited the exhibit to any relevant portions but instead included the entire report and the appendix as part of the exhibit. Due to the presence of confidential material throughout the at-issue report, Defendants request that the expert report remain filed entirely under seal, consistent with this Court's pretrial sealing guidance. ECF No. 1621 at ¶ 2, ("[T]he full versions of the expert reports will remain entirely under seal."); *see also* ECF No. 1741 (sealing full versions of expert reports).

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court place under seal Exhibit B to the Individual Health Plan Plaintiffs and End-Payor Plaintiffs' Motion to Exclude Testimony and Evidence of Potential Medicare Part D Offsets.

Dated: May 24, 2023

**KIRKLAND & ELLIS LLP**

By: */s/ Devora W. Allon*
Jay P. Lefkowitz, P.C. (*pro hac vice*)
Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800

lefkowitz@kirkland.com
devora.allon@kirkland.com

James F. Hurst, P.C. (*pro hac vice*)
Kevin T. Van Wart, P.C. (*pro hac vice*)
Kevin M. Jonke (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
kevinvanwart@kirkland.com
kevin.jonke@kirkland.com

Michael J. Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

Bart H. Williams (SBN 134900)
Susan L. Gutierrez (SBN 273980)
Christina Maria Assi (SBN 311992)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
bwilliams@proskauer.com
sgutierrez@proskauer.com
cassi@proskauer.com

*Counsel for Defendants*
*Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Dated: May 24, 2023        By:   **GOODWIN PROCTER LLP**

　　　　　　　　　　　　　　　 */s/ Christopher T. Holding*
CHRISTOPHER T. HOLDING (pro hac vice)
CHolding@goodwinlaw.com
DARYL L. WIESEN (pro hac vice)
DWiesen@goodwinlaw.com
JOSEPH ROCKERS (pro hac vice)
jrockers@goodwinlaw.com
MOLLY R. GRAMMEL (pro hac vice)
MGrammel@goodwinlaw.com
TUCKER DEVOE (pro hac vice)

2
DEFENDANTS' STATEMTENT IN RESPONSE TO IHPPS AND EPPS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 3:19-CV-02573-EMC

TDeVoe@goodwinlaw.com
JORDAN BOCK (SBN 321477)
JBock@goodwinlaw.com
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile:  (617) 523-1231

BRIAN T. BURGESS (pro hac vice)
BBurgess@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000
Facsimile:  (617) 523-1231

ARIEL ROGERS
ARogers@goodwinlaw.com
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

3

DEFENDANTS' STATEMTENT IN RESPONSE TO IHPPS AND EPPS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 3:19-CV-02573-EMC

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), regarding signatures, I, Devora W. Allon, attest that concurrence in the filing of this document has been obtained.

*/s/ Devora W. Allon*
Devora W. Allon

---

DEFENDANTS' STATEMTENT IN RESPONSE TO IHPPS AND EPPS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 3:19-CV-02573-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, I caused to be filed the foregoing document with the United States District Court for the Northern District of California using the CM/ECF and caused it to be served on all registered participants via notice of electronic filing.

Dated: May 24, 2023

                                                  */s/ Devora W. Allon*
                                                Devora W. Allon