HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Lead Counsel for End-Payor Plaintiff Classes*

(Additional Counsel Listed on Signature Page)

Jay Lefkowitz (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 284-4520
bwilliams@proskauer.com

*Counsel for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: CHolding@goodwinlaw.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

(Additional Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION* | Case No. 3:19-cv-02573-EMC (Master Docket) <br><br> **JOINT STATEMENT REGARDING CHANGE IN TRIAL TIME** <br><br> Ctrm:  5-17th Floor <br> Judge:  Honorable Edward M. Chen |

As directed by the Court on May 30, 2023, the End-Payor Plaintiff Classes ("EPP Classes"), Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Health Care Service Corporation, a Mutual Legal Reserve Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc. (collectively, "IHPPs"), and United HealthCare Services, Inc. ("United"), (together, "Plaintiffs") and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC ("Gilead"), and Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties"), hereby submit this joint statement regarding changes in trial time.

On May 25, 2023, the Court indicated to the Parties that it intended to reduce the number of trial hours in light of the settlement between Defendants and DPPs and Retailer Plaintiffs. As directed by the Court, the Parties have met and conferred and agree that the total trial time (*i.e.*, inclusive of time already used during trial) should not be reduced by more than 4.5 hours. The Parties disagree as to how remaining trial time should be allocated among them and set forth their respective positions below.

**Plaintiffs' Position**

Plaintiffs propose reducing trial time in the same proportion in which the Court allocated it, *i.e.*, reducing Plaintiffs' time by about 54% and Defendants' time by about 46%. If the Court reduces trial time by 4.5 hours, Plaintiffs would lose more time than Defendants (2.5 hours versus 2 hours), and the overall allocation of time that the Court deemed "a fair split" will remain essentially unchanged, *i.e.*, 54% of time (35.5 hours) for Plaintiffs and 46% of time (30 hours) for Defendants. (May 10, 2023 Hrg. Tr. at 21.) Defendants, by contrast, propose taking away more time from Plaintiffs than the Parties believe should be taken at all, so that Defendants may *gain* 2.5 hours at a time when the Court has indicated that it wants to reduce trial time overall. And they make that proposal despite the fact that the Parties had allocated essentially equal time to the DPP and Retailer witnesses who will no longer be appearing at trial.

As the Court has observed more than once, the issues in this case are complex. Opening statements confirmed that the Court was right: it took significant time to even *summarize* the witnesses, issues and evidence. Plaintiffs bear the initial burden of proof and should be given sufficient time to present their evidence.

There remains a multiplicity of Plaintiffs. Even without DPPs and Retailers, the three Plaintiff groups remaining in this case include nationwide EPP classes and eight health plans. Each Plaintiff group intends to present a separate damages expert and at least one client representative, and the IHPPs intend to present more than one client representative.

The case remains complex. The claims Plaintiffs must prove are not significantly changed in light of the DPPs' and Retailers' settlement. Defendants, for their part, seem to think the issues Plaintiffs face have become *more* complex, not less. (*See* ECF No. 1907.) Some Plaintiffs sought separate trials based on the complexity of the issues presented across the Plaintiff groups, and the current verdict form still calls for a state-by-state analysis of damages. The Court specifically noted these issues in making its original allocation. (May 10, 2023 Hrg. Tr. at 21.)

It is fair and reasonable to reduce the Parties' trial time in the same proportion the Court originally ordered, as Plaintiffs propose. Defendants' proposal is neither fair nor appropriate for the same reasons the Court originally concluded that its allocation of trial time is "a fair split." (*Id.*)

**Defendants' Position**

Defendants agree to using 66 hours (reduced from 70) as the parties' total time, and propose a 50/50 split (i.e., 33 hours per side).  A 50/50 split is warranted because (i) the number of Plaintiffs has reduced significantly; (ii) both sides bear the burden of proof (e.g., Defendants bear the burden of proof on step 2 of the rule of reason, and mitigation of damages should they pursue that affirmative defense); (iii) both sides have multiple company witnesses; (iv) Defendants must use their time crossing each separate damages expert; and (v) the need to explain and contextualize the complex claims and defenses in this case is a necessity for both parties, not just Plaintiffs.

The previous multiplicity of plaintiffs—a total of five groups—drove the prior allocation of trial time.  As the Court stated during the May 10, 2023 pretrial conference on this issue:

> I'm going to allocate, because of the multiplicity of plaintiffs, I'm going to allocate 38 hours to the plaintiff and 32 hours for the defense. . . . I think if it weren't for the multiplicity of plaintiffs and the fact that they are going to have to put on evidence regarding damages for many, many states, [etc.], I do think that – that a deviation from 50/50 is warranted in this case.

(ECF No. 1827) The settlement of two major Plaintiff groups moots this multiplicity concern.  During the June 2 meet and confer, Plaintiffs asserted that their proposed allocation (35.5 hours to Plaintiffs / 30 hours to Defendants) was reasonable because: (i) three plaintiffs is more than two defendants; (ii) plaintiffs bear the burden of proof on various issues; and (iii) plaintiffs have multiple company witnesses and damages experts.  None of these reasons warrant giving Plaintiffs a 5.5-hour (over a full trial day) advantage over Defendants.  While deviations occur, a 50/50 split is by far the more common practice, especially where, as here, Defendants also bear the burden of proof on various issues.  Defendants similarly have multiple company witnesses (whose examination time exceeds those for Plaintiffs' representatives), and Defendants must use their time crossing however many separate damages experts Plaintiffs have.  Thirty-three hours per side is more than fair given these changed circumstances.

Dated: June 2, 2023                         Respectfully submitted,

                                            SPERLING & SLATER, LLC

                                            /s/ Trevor K. Scheetz
                                            TREVOR K. SCHEETZ (*pro hac vice*)
                                            tscheetz@sperling-law.com
                                            PAUL E. SLATER (*pro hac vice*)
                                            pes@sperling-law.com
                                            JOHN P. BJORK (*pro hac vice*)
                                            jbjork@sperling-law.com
                                            EAMON P. KELLY (*pro hac vice*)
                                            ekelly@sperling-law.com
                                            ALBERTO RODRIGUEZ (*pro hac vice*)
                                            arodriguez@sperling-law.com
                                            DAVID P. GERMAINE (*pro hac vice*)
                                            dgermaine@sperling-law.com
                                            JOSEPH M. VANEK (*pro hac vice*)
                                            jvanek@sperling-law.com
                                            55 West Monroe, Suite 3200
                                            Chicago, IL 60603
                                            Telephone: (312) 641-3200


                                            HILLIARD & SHADOWEN LLP

                                            /s/ Steve D. Shadowen
                                            STEVE D. SHADOWEN (*pro hac vice*)
                                            steve@hilliardshadowenlaw.com

RICHARD BRUNELL (*pro hac vice*)
rbrunell@hilliardshadowenlaw.com
TINA JOANN MIRANDA (*pro hac vice*)
tmiranda@hilliardshadowenlaw.com
MATTHEW C. WEINER (*pro hac vice*)
matt@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
ABBYE R. K. OGNIBENE (SBN 311112)
abbyeo@hbsslaw.com
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700

*Co-Lead Counsel for End-Payor Plaintiffs*

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER (*pro hac vice*)
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
jordan E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
Diana J. Zinser (*pro hac vice*)
dzinser@srkattorneys.com

2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (pro hac vice)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189


RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

Dated: June 2, 2023                    ZELLE LLP

                                       */s/ Judith A. Zahid*
                                       JUDITH A. ZAHID (SBN 215418)
                                       jzahid@zellelaw.com
                                       ERIC W. BUETZOW (SBN 253803)
                                       ebuetzow@zellelaw.com
                                       JAMES S. DUGAN (SBN 325565)
                                       jdugan@zellelaw.com
                                       555 12th Street, Suite 1230
                                       Oakland, CA 94607
                                       Telephone: (415) 693-0700

                                       BOIES SCHILLER FLEXNER LLP

1   HAMISH P.M. HUME (*pro hac vice*)
    hhume@bsfllp.com
2   ERIC MAURER (*pro hac vice*)
    emaurer@bsfllp.com
3   MICHAEL S. MITCHELL (*pro hac vice*)
    mmitchell@bsfllp.com
4   1401 New York Ave, NW
    Washington, DC 20005
5   Telephone: (202) 237-2727

6
    BOIES SCHILLER FLEXNER LLP
7   BEKO O. REBLITZ-RICHARDSON (SBN 238027)
    brichardson@bsfllp.com
8   44 Montgomery Street, 41st Floor
    San Francisco, CA 94104
9   Telephone: (415) 293-6800

10
    *Counsel for United HealthCare Services, Inc.*
11

12  Dated: June 2, 2023        CROWELL & MORING LLP

13                             */s/ Daniel A. Sasse*
14                             Daniel A. Sasse (State Bar No. 236234)
                               Joanna M. Fuller (State Bar No. 266406)
15                             Tiffanie L. McDowell (State Bar No. 288946)
                               3 Park Plaza, 20th Floor
16                             Irvine, California 92614
                               Telephone: 949.263.8400
17                             Facsimile: 949.263.8414
18                             DSasse@crowell.com
                               JFuller@crowell.com
19                             TMcDowell@crowell.com

20                             Kent A. Gardiner *
                               Jeffrey L. Poston *
21                             1001 Pennsylvania Avenue NW
                               Washington, D.C. 20004
22                             Telephone: 202.624.2500
                               Facsimile: 202.628.5116
23                             KGardiner@crowell.com
                               JPoston@crowell.com
24                             * Admitted *Pro Hac Vice*

25                             Laura A. Lydigsen *
                               455 N. Cityfront Plaza Drive, Ste. 3600
26                             Chicago, IL 60611
                               Telephone: 312.321.4200
27                             Facsimile: 312.321.4299
                               llydigsen@crowell.com
28

JOINT STATEMENT REGARDING CHANGE IN TRIAL TIME / CASE NO. 3:19-CV-02573-EMC

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Health Care Service Corporation, a Mutual Legal Reserve Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc.*

Dated: June 2, 2023          BERRY SILBERBERG STOKES PC

                             */s/ Joshua C. Stokes*
                             Joshua C. Stokes, State Bar No. 220214
                             Carol M. Silberberg, State No. 217658
                             11600 Washington Place, Suite 202C
                             Los Angeles, CA 90066
                             Telephone: (213) 986-2690
                             Facsimile: (213) 986-2677
                             jstokes@berrysilberberg.com
                             csilberberg@berrysilberberg.com

                             *Attorneys for Plaintiffs Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; and Triple-S Salud, Inc.*

Dated:  June 2, 2023

KIRKLAND & ELLIS LLP

*/s/ Jay Lefkowitz*
JAY LEFKOWITZ, P.C. (*pro hac vice*)
lefkowitz@kirkland.com
DEVORA W. ALLON, P.C. (*pro hac vice*)
devora.allon@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

JAMES F. HURST, P.C. (*pro hac vice*)
james.hurst@kirkland.com
KEVIN T. VAN WART (*pro hac vice*)
kevinvanwart@kirkland.com
NICHOLAS F. WASDIN (*pro hac vice*)
nick.wasdin@kirkland.com
KEVIN M. JONKE (*pro hac vice*)
kevin.jonke@kirkland.com
MOLLY KELLEY (*pro hac vice*)
molly.kelley@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

MICHAEL J. SHIPLEY (SBN 233674)
michael.shipley@kirkland.com
555 South Flower Street
Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

BART H. WILLIAMS
bwilliams@proskauer.com
SUSAN L. GUTIERREZ
sguttierez@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 284-4520

*Counsel for Defendants*
*Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead*
*Sciences, LLC, and Gilead Sciences Ireland UC*

Dated:  June 2, 2023                              GOODWIN PROCTER LLP

                                                  _/s/ Christopher Holding_____
                                                  CHRISTOPHER T. HOLDING (*pro hac vice*)
                                                  CHolding@goodwinlaw.com
                                                  MOLLY R. GRAMMEL (*pro hac vice*)
                                                  MGrammel@goodwinlaw.com
                                                  TUCKER DEVOE (*pro hac vice*)
                                                  TDeVoe@goodwinlaw.com
                                                  JORDAN BOCK (SBN 321477)
                                                  JBock@goodwinlaw.com
                                                  100 Northern Avenue
                                                  Boston, MA 02210
                                                  Telephone: (617) 570-1000
                                                  Facsimile:  (617) 523-1231

                                                  BRIAN T. BURGESS (*pro hac vice*)
                                                  BBurgess@goodwinlaw.com
                                                  KATHERINE CHENG (*pro hac vice*)
                                                  KatherineCheng@goodwinlaw.com
                                                  GOODWIN PROCTER LLP
                                                  1900 N Street, NW
                                                  Washington, DC 20036
                                                  Telephone: (202) 346-4000
                                                  Facsimile:  (617) 523-1231

                                                  ARIEL ROGERS (SBN 316910)
                                                  ARogers@goodwinlaw.com
                                                  GOODWIN PROCTER LLP
                                                  601 Marshall Street
                                                  Redwood City, CA 94063
                                                  Telephone: (650) 752-3100
                                                  Facsimile: (650) 649-2387

                                                  *Attorneys for Defendant*
                                                  *Teva Pharmaceuticals USA, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(h)(3) of the Northern District of California, regarding signatures, I, Trevor K. Scheetz, attest that concurrence in the filing of this document has been obtained.

Dated: June 2, 2023

*/s/ Trevor K. Scheetz*

Trevor K . Scheetz

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on June 2, 2023 the within document was filed with the Clerk of the Court

3

using CM/ECF which will send notification of such filing to the attorneys of record in this case.

4

5

*s/ Trevor K. Scheetz*
Trevor K. Scheetz

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' OMNIBUS BRIEF IN OPP. TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT;
PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT / CASE NO. 3:19-CV-02573-EMC