UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, MIAMI LODGE 20, INSURANCE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GILEAD SCIENCES, INC., et al., <br><br> Defendants. | Case No. 19-cv-02573-EMC <br><br> **ORDER RE TRIAL WITNESS DISCLOSURES** <br><br> Docket No. 1949 |

The Court has reviewed the parties' joint statement regarding trial witness disclosures at Docket No. 1949 and rules as follows.

A.  Plaintiffs' Objections

- Exhibits 7043, 8071, 805. The Court shall take **oral argument** on these exhibits (concerning patent infringement litigation filed by Teva in New Jersey).
- Exhibit 7884. The Court shall take **oral argument** on this exhibit (concerning patent infringement litigation filed by Gilead related to Complera).

///
///
///
///
///
///
///
///

B. <u>Defendants' Objections</u>

- Exhibit 5658.  The objections are **overruled**.
- Exhibit 6270.  The objections are **overruled**.
- PDX15 at 15.31-33.  The objections are **overruled**.
- PDX15 at 15.35-41.  The objections are **overruled**.
- PDX15 at 15.50-51.  The objections are **overruled**.

**IT IS SO ORDERED**.

Dated: June 8, 2023

_____
EDWARD M. CHEN
United States District Judge