Michael J. Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

Jay P. Lefkowitz, P.C. (*pro hac vice*)
Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com
devora.allon@kirkland.com

Bart H. Williams (SBN 134900)
Susan L. Gutierrez (SBN 273980)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
bwilliams@proskauer.com
sgutierrez@proskauer.com

*Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel: (617) 570-1000
Email: cholding@goodwinlaw.com

*Attorney for Defendant Teva Pharmaceuticals USA, Inc.*

*Additional Counsel for Defendants Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE HIV ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Case No. 3:19-cv-02573-EMC (lead case)<br><br>**DEFENDANTS' MOTION TO SHORTEN TIME ON BRIEFING AND HEARING RE DEFENDANTS' MOTION TO PRECLUDE UNTIMELY EXPERT OPINIONS FROM EDWARD LENTZ**<br><br>Ctrm:     5-17th Floor<br>Judge:    Honorable Edward M. Chen |
|---|---|

1  Pursuant to Local Rule 6-3, Defendants hereby move the Court, for good cause shown, to shorten time to hear and brief Defendants' Motion to Preclude Untimely Expert Opinions from Edward Lentz (the "Motion").

As set forth in the Motion, Defendants move for an order precluding Plaintiffs from eliciting any new opinions from Mr. Lentz regarding Staci Julie's 2013 and 2014 emails or in response to Ms. Julie's trial testimony. Based on Mr. Lentz's presence during the trial examination of Ms. Julie, Plaintiffs' refusal to commit to not offering new opinions, and Plaintiffs' reservation of "all rights to ask questions on redirect responsive to Defendants' cross examination," it appears that Plaintiffs intend to elicit new opinions from Mr. Lentz as to Ms. Julie's 2013 and 2014 emails and trial testimony. *See* Declaration of Molly Grammel in Support of Defendants' Motion to Shorten Time ("Grammel Decl.) ¶ 3, Ex. 1. Given that Plaintiffs expect to call Mr. Lentz tomorrow, June 9, and did not disclose their intention to do so until yesterday, June 7, the dispute has escalated quickly. Accordingly, there is good cause for the Court to shorten time to brief and hear Defendants' Motion. Shortening time to hear the Motion will not prejudice Plaintiffs. Plaintiffs have been on notice of Defendants' position since earlier in the day when Defendants requested clarification on the issue and informed Plaintiffs that they would be seeking relief from the Court if the parties could not resolve the issue. Grammel Decl. ¶¶ 4-5. It is imperative that the Motion be resolved before any testimony or evidence from Mr. Lentz is presented to prevent any untimely and improper disclosures that are barred under Federal Rules of Civil Procedure 26 and 37. Accordingly, Defendants respectfully request the Court shorten time to brief and hear Defendants' Motion.

Dated: June 8, 2023

**PROSKAUER ROSE LLP**

By:  /s/ Bart H. Williams
Bart H. Williams (SBN 134900)
Susan L. Gutierrez (SBN 273980)
Christina Maria Assi (SBN 311992)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
bwilliams@proskauer.com

2

DEFENDANTS' MOTION TO SHORTEN TIME ON BRIEFING AND HEARING RE DEFENDANTS'
MOTION TO PRECLUDE UNTIMELY EXPERT OPINIONS FROM EDWARD LENTZ
(CASE NO: 3:19-CV-02573-EMC)

sgutierrez@proskauer.com
cassi@proskauer.com

Jay P. Lefkowitz, P.C. (*pro hac vice*)
Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com
devora.allon@kirkland.com

James F. Hurst, P.C. (*pro hac vice*)
Kevin T. Van Wart, P.C. (*pro hac vice*)
Nicholas F. Wasdin (*pro hac vice*)
Kevin M. Jonke (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
kevinvanwart@kirkland.com
nick.wasdin@kirkland.com
kevin.jonke@kirkland.com

Michael J. Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

*Counsel for Defendants*
*Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Dated: June 8, 2023

**GOODWIN PROCTER LLP**

By: /s/ Christopher T. Holding

Christopher T. Holding (*pro hac vice*)
Daryl L. Wiesen (*pro hac vice*)
Joseph Rockers (*pro hac vice*)
Molly R. Grammel (*pro hac vice*)
Tucker DeVoe (*pro hac vice*)
Jordan Bock (SBN 321477)
GOODWIN PROCTER LLP
100 Northern Avenue

3

DEFENDANTS' MOTION TO SHORTEN TIME ON BRIEFING AND HEARING RE MOTION TO
PRECLUDE UNTIMELY EXPERT OPINIONS FROM EDWARD LENTZ
(CASE NO: 3:19-CV-02573-EMC)

Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
CHolding@goodwinlaw.com
DWiesen@goodwinlaw.com
JRockers@goodwinlaw.com
MGrammel@goodwinlaw.com
TDeVoe@goodwinlaw.com
JBock@goodwinlaw.com

Brian T. Burgess (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000
Facsimile: (617) 523-1231
BBurgess@goodwinlaw.com

Ariel E. Rogers (SBN 316910)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
ARogers@goodwinlaw.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

4

DEFENDANTS' MOTION TO SHORTEN TIME ON BRIEFING AND HEARING RE MOTION TO
PRECLUDE UNTIMELY EXPERT OPINIONS FROM EDWARD LENTZ
(CASE NO: 3:19-CV-02573-EMC)

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I Christopher T. Holding attest that concurrence in the filing of this document has been obtained.

*/s/ Christopher T. Holding*
Christopher T. Holding

5

DEFENDANTS' MOTION TO SHORTEN TIME ON BRIEFING AND HEARING RE MOTION TO PRECLUDE UNTIMELY EXPERT OPINIONS FROM EDWARD LENTZ
(CASE NO: 3:19-CV-02573-EMC)

**CERTIFICATE OF SERVICE**

On June 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

/s/ Christopher T. Holding
Christopher T. Holding

DEFENDANTS' MOTION TO SHORTEN TIME ON BRIEFING AND HEARING RE DEFENDANTS'
MOTION TO PRECLUDE UNTIMELY EXPERT OPINIONS FROM EDWARD LENTZ
(CASE NO: 3:19-CV-02573-EMC)