Michael J. Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
Los Angeles, California 90071
Tel: (213) 680-8400
michael.shipley@kirkland.com

Jay P. Lefkowitz, P.C. (*pro hac vice*)
Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com
devora.allon@kirkland.com

Bart H. Williams (SBN 134900)
Susan L. Gutierrez (SBN 273980)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
bwilliams@proskauer.com
sgutierrez@proskauer.com

*Attorneys for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel: (617) 570-1000
Email: cholding@goodwinlaw.com

*Attorney for Defendant Teva Pharmaceuticals USA, Inc.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 3:19-cv-02573-EMC (lead case)<br><br>**DECLARATION OF CHRISTOPHER T. HOLDING IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE UNTIMELY EXPERT OPINION FROM DR. MCGUIRE (ECF NO. 1955)**<br><br>Ctrm:     5-17th Floor<br>Judge:    Honorable Edward M. Chen |

I, Christopher T. Holding, hereby declare and state as follows:

1. I am a partner at the law firm of Goodwin Procter LLP and counsel to Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in the above-captioned matter.

2. I make this declaration in support of Defendants' Motion to Preclude Untimely Expert Opinion from Dr. McGuire, filed contemporaneously herewith. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' proposed demonstrative, Trial Exhibit 5592A, the "Expanded Version of Table 3" of Thomas G. McGuire.

4. Attached hereto as Exhibit B is an excerpt of a true and correct copy of the transcript of trial proceedings in *In re HIV Antitrust Litigation*, dated May 25, 2023.

5. Attached hereto as Exhibit C is an excerpt of a true and correct copy of the transcript of trial proceedings in *In re HIV Antitrust Litigation*, dated May 30, 2023.

6. Attached hereto as Exhibit D is an excerpt of a true and correct copy of the Expert Report of Thomas G. McGuire, dated June 23, 2022.

7. Attached hereto as Exhibit E is an excerpt of a true and correct copy of the Rebuttal Report of Thomas G. McGuire, dated August 12, 2022.

8. Attached hereto as Exhibit F is an excerpt of a true and correct copy of the transcript of the remote videotaped deposition of Thomas G. McGuire, dated July 18, 2022.

9. Attached hereto as Exhibit G is an excerpt of a true and correct copy of the transcript of the remote videotaped deposition of Thomas G. McGuire, dated August 30, 2022.

10. Attached hereto as Exhibit H is an excerpt of a true and correct copy of the Expert Report of Celeste C. Saravia, dated July 22, 2022.

11. Attached hereto as Exhibit I is an excerpt of a true and correct copy of Plaintiffs' April 7, 2023, cover email to the Updated Expert Damages Report of Richard G. Frank.

12. Attached hereto as Exhibit J is an excerpt of a true and correct copy of Plaintiffs' April 18, 2023, cover email to the Supplemental Expert Damages Report of Ernst R. Berndt.

2

DECLARATION OF CHRISTOPHER T. HOLDING IN SUPPORT OF
DEFENDANTS' MOTION TO PRECLUDE UNTIMELY EXPERT OPINION FROM DR. MCGUIRE
(CASE NO: 3:19-CV-02573-EMC)

13. Attached hereto as Exhibit K is an excerpt of a true and correct copy of Plaintiffs' April 19, 2023, cover email to the Update to the Expert Reply Report of Brian E. Hoyt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of June, 2023, in San Francisco, CA.

*/s/ Christopher T. Holding*
Christopher T. Holding (*pro hac vice*)

3

DECLARATION OF CHRISTOPHER T. HOLDING IN SUPPORT OF
DEFENDANTS' MOTION TO PRECLUDE UNTIMELY EXPERT OPINION FROM DR. MCGUIRE
(CASE NO: 3:19-CV-02573-EMC)

**CERTIFICATE OF SERVICE**

On June 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                                                    */s/ Christopher T. Holding*
                                                    Christopher T. Holding