# Exhibit I

| | |
|---|---|
| **From:** | Richard Brunell |
| **To:** | GileadATPlaintiffCounsel; Christine T; #HIVAntitrustDefendants; DG-Teva-HIV |
| **Subject:** | Updated Expert Report |
| **Date:** | Friday, April 7, 2023 1:48:29 PM |
| **Attachments:** | image001.png |
| | Frank Updated Expert Report on End-Payor Plaintiff Class Damages 04-07-2023.pdf |

***EXTERNAL***

Counsel, please find attached the Updated Expert Report on End-Payor Plaintiff Clas Damages of Richard G. Frank, Ph.D.  The backup material will be provided separately.

Rick Brunell

**Richard M. Brunell** | Hilliard Shadowen LLP
1135 W. 6th St., Ste. 125, Austin, Texas 78703
202-600-9640 | rbrunell@hilliardshadowenlaw.com
Licensed in Massachusetts; not licensed in Texas



**From:** Eric W. Buetzow <EBuetzow@zellelaw.com>
**Sent:** Friday, April 7, 2023 3:58 PM
**To:** Richard Brunell <rbrunell@hilliardshadowenlaw.com>; Grammel, Molly <MGrammel@goodwinlaw.com>; GileadATPlaintiffCounsel <GileadATPlaintiffCounsel@hilliardshadowenlaw.com>; Erich Schork <erichschork@robertslawfirm.us>; kelly Rinehart <kellyrinehart@robertslawfirm.us>; Karen Halbert <karenhalbert@robertslawfirm.us>; Morgan Hunt <morganhunt@robertslawfirm.us>; Mike Roberts <mikeroberts@robertslawfirm.us>; Stephanie Smith <stephaniesmith@robertslawfirm.us>; Christine T <christinet@hbsslaw.com>
**Cc:** #HIVAntitrustDefendants <HIVAntitrustDefendants@kirkland.com>; DG-Teva-HIV <DG-Teva-HIV@goodwinlaw.com>
**Subject:** RE: In Re HIV - Jury Instructions

Hi Molly, just following up on Defendants' position on this, and Plaintiffs' other minor proposed edits below.

Best,
Eric

**From:** Eric W. Buetzow <EBuetzow@zellelaw.com>
**Sent:** Thursday, April 6, 2023 4:39 PM
**To:** Richard Brunell <rbrunell@hilliardshadowenlaw.com>; Grammel, Molly <MGrammel@goodwinlaw.com>; GileadATPlaintiffCounsel <GileadATPlaintiffCounsel@hilliardshadowenlaw.com>; Erich Schork <erichschork@robertslawfirm.us>; kelly Rinehart <kellyrinehart@robertslawfirm.us>; Karen Halbert <karenhalbert@robertslawfirm.us>; Morgan Hunt <morganhunt@robertslawfirm.us>; Mike Roberts

<mikeroberts@robertslawfirm.us>; Stephanie Smith <stephaniesmith@robertslawfirm.us>; Christine T <christinet@hbsslaw.com>
**Cc:** #HIVAntitrustDefendants <HIVAntitrustDefendants@kirkland.com>; DG-Teva-HIV <DG-Teva-HIV@goodwinlaw.com>
**Subject:** RE: In Re HIV - Jury Instructions

Molly,

Below (in black line, at the highlighted sentence) are the minor corrections that United proposes to the Court's description in the "Overview of Plaintiffs" instruction (your p. 10) on its assigned claims. Please let us know if Defendants object or would like to discuss.

Thanks,
Eric

> **Second**, there is the plaintiff United Healthcare Services, Inc., or "United." United is an entity that provides services to affiliated health plans, including by paying for prescription drugs. It is an indirect purchaser. However, it has also been assigned claims for direct purchases made by an affiliated pharmacy entity, OptumRx, and its wholesaler Cardinal Health~~, who is a direct purchaser~~.

**Eric Buetzow**
Partner
EBuetzow@zellelaw.com

**ZELLE** LLP

555 12th Street, Suite 1230
Oakland, CA 94607
D (415) 633-1922
F (415) 693-0770
vCard | Bio | Website

Atlanta | Boston | Dallas | Ft. Lauderdale | London | Minneapolis
New York | Oakland | Philadelphia | Washington, DC

The information herein is confidential and may be attorney-client privileged and/or contain attorney work product. If you are not an intended recipient, any disclosure, copying, retention or use of any information contained herein is prohibited. If you have received this message in error, please delete it and notify the sender immediately.

**From:** Richard Brunell <rbrunell@hilliardshadowenlaw.com>

**Sent:** Thursday, April 6, 2023 12:33 PM
**To:** Grammel, Molly <MGrammel@goodwinlaw.com>; GileadATPlaintiffCounsel <GileadATPlaintiffCounsel@hilliardshadowenlaw.com>; Erich Schork <erichschork@robertslawfirm.us>; kelly Rinehart <kellyrinehart@robertslawfirm.us>; Karen Halbert <karenhalbert@robertslawfirm.us>; Morgan Hunt <morganhunt@robertslawfirm.us>; Mike Roberts <mikeroberts@robertslawfirm.us>; Stephanie Smith <stephaniesmith@robertslawfirm.us>; Christine T <christinet@hbsslaw.com>
**Cc:** #HIVAntitrustDefendants <HIVAntitrustDefendants@kirkland.com>; DG-Teva-HIV <DG-Teva-HIV@goodwinlaw.com>
**Subject:** Re: In Re HIV - Jury Instructions

**CAUTION:** -External Sender-

Molly, to include in our M&C at 4 pm, some minor proposed edits:

Proposed edits to (page numbers to Defs.' version):

P. 8 – add "or paid for" to second para, first sentence and fourth para., third sentence (purchased *or paid* for the HIV drugs *bought* from resellers)

P. 10 – add to description of United's assigned claims to include Cardinal Health (not included in Court's revised description)

P. 11- change "Retailer Purchaser Plaintiffs, or 'RPPs'" to "Retailer Plaintiffs, or "Retailers" (also page 63)

P. 37, fourth para, first sentence: add "or prevent" between "treat" and "HIV"; remove "as a component drug" from second sentence.

p. 38, first para, last sentence: "In this way, the generic manufacturer can obtain approval while reducing the cost of the studies needed to obtain approval of the drug."


Rick


Richard M. Brunell | Hilliard Shadowen LLP
1135 W. 6th St., Ste. 125, Austin, Texas 78703
202-600-9640 | rbrunell@hilliardshadowenlaw.com
Licensed in Massachusetts; not licensed in Texas



**From:** Grammel, Molly <MGrammel@goodwinlaw.com>

**Sent:** Thursday, April 6, 2023 11:28 AM
**To:** Richard Brunell <rbrunell@hilliardshadowenlaw.com>; GileadATPlaintiffCounsel <GileadATPlaintiffCounsel@hilliardshadowenlaw.com>; Erich Schork <erichschork@robertslawfirm.us>; kelly Rinehart <kellyrinehart@robertslawfirm.us>; Karen Halbert <karenhalbert@robertslawfirm.us>; Morgan Hunt <morganhunt@robertslawfirm.us>; Mike Roberts <mikeroberts@robertslawfirm.us>; Stephanie Smith <stephaniesmith@robertslawfirm.us>; Christine T <christinet@hbsslaw.com>
**Cc:** #HIVAntitrustDefendants <HIVAntitrustDefendants@kirkland.com>; DG-Teva-HIV <DG-Teva-HIV@goodwinlaw.com>
**Subject:** RE: In Re HIV - Jury Instructions

No worries, just wanted to confirm.  That works for us.  Will you be able to send the meeting details?

Best regards,

Molly

---

**From:** Richard Brunell <rbrunell@hilliardshadowenlaw.com>
**Sent:** Thursday, April 6, 2023 11:15 AM
**To:** Grammel, Molly <MGrammel@goodwinlaw.com>; GileadATPlaintiffCounsel <GileadATPlaintiffCounsel@hilliardshadowenlaw.com>; Erich Schork <erichschork@robertslawfirm.us>; kelly Rinehart <kellyrinehart@robertslawfirm.us>; Karen Halbert <karenhalbert@robertslawfirm.us>; Morgan Hunt <morganhunt@robertslawfirm.us>; Mike Roberts <mikeroberts@robertslawfirm.us>; Stephanie Smith <stephaniesmith@robertslawfirm.us>; Christine T <christinet@hbsslaw.com>
**Cc:** #HIVAntitrustDefendants <HIVAntitrustDefendants@kirkland.com>; DG-Teva-HIV <DG-Teva-HIV@goodwinlaw.com>
**Subject:** Re: In Re HIV - Jury Instructions

***EXTERNAL***
Sorry; meant ET

Richard M. Brunell | Hilliard Shadowen LLP
1135 W. 6th St., Ste. 125, Austin, Texas 78703
202-600-9640 | rbrunell@hilliardshadowenlaw.com
Licensed in Massachusetts; not licensed in Texas

---

**From:** Grammel, Molly <MGrammel@goodwinlaw.com>
**Sent:** Thursday, April 6, 2023 11:14 AM
**To:** Richard Brunell <rbrunell@hilliardshadowenlaw.com>; GileadATPlaintiffCounsel <GileadATPlaintiffCounsel@hilliardshadowenlaw.com>; Erich Schork <erichschork@robertslawfirm.us>; kelly Rinehart <kellyrinehart@robertslawfirm.us>; Karen Halbert <karenhalbert@robertslawfirm.us>; Morgan Hunt <morganhunt@robertslawfirm.us>; Mike Roberts <mikeroberts@robertslawfirm.us>; Stephanie Smith <stephaniesmith@robertslawfirm.us>; Christine T <christinet@hbsslaw.com>

**Cc:** #HIVAntitrustDefendants <HIVAntitrustDefendants@kirkland.com>; DG-Teva-HIV <DG-Teva-HIV@goodwinlaw.com>
**Subject:** RE: In Re HIV - Jury Instructions

Rick,

As we coordinate availability, do you mean 4 pm ET, or another time zone?

Thanks,

Molly

---

**From:** Richard Brunell <rbrunell@hilliardshadowenlaw.com>
**Sent:** Thursday, April 6, 2023 10:12 AM
**To:** Grammel, Molly <MGrammel@goodwinlaw.com>; GileadATPlaintiffCounsel <GileadATPlaintiffCounsel@hilliardshadowenlaw.com>; Erich Schork <erichschork@robertslawfirm.us>; kelly Rinehart <kellyrinehart@robertslawfirm.us>; Karen Halbert <karenhalbert@robertslawfirm.us>; Morgan Hunt <morganhunt@robertslawfirm.us>; Mike Roberts <mikeroberts@robertslawfirm.us>; Stephanie Smith <stephaniesmith@robertslawfirm.us>; Christine T <christinet@hbsslaw.com>
**Cc:** #HIVAntitrustDefendants <HIVAntitrustDefendants@kirkland.com>; DG-Teva-HIV <DG-Teva-HIV@goodwinlaw.com>
**Subject:** Re: In Re HIV - Jury Instructions

***EXTERNAL***
Molly, we are available for a M&C on jury instructions today at 4 pm, or tomorrow morning.

Rick

**Richard M. Brunell** | Hilliard Shadowen LLP
1135 W. 6th St., Ste. 125, Austin, Texas 78703
202-600-9640 | rbrunell@hilliardshadowenlaw.com
Licensed in Massachusetts; not licensed in Texas

---

**From:** Grammel, Molly <MGrammel@goodwinlaw.com>
**Sent:** Wednesday, April 5, 2023 5:17 PM
**To:** GileadATPlaintiffCounsel <GileadATPlaintiffCounsel@hilliardshadowenlaw.com>; Erich Schork <erichschork@robertslawfirm.us>; kelly Rinehart <kellyrinehart@robertslawfirm.us>; Karen Halbert <karenhalbert@robertslawfirm.us>; Morgan Hunt <morganhunt@robertslawfirm.us>; Mike Roberts <mikeroberts@robertslawfirm.us>; Stephanie Smith <stephaniesmith@robertslawfirm.us>; Christine T <christinet@hbsslaw.com>
**Cc:** #HIVAntitrustDefendants <HIVAntitrustDefendants@kirkland.com>; DG-Teva-HIV <DG-Teva-HIV@goodwinlaw.com>
**Subject:** In Re HIV - Jury Instructions

Counsel,

Pursuant to Judge Chen's order, attached please find Defendants' proposed edits to Judge Chen's draft jury instructions.  With respect to the instruction on stipulated facts, we have separately attached a document that begins with the parties' undisputed facts from the joint pretrial conference statement and includes edits in track changes to shorten it to a manageable level for inclusion in the instructions.

Please provide us with any additional edits from Plaintiffs, and with your availability to meet and confer tomorrow, by the end of the day.

Best regards,

Molly

**Molly R. Grammel**
*she/her/hers*



Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o  +1 617 570 8112
f  +1 617 801 8773
MGrammel@goodwinlaw.com

**********************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
**********************************************************************