# Exhibit J

| | |
|---|---|
| **From:** | Judith Zahid |
| **To:** | GileadATPlaintiffCounsel; #HIVAntitrustDefendants; DG-Teva-HIV |
| **Cc:** | Hamish Hume; brichardson@bsfllp.com; emaurer@bsfllp.com; William Harvey; Eric W. Buetzow; William Bornstein; James S. Dugan |
| **Subject:** | In re HIV: Suppl Expert Damages Report of Ernst R. Berndt PhD |
| **Date:** | Tuesday, April 18, 2023 3:50:48 PM |
| **Attachments:** | 2023.04.18 Supplemental Expert Damages Report of Ernst R. Berndt.pdf |

\*\*\*EXTERNAL\*\*\*
Dear Counsel,
Please find attached the Supplemental Expert Damages Report of Ernst R. Berndt PhD.

The password-protected backup material is available for download from this link:
https://zellelaw.sharefile.com/d-sf580e7b8eb7746d7a0f709c3b8b5bb36

I'll provide the password for the backup separately.

Best,
Judith


**Judith A. Zahid**
Partner
JZahid@zellelaw.com

# ZELLE LLP

555 12th Street, Suite 1230
Oakland, CA 94607
D (415) 633-1916
F (415) 693-0770

vCard | Bio | Website

Atlanta | Boston | Dallas | Ft. Lauderdale | London | Minneapolis
New York | Oakland | Philadelphia | Washington, DC

The information herein is confidential and may be attorney-client privileged and/or contain attorney work product.  If you are not an intended recipient, any disclosure, copying, retention or use of any information contained herein is prohibited.  If you have received this message in error, please delete it and notify the sender immediately.