UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No. 19-cv-02573-EMC<br><br>**ORDER RE TRIAL WITNESS DISCLOSURES**<br><br>Docket No. 1969 |

The parties have a dispute related to exhibits to be used in conjunction with the testimony of Cory Berkland, a defense expert. The Court rules as follows.

- Exhibits 5870, 9444-48. The Court **defers** ruling on these exhibits which Plaintiffs intend to use as context may matter. On the morning of the scheduled testimony, Court shall hear argument. Plaintiff shall make a proffer on how these exhibits shed light on prior art.
- DDX300.0004. Plaintiffs' objection to this part of Defendants' demonstrative is **overruled**.

**IT IS SO ORDERED**.

Dated: June 16, 2023

_____
EDWARD M. CHEN
United States District Judge