UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No. 19-cv-02573-EMC<br><br>**SECOND ORDER RE TRIAL WITNESS DISCLOSURES**<br><br>Docket No. 1969 |

This order supplements the Court's prior order regarding trial witness disclosures, located at Docket No. 1972. The Court **overrules** the objections with respect to Exhibits 5870 and 9444-48. Defendants may ask for a limiting instruction to make clear to the jury that the exhibits themselves are not prior art.

**IT IS SO ORDERED**.

Dated: June 20, 2023

_____
EDWARD M. CHEN
United States District Judge