UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No. 19-cv-02573-EMC<br><br>**ORDER RE TRIAL WITNESS DISCLOSURES**<br><br>Docket No. 1984 |

The parties have submitted disputes related to exhibits or demonstratives to be used with two defense witnesses, Dr. Wu and Dr. Saravia. The Court rules as follows:

- DDX6.0006. The objections are **overruled**.
- DDX6.0024. The objections are **overruled**. The Court's ruling here is based on the assumption that Defendants will use the compromise language specified in their email to the Court (for bullet points 1 and 4, respectively, "In 2018, United's Pharmacy and Therapeutics Committee found Atripla and Symfi were therapeutically equivalent for coverage" and "In 2019, United dropped formulary coverage of Atripla").
- DDX6.0025. The objections are **overruled**.
- Exhibit 5599. The objections are **overruled**.
- Exhibit 8150. The objections are **overruled**.
- Exhibit 8159. The objections are **overruled**.
- Exhibit 8165. The objections are **overruled**.
- Exhibit 8172. The objections are **overruled**.

- DDX7.0008.  The objections are **overruled**.
- DDX7.0011-.0015.  The Court **defers** ruling and shall take oral argument.
- Exhibit 44.  The Court understands that Defendants are simply preserving their objections for appeal.
- PDX26.2.  The objections are **sustained**.

**IT IS SO ORDERED**.

Dated: June 22, 2023

_____
EDWARD M. CHEN
United States District Judge