UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No. 19-cv-02573-EMC<br><br>**ORDER RE VERDICT FORM** |

The Court has reviewed Plaintiffs' comments on the verdict form at Docket No. 1994. The Court does not adopt Plaintiffs' proposals but does modify the verdict form to reflect that the direct purchasers are no longer in the suit. Attached is the verdict form that shall be given to the jury.

**IT IS SO ORDERED**.

Dated: June 26, 2023

EDWARD M. CHEN
United States District Judge

# VERDICT FORM

**Element (1): Anticompetitive Conduct**

1. At step one of the rule of reason, did the plaintiffs prove that Gilead had market power within the relevant market(s) that included Truvada and/or Atripla?

    a. Truvada    Yes _____    No _____

    b. Atripla    Yes _____    No _____

    *If you answered "yes" to either of the above, proceed to Question 2. If you answered "no" to both of the above, skip the remaining questions, and sign and date the form.*

2. At step one of the rule of reason, did the plaintiffs prove that the April 25, 2014, patent settlement agreement between Gilead and Teva included a "reverse payment" from Gilead to Teva so that Teva would delay its entry into the market and Gilead could thereby avoid the risk of generic competition?

    Yes _____    No _____

    *If you answered "yes" to the above, proceed to Question 3. If you answered "no," skip the remaining questions, and sign and date the form.*

3. At step two of the rule of reason, did the defendants come forward with evidence that their conduct had procompetitive effects?

    Yes _____    No _____

    *If you answered "yes" to the above, proceed to Question 4. If you answered "no," skip Question 4 and proceed to Question 5.*

4. At step three of the rule of reason, did the plaintiffs do at least one of the following:

    (a)    rebut the procompetitive effects claimed by the defendants;

    (b)    prove that the procompetitive effects claimed by the defendants could have been reasonably achieved in a substantially less restrictive manner; or

    (c)    prove that the anticompetitive effects of the defendants' conduct substantially outweighed the procompetitive benefits claimed by the defendants.

Yes _____     No _____

*If you answered "yes" to the above, proceed to Question 5. If you answered "no," skip the remaining questions, and sign and date the form.*

**Element (2): Antitrust Injury**

5. Did the plaintiffs prove that the defendants' conduct caused entry of generic Truvada or generic Atripla to be delayed, thereby causing any one or more of the below plaintiffs to pay some amount more for the drug than they would have paid if generic entry had not been delayed?

    **a.**    **United**

        Truvada    Yes _____     No _____
        Atripla    Yes _____     No _____

    **b.**    **End-Payor Purchaser Classes (EPPs)**

        Truvada    Yes _____     No _____
        Atripla    Yes _____     No _____

    **c.**    **Florida Blue (IHPP)**

        Truvada    Yes _____     No _____
        Atripla    Yes _____     No _____

1   **d.      Centene (IHPP)**
2          Truvada     Yes _____      No _____
3          Atripla     Yes _____      No _____
4
5   **e.      HCSC (IHPP)**
6          Truvada     Yes _____      No _____
7          Atripla     Yes _____      No _____
8
9   **f.      Triple-S Salud (IHPP)**
10         Truvada     Yes _____      No _____
11         Atripla     Yes _____      No _____
12
13  **g.      Kaiser (IHPP)**
14         Truvada     Yes _____      No _____
15         Atripla     Yes _____      No _____
16
17  **h.      Blue KC (IHPP)**
18         Truvada     Yes _____      No _____
19         Atripla     Yes _____      No _____
20
21  **i.      Humana (IHPP)**
22         Truvada     Yes _____      No _____
23         Atripla     Yes _____      No _____
24  *If you answered "yes" to one or more of the above, then for those plaintiffs/drugs for*
25  *which you answered "yes" proceed to Question 6 below.  If you answered "no" for all the*
26  *plaintiffs and all the drugs above, skip the remaining questions, and sign and date the*
27  *form.*
28

6. Please indicate the amount of overcharges for those plaintiffs/drugs for which you answered "yes" above. Do not fill in the below for any plaintiffs/drugs that you answered "no" to above.

    **a.**    **United**

          Truvada    $_____

          Atripla     $_____

    **b.**    **End-Payor Purchaser Classes (EPPs)**

|  | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | $_____ |
| District of Columbia | $_____ | $_____ |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | $_____ |
| Maine | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Massachusetts | $_____ | $_____ |
| Michigan | $_____ | $_____ |
| Minnesota | $_____ | $_____ |
| Mississippi | $_____ | $_____ |
| Missouri | $_____ | $_____ |
| Nebraska | $_____ | $_____ |
| Nevada | $_____ | $_____ |
| New Hampshire | $_____ | $_____ |

5

| | | |
|---|---|---|
| New Mexico | $_____ | $_____ |
| New York | $_____ | $_____ |
| North Carolina | $_____ | $_____ |
| North Dakota | $_____ | $_____ |
| Oregon | $_____ | $_____ |
| Rhode Island | $_____ | $_____ |
| South Dakota | $_____ | $_____ |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | $_____ |
| Vermont | $_____ | $_____ |
| West Virginia | $_____ | $_____ |
| Wisconsin | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

c. **Florida Blue (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | $_____ |
| District of Columbia | $_____ | N/A |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | N/A |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | N/A |
| Louisiana | $_____ | $_____ |
| Maine | $_____ | $_____ |

6

| | | | |
|---|---|---|---|
| 1 | Maryland | $_____ | N/A |
| 2 | Massachusetts | $_____ | N/A |
| 3 | Michigan | $_____ | $_____ |
| 4 | Minnesota | $_____ | N/A |
| 5 | Mississippi | $_____ | N/A |
| 6 | Missouri | $_____ | N/A |
| 7 | Montana | N/A | $_____ |
| 8 | Nebraska | $_____ | $_____ |
| 9 | Nevada | $_____ | $_____ |
| 10 | New Hampshire | $_____ | N/A |
| 11 | New Mexico | $_____ | N/A |
| 12 | New York | $_____ | $_____ |
| 13 | North Carolina | $_____ | $_____ |
| 14 | Oregon | $_____ | N/A |
| 15 | Rhode Island | $_____ | N/A |
| 16 | South Carolina | $_____ | $_____ |
| 17 | South Dakota | $_____ | N/A |
| 18 | Tennessee | $_____ | $_____ |
| 19 | Utah | $_____ | N/A |
| 20 | Vermont | $_____ | N/A |
| 21 | Wisconsin | $_____ | $_____ |
| 22 | TOTAL: | $_____ | $_____ |

d. **Centene (IHPP)**

| | | Truvada | Atripla |
|---|---|---|---|
| 26 | Alabama | $_____ | $_____ |
| 27 | Arizona | $_____ | $_____ |
| 28 | California | $_____ | $_____ |

7

| | | | |
|---|---|---|---|
| 1 | Connecticut | $_____ | $_____ |
| 2 | District of Columbia | $_____ | $_____ |
| 3 | Florida | $_____ | $_____ |
| 4 | Hawaii | $_____ | $_____ |
| 5 | Illinois | $_____ | $_____ |
| 6 | Iowa | $_____ | $_____ |
| 7 | Kansas | $_____ | $_____ |
| 8 | Louisiana | $_____ | $_____ |
| 9 | Maine | $_____ | $_____ |
| 10 | Maryland | $_____ | $_____ |
| 11 | Michigan | $_____ | $_____ |
| 12 | Minnesota | $_____ | $_____ |
| 13 | Mississippi | $_____ | $_____ |
| 14 | Missouri | $_____ | $_____ |
| 15 | Montana | $_____ | $_____ |
| 16 | Nebraska | $_____ | $_____ |
| 17 | Nevada | $_____ | $_____ |
| 18 | New Hampshire | $_____ | $_____ |
| 19 | New Mexico | $_____ | $_____ |
| 20 | New York | $_____ | $_____ |
| 21 | North Carolina | $_____ | $_____ |
| 22 | North Dakota | $_____ | $_____ |
| 23 | Oregon | $_____ | $_____ |
| 24 | Rhode Island | $_____ | $_____ |
| 25 | South Carolina | $_____ | $_____ |
| 26 | South Dakota | $_____ | N/A |
| 27 | Tennessee | $_____ | $_____ |
| 28 | Utah | $_____ | $_____ |

| | | | |
|---|---|---|---|
| 1 | Vermont | $_____ | $_____ |
| 2 | West Virginia | $_____ | $_____ |
| 3 | Wisconsin | $_____ | $_____ |
| 4 | TOTAL: | $_____ | $_____ |

5

6   e.   **HCSC (IHPP)**

| | | Truvada | Atripla |
|---|---|---|---|
| 8 | Alabama | $_____ | $_____ |
| 9 | Arizona | $_____ | $_____ |
| 10 | California | $_____ | $_____ |
| 11 | Connecticut | $_____ | N/A |
| 12 | District of Columbia | $_____ | $_____ |
| 13 | Florida | $_____ | $_____ |
| 14 | Hawaii | $_____ | $_____ |
| 15 | Illinois | $_____ | $_____ |
| 16 | Iowa | $_____ | $_____ |
| 17 | Kansas | $_____ | $_____ |
| 18 | Louisiana | $_____ | $_____ |
| 19 | Maine | $_____ | $_____ |
| 20 | Maryland | $_____ | $_____ |
| 21 | Massachusetts | $_____ | N/A |
| 22 | Michigan | $_____ | $_____ |
| 23 | Minnesota | $_____ | $_____ |
| 24 | Mississippi | $_____ | $_____ |
| 25 | Missouri | $_____ | $_____ |
| 26 | Montana | $_____ | $_____ |
| 27 | Nebraska | $_____ | $_____ |
| 28 | Nevada | $_____ | $_____ |

United States District Court
Northern District of California

| | | |
|---|---|---|
| New Hampshire | $_____ | N/A |
| New Mexico | $_____ | $_____ |
| New York | $_____ | $_____ |
| North Carolina | $_____ | $_____ |
| North Dakota | $_____ | N/A |
| Oregon | $_____ | $_____ |
| Rhode Island | $_____ | $_____ |
| South Carolina | $_____ | $_____ |
| South Dakota | $_____ | $_____ |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | $_____ |
| Vermont | $_____ | N/A |
| West Virginia | $_____ | $_____ |
| Wisconsin | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

**f.    Triple-S Salud (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Connecticut | $_____ | N/A |
| Illinois | $_____ | N/A |
| New York | $_____ | N/A |
| North Carolina | $_____ | N/A |
| TOTAL: | $_____ | N/A |

**g.    Kaiser (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| California | $_____ | $_____ |
| District of Columbia | $_____ | $_____ |

|   | | |
|---|---|---|
| Hawaii | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Oregon | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

h. **Blue KC (IHPP)**

|   | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | N/A |
| District of Columbia | $_____ | N/A |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | N/A |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | N/A |
| Kansas | $_____ | $_____ |
| Louisiana | $_____ | N/A |
| Maryland | $_____ | N/A |
| Massachusetts | $_____ | N/A |
| Michigan | $_____ | N/A |
| Minnesota | $_____ | N/A |
| Missouri | $_____ | $_____ |
| Nebraska | $_____ | N/A |
| Nevada | $_____ | $_____ |
| New York | $_____ | N/A |
| North Carolina | $_____ | N/A |
| Oregon | $_____ | N/A |

| | | |
|---|---|---|
| South Carolina | $_____ | N/A |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | N/A |
| Wisconsin | $_____ | N/A |
| TOTAL: | $_____ | $_____ |

i. **Humana (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | $_____ |
| District of Columbia | $_____ | $_____ |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | $_____ |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | $_____ |
| Louisiana | $_____ | $_____ |
| Maine | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Michigan | $_____ | $_____ |
| Minnesota | $_____ | $_____ |
| Mississippi | $_____ | $_____ |
| Missouri | $_____ | $_____ |
| Montana | $_____ | $_____ |
| Nebraska | $_____ | $_____ |
| Nevada | $_____ | $_____ |

| | | | |
|---|---|---|---|
| 1 | New Hampshire | $_____ | $_____ |
| 2 | New Mexico | $_____ | $_____ |
| 3 | New York | $_____ | $_____ |
| 4 | North Carolina | $_____ | $_____ |
| 5 | North Dakota | $_____ | $_____ |
| 6 | Oregon | $_____ | $_____ |
| 7 | Rhode Island | $_____ | $_____ |
| 8 | South Carolina | $_____ | $_____ |
| 9 | South Dakota | $_____ | $_____ |
| 10 | Tennessee | $_____ | $_____ |
| 11 | Utah | $_____ | $_____ |
| 12 | Vermont | $_____ | $_____ |
| 13 | West Virginia | $_____ | $_____ |
| 14 | Wisconsin | $_____ | $_____ |
| 15 | TOTAL: | $_____ | $_____ |

*Proceed to Question 7 below.*

7. Was the defendants' antitrust violation(s) that you found flagrant?

   Yes _____      No _____

   *Proceed to Question 8 below.*

8. Was the defendants' antitrust violation(s) that you found willful?

   Yes _____      No _____

   *Please sign and date the form.*

   _____
   Presiding Juror

   _____
   Date

United States District Court
Northern District of California