UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No.  19-cv-02573-EMC |
| | **ORDER RE DEFENDANTS' CLOSING DEMONSTRATIVES** |
| | Docket No. 2006 |

The parties have submitted disputes related to Defendants' closing demonstratives.  The Court rules as follows.

- D.20.  The objections are overruled.
- D.21.  The objections are sustained.
- D.76.  The objections are overruled given Defendants' statement that they are willing to remove the reference to the Federal Circuit from the header and call-out.
- D.92.  The objections are overruled.
- D.93.  The objections are overruled.

**IT IS SO ORDERED**.

Dated: June 26, 2023

_____
EDWARD M. CHEN
United States District Judge