UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No. 19-cv-02573-EMC<br><br>**ORDER RE PLAINTIFFS' CLOSING DEMONSTRATIVES**<br><br>Docket No. 2008 |

The parties have submitted disputes related to Plaintiffs' closing demonstratives. The Court rules as follows.

- PDX30-15. The objections are overruled.
- PDX30.103. The Court understands that Defendants are simply preserving their objections for appeal.
- PDX30.104. The objections are sustained in part and overruled in part. The slide should be modified to read "Those Who Support or Agree."
- PDX32.3. The objections are overruled.

**IT IS SO ORDERED**.

Dated: June 26, 2023

_____
EDWARD M. CHEN
United States District Judge