United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No. 19-cv-02573-EMC |
| | **VERDICT FORM** |

**VERDICT FORM**

United States District Court
Northern District of California

**Element (1): Anticompetitive Conduct**

1. At step one of the rule of reason, did the plaintiffs prove that Gilead had market power within the relevant market(s) that included Truvada and/or Atripla?

   a.  Truvada       Yes _____       No __✓__

   b.  Atripla       Yes _____       No __✓__

   *If you answered "yes" to either of the above, proceed to Question 2.  If you answered "no" to both of the above, skip the remaining questions, and sign and date the form.*

2. At step one of the rule of reason, did the plaintiffs prove that the April 25, 2014, patent settlement agreement between Gilead and Teva included a "reverse payment" from Gilead to Teva so that Teva would delay its entry into the market and Gilead could thereby avoid the risk of generic competition?

   Yes _____       No __✓__

   *If you answered "yes" to the above, proceed to Question 3.  If you answered "no," skip the remaining questions, and sign and date the form.*

3. At step two of the rule of reason, did the defendants come forward with evidence that their conduct had procompetitive effects?

   Yes _____       No _____

   *If you answered "yes" to the above, proceed to Question 4.  If you answered "no," skip Question 4 and proceed to Question 5.*

4.   At step three of the rule of reason, did the plaintiffs do at least one of the following:

   (a)   rebut the procompetitive effects claimed by the defendants;

   (b)   prove that the procompetitive effects claimed by the defendants could have been reasonably achieved in a substantially less restrictive manner; or

   (c)   prove that the anticompetitive effects of the defendants' conduct substantially outweighed the procompetitive benefits claimed by the defendants.

   Yes _____          No _____

   *If you answered "yes" to the above, proceed to Question 5. If you answered "no," skip the remaining questions, and sign and date the form.*

**Element (2): Antitrust Injury**

5.   Did the plaintiffs prove that the defendants' conduct caused entry of generic Truvada or generic Atripla to be delayed, thereby causing any one or more of the below plaintiffs to pay some amount more for the drug than they would have paid if generic entry had not been delayed?

   **a.     United**

   Truvada     Yes _____          No _____

   Atripla     Yes _____          No _____

   **b.     End-Payor Purchaser Classes (EPPs)**

   Truvada     Yes _____          No _____

   Atripla     Yes _____          No _____

   **c.     Florida Blue (IHPP)**

   Truvada     Yes _____          No _____

   Atripla     Yes _____          No _____

**d.      Centene (IHPP)**

Truvada        Yes _____        No _____

Atripla        Yes _____        No _____

**e.      HCSC (IHPP)**

Truvada        Yes _____        No _____

Atripla        Yes _____        No _____

**f.      Triple-S Salud (IHPP)**

Truvada        Yes _____        No _____

Atripla        Yes _____        No _____

**g.      Kaiser (IHPP)**

Truvada        Yes _____        No _____

Atripla        Yes _____        No _____

**h.      Blue KC (IHPP)**

Truvada        Yes _____        No _____

Atripla        Yes _____        No _____

**i.      Humana (IHPP)**

Truvada        Yes _____        No _____

Atripla        Yes _____        No _____

*If you answered "yes" to one or more of the above, then for those plaintiffs/drugs for which you answered "yes" proceed to Question 6 below.  If you answered "no" for all the plaintiffs and all the drugs above, skip the remaining questions, and sign and date the form.*

4

6.   Please indicate the amount of overcharges for those plaintiffs/drugs for which you answered "yes" above.  Do not fill in the below for any plaintiffs/drugs that you answered "no" to above.

a.   **United**

Truvada     $_____

Atripla     $_____

b.   **End-Payor Purchaser Classes (EPPs)**

| | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | $_____ |
| District of Columbia | $_____ | $_____ |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | $_____ |
| Maine | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Massachusetts | $_____ | $_____ |
| Michigan | $_____ | $_____ |
| Minnesota | $_____ | $_____ |
| Mississippi | $_____ | $_____ |
| Missouri | $_____ | $_____ |
| Nebraska | $_____ | $_____ |
| Nevada | $_____ | $_____ |
| New Hampshire | $_____ | $_____ |

United States District Court
Northern District of California

| | Truvada | Atripla |
|---|---|---|
| New Mexico | $_____ | $_____ |
| New York | $_____ | $_____ |
| North Carolina | $_____ | $_____ |
| North Dakota | $_____ | $_____ |
| Oregon | $_____ | $_____ |
| Rhode Island | $_____ | $_____ |
| South Dakota | $_____ | $_____ |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | $_____ |
| Vermont | $_____ | $_____ |
| West Virginia | $_____ | $_____ |
| Wisconsin | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

c.    **Florida Blue (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | $_____ |
| District of Columbia | $_____ | N/A |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | N/A |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | N/A |
| Louisiana | $_____ | $_____ |
| Maine | $_____ | $_____ |

United States District Court
Northern District of California

| | | |
|---|---|---|
| Maryland | $_____ | N/A |
| Massachusetts | $_____ | N/A |
| Michigan | $_____ | $_____ |
| Minnesota | $_____ | N/A |
| Mississippi | $_____ | N/A |
| Missouri | $_____ | N/A |
| Montana | N/A | $_____ |
| Nebraska | $_____ | $_____ |
| Nevada | $_____ | $_____ |
| New Hampshire | $_____ | N/A |
| New Mexico | $_____ | N/A |
| New York | $_____ | $_____ |
| North Carolina | $_____ | $_____ |
| Oregon | $_____ | N/A |
| Rhode Island | $_____ | N/A |
| South Carolina | $_____ | $_____ |
| South Dakota | $_____ | N/A |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | N/A |
| Vermont | $_____ | N/A |
| Wisconsin | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

d.   **Centene (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |

7

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| 1 | Connecticut | $_____ | $_____ |
| 2 | District of Columbia | $_____ | $_____ |
| 3 | Florida | $_____ | $_____ |
| 4 | Hawaii | $_____ | $_____ |
| 5 | Illinois | $_____ | $_____ |
| 6 | Iowa | $_____ | $_____ |
| 7 | Kansas | $_____ | $_____ |
| 8 | Louisiana | $_____ | $_____ |
| 9 | Maine | $_____ | $_____ |
| 10 | Maryland | $_____ | $_____ |
| 11 | Michigan | $_____ | $_____ |
| 12 | Minnesota | $_____ | $_____ |
| 13 | Mississippi | $_____ | $_____ |
| 14 | Missouri | $_____ | $_____ |
| 15 | Montana | $_____ | $_____ |
| 16 | Nebraska | $_____ | $_____ |
| 17 | Nevada | $_____ | $_____ |
| 18 | New Hampshire | $_____ | $_____ |
| 19 | New Mexico | $_____ | $_____ |
| 20 | New York | $_____ | $_____ |
| 21 | North Carolina | $_____ | $_____ |
| 22 | North Dakota | $_____ | $_____ |
| 23 | Oregon | $_____ | $_____ |
| 24 | Rhode Island | $_____ | $_____ |
| 25 | South Carolina | $_____ | $_____ |
| 26 | South Dakota | $_____ | N/A |
| 27 | Tennessee | $_____ | $_____ |
| 28 | Utah | $_____ | $_____ |

| | | |
|---|---|---|
| Vermont | $_____ | $_____ |
| West Virginia | $_____ | $_____ |
| Wisconsin | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

**e.    HCSC (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | N/A |
| District of Columbia | $_____ | $_____ |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | $_____ |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | $_____ |
| Louisiana | $_____ | $_____ |
| Maine | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Massachusetts | $_____ | N/A |
| Michigan | $_____ | $_____ |
| Minnesota | $_____ | $_____ |
| Mississippi | $_____ | $_____ |
| Missouri | $_____ | $_____ |
| Montana | $_____ | $_____ |
| Nebraska | $_____ | $_____ |
| Nevada | $_____ | $_____ |

United States District Court
Northern District of California

| | | |
|---|---|---|
| New Hampshire | $_____ | N/A |
| New Mexico | $_____ | $_____ |
| New York | $_____ | $_____ |
| North Carolina | $_____ | $_____ |
| North Dakota | $_____ | N/A |
| Oregon | $_____ | $_____ |
| Rhode Island | $_____ | $_____ |
| South Carolina | $_____ | $_____ |
| South Dakota | $_____ | $_____ |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | $_____ |
| Vermont | $_____ | N/A |
| West Virginia | $_____ | $_____ |
| Wisconsin | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

**f.** **Triple-S Salud (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Connecticut | $_____ | N/A |
| Illinois | $_____ | N/A |
| New York | $_____ | N/A |
| North Carolina | $_____ | N/A |
| TOTAL: | $_____ | N/A |

**g.** **Kaiser (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| California | $_____ | $_____ |
| District of Columbia | $_____ | $_____ |

United States District Court
Northern District of California

| | | |
|---|---|---|
| Hawaii | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Oregon | $_____ | $_____ |
| TOTAL: | $_____ | $_____ |

**h.**  **Blue KC (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | N/A |
| District of Columbia | $_____ | N/A |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | N/A |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | N/A |
| Kansas | $_____ | $_____ |
| Louisiana | $_____ | N/A |
| Maryland | $_____ | N/A |
| Massachusetts | $_____ | N/A |
| Michigan | $_____ | N/A |
| Minnesota | $_____ | N/A |
| Missouri | $_____ | $_____ |
| Nebraska | $_____ | N/A |
| Nevada | $_____ | $_____ |
| New York | $_____ | N/A |
| North Carolina | $_____ | N/A |
| Oregon | $_____ | N/A |

United States District Court
Northern District of California

| | Truvada | Atripla |
|---|---|---|
| South Carolina | $_____ | N/A |
| Tennessee | $_____ | $_____ |
| Utah | $_____ | N/A |
| Wisconsin | $_____ | N/A |
| TOTAL: | $_____ | $_____ |

i.   **Humana (IHPP)**

| | Truvada | Atripla |
|---|---|---|
| Alabama | $_____ | $_____ |
| Arizona | $_____ | $_____ |
| California | $_____ | $_____ |
| Connecticut | $_____ | $_____ |
| District of Columbia | $_____ | $_____ |
| Florida | $_____ | $_____ |
| Hawaii | $_____ | $_____ |
| Illinois | $_____ | $_____ |
| Iowa | $_____ | $_____ |
| Kansas | $_____ | $_____ |
| Louisiana | $_____ | $_____ |
| Maine | $_____ | $_____ |
| Maryland | $_____ | $_____ |
| Michigan | $_____ | $_____ |
| Minnesota | $_____ | $_____ |
| Mississippi | $_____ | $_____ |
| Missouri | $_____ | $_____ |
| Montana | $_____ | $_____ |
| Nebraska | $_____ | $_____ |
| Nevada | $_____ | $_____ |

|  | New Hampshire | $_____ | $_____ |
|--|---------------|-------------|-------------|
| | New Mexico | $_____ | $_____ |
| | New York | $_____ | $_____ |
| | North Carolina | $_____ | $_____ |
| | North Dakota | $_____ | $_____ |
| | Oregon | $_____ | $_____ |
| | Rhode Island | $_____ | $_____ |
| | South Carolina | $_____ | $_____ |
| | South Dakota | $_____ | $_____ |
| | Tennessee | $_____ | $_____ |
| | Utah | $_____ | $_____ |
| | Vermont | $_____ | $_____ |
| | West Virginia | $_____ | $_____ |
| | Wisconsin | $_____ | $_____ |
| | TOTAL: | $_____ | $_____ |

*Proceed to Question 7 below.*

7.   Was the defendants' antitrust violation(s) that you found flagrant?

Yes _____   No _____

*Proceed to Question 8 below.*

8.   Was the defendants' antitrust violation(s) that you found willful?

Yes _____   No _____

*Please sign and date the form.*

_____
Presiding Juror

6/30/2024 2023
Date

13