UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No. 19-cv-02573-EMC <br><br> **ORDER DENYING IHPPS' MOTION FOR PERMANENT INJUNCTION** <br><br> Docket No. 2066 |

In light of the jury verdict, the Court **DENIES** the IHPPs' motion for a permanent injunction against Teva. *See* Mot. at 1 n.1 ("recogniz[ing] that in light of the Jury's verdict, the Court will likely deny this Motion under Ninth Circuit precedent"); *see also Teutscher v. Woodson*, 835 F.3d 936, 944 (9th Cir. 2016) ("Because the Seventh Amendment's second clause 'prohibit[s] . . . the courts of the United States to re-examine any facts tried by a jury' except as permitted under the narrow 'modes known to the common law,' the court then must abide by the jury's findings of fact in making any subsequent rulings."). The Court does not rule on Teva's claim that the IHPPs waived the right to equitable relief.

This order disposes of Docket No. 2066.

**IT IS SO ORDERED**.

Dated: July 14, 2023

_____
EDWARD M. CHEN
United States District Judge