Francis O. Scarpulla (Cal. Bar No. 41059)
Patrick B. Clayton (Cal. Bar No. 240191)
**LAW OFFICES OF FRANCIS O.**
**SCARPULLA**
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 751-0889
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Liaison Counsel for the Direct Purchaser*
*Classes*

Michael L. Roberts
**ROBERTS LAW FIRM US, PC**
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us

Dianne M. Nast
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com

*Co-Lead Counsel for the Direct Purchaser*
*Classes*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION* | Case No. 3:19-cv-02573-EMC (lead case) |
| THIS DOCUMENT RELATES TO : <br><br> KPH Healthcare Services, Inc. v. Gilead Sciences, Inc. *et al.*, 3:20-cv-06961-EMC | **DECLARATION OF FRANCIS O. SCARULLA RE SETTLEMENT ALLOCATION PLAN** |

1    I, Francis O. Scarpulla, declare as follows:

2        1.      I am a member of the bar of the United States Supreme Court, several United States

3    Courts of Appeal, several United States District Courts, including the United States District Court

4    for the Northern District of California, as well as the California Supreme Court and all inferior

5    courts in that State.  I am the owner and Senior Class Action Attorney of the Law Offices of Francis

6    O. Scarpulla ("LOFOS") and the Liaison Counsel for the Direct-Purchaser Classes ("DPPs") in the

7    above-captioned litigation.  I make this declaration in support of the Direct Purchasers Class

8    Plaintiffs' Gilead Settlement Allocation Plan.

9        2.      Attached as Exhibit 1 is the Supplemental Declaration of Carla Peak Regarding the

10   Allocation Plan.

11       3.      Attached as Exhibit 2 is the Declaration of Russell L. Lamb Regarding Direct

12   Purchaser Plaintiffs' Gilead Settlement Allocation Plan.

13       4.      I declare under penalty of perjury that the foregoing is true and correct.

14   Executed this 29th day of January 2024 at San Francisco, California.

15                                                              /s/ Francis O. Scarpulla

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on January 29, 2024, I electronically filed the following:

**DECLARATION OF FRANCIS O. SCARPULLA RE SETTLEMENT ALLOCATION PLAN**

using the CM/ECF system, which will send notification of each filing to all attorneys of record in this

matter. I certify under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of January 29, 2024.

/s/  Francis O. Scarpulla
Francis O. Scarpulla

2

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re HIV Antitrust Litigation* | Case No. 3:19-cv-2573-EMC (Lead Case) |
| _____ | **SUPPLEMENTAL DECLARATION OF CARLA A. PEAK REGARDING GILEAD ALLOCATION PLAN** |
| This Document Relates to: | |
| *KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. v. Gilead Sciences, Inc., et al.*, No. 3:20-cv-06961-EMC | |

I, Carla A. Peak, declare as follows:

1.     My name is Carla A. Peak. I am the Vice President of Legal Notification Services at KCC who was appointed by this Honorable Court to oversee the notice plan. I have personal knowledge of the matters set forth herein, and if called as a witness I could and would testify competently to them.

2.     My experience and credentials, as well as information regarding the settlement notice plan proposed for this case, were previously submitted to the court on July 23, 2023, in the Declaration of Carla A. Peak Regarding the Notice Plan for Direct Purchaser Plaintiffs' Settlement with Gilead (Dkt. 2086-4). Information regarding the settlement notice plan and settlement administration was previously provided to the court on November 20, 2023, in the Declaration of Carla A. Peak in Support of the Motion for Final Approval of the Direct Purchaser Plaintiffs' Settlement with Gilead (Dkt. 2141-7).

3.     This declaration will supplement my prior declarations and provide additional information regarding the settlement administration and allocation plan.

***Direct Mail Notice***

4.     On October 6, 2023, KCC sent direct mail notice to all 81 known Class Members.

1

5.      On November 6, 2023, KCC mailed Reminder Notices to all non-responsive known Class Members.

6.      Five direct mail notices were returned as undeliverable. KCC conducted an advanced address search and could not locate a different address to send these notices. KCC immediately notified DPP Counsel of the issue.

7.      On December 4, 2023, KCC mailed second Reminder Notices to all non-responsive known Class Members.

8.      Per Counsel request, on January 15, 2024, KCC e-mailed to all Class Members with an e-mail address the following file-marked documents: (1) Second Declaration of Michael L. Roberts and the attached exhibit; and (2) the Joint Stipulation and Proposed Order Regarding Withdrawal of Requests for Exclusion from the Direct Purchaser Classes.

*Website Notice*

9.      On October 6, 2023, KCC posted the live HIV Direct Purchaser Class Website (www.HIVDirectPurchaserClass.com), and KCC has continued and will continue to maintain that website until settlement administration is completed.

10.     On November 22, 2023, KCC added a copy of the file-marked Motion for Final Approval of Class Action Settlement with Gilead and Attorneys' Fees, Costs and Expenses, and Service Award to the website.

11.     On January 13, 2024, KCC added a copy of the of the file-marked Second Declaration of Michael L. Roberts in Support of Direct Purchaser Class Plaintiffs' Motion for Final Approval of Class Action Settlement with Gilead and Attorneys' Fees, Costs and Expenses, and Service Award and its accompanying exhibit, and the file-marked Joint Stipulation and Proposed Order Regarding Withdrawal of Requests for Exclusion from the Direct Purchaser Classes to the website.

12.     On January 15, 2024, KCC added a copy of the of the file-marked Third Declaration of Michael L. Roberts in Support of Direct Purchaser Class Plaintiffs' Motion for

Final Approval of Class Action Settlement with Gilead and Attorneys' Fees, Costs and Expenses, and Service Award and its accompanying exhibit to the website.

13.    On January 19, 2024, KCC added a copy of the of the file-marked Order Granting Direct Purchaser Class Plaintiffs' Motion for Final Approval of Class Action Settlement with Gilead and Attorneys' Fees, Costs and Expenses, and Service Award to the website.

### *Claim Forms & Processing*

14.    The claim filing deadline was January 1, 2024. As of the morning of January 24, 2024, KCC has received claim forms from 69 of the 81 known class members and from 154 unknown entities.

15.    KCC has mailed Notice of Deficient Claim letters to the unknown entities who were identified as deficient for lack of supporting documentation.

16.    Once KCC has concluded processing the claims submitted, KCC will work cooperatively with Dr. Lamb's office so that Dr. Lamb's office may determine each class member's *pro rata* share and the fund may be distributed efficiently.

### *Objections*

17.    The objection deadline was December 28, 2023. As of the morning of January 24, 2024, KCC has not received any objections to the settlement or fee request.


I, Carla A. Peak, declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of January 2024, at Sellersville, Pennsylvania.


_Carla Peak_

_____

Carla A. Peak

# EXHIBIT 2

1  Francis O. Scarpulla (Cal. Bar 41059)
   Patrick B. Clayton (Cal. Bar 240191)
2  LAW OFFICES OF
   FRANCIS O. SCARPULLA
3  3708 Clay Street
   San Francisco, CA 94118
4  Telephone: (415) 751-4193
   Facsimile: (415) 751-0889
5  fos@scarpullalaw.com
   pbc@scarpullalaw.com
6
   *Liaison Counsel for the Direct Purchaser*
7  *Plaintiff Classes*

8  Michael L. Roberts (*pro hac vice*)
   ROBERTS LAW FIRM, PA
9  mikeroberts@robertslawfirm.us
   1920 McKinney Avenue, Suite 700
10 Dallas, Texas 75204
   Telephone: (501) 952-8558
11
   Dianne M. Nast (*pro hac vice*)
12 NASTLAW LLC
   dnast@nastlaw.com
13 1101 Market Street, Suite 2801
   Philadelphia, PA 19107
14 Telephone: (215) 923-9300

15 *Co-Lead Counsel for the Direct Purchaser*
   *Plaintiff Classes*
16

17              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                    SAN FRANCISCO DIVISION

19
   | IN RE HIV ANTITRUST LITIGATION | Case No. 3:19-cv-02573-EMC (lead case) |
20 |---|---|
   |  | **DECLARATION OF RUSSELL L.** |
21 | This Document Relates to: | **LAMB REGARDING DIRECT** |
   |  | **PURCHASER PLAINTIFFS' GILEAD** |
22 | *KPH Healthcare Services, Inc. v. Gilead* | **SETTLEMENT ALLOCATION PLAN** |
   | *Sciences, Inc. et al.*, 3:20-cv-06961-EMC |  |
23 |  | Ctrm: 5-17th Floor |
   |  | Judge: Honorable Edward M. Chen |
24

25

26

27

28

1    I, RUSSELL L. LAMB, declare as follows:

2        1.     I am the President and co-founder of Monument Economics Group, an economic

3    consulting firm based in Arlington, Virginia. I am retained as an expert for direct purchaser class

4    plaintiffs in *In re HIV Antitrust Litigation*, Case No. 19-cv-02573-EMC (N.D. Cal.). I previously

5    submitted a declaration in connection with Direct Purchaser Plaintiffs' Plan of Allocation regarding

6    the proposed class action settlement with Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead

7    Sciences, LLC, and Gilead Sciences Ireland UC (together, "Gilead"). ECF No. 2086-3. I submit this

8    declaration to summarize my actions to effectuate the allocation described therein.

9        2.     Once the Claims Administrator has concluded processing the submitted claims in

10   this matter, my staff and I, in conjunction with the Claims Administrator, will review any additional

11   data and related documentation submitted by claimants in this matter to determine whether a given

12   claimant's qualifying purchases should be amended from the pre-populated claim form figures.

13   Following that review, my staff and I will determine the *pro rata* share each Direct Purchaser Class

14   Member who timely submitted a valid Claim Form will receive from the Net Gilead Settlement

15   Fund.

16       I declare under penalty of perjury that the foregoing is true and correct to the best of my

17   knowledge and belief. Executed this 29TH day of January, 2024 in _Knoxville, TN_ .

18

19

20   Russell L. Lamb

21

22

23

24

25

26

27

28

DECLARATION OF RUSSELL L. LAMB
NO. 3:19-CV-02573-EMC / RELATED CASE NO. 3:20-CV-06961-EMC