Steve D. Shadowen (*pro hac vice*)
HILLIARD & SHADOWEN LLP
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
steve@hilliardshadowenlaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

***Co-Lead Counsel for End Payor Plaintiffs***

(Additional Counsel for Plaintiffs Listed on Signature Page)

Jay Lefkowitz (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com

***Counsel for Gilead Defendants***

Paul J. Riehle (SBN 115199)
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone: (415) 591-7500
Paul.Riehle@faegredrinker.com

***Counsel for Janssen Defendants***

Christopher T. Holding (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: CHolding@goodwinlaw.com

***Counsel for Defendant Teva Pharmaceuticals USA, Inc.***

(Additional Counsel for Defendants Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE HIV ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 3:19-cv-02573-EMC<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING RULE 54(B) MOTIONS**<br><br>Judge: Honorable Edward M. Chen<br>Courtroom: 5-17th Floor |
|---|---|

End-Payor Plaintiffs Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Service Employees International Union, Local No. 1 Health Fund, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Pipe Trades Services MN Welfare Fund (together, "EPPs"), United Healthcare Services, Inc. ("United"), and Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO), Centene Corporation, Health

Care Service Corporation, a Mutual Legal Reserve Company, Humana Inc., Triple-S Salud, Inc., Blue Cross and Blue Shield of Kansas City, and Kaiser Foundation Health Plan, Inc. (together, the "Individual Health Plan Plaintiffs") (collectively, "Plaintiffs") and Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, Gilead Sciences Ireland UC (collectively, "Gilead"), and Janssen R&D Ireland, Janssen Products, L.P., and Johnson & Johnson (collectively, "Janssen"), and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") (together with Gilead and Janssen, "Defendants") (Plaintiffs and Defendants together, the "Parties") have met and conferred and hereby stipulate to the resolution of Gilead and Teva's Rule 54(b) motion (ECF No. 2143) and Plaintiffs' Cross-Motion (ECF No. 2151).

**WHEREAS,** on December 8, 2023, Gilead and Teva filed a motion for judgment under Rule 54(b) of the Federal Rules of Civil Procedure (ECF No. 2143) as to the jury verdict on Plaintiffs' Phase 1 reverse payment claim (ECF No. 2057 (jury verdict) and ECF No. 2129 (Order, dated November 1, 2023, denying Plaintiffs' Motion for a New Trial));

**WHEREAS**, on January 2, 2024, Plaintiffs filed a response to Gilead and Teva's motion for final judgment and a Cross-Motion (ECF No. 2151), which consented to Gilead and Teva's motion provided that the certification include their monopolistic scheme claims against Gilead, based in part on the TAF-related conduct, and "[o]ther claims that the Court dismissed or that the Court precluded one or more of the parties from bringing at trial" (ECF No. 2151 at 1);

**WHEREAS**, on January 16, 2024, Janssen filed its response, consenting to certification of the Phase 1 reverse payment claim but opposing, in part, Plaintiffs' Cross-Motion;

WHEREAS, on January 23, 2024, Plaintiffs filed a reply stating, among other things, that Plaintiffs do not seek to certify the Court's summary judgment order dismissing the standalone NGR or collaboration agreement claims as to Prezcobix, Odefsey, and Symtuza; and

**WHEREAS,** the Parties have since met and conferred by phone and e-mail on the Rule 54(b) issues.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE,** subject to approval by this Court, as follows:

1. Pursuant to Rule 54(b), there is no just reason for delay in the entry of final judgment

on the Phase 1 reverse payment claim (ECF No. 2057 (jury verdict) and ECF No. 2129 (Order, dated November 1, 2023, denying Plaintiffs' Motion for a New Trial)), and final judgment should be so entered on that claim;

2. There is also no just reason for delay in the entry of final judgment on the monopolistic scheme claim against Gilead, which encompasses the TAF-related switching conduct (ECF No. 1599 at 5-18 (summary judgment on monopolistic scheme claim); ECF No. 1694 at 1-2 (clarification of summary judgment on monopolistic scheme claim); ECF No. 1716 at 2-4 (decisions on motions in limine nos. 1 and 4 related to TAF)); ECF No. 1783 (decision regarding TAF-related evidence at trial); and ECF No. 1814 (decision regarding limiting instructions on TAF evidence), and final judgment should be so entered on that claim.

3. Consistent with merger doctrine, discovery and other interlocutory orders (or portions of orders) that relate to the aforementioned reverse payment claim and monopolistic scheme claim against Gilead and/or Teva merge with this final judgment.

4. The final judgment subject to Rule 54(b) certification herein does not cover any claims asserted by any of the Plaintiffs against Janssen, in whole or in part, including but not limited to those collaboration agreement (or NGR) claims dismissed in the Court's summary judgment decision (ECF No. 1599 at 27-43), the overarching conspiracy claim dismissed in the Court's motion to dismiss decision (ECF Nos. 384 & 388 at 33), and the Court's order on the EPPs' motion for class certification (ECF No. 1388). For the avoidance of doubt, to the extent that the Court disposed of a claim against Janssen, and the same claim was also asserted against Gilead, the Court has not certified the claim as to Gilead either; for example, the claims referenced in this paragraph of this Order are not certified, but the claims referenced in paragraphs 1-2 of this Order are certified.

5. For the avoidance of doubt, the final order dismissing BCBSA as a plaintiff (ECF No. 1269) is not subject to certification.

**SO STIPULATED.**

Dated: February 9, 2024

By: ______/s/ Thomas M. Sobol______________

HAGENS BERMAN SOBOL SHAPIRO LLP
THOMAS M. SOBOL (*pro hac vice*)
tom@hbsslaw.com
GREGORY T. ARNOLD (*pro hac vice*)
grega@hbsslaw.com
ABBYE R. K. OGNIBENE (SBN 311112)
abbyeo@hbsslaw.com
RACHEL A. DOWNEY (*pro hac vice*)
rachela@hbsslaw.com
1 Faneuil Hall Square, 5th Floor
BOSTON, MA 02109
Telephone: (617) 482-3700

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

By: /s/ Steve D. Shadowen____________________

HILLIARD & SHADOWEN LLP
STEVE D. SHADOWEN (*pro hac vice*)
steve@hilliardshadowenlaw.com
RICHARD BRUNELL (*pro hac vice*)
rbrunell@hilliardshadowenlaw.com
NICHOLAS WILLIAM SHADOWEN (*pro hac vice*)
nshadowen@hilliardshadowenlaw.com
TINA JOANN MIRANDA (*pro hac vice*)
tmiranda@hilliardshadowenlaw.com
MATTHEW C. WEINER (*pro hac vice*)
matt@hilliardshadowenlaw.com
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298

*Co-Lead Counsel for End-Payor Plaintiffs*

KESSLER TOPAZ MELTZER & CHECK, LLP
JOSEPH H. MELTZER (*pro hac vice*)
jmeltzer@ktmc.com
TERENCE S. ZIEGLER (*pro hac vice*)
tziegler@ktmc.com
DONNA S. MOFFA (*pro hac vice*)
dmoffa@ktmc.com
JORDAN E. JACOBSON (*pro hac vice*)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

SPECTOR ROSEMAN & KODROFF P.C.
JEFFREY L. KODROFF (*pro hac vice*)
jkodroff@srkattorneys.com
DIANA J. ZINSER (*pro hac vice*)
dzinser@srkattorneys.com
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

MILLER SHAH LLP
JAYNE A. GOLDSTEIN (*pro hac vice*)
jagoldstein@millershah.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123

MILLER SHAH LLP
NATALIE FINKELMAN BENNETT (*pro hac vice*)
nfinkelman@millershah.com
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880

SPERLING & SLATER, LLC
PAUL E. SLATER (*pro hac vice*)
pes@sperling-law.com
JOHN P. BJORK (*pro hac vice*)
jbjork@sperling-law.com
EAMON P. KELLY (*pro hac vice*)
ekelly@sperling-law.com
ALBERTO RODRIGUEZ (*pro hac vice*)
arodriguez@sperling-law.com
DAVID P. GERMAINE (*pro hac vice*)
dgermaine@sperling-law.com
JOSEPH M. VANEK (*pro hac vice*)

jvanek@sperling-law.com
Trevor K. Scheetz (*pro hac vice*)
tscheetz@sperling-law.com
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

LOCKRIDGE GRINDAL NAUEN PLLP
HEIDI M. SILTON (*pro hac vice*)
hmsilton@locklaw.com
KAREN H. RIEBEL (*pro hac vice*)
khriebel@locklaw.com
JESSICA N. SERVAIS (*pro hac vice*)
jnservais@locklaw.com
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
BETHANY CARACUZZO (SBN 190687)
bc@pritzkerlevine.com
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772

GLANCY PRONGAY & MURRAY
KEVIN F. RUF (SBN 136901)
kruf@glancylaw.com
LIONEL Z. GLANCY (SBN 134180)
lglancy@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

GLANCY PRONGAY & MURRAY
LEE ALBERT (*pro hac vice*)
lalbert@glancylaw.com
BRIAN D. BROOKS (*pro hac vice*)
bbrooks@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
lnussbaum@nussbaumpc.com
BART D. COHEN (*pro hac vice*)
bcohen@nussbaumpc.com
PETER E. MORAN (*pro hac vice*)
pmoran@nussbaumpc.com
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9189

RADICE LAW FIRM, P.C.
JOHN RADICE (*pro hac vice*)
jradice@radicelawfirm.com
DAN RUBENSTEIN (*pro hac vice*)
drubenstein@radicelawfirm.com
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for End-Payor Plaintiffs*

Dated: February 9, 2024

ZELLE LLP

By: */s/ Judith A. Zahid*

JUDITH A. ZAHID (SBN 215418)
jzahid@zellelaw.com
ERIC W. BUETZOW (SBN 253803)
ebuetzow@zellelaw.com
JAMES S. DUGAN (SBN 325565)
jdugan@zellelaw.com
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700

ZELLE LLP
WILLIAM BORNSTEIN (*pro hac vice*)
wbornstein@zellelaw.com
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020

BOIES SCHILLER FLEXNER LLP
HAMISH P.M. HUME (*pro hac vice*)
hhume@bsfllp.com
ERIC MAURER (*pro hac vice*)
emaurer@bsfllp.com
MICHAEL S. MITCHELL (*pro hac vice*)
mmitchell@bsfllp.com
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727

BOIES SCHILLER FLEXNER LLP
BEKO O. REBLITZ-RICHARDSON (SBN 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

*Counsel for United HealthCare Services, Inc.*

Dated: February 9, 2024

CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*
DANIEL A. SASSE (SBN 236234)
dsasse@crowell.com
JOANNA M. FULLER (SBN 266406)
jfuller@crowell.com
TIFFANIE L. MCDOWELL (SBN 288946)
tmcdowell@crowell.com
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

KENT A. GARDINER (*pro hac vice*)
kgardiner@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

LAURA A. LYDIGSEN (*pro hac vice*)
llydigsen@crowell.com
455 N. Cityfront Plaza Drive, Ste. 3600
Chicago, IL 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Health Care Service Corporation, a Mutual Legal Reserve Company; Triple-S Salud, Inc.; Blue Cross and Blue Shield Kansas City; and Kaiser Foundation Health Plan, Inc.*

Dated: February 9, 2024

BERRY SILBERBERG STOKES PC

By: */s/ Joshua C. Stokes*

JOSHUA C. STOKES (SBN 220214)
jstokes@berrysilberberg.com
CAROL M. SILBERBERG (SBN 217658)
csilberberg@berrysilberberg.com
6080 Center Drive, Sixth Floor
Los Angeles, CA 90045
Telephone: (213) 986-2690
Facsimile: (213) 986-2677

*Counsel for Humana Inc.; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Health Options, Inc. (d/b/a Florida Blue HMO); Centene Corporation; Triple-S Salud, Inc.; Blue Cross and Blue Shield of Kansas City; and Kaiser Foundation Health Plan, Inc.*

Dated: February 9, 2024

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Paul J. Riehle*

PAUL J. RIEHLE (SBN 115199)
Paul.Riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone: (415) 591-7500

PAUL H. SAINT-ANTOINE (*pro hac vice*)
Paul.Saint-Antoine@faegredrinker.com
JOANNE C. LEWERS (*pro hac vice*)
Joanne.Lewers@faegredrinker.com
One Logan Square, Ste. 2000

Philadelphia, PA 19103
Telephone: (215) 988-2990

*Counsel for Defendants Janssen R&D Ireland, Janssen Products, L.P., and Johnson & Johnson*

Dated: February 9, 2024

KIRKLAND & ELLIS LLP

By: */s/ Jay Lefkowitz*
JAY LEFKOWITZ, P.C. (*pro hac vice*)
lefkowitz@kirkland.com
DEVORA W. ALLON, P.C. (*pro hac vice*)
Devora.allon@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

JAMES F. HURST, P.C. (*pro hac vice*)
James.hurst@kirkland.com
KEVIN T. VAN WART (*pro hac vice*)
kevinVanWart@kirkland.com
KEVIN M. JONKE (*pro hac vice*)
Kevin.jonke@kirkland.com
MOLLY KELLY (*pro hac vice*)
Molly.kelley@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

MICHAEL J. SHIPLEY (SBN 233674)
Michael.shipley@kirkland.com
555 South Flower Street
Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

*Counsel for Defendants Gilead Sciences, Inc., Gilead Holdings, LLC, Gilead Sciences, LLC, and Gilead Sciences Ireland UC*

Dated: February 9, 2024

GOODWIN PROCTER LLP

By: */s/ Christopher T. Holding*
CHRISTOPHER T. HOLDING (*pro hac vice*)
CHolding@goodwinlaw.com

MOLLY R. GRAMMEL (*pro hac vice*)
MGrammel@goodwinlaw.com
TUCKER DEVOE (*pro hac vice*)
TDeVoe@goodwinlaw.com
JORDAN BOCK (SBN 321477)
JBock@goodwinlaw.com
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

BRIAN T. BURGESS (*pro hac vice*)
BBurgess@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000
Facsimile: (617) 523-1231

ALEXIS S. COLL (SBN 212735)
AsColl@goodwinlaw.com

GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Dated: February 9, 2024

GOODWIN PROCTER LLP

By: *___/s/ Bart H. Williams_________*

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 284-4520
bwilliams@proskauer.com

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Paul J. Riehle, attest that concurrence in the filing of this document has been obtained.

Dated: February 9, 2024 *(/s/ Paul Riehle)*

**~~[PROPOSED]~~ ORDER**

Based on the stipulation of the Parties, and there being no just reason for delay, **IT IS HEREBY ORDERED THAT FINAL JUDGMENT IS ENTERED**, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, on the Phase 1 reverse payment claim against Gilead and Teva (ECF No. 2057 (jury verdict) and ECF No. 2129 (Order, dated November 1, 2023, denying Plaintiffs' Motion for a New Trial)).

**IT IS FURTHER ORDERED THAT FINAL JUDGMENT IS ENTERED**, pursuant to Rule 54(b), on the monopolistic scheme claim against Gilead, which encompasses the TAF-related switching conduct (ECF No. 1599 at 5-18 (summary judgment on monopolistic scheme claim); ECF No. 1694 at 1-2 (clarification of summary judgment on monopolistic scheme claim); ECF No. 1716 at 2-4 (decisions on motions in limine nos. 1 and 4 related to TAF)); ECF No. 1783 (decision regarding TAF-related evidence at trial); and ECF No. 1814 (decision regarding limiting instructions on TAF evidence). Discovery and other interlocutory orders (or portions of orders) that relate to the aforementioned reverse payment claim and monopolistic scheme claim merge with this final judgment.

The Court is not entering final judgment pursuant to Rule 54(b) on any claims asserted by any of the Plaintiffs against, in whole or in part, Janssen, including but not limited to those collaboration agreement claims dismissed in the Court's summary judgment decision (ECF No. 1599 at 27-43), the overarching conspiracy claim dismissed in the Court's motion to dismiss decision (ECF Nos. 384 & 388 at 33), and the Court's order on the EPPs' motion for class certification (ECF No. 1388). For the avoidance of doubt, to the extent that the Court disposed of a claim against Janssen, and the same claim was also asserted against Gilead, the Court has not certified the claim as to Gilead either; for example, the claims referenced in this paragraph of this Order are not certified, but the claims referenced in the previous paragraphs are certified. For the avoidance of doubt, the final order dismissing BCBSA as a plaintiff (ECF No. 1269) is not subject to certification.

This Order disposes of Docket Nos. 2143 and 2151.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 12, 2024

Honorable Edward M. Chen
United States District Judge