UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIV ANTITRUST LITIGATION. | Case No. 19-cv-02573-EMC<br><br>**ORDER RE JOINT LETTER OF MARCH 18, 2024**<br><br>Docket No. 2211 |

Pending before the Court is the parties' joint letter addressing whether Janssen should be permitted to file an early summary adjudication motion on the NGR claims (Phase II). Having considered the letter, as well as the prior discussions on the issue, the Court hereby **DENIES** Janssen's request. It is not clear that the motion (in which Janssen intends to argue Plaintiffs are not entitled to injunctive relief on the NGR claims) would materially advance the litigation. For instance, even if Janssen were to prevail, Plaintiffs would still have claims for damages to be litigated. Janssen suggests that the possibility of a settlement on the damages claims would be enhanced but that is far from clear, even as to Janssen alone, given Plaintiffs' appeal on the reverse payment and TAF-based claims. Finally, it is not clear that Janssen's motion could be adjudicated without getting into facts that would affect the damages claims.

**IT IS SO ORDERED**.

Dated: April 11, 2024

_____
EDWARD M. CHEN
United States District Judge