Francis O. Scarpulla (Cal. Bar 41059)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 751-0889
fos@scarpullalaw.com

*Liaison Counsel for the Direct Purchaser Classes*

Michael L. Roberts
**ROBERTS LAW FIRM US, PC**
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us

Dianne M. Nast
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com

*Co-Lead Counsel for the Direct Purchaser Classes*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE HIV ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO :<br><br>KPH Healthcare Services, Inc. v. Gilead Sciences, Inc. *et al.*, 3:20-cv-06961-EMC | Case No. 3:19-cv-02573-EMC (lead case)<br><br>**DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISBURSE BMS SETTLEMENT FUNDS FOR BMS SETTLEMENT ADMINISTRATION EXPENSES**<br><br>Date:     August 8, 2024<br>Time:    1:30 p.m.<br>Ctrm:    5 – 17th Floor<br>Judge:   Honorable Edward M. Chen |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, August 8, 2024 at 1:30 p.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Edward M. Chen, in Courtroom 5, 17th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102-3489, Plaintiff KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. ("KPH"), on behalf of itself and the BMS DPP Settlement Class (hereinafter, "DPPs" or "DPP Settlement Class"), hereby move the Court for an order directing the Escrow Agent to disburse certain funds from the BMS Settlement Fund to reimburse the DPP Settlement Class's economist and Court-appointed Claims Administrator for expenses they incurred in administering the BMS Settlement. In support, DPPs rely on the Notice of Motion, the supporting Memorandum of Points and Authorities, the supporting declarations and exhibits, and all papers and records on file in this matter.

KPH respectfully submits that this matter is appropriate for disposition without a hearing and requests that the Court vacate the hearing date and decide the motion on the papers.

ii

DPPS' NOTICE OF MOTION AND MOTION TO DISBURSE BMS SETTLEMENT FUNDS FOR BMS SETTLEMENT ADMINISTRATION EXPENSES / CASE NO: 3:19-CV-02573-EMC / RELATED CASE NO. 3:20-CV-06961-EMC

**MEMORANDUM OF POINTS AND AUTHORITIES**

KPH, on behalf of itself and the DPP Settlement Class, respectfully moves the Court for an Order directing the Escrow Agent, Computershare Trust Company, N.A., to disburse funds from the BMS Settlement Fund to reimburse the Class's economist and the Court-appointed Claims Administrator for expenses they incurred in administering the BMS Settlement.

In support of this motion, KPH states the following:

1. This Court granted final approval to the BMS Settlement on November 18, 2022. *See* ECF No. 1524 (BMS Settlement Final Approval Order). There were no appeals from the Order. The Order became final on December 18, 2022.

2. In granting final approval to the BMS Settlement, the Court approved the Plan of Allocation of the Settlement Fund as fair, reasonable, and adequate within the meaning of Fed. R. Civ. P. 23. *See* ECF No. 1524 ¶ 2 (BMS Settlement Final Approval Order); ECF No. 1002-1 at 66-72 (BMS Settlement Plan of Allocation).

3. In granting preliminary approval to the BMS Settlement, the Court appointed KCC Class Action Services LLC ("KCC") to serve as Claims Administrator, ECF No. 1159 ¶ 11, assigned Dr. Russell L. Lamb the task of preparing individualized claim forms and calculating each Class Member's percentage share of the Net Settlement Fund, *id.* ¶ 19, and appointed Computershare Trust Company, N.A. ("Computershare") to serve as Escrow Agent for the BMS Settlement Fund, *id.* ¶ 12.

4. In the Court's Order granting final approval to the BMS Settlement, the Court stated, "Upon application, the Court will consider allocation from the Settlement Fund for Settlement Administration expenses and for Notice Expenses to the extent they are not paid by the BMS Notice Fund, in accordance with the terms of the Settlement." *Id.*¶ 15. The terms of the BMS Settlement provide that "[t]he BMS Settlement Fund, to the extent permitted by the Court, shall be used to pay … administrative and Notice Expenses to the extent they are not paid via the BMS Notice Fund." ECF No. 1002-1 at 14, ¶ 7(c).

5. Since the Court entered its Orders, KCC and Dr. Lamb have worked collaboratively to effectuate the BMS Settlement Plan of Allocation. KCC and Dr. Lamb diligently reviewed claim forms and supporting documentation received from Class Members following the deadline for Class

1

DPPS' NOTICE OF MOTION AND MOTION TO DISBURSE BMS SETTLEMENT FUNDS FOR BMS SETTLEMENT ADMINISTRATION EXPENSES / CASE NO: 3:19-CV-02573-EMC / RELATED CASE NO. 3:20-CV-06961-EMC

Members to submit claims. KCC sent deficiency letters to Class Members, KCC and Dr. Lamb assessed the supporting documentation that was submitted in response to the deficiency letters, and Dr. Lamb completed his allocation calculations pursuant to the Plan of Allocation approved by the Court. *See* Declaration of Ross D. Murray Regarding Distribution from BMS Settlement for Settlement Administration Expenses (hereinafter "Murray Decl."), filed concurrently herewith; *see* Declaration of Russell L. Lamb Regarding Distribution from BMS Settlement for Settlement Administration Expenses (hereinafter "Lamb Decl."), filed concurrently herewith.

6. In executing the Plan of Allocation for the BMS Settlement, Dr. Lamb has incurred unreimbursed expenses in the amount of $131,721.50. *See* Lamb Decl., ¶ 3.

7. In administering the BMS Settlement, KCC has incurred unreimbursed expenses in the amount of $15,684.90 and expects to incur up to an additional $14,984.99 in finally distributing the BMS Settlement to the DPP Settlement Class. *See* Murray Decl., ¶ 3.

8. KPH now moves the Court for an Order directing Computershare to disburse funds from the BMS Settlement Fund to reimburse the Settlement administration expenses incurred by Dr. Lamb in effectuating the Plan of Allocation for the BMS Settlement in an amount not to exceed $131,721.50.

9. KPH further seeks an Order from the Court directing Computershare to disburse funds from the BMS Settlement Fund to reimburse the unreimbursed Settlement administration expenses incurred by KCC in an amount not to exceed $30,669.89.

Respectfully submitted,

Dated: July 2, 2024  
LAW OFFICES OF FRANCIS O. SCARPULLA

By: */s/ Francis O. Scarpulla*  
FRANCIS O. SCARPULLA (SBN 41059)  
fos@scarpullalaw.com  
PATRICK B. CLAYTON (SBN 240191)  
pbc@scarpullalaw.com  
3708 Clay Street  
San Francisco, CA 94118  
Telephone: (415) 751-4193  
Facsimile: (415) 751-0889

*Liaison Counsel for Direct Purchaser Plaintiff Classes*

ROBERTS LAW FIRM US, PC
MICHAEL L. ROBERTS (*pro hac vice*)
mikeroberts@robertslawfirm.us
ERICH P. SCHORK (*pro hac vice*)
erichschork@robertslawfirm.us
SARAH E. DELOACH (*pro hac vice*)
sarahdeloach@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 821-5575

NASTLAW LLC
DIANNE M. NAST (*pro hac vice*)
dnast@nastlaw.com
DANIEL N. GALLUCCI (*pro hac vice*)
dgallucci@nastlaw.com
MICHELE S. BURKHOLDER (*pro hac vice*)
mburkholder@nastlaw.com
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302

*Co-Lead Counsel for the Direct Purchaser Plaintiff Classes*

HAUSFELD LLP
MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeld.com
888 16th St. NW, Suite 300
Washington DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

HAUSFELD LLP
MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeld.com
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

*Counsel for the Direct Purchaser Classes*